PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Counsel for Plaintiff
FINJAN, INC.


EDWARD G. POPLAWSKI (State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
PAUL M. MCADAMS (State Bar No. 276697)
pmcadams@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, 15th Floor
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile:   (866) 974-7329

Counsel for Defendant
BLUE COAT SYSTEMS, INC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | CASE NO.: 13-cv-03999-EMC |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER GRANTING BLUE COAT'S LEAVE TO AMEND ITS ANSWER |
| v. | |
| BLUE COAT SYSTEMS, INC., a Delaware Corporation, | |
| Defendant. | |

WHEREAS, Plaintiff Finjan, Inc. ("Finjan") filed its Complaint on August 28, 2013 (Dkt. 1);

WHEREAS, Defendant Blue Coat Systems, Inc. ("Blue Coat") filed its Answer and Counterclaims on October 24, 2013 (Dkt. 20);

WHEREAS, Finjan filed a motion to strike Blue Coat's affirmative defense of laches on November 14, 2103 (Dkt. 26);

WHEREAS, subject to the Court's approval, Finjan and Blue Coat agree that Blue Coat may file the First Amended Answer and Counterclaims attached hereto as Exhibit A, and that upon such filing, Finjan will withdraw its motion to strike Blue Coat's affirmative defense of laches; and

WHEREAS, Blue Coat has not previously sought leave of Court in this action to amend its Answer and Counterclaims; and

WHEREAS, the Amendment will not affect the Court's schedule.

NOW, THEREFORE, the parties hereby STIPULATE that Blue Coat may file the First Amended Answer attached hereto as Exhibit A.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Dated: November 25, 2013     By: */s/ Lisa Kobialka*
                                  Lisa Kobialka

                              Counsel for Plaintiff
                              FINJAN, INC.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: November 25, 2013     By: */s/ Olivia M. Kim*
                                  Olivia M. Kim

                              Counsel for Defendant
                              BLUE COAT SYSTEMS, INC.

**Attestation Pursuant to L.R. 5-1(i)**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

|  |  |
|---|---|
|  | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| Dated:  November 25, 2013 | By:  /s/ Olivia M. Kim<br>    Olivia M. Kim<br><br>Counsel for Defendant<br>BLUE COAT SYSTEMS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Blue Coat Systems, Inc. shall file its First Amended Answer within five days of the date of this Order.

Dated:  November 26, 2013

_____
Edward M. Chen, District Judge

GRANTED
Judge Edward M. Chen