PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Counsel for Plaintiff
FINJAN, INC.

EDWARD G. POPLAWSKI (State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
PAUL M. MCADAMS (State Bar No. 276697)
pmcadams@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, 15th Floor
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Counsel for Defendant
BLUE COAT SYSTEMS, INC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FINJAN, INC., a Delaware Corporation,

Plaintiff,

v.

BLUE COAT SYSTEMS, INC., a Delaware Corporation,

Defendant.

Case No.: 13-CV-03999-EMC

**STIPULATION AND [PROPOSED] ORDER REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE**

Trial Date: None Set

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12 and 16-2(e), plaintiff Finjan, Inc. (“Plaintiff”) and defendant Blue Coat Systems, Inc. (“Blue Coat”) (together, “the Parties”), by and through their respective counsel, stipulate to the following request to change the date of the Initial Case Management Conference:

WHEREAS, on November 20, 2013, the Court reset the Initial Case Management Conference in this action from December 12, 2013 at 9:00 a.m. to December 19, 2013 at 1:30 p.m. (Dkt. No. 27);

WHEREAS, pursuant to Civil Local Rules 6-1(b), 6-2, 7-12 and 16-2(e), the parties may file a stipulation requesting an order changing the date of the Initial Case Management Conference;

WHEREAS, lead trial counsel for Finjan, Mr. Paul Andre, has previously scheduled hearings and is traveling on December 19, 2013, and therefore he is not available for the Initial Case Management Conference as currently scheduled;

WHEREAS, subject to the Court’s approval, the parties stipulate to continue the Initial Case Management Conference to January 2, 2014 at 9:00 a.m.;

WHEREAS, the parties previously stipulated to extend the time for Blue Coat to respond to Finjan’s complaint from September 24, 2013 to October 24, 2013 (Dkt. No. 15), which did not affect the timing of the Initial Case Management Conference in this case;

WHEREAS, aside from the stipulation noted above, there have been no other stipulations or motions for time modifications in this case; and

WHEREAS, the requested continuance should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the Initial Case Management Conference be continued from December 19, 2013 at 1:30 p.m. and rescheduled to January 2, 2014 at 9:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 3, 2013

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*/s/Paul J. Andre*

PAUL J. ANDRE

Counsel for Plaintiff
FINJAN, INC.

Dated: December 3, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Olivia M. Kim*

OLIVIA M. KIM

Counsel for Defendant
BLUE COAT SYSTEMS, INC.

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/Paul J. Andre*
PAUL J. ANDRE

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Initial Case Management Conference in this case is hereby continued from December 19, 2013 at 1:30 p.m. to January 2, 2014 at ~~9:00 a.m.~~ 9:30 a.m.

DATED: 12/17/13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Edward M. Chen

The Honorable ...
United ...

3

STIPULATION AND [PROPOSED] ORDER REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE Case No.: 13-CV-03999-EMC