PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

Counsel for Plaintiff
FINJAN, INC.

EDWARD G. POPLAWSKI (State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
PAUL M. MCADAMS (State Bar No. 276697)
pmcadams@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, 15th Floor
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

Counsel for Defendant
BLUE COAT SYSTEMS, INC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>            Defendant. | Case No.: 13-CV-03999-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER REQUESTING EXTENSION OF THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION**<br><br>Trial Date:      None Set |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and ADR Local Rule 6-5, Plaintiff Finjan, Inc. and Defendant Blue Coat Systems, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the deadline for the Parties to complete mediation:

WHEREAS, on November 26, 2013 the Court granted the Parties' stipulation to select mediation as the Alternative Dispute Resolution (ADR) process, to be completed by the 90-day presumptive deadline (Dkt. No. 32);

WHEREAS, on December 20, 2013, the Court assigned Jack Russo as the mediator in this case (Dkt. No. 43);

WHEREAS, on January 6, 2014, the Court entered Amended Civil Minutes setting the deadline for mediation for February 26, 2014 (Dkt. No. 46);

WHEREAS, on January 29, 2014, Blue Coat received an email from Mr. Russo's office manager, requesting that the parties provide mutually acceptable dates for the pre-mediation conference;

WHEREAS, on February 6, 2014, Finjan sent an email to Mr. Russo's office manager (on which Blue Coat was copied), proposing dates in early to mid-February that were acceptable to both Parties for the pre-mediation conference;

WHEREAS, shortly thereafter on February 6, 2014, in response to Finjan's email, the Parties received an email from Mr. Russo's office manager, stating that "Mr. Russo will be out of the country until March 1st," and requesting that the Parties instead "look at new dates in March or April";

WHEREAS, in view of the February 6, 2014 email from Mr. Russo's office manager, subject to the Court's approval, the Parties stipulate to continue the mediation deadline from February 26, 2014 to April 25, 2014;

1

WHEREAS, the Parties have not previously requested a modification of the mediation deadline; and

WHEREAS, the requested continuance should not have any material effect on the schedule in this case.

NOW THEREFORE, the Parties hereby stipulate and request that the deadline for the Parties to complete mediation be extended from February 26, 2014 to April 25, 2014.

**IT IS SO STIPULATED.**

                                Respectfully submitted,

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

Dated: February 12, 2014        */s/ Lisa Kobialka*

                                LISA KOBIALKA

                                Counsel for Plaintiff
                                FINJAN, INC.

                                WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

Dated: February 12, 2014        */s/ Olivia M. Kim*

                                OLIVIA M. KIM

                                Counsel for Defendant
                                BLUE COAT SYSTEMS, INC.

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                */s/ Lisa Kobialka*
                                Lisa Kobialka

2

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3      The deadline for the Parties to complete mediation in this matter is extended from February 26,

4  2014 to April 25, 2014.  The Further CMC is reset from 4/3/14 to 5/15/14 at 10:30 a.m.
An updated joint CMC statement shall be filed by 5/8/14.

6  DATED: __2/18/14__            _____
                                       The Honorable Edward M. Chen
                                       United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

3

STIPULATION AND [PROPOSED] ORDER           Case No.: 13-CV-03999-EMC
REQUESTING EXTENSION FOR MEDIATION