PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

Counsel for Plaintiff
FINJAN, INC.

EDWARD G. POPLAWSKI (State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
PAUL M. MCADAMS (State Bar No. 276697)
pmcadams@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, 15th Floor
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329

Counsel for Defendant
BLUE COAT SYSTEMS, INC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>   Defendant. | Case No.: 13-CV-03999-EMC<br><br>**STIPULATION AND [PRO~~POSED~~]  ORDER REQUESTING EXTENSION OF THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION** AND RESETTING CMC<br><br>Trial Date:    None Set |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and ADR Local Rule 6-5, Plaintiff Finjan, Inc. ("Finjan") and Defendant Blue Coat Systems, Inc. ("Blue Coat") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the deadline for the Parties to complete mediation:

WHEREAS, on November 26, 2013 the Court granted the Parties' stipulation to select mediation as the Alternative Dispute Resolution (ADR) process, to be completed by the 90-day presumptive deadline (Dkt. No. 32);

WHEREAS, on December 20, 2013, the Court assigned Jack Russo as the mediator in this case (Dkt. No. 43);

WHEREAS, on January 6, 2014, the Court entered Amended Civil Minutes setting the deadline for mediation for February 26, 2014 (Dkt. No. 46);

WHEREAS, when attempting to schedule the mediation with Mr. Russo's office in late January and early February 2014, the Parties were notified by Mr. Russo's office manager via email on February 6, 2014 that "Mr. Russo will be out of the country until March 1st," requesting that the Parties instead "look at new dates in March or April";

WHEREAS, on February 12, 2014, in view of the February 6, 2014 email from Mr. Russo's office manager, the Parties stipulated to continue the mediation deadline from February 26, 2014 to April 25, 2014 (Dkt. No. 53);

WHEREAS, on February 18, 2014, pursuant to the Parties' stipulation, the Court entered an order extending the deadline to mediate from February 26, 2014 to April 25, 2014, and also reset the Case Management Conference from April 3, 2014 to May 15, 2014 by the same order (Dkt. No. 54);

WHEREAS, the Parties thereafter contacted Mr. Russo's office in late February and early March 2014 to schedule the mediation, and on March 19, 2014, Finjan's counsel received an email

1

from Mr. Russo's assistant, proposing three dates for mediation that Mr. Russo had available;

WHEREAS, of the three proposed dates, the only date on which Blue Coat was available was May 9, 2014, and therefore, on March 19, 2014, the Parties and Mr. Russo's assistant scheduled the mediation in this matter for May 9, 2014;

WHEREAS, Mr. Russo confirmed the mediation date of May 9, 2014, in a letter dated April 4, 2014;

WHEREAS, in light of the scheduled mediation date of May 9, 2014, and subject to the Court's approval, the Parties stipulate to continue the mediation deadline from April 25, 2014 to May 16, 2014;

WHEREAS, the requested continuance should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the deadline for the Parties to complete mediation be extended from April 25, 2014 to May 16, 2014.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 8, 2014          KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              */s/ Lisa Kobialka*
                              LISA KOBIALKA

                              *Counsel for Plaintiff*
                              FINJAN, INC.

Dated: April 8, 2014          WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              */s/ Olivia M. Kim*
                              OLIVIA M. KIM

                              *Counsel for Defendant*
                              BLUE COAT SYSTEMS, INC.

2

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                  */s/ Lisa Kobialka*
                                    Lisa Kobialka

3

STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION FOR MEDIATION          Case No.: 13-CV-03999-EMC

**[PRO~~POSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for the Parties to complete mediation in this matter is extended from April 25, 2014 to May 16, 2014. The CMC is reset from 5/15/14 to 5/29/14 at 10:30 a.m. A joint CMC Statement shall be filed by 5/22/14.

DATED: 4/10/14

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

4

STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION FOR MEDIATION        Case No.: 13-CV-03999-EMC