PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

EDWARD G. POPLAWSKI
(State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
PAUL M. MCADAMS (State Bar No. 276697)
pmcadams@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, 15th Floor
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

*Counsel for Defendant*
BLUE COAT SYSTEMS, INC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>     Defendant. | Case No.: 13-CV-03999-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:     None Set |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), Plaintiff Finjan, Inc. and Defendant Blue Coat Systems, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to reschedule the Case Management Conference:

WHEREAS, on April 17, 2014, this action was reassigned to the Honorable Beth Labson Freeman;

WHEREAS, on April 25, 2014, the Court scheduled an early Case Management Conference to be held on May 29, 2014 at 1:30 p.m. (Dkt. No. 57);

WHEREAS, lead trial counsel for Finjan, Mr. Paul Andre, is traveling on May 29, 2014 and is not available for the Case Management Conference as currently scheduled;

WHEREAS, the Parties are available to attend a Case Management Conference on June 5, 2014;

WHEREAS, there have been no prior extensions of this particular Case Management Conference date;

WHEREAS, on November 20, 2013, the Initial Case Management Conference in this action was rescheduled from December 12, 2013 to December 19, 2013 by notice of the Clerk (Dkt. No. 27) and was thereafter rescheduled to January 2, 2014 (Dkt. No. 42) pursuant to the Parties' stipulation;

WHEREAS, the Initial Case Management Conference in this action was held on January 2, 2014 (Dkt. No. 45);

WHEREAS, the Court scheduled a Further Case Management Conference to be held on April 3, 2014 (Dkt. No. 45), which the Court reset to May 15, 2014 (Dkt. No. 54) and later to May 29, 2014 (Dkt. No. 56), based on the parties' stipulations to extend the deadline to complete Mediation in this case;

WHEREAS, other than as described above, there have been no other extensions of a Case

Management Conference date,

WHEREAS, the requested continuance should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the Case Management Conference be rescheduled from May 29, 2014 at 1:30 p.m. to June 5, 2014 at 1:30 p.m.

**IT IS SO STIPULATED.**

          Respectfully submitted,

          KRAMER LEVIN NAFTALIS & FRANKEL LLP

Dated: May 5, 2014          */s/ Paul J. Andre*
          PAUL J. ANDRE

          *Counsel for Plaintiff*
          FINJAN, INC.

          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation

Dated: May 5, 2014          */s/ Olivia M. Kim*
          OLIVIA M. KIM

          *Counsel for Defendant*
          BLUE COAT SYSTEMS, INC.

### **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

          */s/ Paul J. Andre*
          Paul J. Andre

2

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference in this matter is rescheduled from May 29, 2014 at 1:30 p.m. to June 5, 2014 at 1:30 p.m.

DATED: May 6, 2014

The Honorable Beth Labson Freeman
United States District Judge