UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br> v. <br> BLUE COAT SYSTEMS, INC., <br>     Defendant. | Case No. 13-cv-03999-BLF <br><br> **CASE MANAGEMENT ORDER** |

On June 05, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 04/16/2015 <br> (Reservation must be made for hearing on or before this date.) |
| Final Pretrial Conference | 03/19/2014 at 2:30 pm. |
| Trial | 07/20/2015 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Claim Construction Tutorial is set for 08/15/2014 at
6 9:00 am.
7    IT IS FURTHER ORDERED THAT Claim Construction Hearing is set for 08/22/2014 at
8 9:00 am.
9    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
10 proposed schedule of all remaining discovery cut-off dates.

Dated:  June 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge