UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br>          Plaintiff,<br>    v.<br>BLUE COAT SYSTEMS, INC.,<br>          Defendant. | Case No. 13-cv-03999-BLF<br><br>**ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1 and the Court's June 9, 2014 Case Management Order, (ECF 64), Plaintiff's July 22, 2014 Motion For Leave to Supplement Its Patent Local Rule 3-1 Infringement Contentions and related Administrative Motion to File Under Seal, (ECF 68-70), are hereby referred to Magistrate Judge Paul Singh Grewal.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
BETH LABSON FREEMAN
United States District Judge