UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, </br> </br>             Plaintiff, </br> v. </br> </br> BLUE COAT SYSTEMS, INC., a Delaware Corporation, </br> </br>             Defendant. | Case No. 5:13-cv-03999-BLF </br> </br> **ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL** </br> </br> **(Re: Docket Nos. 87, 89 & 94)** |

Before the court is Plaintiff Finjan, Inc.'s Administrative Motions to File Documents Under Seal.[1] On Wednesday, the court denied the motions without prejudice to Defendant Blue Coat Systems, Inc. filing a further declaration justifying the sealing at issue. Upon consideration of Paul M. McAdams' Amended Declaration in Support,[2] the court finds that Blue Coat's updated designations properly adhere to the "narrowly tailored" requirement of Civil Local Rule 79-5(b).[3]

---

[1] Docket Nos. 87 and 89.

[2] Docket No. 94.

[3] *See* Civil L.R. 79-5(b).

> Except as provided in Civil L.R. 79-5(c), no document may be filed under seal (i.e., closed to inspection by the public) except pursuant to a court order that authorizes the sealing of the particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as

1

Finjan's motions to file documents under seal are now GRANTED pursuant to the designations indicated in Blue Coat's Amended Declaration in support. The documents[4] referenced in these motions to seal should be posted to ECF in their redacted versions, as provided at Docket 94-1.

**IT IS SO ORDERED.**

Dated: September 5, 2014

                                                    _____
                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

---

"sealable"). The request must be *narrowly tailored* to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d). (emphasis added).

[4] These documents include redacted versions of the Motion to Compel, Attachment A, Exhibits 3-5, 21, 23 and 27-29.

2
Case No. 5:13-cv-03999-BLF
ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL