UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 5:13-cv-03999-BLF<br><br>**ORDER GRANTING SEALING OF EXHIBIT 9 TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(Re: Docket No. 69)** |

  Last week, this court granted-in-part Plaintiff Finjan Inc.'s Administrative Motion to File Documents Under Seal. The court did not seal Exhibit 9 to the motion because Defendant Blue Coat Systems Inc.'s Declaration in Support was not sufficiently narrowly tailored under Civil Local Rule 79-5(b),[1] but the court allowed Blue Coat the opportunity to submit a proper declaration within four days.[2]

---

[1] *See* Civil L.R. 79-5(b).

 Except as provided in Civil L.R. 79-5(c), no document may be filed under seal (i.e., closed to inspection by the public) except pursuant to a court order that authorizes the sealing of the particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as "sealable"). The request must be *narrowly tailored* to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d). (emphasis added).

[2] *See* Docket No. 127 at 3.

1

Case No. 5:13-cv-03999-BLF
ORDER GRANTING SEALING OF EXHIBIT 9 TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Olivia M. Kim's Supplemental Declaration,[3] the court finds that Blue Coat's updated designations properly adhere to the Civil Local Rules.

Exhibit 9 to Finjan's Administrative Motion to File Documents Under Seal may now be SEALED pursuant to the designations indicated in Blue Coat's Supplemental Declaration.

**IT IS SO ORDERED.**

Dated: November 24, 2014

                                              PAUL S. GREWAL
                                              United States Magistrate Judge

---

[3] *See* Docket No. 129.

2

Case No. 5:13-cv-03999-BLF
ORDER GRANTING SEALING OF EXHIBIT 9 TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL