UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>    Defendant. | Case No.  13-cv-03999-BLF<br><br>**ORDER REINSTATING CASE SCHEDULE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The case schedule previously entered in this case on September 12, 2014 (ECF 98) is hereby reinstated, as modified by the parties' subsequent stipulation on October 31, 2014 (ECF 122-23).

**IT IS SO ORDERED.**

Dated: December 2, 2014

BETH LABSON FREEMAN
United States District Judge