UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINJAN, INC.,

          Plaintiff,

    v.

BLUE COAT SYSTEMS, INC.,

          Defendant.

Case No.  13-cv-03999-BLF

**ORDER REGARDING REDACTION OF HEARING TRANSCRIPT**

[Re: ECF 205]

On April 21, 2015, the court reporter delivered to the parties a sealed transcript of the summary judgment hearing conducted before the Court on April 16, 2015, noting that "any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing."  To date, neither party has filed such a notice.  Out of an abundance of caution, the parties are hereby notified that if no Notice of Intent to Request Redaction is filed by **May 11, 2015**, the court reporter may release unredacted versions of the hearing transcript to requesting third parties.

    **IT IS SO ORDERED.**

Dated: May 7, 2015

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California