UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Finjan, Inc.

                                    Plaintiff(s),

vs.

Blue Coat Systems, Inc.

Case No. 13-cv-03999

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

                                    Defendant(s). /

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on April 16, 2015 and was reported by Summer Fisher, the official court reporter.

Dated: 05/08/2015

/s/ Olivia M. Kim
Attorney for Defendant
Address:
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071