UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>        Defendant. | Case No. 13-cv-03999-BLF<br><br>**ORDER REGARDING RENEWED SEALING REQUESTS**<br><br>[Re: ECF 208, 210, 220, 221] |

The Court has granted the parties' respective renewed sealing requests in connection with their summary judgment briefing. In its prior order, the Court indicated that the original motions were "DENIED IN PART with respect to any document, exhibit, or portion thereof *not addressed in the tables*" set forth in the order. Omnibus Order 3, ECF 201 (emphasis added). Any document for which sealing was not expressly granted in the prior order is thus deemed denied. Any such document not addressed in the parties' renewed motions must be filed publicly without redaction.

Out of an abundance of caution, the Court will permit the parties to file renewed requests to seal portions of their respective briefs, separate statements, and supporting declarations. Proposed redactions must be narrowly tailored to only the information deemed sealable under the parties' renewed requests. Any request to file redacted forms of these filings must be filed **no later than May 18, 2015**. If redaction is not needed, then the parties must file the unredacted versions of those documents into the public record by that date.

Finjan shall moreover file the following documents into the public record by May 18, 2015 because Blue Coat did not renew its request to seal these documents:

1. Hannah Decl. Exhibits 33-35, 43, 47, 53, 63 (original motion at ECF 175);
2. Wells Decl. Exhibits 10, 11 (original motion at ECF 187);

3.       Kastens Decl. Exhibits 4, 5 (original motion at ECF 195).

Blue Coat shall moreover file the following document into the public record by May 18, 2015 because it did not renew its request to seal this document: Kim Decl. Exhibit 28 (original motion at ECF 193).

**IT IS SO ORDERED.**

Dated: May 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2