EDWARD G. POPLAWSKI (State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
BRIAN LAM (State Bar No. 272624)
blam@wsgr.com
FERRELL ALMAN (State Bar No. 287746)
falman@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CHRISTOPHER D. MAYS (State Bar No. 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for Defendant
BLUE COAT SYSTEMS, INC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>    Defendant. | CASE NO.: 13-cv-03999-BLF-PSG<br><br>**DEFENDANT BLUE COAT SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:    July 6, 2015<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, 5th Floor<br>Before: Hon. Beth Labson Freeman |

## I. INTRODUCTION

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order (Dkt. No. 51), Defendant Blue Coat Systems, Inc. ("Blue Coat") respectfully brings this Administrative Motion to File Under Seal. Specifically, there are compelling reasons to file the following portions of documents under seal:

| Identification of Documents to be Sealed | Entity That Designated the Information As Confidential |
|---|---|
| Defendant Blue Coat Systems, Inc.'s *Daubert* Motion ("Blue Coat's *Daubert* Motion"), redacted at 9:5-14, 13:26-28 and 16:28-17:3. | Blue Coat |
| Ex. 1 to Declaration of Olivia M. Kim in Support of Defendant Blue Coat Systems, Inc.'s *Daubert* Motion ("Kim Declaration"), redacted at 16:16, 16:19, 17:3, 17:7-8, 18:1-6, 20:1-8, 27:8-11, 38:13-21, 40:1-5, 40:13-16, 41:1-21, 42:12-18, 43:17-21, 44:1-2, 45:8-18, 45:23-26, 46:4-8, 46:15-20, 47:1-2, 55:10-12, 61:14-19, 62:4-9, 62:13-18, 64:15-16, 76:3-7, 80:7-18, and 81:3-5. | Blue Coat |
| Ex. 1 to Kim Declaration, redacted at 2:24, 3:1-3, 3:6-7, 6:5-6, 6:11-18, 7:2-13, 7:16-18, 10:4-8, 11:2-4, 11:7-8, 28:11-12, 28:19-24, 29:1-18, 29:23-24, 30:1-19, 30:22, 30:25-27, 31:1-20, 31:24-25, 32:1-18, 32:20-21, 32:25-28, 33:1-28, 34:1-24, 35:1-23, 36:1-21, 37:1-22, 37:24-26, 38:1-9, 38:24-26, 50:10-11, 51:1-4, 51:6-7, 54:4-21, 54:27, 57:1-14, 57:16, 58:11-14, 59:1, 59:3-11, 59:23, 60:8-22, 61:1-2, 65:10-13, 78:19-22, 79:3-8, 79:12-13, and 79:17-18. | Finjan |
| Ex. 2 to Kim Declaration, in its entirety. | Blue Coat |
| Ex. 5 to Kim Declaration, in its entirety. | Blue Coat |
| Ex. 6 to Kim Declaration, redacted at 16-17, 26-27, 31-35. | Blue Coat |
| Ex. 7 to Kim Declaration, redacted at 382:23-383:6. | Blue Coat |
| Ex. 8 to Kim Declaration, redacted at pp. 25-30, 35-37, 39--267, 270-271, 273, 275, 280-284, 287, 289-290, 295-303, 305-306, 308-312, 315, 317-318, 320-325, 330-334, 336-338, 342, 344-345, 349-354, 357, 363-364, 370-376, 378-385, 387-390, 394-395, 402-403, 406-414, 418-419, 421-423, 428-432, 438, 440-441, 443-451, 458-459, 465-473, 475, 479, 482-483, 485-493, and App. B at pp. 9-19. | Blue Coat |

| Identification of Documents to be Sealed | Entity That Designated the Information As Confidential |
|---|---|
| Ex. 9 to Kim Declaration, redacted at pp. 22-23, 25, 26, 29-48, 51-55, 57-62, 64-69, 71-88, 90-100, 102-107, 112-121, 124-142, 144-154, 156-161, 163-172, 176-182, 186-191, 194-197, 200-201, 203-239, 247-282, 284-287, 291-295, 299-303, 305-310, 312-320, 324-339, 343-360, 364-418, 422-428, 431-434, 438-442, 444-449, 454-475, 479-505, 507-512, 515-518, 520-542, 544-548, 552-587, 591-597, 603-618, 620-625, 627-682, 686-697, 701-719, and App. B at pp. 7-17. | Blue Coat |

The above-identified documents contain highly confidential information that Blue Coat has designated as "Highly Confidential – Outside Counsels' Eyes Only – Source Code" and/or "Highly Confidential – Outside Counsels' Eyes Only," or contain information so designated by Blue Coat. Certain portions of Ex. 1 to Kim Declaration identified above also contain information designated by Plaintiff Finjan, Inc. ("Finjan") as "Highly Confidential – Outside Counsels' Eyes Only."

## II.   ARGUMENT

Blue Coat seeks to seal portions of documents that contain confidential information designated by Blue Coat as "Highly Confidential – Outside Counsels' Eyes Only – Source Code" and/or "Highly Confidential – Outside Counsels' Eyes Only." Specifically:

- The above-identified portions of Exhibits 1, 2, 5, 6, and 7 to Kim Declaration refer to and contain information designated by Blue Coat as "Highly Confidential – Outside Counsels' Eyes Only." (Kim Decl.[1] at ¶¶ 3(A)-3(E).)

- The above-identified portions of Exhibits 8 and 9 to Kim Declaration refer to and contain information designated by Blue Coat as "Highly Confidential – Outside

---

[1] Declaration of Olivia Kim in support of this motion filed concurrently hereto.

Counsels' Eyes Only" and "Highly Confidential – Outside Counsels' Eyes Only – Source Code." (Kim Decl. at ¶¶ 3(F) and 3(G).)

Accordingly, Blue Coat has narrowly tailored its request with this Administrative Motion seeking to file under seal only those portions of documents containing confidential information pursuant to the Stipulated Protective Order governing the treatment of confidential information exchanged during discovery.

Attached hereto are unredacted and redacted versions of the above-referenced documents.

### III.     CONCLUSION

Blue Coat has shown good cause and compelling reasons for this request to file the above-referenced portions of documents under seal. This request is narrowly tailored to seal only information that is regarded as confidential. For these reasons, Blue Coat respectfully requests that the Court grant its Administrative Motion to File Documents Under Seal.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

DATED:  May 28, 2015         By:   */s/ Olivia M. Kim*
                                   EDWARD G. POPLAWSKI
                                   OLIVIA M. KIM
                                   BRIAN LAM
                                   FERRELL ALMAN
                                   CHRISTOPHER D. MAYS

                                   Counsel for Defendant
                                   BLUE COAT SYSTEMS, INC.