# EXHIBIT 6
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

1
2
3
4
5

FINJAN, INC., a Delaware Corporation,

6            Plaintiff,

7      v.

8
BLUE COAT SYSTEMS, INC., a Delaware
9    Corporation,

10           Defendant.

11

Case No.: 13-cv-03999-BLF

**EXPERT REPORT OF NENAD
MEDVIDOVIC, PH.D. REGARDING
TECHNOLOGY OF U.S. PATENT NOS.
6,154,844; 7,058,822; 7,647,633; 7,418,731;
6,965,968; 6,804,780**

Judge: Beth Labson Freeman

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

I, Nenad Medvidovic Ph.D., have been asked by Plaintiff Finjan, Inc. ("Finjan") to testify as an expert witness in the above referenced action.  As part of my work in this action, I have been asked by Finjan to offer an opinion as to the importance of technology of U.S. Patent Nos. 6,154,844 (the "'844 Patent"); 7,058,822 (the "'822 Patent"); 7,647,633 (the "'633 Patent"); 6,965,968 (the "'968 Patent"); 7,418,731 (the "'731 Patent"); and 6,804,780 (the "'780 Patent") (collectively, the "Asserted Patents") and how they relate to Blue Coat products, namely ProxySG (including Webfilter), ProxyAV, Content Analysis System, Malware Analysis Appliance, WebPulse and ThreatBlades ("Accused Products").  I expect to testify at trial in this action regarding the opinions set forth in this report (the "Report"), as well as on any other issues for which I have submitted or will submit an expert report in this action.

## 1.   Experience and Qualifications

### a)  Curriculum Vitae

1.      I received a Bachelor of Science ("BS") degree, Summa Cum Laude, from Arizona State University's Computer Science and Engineering department.

2.      I received a Master of Science ("MS") degree from the University of California at Irvine's Information and Computer Science department.

3.      I received a Doctor of Philosophy ("PhD") degree from the University of California at Irvine's Information and Computer Science department.  My dissertation was entitled, "Architecture-Based Specification-Time Software Evolution."

4.      I am employed by the University of Southern California ("USC") as a faculty member in the Computer Science Department, and have been since January, 1999. I currently hold the title of Professor with tenure.  Between January, 2009 and January 2013, I served as the Director of the Center for Systems and Software Engineering at USC.  Since July, 2011, I have served as my Department's Associate Chair for PhD Affairs.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

5.      I teach graduate and undergraduate courses in Software Architecture, Software Engineering, Software Modeling, and Embedded Systems, and advise PhD students.  I have graduated 13 PhD students and advise 9 students currently pursuing a PhD.

6.      I served as Program Co-Chair for the flagship conference in my field—International Conference on Software Engineering ("ICSE")—held in May 2011.  I have served as Chair or Co-Chair for various other conferences in the Software Engineering field, including: the Fifth Working IEEE/IFIP Conference on Software Architecture, the Third IEEE International Conference on Self-Adaptive and Self-Organizing Systems, the Fifteenth International ACM SIGSOFT Symposium on Component Based Software Engineering, the IEEE/CSSE/ISE Workshop on Software Architecture Challenges for the 21st Century, the Doctoral Symposium at the Sixteenth ACM SIGSOFT International Symposium on the Foundations of Software Engineering.

7.      I serve or have served as an editor of several peer-reviewed journals, including: "IEEE Transactions on Software Engineering," "ACM Transactions on Software Engineering and Methodology", "Journal of Software Engineering for Robotics," "Elsevier Information and Software Technology Journal," "Journal of Systems and Software," "Journal of Software Engineering Research and Development," and "Springer Computing Journal." Additionally, I have served as a guest editor of several special issues for different journals.

8.      I am currently serving as Chair of the Steering Committee for the flagship conference in my field—International Conference on Software Engineering ("ICSE"). I previously served as a member of the Steering Committees of ICSE and of the Working IEEE/IFIP Conference on Software Architecture.

9.      I co-authored "Software Architecture: Foundations, Theory, and Practice," a widely used text in the field of Software Architecture.

2

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.              CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

10.     I have served as editor of various books in the Software Engineering field including: "Proceedings of the 3rd International Conference on Self-Adaptive and Self-Organizing Systems," "Proceedings of the Warm-Up Workshop for the 32nd International Conference on Software Engineering," and "Proceedings of the 5th Working IEEE/IFIP Conference on Software Architecture."

11.     I have authored or co-authored over 200 papers in the Software Engineering field. My most cited paper has been cited over 2,300 times.  A paper I co-authored in the 1998 International Conference on Software Engineering, my field's flagship conference, was given ten years later, in 2008, that conference's Most Influential Paper Award.

12.     I have served as referee or reviewer for over twenty peer-reviewed journals, including: "ACM Transactions on Software Engineering and Methodology," "IEEE Transactions on Software Engineering," "Journal of Software Engineering for Robotics," "IEEE Software," "IEEE Transactions on Industrial Informatics," "Elsevier Information and Software Technology Journal," "Journal of Systems and Software," "Journal of Automated Software Engineering," "IEEE Transactions on Parallel and Distributed Systems," "IEEE Computer," and "IEEE Proceedings – Software Engineering."

13.     I am a member of the Association for Computing Machinery ("ACM") and the ACM Special Interest Group on Software Engineering ("SIGSOFT"). I am a senior member of the Institute of Electrical and Electronics Engineers (IEEE) and the IEEE Computer Society.

14.     I am very familiar with and have substantial expertise in the area of software systems development / software engineering, software architecture, software design, and distributed systems.

15.     The details of my education are summarized in my curriculum vitae ("CV") attached hereto as Appendix A of this Report.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.              CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

16.     The details of my work experience and research are summarized in my CV attached hereto as Appendix A of this Report.

17.     The details of my publications, including those I have authored within the last 10 years, are summarized in Appendix A.

### b)  Prior Testimony

18.     A list of cases in which I have testified at deposition or trial or in written reports during at least the past four years is attached as Appendix A of this Report.

### c)  Compensation

19.     My rate of compensation for my work in this case is $350 per hour plus any direct expenses incurred.  My compensation is based solely on the amount of time that I devote to activity related to this case and is in no way affected by any opinions that I render.  I receive no other compensation from work on this action.  My compensation is not dependent on the outcome of this matter.

## 2.     Materials Considered

20.     My opinions, expressed herein, are based on information I have reviewed to date including the materials referenced herein and in the exhibits attached to this report, and are based on my knowledge and experience in the fields of computer and network security and network optimization.  I expect to review any reports submitted by the retained experts of Blue Coat and I expressly reserve the right to amend or supplement this Report, as appropriate, after considering the opinions set forth in any reports submitted by the retained experts of Blue Coat or any additional information produced by Blue Coat after the date of this Report.

21.     In the process of forming my opinions, I have reviewed and considered numerous documents and items including, but not limited to: the Asserted Patents and their file histories and the

4

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

Court's claim construction order in this case.  I have also reviewed the expert reports of Dr. Cole and Dr. Mitzenmacher including the documents cited therein.  A list of the materials I have considered in forming my opinions is attached as Appendix B to this Report.  I discuss the Court's claim construction order in this case in more detail below.

**3.**      **Summary of Opinions**

22.      I have been asked by counsel for Finjan to consider the relevant technology of the Asserted Patents and the Blue Coat products and technical advantages they provide to potential customers.  I expect that my opinion may be relevant in terms of providing an appropriate value on the technology.

**4.**      **Demonstratives**

23.      I anticipate that I may create or cause to be created demonstratives that I will use at trial to help explain to the jury various issues, such as background technology of the Asserted Patents, computer and network security generally, and the operation of Blue Coat's various accused systems and services.

24.      In order to aid the Court and jury in understanding my opinion, I intend to create demonstrative exhibits for trial.  These demonstrative exhibits will include non-graphical illustrations (such as documents, charts, tables, etc.) and graphical illustrations (such as figures, drawings, pictures, videos, etc.).  While these demonstratives have not yet been created, they will be completed and demonstrated at trial.

25.      To further aid the Court and jury in understanding my opinion, I anticipate that I will demonstrate the operation of the Accused Products at trial, including a live demonstration of the Accused Products if possible, or a prerecorded demonstration of the Accused Products if a live demonstration is not feasible.  A live demonstration may include having physical products in Court

5

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

and/or access to the products via an Internet connection.  If it is not feasible to bring physical products to trial and/or if the Court does not permit an Internet connection, I will create a video, or series of videos, demonstrating the operation of the Accused Products.  I may also create a series of slides if it more convenient for me to do so.  In any case, these videos or slides may include voice-overs, highlighting, and call outs.

26.     Whether by physical products, demonstration via Internet, video or slides, I will show the operation of Accused Products and will demonstrate how Downloadables are processed by the Accused Products.  In one example, this will include accessing a Web page from a client from a remote source through the ProxySG product with Webfilter.  The Web page will be an unknown Web page so that it will be processed by WebPulse.  I will demonstrate how the Web page is processed by WebPulse, including how potentially malicious files are processed.  In another example, I will access a Web page and it will be processed by ProxySG, the Content Analysis System ("CAS"), and the Malware Analysis Appliance ("MAA").  In this example, the Web page (or file) will be processed by ProxySG and sent to CAS.  CAS will then send the file to the MAA in order to sandbox the file.  During this demonstration, I will show how CAS and MAA process the file and the results of the analysis.  I have personally performed these tests on the Accused Products and will reenact my tests during trial either live or by video during trial.

27.     This live demonstration, video or slides may also include certain tools that intercept Web commands, such as an interceptor, which will allow me to show how commands are sent to and from the Accused Products.  This live demonstration, video or slides may also include certain tools which analyze portions of a Web page to determine how the Web pages are rendered.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.          CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

## 5.  Legal Standards

28.     Counsel for Finjan has informed me of the following legal standards that I have used as a framework in forming my opinions contained herein.  While I do not provide an opinion regarding infringement, I used the following legal standards in determining whether I agree with the opinions set forth by Dr. Cole and Dr. Mitzenmacher.

### a)  Claim Construction

29.     I have been informed that claim construction is a legal issue for the court to decide.  I understand that the Court issued a claim construction order on October 20, 2014, which I will refer to in my report as the "Claim Construction Order."  In forming my opinions, I have applied the Court's construction of claim terms as set forth in the Claim Construction Order.

30.     The Claim Construction Order does not construe every term that appears in the claims of the Asserted Patents.  For other claim terms that were not construed by the Court, I have been informed that such terms are to be interpreted based on their meaning to one of ordinary skill in the art at the time of the invention.  I further understand that, where the meaning of a term is not immediately apparent, one must look at those sources available to the public that show what a person of skill in the art would have understood the claim language to mean, including the words of the claims themselves, the remainder of the specification, the prosecution history, extrinsic evidence concerning relevant scientific principles, the meaning of technical terms, and the state of the art.  I also understand that in interpreting a patent claim, the focus is first on the intrinsic evidence of record, i.e., the patent itself, including the claims, the specification, and the prosecution history.  Extrinsic evidence such as expert and inventor testimony, dictionaries, and learned treatises may also be considered, but is generally viewed as less reliable than intrinsic evidence.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

### b) *Burden of Proof*

31.       I have been informed that Finjan bears the burden of proving infringement by a preponderance of the evidence.  I have been informed that this means that the evidence must show that infringement is more likely than not.

### c) *Infringement*

32.       I have been informed that infringement is determined on a claim-by-claim basis.

33.       I have been informed that claims may be either independent or dependent.  A dependent claim is infringed if a product meets all of the recited claim elements of the independent claim that the dependent claim depends on, as well as the additional claim elements recited in the dependent claim.

34.       I have been informed that a product may infringe either literally or under the doctrine of equivalents.  Literal infringement is found if an accused product, system, or method contains each and every element of a single claim.

35.       I have been informed that infringement under the doctrine of equivalents is found if an accused product, system, or method contains parts or steps that are identical or equivalent to each and every element of a single claim.  A part or step is equivalent if a person of ordinary skill in the art would conclude that the differences between the product or method step and the claim element were not substantial at the time of infringement.  One common test to determine if the difference between a product or method step and a claim element is not substantial is if the product or step performs substantially the same function, in substantially the same way, to achieve substantially the same result.

36.       I have been informed that a product, system, or method may infringe a claim directly or indirectly.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

37.     I have been informed that direct infringement is found if a party or its agents make, use, sell, or offer to sell a product or system that contains all elements of a claimed system or performs all of the steps of a claimed method.

38.     I have been informed that in the case of direct infringement of a system claim, a party can be found to use a patented system even if the party does not exercise physical or direct control over every element of the system.  For elements that are not subject to the physical or direct control of the party, the party is still deemed to be using that component or part of the patented system when (1) it puts the component into service, i.e., causes it to work for its intended purpose and (2) it receives the benefit of that purpose.  For example, if a company queries a third-party's database, thereby causing the database to run a query and return a result to the company, the company is deemed to have used the database for infringement purposes by putting it into service (causing it to run the query) and receiving the benefit of that operation (the result of the query), even though the company does not own or control the database.

39.     I have been informed that in the case of direct infringement of a method claim, the accused infringer must perform all of the steps of the claimed method, either personally or through another acting under the infringer's direction or control.  I understand that a third-party is acting under the accused infringer's direction or control (1) if the third-party is the agent of the accused infringer, or (2) if the accused infringer provides instructions or directions to the third-party, or (3) if the accused infringer contracts out to the third-party to perform the steps at issue.

40.     I have been informed that a patent may be indirectly infringed through inducement or contributory infringement.

41.     I have been informed that inducement of infringement requires that each component of a system claim or step of a method claim is made, used, sold, offered for sale or practiced, either

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

directly by the accused infringer or by a third party whom the accused infringer causes, urges, encourages or aids to do so.  The accused infringer must do so with knowledge (or willful blindness) of the patent and must know (or it must be found that the accused infringer should have known) that its actions would result in infringement of the patent.

42.     I have been informed that contributory infringement occurs when someone other than the accused infringer directly infringes a patent and the accused infringer knew of the patent, and sold, offered for sale or imported within the United States a component of an infringing product or apparatus for use in an infringement process (1) that is not a staple or commodity capable of substantial non-infringing use, (2) that constitutes a material part of the patented invention, (3) knowing that the component was made or adapted for use in the infringing product or method.

### d)  Person of Ordinary Skill in the Art

43.     I understand that the factors to be considered in determining the level of ordinary skill in the art to be: (1) the educational level of active workers in the field, including the named inventors of the patent; (2) the type of problems encountered in the art; (3) prior art solutions to those problems; (4) the rapidity with which innovations are made; and (5) the sophistication of the technology in the art.  I further understand that the Asserted Patents claim priority as follows:

- '844 Patent claims a priority date of November 8, 1996;

- '822 Patent claims a priority date of May 17, 2000;

- '633 Patent claims a priority date of May 17, 2000;

- '968 Patent claims a priority date of February 27, 2003;

- '731 Patent claims a priority date of November 6, 1997; and

- '780 Patent claims a priority date of November 8, 1996.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

44.     Based on my review of the Asserted Patents and my consideration of the above-mentioned factors, it is my opinion that a person of ordinary skill in the art at the time of the invention of the Asserted Patents would be someone with a bachelor's degree in computer science or related field, and either (1) two or more years of industry experience and/or (2) an advanced degree in computer science or related field.  My opinion would not change if the Asserted Patents are found to have a priority date differing from those listed above.

### e) The Court's Claim Construction Order

45.     In forming my opinion, I used the following definitions, as provided by the Court's Claim Construction Order, of terms that are present in the Asserted Claims:

| Term | Patent | Construction |
|---|---|---|
| Downloadable | '844 Patent, '780 Patent | an executable application program, which is downloaded from a source computer and run on the destination computer |
| Downloadable security profile that identifies suspicious code in the received Downloadable | '844 Patent | a profile that identifies code in the received Downloadable that performs hostile or potentially hostile operations |
| before [a/the] Web server make[s] the Downloadable available to Web clients | '844 Patent | before [a/the] non-network gateway Web server make[s] the Downloadable available to Web clients |
| mobile protection code | '822 Patent, '633 Patent | code that, at runtime, monitors or intercepts actually or potentially malicious code operations |
| A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising: providing a system, . . . | '633 Patent | A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, comprising: providing a system, . . . |
| causing mobile protection code to be executed by the mobile code executor at a downloadable-information destination such that one or | '633 Patent | Plain and ordinary meaning, wherein the mobile protection code was communicated to the downloadable-information destination without modifying the executable code |

11

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

| Term | Patent | Construction |
|---|---|---|
| more operations of the executable code at the destination, if attempted, will be processed by the mobile protection code | | |
| policy index | '968 Patent | a data structure indicating allowability of cached content relative to a plurality of policies |
| performing a hashing function on the Downloadable and the fetched software components | '780 Patent | performing a hashing function on the Downloadable together with its fetched software components |

46.     If the definitions provided in the Court's Claim Construction Order are modified by the Court in any way, I reserve the right to revisit my opinion and supplement this report to address those modifications.

## 6.     Overview of the Accused Products

47.     The Accused Products all work together to provide a cohesive security system. The core of the Accused Products is the ProxySG. For a customer who chooses Blue Coat as their security vendor, the customer typically must have ProxySG because it is required in order for ProxyAV, CAS and MAA. Ahlander Tr. at 157:4-158:12. One exception is the MAA because other Blue Coat products can operate with MAA, such as the ThreatBLADES. ProxySG with Webfilter is also typically required in enterprise situations in order to gain access to Webpulse. Harrison Tr. at 9:1-20. One exception is the Threat Blades which can also access Webpulse.

## 7.     Technical Advantages of the '844 Patent

48.     The '844 Patent relates to inspecting a Downloadable and generating a profile corresponding to the downloadable indicating suspicious operations that may be attempted by the downloadable or suspicious code patterns contained within the Downloadable. '844 Patent, Abstract. The '844 Patent generally covers a system for protecting a network from suspicious Downloadables and generally includes three elements: (1) a content inspector that receives a Downloadable; (2) the

12

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

generation of a downloadable security profile ("DSP") that identifies suspicious code in a downloadable (3) linking the DSP to the downloadable. '844 Patent, Abstract; 1:60-3:7.

49.     The content inspector generally uses a set of rules which may include a list of suspicious operations or code patterns deemed suspicious to generate a DSP. '844 Patent, Abstract; 1:60-3:7; 7:63-8:13. Examples of operations that may be deemed suspicious include anything that may perform malicious actions. For example, in the JavaScript, suspicious operations may include an "eval," "unescape," and "document.write" calls. In the example of a PDF, any JavaScript within the PDF may be considered suspicious. It should also be added that the patent does not limit the number of DSPs that can be linked to a Downloadable; in fact the patent specification explains that multiple DSPs may be linked to a Downloadable. *See* '844 Patent, 4:35-39; 6:6-10. The content inspection engine may attach a Downloadable/inspector security certificate which identifies the content inspection engine and verifies the authenticity of the DSP. *See e.g.*, '844 Patent, 8:65-9:4.

50.     The specification's definition of "linking" is "an association between the Downloadable and the DSP." '844 Patent, 6:20-24. Some examples of association or linking are through actions such as attachment or via a pointer or reference. '844 Patent, 6:13-24. If association or linking is done via a mechanism such as a pointer or reference, then the DSP may be stored in a network system instead of attached to the Downloadable.

51.     The importance of the '844 patent is manifold. The patent's technology provides protection against malicious Downloadables that have been previously unknown. Protecting against known exploits for which security patches are available is important, but relatively straightforward. The '844 patent allows for zero-day protection, which traditional security technologies that predated the '844 patent were unable to provide.

13

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

52.     The '844 patent additionally recognizes that relegating analysis of a Downloadable to a client would be highly inefficient, and potentially dangerous: different clients are likely to have limited computational capabilities that are dedicated to other, end-user tasks; furthermore, having to download and analyze content could actually result in exposing the client to potentially malicious behaviors.  For this reason, analyzing the Downloadable at the gateway, which includes a gateway physically located on-premise or in the cloud, is much more advantageous.  In this way, the Downloadable can be analyzed and potentially blocked before it ever reaches the client computer.

53.     The '844 patent also allows multiple DSPs to be associated with a Downloadable. This allows for detection engines of different sophistications and complexities to be added to the network system described by the patent.  These detection engines can analyze a Downloadable in different ways and from different perspectives, providing greater insight into its potentially malicious behavior than was available with any of the technologies that predated the '844 patent.

54.     The '844 Patent describes important technology that is necessary for a security system to provide protection against unknown malicious content.  The '844 Patent generates a security profile for incoming content that identifies suspicious code.  In other words, the '844 Patent generates a security profile based on what the content intends to do rather than applying traditional reactive techniques which only look for signatures within incoming files.  Once the security profile is generated, the system links the profile to the Downloadable before a Web server makes the Downloadable available to Web clients.  In this way, the profile of the Downloadable can be analyzed to determine whether the content is malicious or not.

55.     Cloud-based security is a natural outgrowth of the migration of computing and data storage to servers on the cloud.  Instead of burdening each individual and organization with purchasing and maintaining their own hardware (primarily, processing and storage capabilities) and system

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

software (e.g., operating systems, network suites, utility applications, etc.), the cloud has provided a way to commoditize these basic capabilities and, in turn, to allow users to focus on actual problems they are interested in solving, ranging from tasks that are as common as email to highly specialized uses such as complex scientific simulations.

56.     One important class of systems that is needed by every individual computing user and organization are systems that ensure security.  Outsourcing security to the cloud allows maximizing the sophistication of the employed security algorithms, mechanisms, techniques, and tools without having to make large, often prohibitively expensive, investments in hardware and software infrastructure.  The cloud architecture is relevant to the '844 Patent because it covers a system that exists in the cloud which analyzes content before it is made available to Web client.

57.     Coupled with this is the need to provide protection against unknown malicious content.  From a technical perspective, protection against known threats is an important but relatively simple task.  Protection against unknown threats allows a user or organization to continue operating during the critical time when a new type of malicious content appears, but before it becomes known and fully understood.  This is when existing enterprise systems are most vulnerable.  Being able to leverage the cloud to identify and protect against such unknown malicious content, without sacrificing the ability of end users to conduct their tasks, is critical.

**8.     Application of '844 Patent to Blue Coat's Technology**

58.     I understand that Dr. Cole has provided an opinion that Blue Coat's WebPulse technology infringes the '844 Patent, and that WebPulse is used in conjunction with ProxySG, Webfilter and the ThreatBlades.  I have read Dr. Cole's expert report and agree with his analysis.  In short, the WebPulse system generates a security profile for Downloadables and links them before the Web server makes the Downloadable available to client.  In one example, the WebPulse system will

15

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

Dr. Cole's infringement opinion is consistent with the testimony of the inventor and previous employee of Finjan. *See* Touboul Tr. at 243:17-306:19.

59.     The ability for WebPulse to analyze unknown Web pages in real-time before they are made available to the client is important for the security of the customer.  *See* Larsen Tr. at 80:11-81:17; 257:20-258:11.  Based on the growing number of attacks released each day, the focus of security is preventing new, unknown attacks before they corrupt a network.  Larsen Tr. at 257:20-258:11.  The '844 Patent and WebPulse provide a solution for detecting unknown attacks by analyzing content in real-time to determine what the content intends to do, rather than waiting until the malicious code has already infected a computer system.  Larsen Tr. at 33:14-34:16.  WebPulse is able to classify unknown content in order to provide its researchers with information regarding suspicious Web pages and also to classify Web pages in real-time before they are sent to the client.  Larsen Tr. at 33:14-34:16.  Furthermore, by having the analysis performed in the cloud, Blue Coat is able to leverage the

16

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

analysis of unknown content because it can send the result of the analysis to each ProxySG which in-turn will protect all of its customers.  Larsen Tr. at 80:11-81:17.

60.    ████████████████████████████████████

███████████████████████████████████

████████████████████████████

█████████████████████████████

█████████████████████████████

███████████████████████████████████

████████████████████████████████

██████████████████████████

**9.    Technical Advantages of the '822 and '633 Patent**

61.    The '822 and '633 Patents share a specification and generally cover a system and method for protecting network connectable devices from undesirable downloadable operation by malicious executable code.  In order to protect a client computer from malicious files, the protection engine intercepts the downloadable-information and determines whether it includes executable code.  If downloadable-information includes executable information, the protection engine transmits mobile protection code ("MPC") and the downloadable-information to the downloadable-destination.  '822 Patent, Abstract; 2:15-4:41.[1]  The MPC is used to monitor or intercept potentially malicious code.  An overview example of one embodiment of the protection engine is shown in Figure 4 below.  *See also* '822 Patent, 11:44-14:50.  In some embodiments, the re-communicator transmits a sandboxed package that includes the MPC for causing one or more predetermined malicious operations of the downloadable-information to be monitored or intercepted.  *See e.g.*, '822 Patent, 3:4-21.

---

[1] Similar citations can be found in the '633 Patent as the patents share the same specification.

17

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**



**FIG. 4**

62.     The '822 Patent is directed towards protecting network devices against security problems originating from a network server by receiving downloadable information and determining whether that downloadable information includes executable code.  Ideally, all executable code should be clearly marked as executable code.  However, the patent identifies the growing problem where code may misidentify itself or may be obfuscated in a way to hide executable code within downloadable information.  '822 Patent, 9:14-22.  By determining whether the downloadable-information includes executable code, the claimed invention protects against executable code that is not clearly identified or is otherwise obfuscated.

63.     The '822 and '633 Patents include multiple tests for detecting whether the downloadable-information includes executable code.  '822 Patent, 12:18-27.  Figure 5 shows example embodiments of a content inspector engine for determining whether the downloadable-information includes executable code.  *See also* '822 Patent, 14:51-16:50.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.            CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**



FIG. 5

64.  As the World-Wide Web has matured, dynamic content has replaced static content that used to be prevalent in the Web's early days.  Static content are pages that are displayed and do not change.  An example of static content is a news story involving simple text and formatting instructions.  On the other hand, dynamic content involves computer code that is sent from a Web server to a given client computer and is executed at the client computer to perform some, possibly sophisticated, functionality.  For example, a user may shop online, plan and book travel, use social media, watch videos, and so on.

65.  Dynamic content has transformed the Web from a resource that was useful to and used by a limited number of people to an indispensable global resource that in many ways powers the world's commerce.  However, this has come at a cost.  While traditional software systems ran on individual machines or carefully managed networks, today's software systems are widely distributed and decentralized, change all the time, and frequently involve elements whose developers are unknown to their users.  This potentially exposes computer users to many kinds of malicious content that is disguised as legitimate and innocuous.  In particular, malicious content in the form of executable code may disguise itself, e.g., as static content that is simply to be displayed in a browser.  If such content arrives at a client computer, it will activate itself and compromise the client computer.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

66.     The '822 and '633 Patents provide an answer to system security in this setting. Instead of allowing potentially malicious content unfettered access to an end-user's computer, the technology of these two patents puts protections in place that will shield the end-users from such malicious content.  The two patents ensure that all executable content will be identified as such, regardless of its potential disguise.  Without it, the clients may be badly exposed.

67.     The patents address the critical property of executable code: it is difficult, often impossible, to understand from the content and structure of the code itself how it will actually behave when it runs.  Furthermore, different clients may need different levels of protection.  Therefore, the system taught by the two patents identifies the potentially malicious code and creates the MPC, allowing the downloadable-destination to execute the code within a protected environment.  This may be done by injecting mobile protection code into the Downloadable in order to thwart or intercept potentially malicious code.  Alternatively, mobile protection code may be sent along with the Downloadable to a destination which allows the Downloadable to be executed in a sandbox.  In this way, the mobile protection code monitors the Downloadable during runtime because it is used to run the Downloadable in a virtual environment.

68.     Creating the sandbox at the gateway by injecting mobile protection code in the Downloadable, or sandboxing the code at the gateway by sending mobile protection code and the Downloadable to a virtual environment, is highly advantageous.  First, it protects all clients in the local network.  The computers can analyze the incoming content rapidly and put proper provisions in place to protect against its malicious behavior.  Doing so at a client computer would be computationally very expensive—the end users would get unacceptable performance on their computers.  Additionally, this analysis would have to be done on each individual client, unnecessarily taxing an enterprise's computing resources.  Client-based analysis of the downloadable would also expose the potentially

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

sensitive resources (e.g., data) stored on or accessed by the client computer to the malicious code before the proper protections against the malicious code (i.e., the sandbox) are put in place.

69.     Another advantage of sandboxing at the gateway is that it allows regular updates so that the system always employs state-of-the-art security analysis and mitigation techniques.  Doing this on each individual client computer would be much more risky as each individual user would be responsible for updating the corresponding protection software, and practice has shown that users tend to update their client-computer security software (e.g., anti-virus programs) very irregularly.

**10.     Application of '822 and '633 Patents to Blue Coat's Technology**

70.     I understand that Dr. Cole has provided an opinion that Blue Coat's ProxySG, Content Analysis System ("CAS") and Malware Analysis Appliance ("MAA") infringe the '822 and '633 Patents.  I have read Dr. Cole's expert report and agree with his analysis.  In short, the ProxySG products receive an incoming Downloadable.  For JavaScript, the ProxySG inserts mobile protection code based on an evaluation of detection indicators and sends the file to the client.  Tomic Tr. at 214:19-217:25.  This process meets the limitation of the '822 and '633 Patents.  Dr. Cole's infringement opinion is consistent with the testimony of the inventors and previous employees of Finjan.  *See* Ben-Itzhak, Tr. at 289:9-294:9; 305:21-306:16; 313:24-314:9; Touboul Tr. at 243:17-306:19; Kroll Tr. at 56:8-59:13; 89:13-91:4.

71.     Additionally, ProxySG will send the file to the CAS and MAA for processing. Ahlander Tr. at 58:24-60:25.  The CAS will analyze the file, determine whether it contains executable code (with the help of a feedback mechanism from the MAA), and then send mobile protection code with the file to the MAA for analysis.  *See* Ahlander Tr. at 58:24-60:25; 62:9-64:18.  The MAA will then sandbox the file to determine whether it is malicious or not and send the results back to CAS. Ahlander Tr. at 66:24-71:16.  This process meets the limitations of the '633 Patent.

---

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

72.     Having the ability to inject mobile protection code into a Downloadable, or sending mobile protection code and a Downloadable to a virtual environment to execute at the gateway is highly advantageous.  In this first example where mobile protection code is injected into the Downloadable, the suspicious code is completely neutralized, or intercepted, thus providing the requesting computer with protection against potentially malicious content.  For example, by having the ProxySG insert mobile protection code such that potentially malicious JavaScript is neutralized, the client computer is protected from JavaScript based threats.  In the second example where mobile protection code is sent to a virtual environment at the gateway with the Downloadable, the system is able to actually execute the Downloadable to determine exactly how it is going to run.  This provides complete insight into the behavior of the Downloadable.  Indeed, Blue Coat uses this information in several ways, including blocking other clients from accessing the content if it is determined to be malicious.  Larsen Tr. at 43:14-44:18; 128:20-129:9.

**11.     Technical Advantages of the '968 Patent**

73.     The '968 Patent generally covers a method and system for caching digital content as policy decisions relating to the cached content.  '968 Patent, Abstract.  The claims generally require three elements: (1) memory for storing a cache of digital content and multiple policies; (2) a content scanner; and (3) a content evaluator.  '968 Patent, Abstract; 1:63-2:67.

74.     The '968 Patent discloses a policy-based index which stores policy decisions related to content.  *Id.*  When content is received, it is cached and a content scanner is used to derive a content profile corresponding to the content.  *Id.*  The content evaluator analyzes the content profile and makes a policy decision based on the content profile.  In other words, the profile of the content can be used to determine if the content can be accessed by a particular user based on the user's policy.  The policy decision is stored in the policy index.  Notably, cached content can be shared among various users.  *Id.*

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.            CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

The '968 Patent discloses that this may also be leveraged to operate in conjunction with URL-filtering, anti-spam, anti-virus, and mobile code protection systems.

75.     The '968 Patent allows efficient caching that allows many clients to rely on content received from the Web.  By storing the content and the policy decisions relating to the content, the resulting cache uses fewer resources at the proxy server.  Furthermore, by scanning incoming content and generating a content profile for it, the resulting technology allows rapid subsequent analysis of the content.  Moreover, the technology of the '968 patent allows (1) for the number of clients serviced by the proxy server to change, (2) for a given client to alter its access policy, (3) for new policies to be added, and (4) for more sophisticated, improved content scanners to be introduced.  Each such change is easily accommodated due to the highly modular design in which different concerns are carefully separated.

**12.     Application of '968 Patent to Blue Coat's Technology**

76.     I understand that Dr. Mitzenmacher has provided an opinion that Blue Coat's ProxySG and WebPulse products infringe the '968 Patent.  I have read Dr. Mitzenmacher's expert report and agree with his analysis.  In short, the ProxySG product is a policy-based cache manager that is communicatively coupled to WebPulse.  *See* Tomic Tr. at 106:4-106:15.  ProxySG stores a cache of digital content, a plurality of policies and a policy index.  *See* Tomic Tr. at 121:19-123:16.   The policy index is a recording of the policy decisions that are made by the system.  Harrison Tr. at 73:10-77:7. WebPulse is a content scanner which scans digital content to derive a content profile.  For example, based on the results of the scanning by the Dynamic Real-Time Rater ("DRTR") in WebPulse, the system will return information regarding whether the content is suspicious.  *See* Harrison Tr. at 74:15-76:18; 77:8-16.  If it is suspicious, then the profile is compared to the policies maintained within ProxySG to determine whether the content is allowable.  Harrison Tr. at 138:6-139:17.  If, for

23

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

example, the policy is to block suspicious content, then the ProxySG will block the content.  These components meet the claimed limitations of the '968 Patent.  Dr. Mitzenmacher's infringement opinion is consistent with the testimony of the inventor and previous employee of Finjan.  *See* Touboul Tr. at 243:17-306:19.

77.     This technology provides many benefits for the customers of Blue Coat.  Specifically, it provides a system which caches not only digital content, but also the content profiles of the digital content and the policy decisions that are made.  Users of this system will see an increase in speed and efficiency because once the system generates a profile for a given Web page and makes a policy decision based on the profile, it does not have to undergo this operation again.  Instead, the system can retrieve the stored policy decision locally on the ProxySG device.  This saves on time for having to re-analyze the file and make a policy decision, but also on bandwidth because the system does not have to query the content scanner, WebPulse, to re-analyze the Web page.

**13.     Technical Advantages of the '731 Patent**

78.     The '731 Patent is generally directed towards methods and systems for caching at a computer gateway.  '731 Patent, Abstract.  The claims generally require a scanner for scanning incoming files from the internet and deriving a security profile, a file cache for storing files, a security profile cache for storing security profiles for files, and a security policy cache for storing security policies for intranet computers within an intranet.  '731 Patent, Abstract; 1:64-4:67.  The security polices include a list of restrictions for files that are transmitted to intranet computers.

79.     The scanner analyzes each file it scans to determine the nature of the computer operations the file is programed to perform.  A security profile is generated which summarizes the potentially malicious computer operations of the file.  *See e.g.*, '731 Patent, 6:25-32; Table 1.  The security profile is stored in a security profile cache.  *See e.g.*, '731 Patent, 6:55-60.  Separately, a

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.          CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

security policy cache, which includes a list of restrictions for the cached file, is also stored.  Table I in the '731 Patent describes an example security profile for a Web page.

TABLE I

Security Profile for Web Page P

| | | Security Profile | | |
|---|---|---|---|---|
| | Potentially Malicious? | File System Commands | Operating System Commands | Network Commands |
| Web Page P References objects O1, O2, O3 and O4 Includes JavaScript | Yes | None | None | Issue HTTP request; |
| Web Object O1 Java applet | Yes | Open file F1; Write file F2; Delete file F1 | Open registry; Edit registry | None |
| Web Object O2 Still image | No | | | |
| Web Object O3 Audio clip | No | | | |
| Web Object O4 ActiveX Control | Yes | Open file F1; Copy file F1 | None | Open socket; FTP send |

80.     The '731 Patent allows efficient caching that allows many clients to rely on content received from the Web.  By storing the content once instead of separating it for different clients or classes of clients, the resulting cache uses fewer resources at the gateway.  Furthermore, by scanning incoming content and generating and caching a security profile for it, the resulting technology allows rapid subsequent analysis of the content's security aspects.  Coupled with the security policy cache, the technology of the '731 Patent allows highly efficient and secure dissemination of Web content to any number of clients.  First, the details of specific clients are separated from the security policies.  Second, the policies are separated from the security profiles.  Finally, the security profiles are separated from the content itself.  This allows for (1) new clients to be added and for new or existing clients to adopt different policies; (2) new policies to be added and associated with different clients or client (i.e., user) groups; and (3) for more sophisticated, improved code scanners to be introduced so that new, improved security profiles may be computed.  Each such change is easily accommodated due to the highly modular design in which different concerns are carefully separated.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

**14.**    **Application of '731 Patent to Blue Coat's Technology**

81.    I understand that Dr. Mitzenmacher has provided an opinion that Blue Coat's ProxySG and WebPulse products infringe the '731 Patent.  I have read Dr. Mitzenmacher's expert report and agree with his analysis.  In short, the ProxySG and WebPulse products act as a computer gateway to scan incoming content.

82.

As such, ProxySG and WebPulse contain all of the components recited in the claims of the '731 Patent. Dr. Mitzenmacher's infringement opinion is consistent with the testimony of the inventor and previous employee of Finjan.  *See* Touboul Tr. at 243:17-306:19.

83.    This system provides a number of technical benefits for the customers of WebPulse. Specifically, the '731 Patent describes the use of a scanner to derive security profiles and caches to store security profiles.

26

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

### 15.   Technical Advantages of the '780 Patent

84.     The '780 Patent relates to systems and techniques for generating an ID for a Downloadable. '780 Patent, Abstract. A Downloadable is executable content (such as a program, a library, a component, or a script in an interpreted language) that is downloaded from a server or external computer to be executed on a client or internal computer. '780 Patent, 1:50-54. The Downloadable can be of different types; one example is JavaScript. '780 Patent, 1:50-61. The ID is generated by hashing the Downloadable along with components referenced by the Downloadable to generate the ID for the Downloadable. '780 Patent, 2:12-16.

85.     A Downloadable is sent from a server to a client. *See* '780 Patent, 1:65-2:44. A security system receives the Downloadable and applies a hashing function on the Downloadable (such as MD5 or SHA-1) and one or more components referenced by the Downloadable. The Downloadable ID can then be used by the security system to determine if the particular Downloadable has been seen before (i.e., it is a "known" Downloadable), and therefore, if a predetermined policy can be applied to the Downloadable, such as to block the Downloadable from reaching the client, thereby prohibiting its execution. *See* '780 Patent, 1:65-2:44. The ID generated can be applied to one component of the Downloadable, to a subset of the components or to all of the components of a Downloadable. *See* '780

27

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

Patent, 4:40-5:3.  Otherwise, if the ID has not been seen before it can be stored for later use if the Downloadable is seen again.  These steps can be seen in Figure 8 of the '780 Patent.



86.     The '780 patent describes a highly efficient way of determining whether a downloadable that arrives from the Web has already been seen and analyzed by generating an ID for the downloadable via a technique known as hashing.  Hashing allows computing a unique ID for each downloadable that has different content, and the same ID for two downloadables that are identical. This allows a system implementing the technology of the '780 Patent to determine very quickly if it had seen the downloadable before.  If the downloadable is known, then it can be treated in a manner that had been determined previously, without having to involve any further computation or other resources.  Only in cases when the downloadable is not known is it required to perform additional

28

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

computations, but even then only the first time the downloadable is seen.

87.     The technology of the '780 Patent "short-circuits" what could otherwise be a much more inefficient process that would accomplish essentially the same end-goal—the prevention of a potentially malicious downloadable from reaching an unsuspecting client computer.

**16.     Application of '780 Patent to Blue Coat's Technology**

88.     I understand that Dr. Cole has provided an opinion that Blue Coat's ProxySG and ProxyAV products infringe the '780 Patents. I have read Dr. Cole's expert report and agree with his analysis. In short, the ProxySG sends content to the ProxyAV. In order to increase the efficiency of the system, the ProxyAV will generate a hash of all incoming Downloadables including all of their components. *See* Ahlander Tr. at 56:13-58:15. As such, the ProxyAV contains all of the components recited in the claims of the '780 Patent. Dr. Mitzenmacher's infringement opinion is consistent with the testimony of the inventor and previous employee of Finjan. *See* Touboul Tr. at 243:17-306:19.

89.     The hashing function of the ProxyAV provides valuable efficiencies for the system. As noted above, by including the hashing functionality in the ProxyAV, the system can quickly determine whether the incoming Downloadable has been previously analyzed or not. *See* Ahlander Tr. at 56:13-58:15. If it has, then the system returns the results of the scan without burdening the system with an additional scan. If it has not, then a hash is generated which is associated with the results of the scan. Then, on future requests to scan the same content, the ProxyAV can avoid rescanning the content. *See* Ahlander Tr. at 56:13-58:15.

**17.     The Six Finjan Patents Form a Logically Consistent Suite and Provide Valuable Technology**

90.     The six patents discussed in this report provide different ways of

(1) ensuring the maximum protection of a user from disguised, potentially unknown malicious

content arriving over the network as described by the '844 (proactive protection against

29

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

unknown malicious content), '822 and '633 (sandboxing at the gateway) patents, while

(2) providing efficiency improvements that may be critically important to certain classes of users through the '968 (policy-based caching) and '731 (a caching content and security profiles) patents, as well as the '780 (downloadable ID computation via hashing) patents.

91.     While techniques such as caching may not be obviously useful from a security-only perspective, the resulting efficiency of a system that leverages caching may be the key ingredient in making the system actually usable to a customer.  Conversely, while an efficient Web-based system that leverages caching may be attractive to a customer who can access content on the Web quickly and easily, without proper security that system will be practically unusable and, in fact, dangerous. For this reason, the six Finjan patents can be considered a suite that provides the two key ingredients of modern distributed, Web-based systems.

92.     From a security context, the features disclosed in the '844, '822 and '633 Patents are relevant to protecting against unknown malicious content.  Based on literature from Finjan's licensees, there was a 600% increase in malicious sites in 2012 alone.  Websense 2013 Threat Report, pg. 3. This shift in attack strategy is a primary reason why traditional defenses are increasingly ineffective. In fact, IDC, an authority in this area, has reported that signature-based defenses were unable to address emerging threats, and that the only way to combat these threats is to utilize real-time defenses. Websense 2013 Threat Report, pg. 9.  The threat report of another Finjan licensee, namely McAfee, shows that the count of new suspect URLs grew 18 million in one quarter and that the number of new malware samples increased to 30 million.  McAfee Labs Threats Report, Pg. 20, 23.

93.     This data illustrates the need for Blue Coat's products to include the technology found in the '844, '822 and '633 Patents.  With respect to the '844 Patent, which is implemented by WebPulse, there is a strong need to protect against malicious URLs that contain suspicious content.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY                              BC0067547

94. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ These figures demonstrate the importance of the infringing technology within WebPulse.

95.     With regard to the '822 and '633 Patents, the ProxySG, CAS and MAA products also protect against unknown malicious threats.  For example, if an incoming Web page contains suspicious JavaScript, the ProxySG product using the technology of the '822 Patent can inject mobile protection code and thus protect the network from unknown threats.  In other examples, the Web page can be sent to CAS and MAA to be run in a virtual environment using the technology disclosed in the '822 and

31

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY

'633 Patents.  In this way, Blue Coat's customers can be protected against unknown malicious content by analyzing the behavior as the content executes.  If unknown malicious content were allowed to go through to the network without these protections in place, the entire network could be shut down costing a business millions in damage.  In fact, one article from March 20, 2014 estimates the breaches and malware will cost $491 billion in 2014.  SC Magazine, "Breaches, malware to cost $491 billion in 2014, study says."

96.     With regard to the '968, '731 and '780 Patents, these patents provide additional efficiencies for the system, such as caching and hashing.  If the Blue Coat products, including the ProxySG, WebPulse and ProxyAV, did not include these technologies, then the operations would be hampered severely.  Without this technology, the Blue Coat products would have to request and scan every potentially malicious Web page, even if it had processed the Web page before.

97.     Looking at Blue Coat's internal documents, it shows that the technology from the Finjan patents forms an integral part of Blue Coat's offerings:



EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.                    CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

98.    As shown in this document, which is Exhibit 3 to the Ahlander deposition, the Secure Web Gateway depicted above includes a number of features contained in Blue Coat's products, including the Accused Products.  I understand that the majority of the features that protect against unknown security threats are contained within the Services features box.  ████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████    All of these together form a suite of technologies that provide security services for Blue Coat's customers.

**18.    Blue Coat Recognizes the Importance of Finjan's Technology**

99.    Indeed, it is my opinion that Blue Coat recognizes the importance and value of Finjan's technology. Blue Coat was founded in 1996 under the name of CacheFlow, and was focused on Web acceleration.  BC0186778.  In 2002, CacheFlow changed its name to Blue Coat and began providing security features in its product offering.  ████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█ ████████████████████████████████████████████

██████████

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.          CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**



EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.          CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**



100.    As demonstrated in these documents, Blue Coat recognized the importance of Finjan's patented technology and began the process of implementing the technology into Blue Coat's product line.

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.          CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on the January 12, 2015 in Los Angeles, CA.


_____
       Nenad Medvidovic, Ph.D

EXPERT REPORT OF NENAD MEDVIDOVIC, PH.D.          CASE NO. 13-cv-03999-BLF

# APPENDIX A

*Curriculum Vitae*

Nenad Medvidovic

*Professor and Associate Chair*

Computer Science Department (SAL 338)

Viterbi School of Engineering

941 Bloom Walk

University of Southern California

Los Angeles, CA 90089-0781

U.S.A.

+1-213-740-5579 (phone)
+1-213-740-4927 (fax)
neno@usc.edu (email)
http://sunset.usc.edu/~neno/ (WWW)

## Table of Contents

| | |
|---|---|
| Education | 2 |
| Employment History | 2 |
| Honors, Awards, Fellowships | 2 |
| Selected Statistics | 3 |
| Graduated Doctoral Students | 3 |
| Publications | 4 |
| Research Support | 23 |
| Patents | 29 |
| Teaching | 29 |
| Supervised Students | 31 |
| Formal Presentations | 34 |
| Professional Service | 43 |
| University Service | 53 |
| Professional Associations | 54 |
| Consulting | 55 |

# 1  Education

**Doctor of Philosophy** (3/99, Cumulative GPA: 4.00)
    University of California, Irvine — Department of Information and Computer Science
    Dissertation: *Architecture-Based Specification-Time Software Evolution*

**Master of Science** (6/95, Cumulative GPA: 4.00)
    University of California, Irvine — Department of Information and Computer Science

**Bachelor of Science**, *Summa Cum Laude* (8/92, Cumulative GPA: 4.00)
    Arizona State University — Computer Science and Engineering Department

# 2  Employment History

| | |
|---|---|
| 7/11 - present | Associate Chair for Ph.D. Affairs, Computer Science Department<br>University of Southern California, Los Angeles, CA |
| 2/11 - present | Professor, Computer Science Department<br>University of Southern California, Los Angeles, CA |
| 1/09 - 1/13 | Director, Center for Systems and Software Engineering<br>Viterbi School of Engineering, University of Southern California, Los Angeles, CA |
| 3/05 - 2/11 | Associate Professor, Computer Science Department<br>University of Southern California, Los Angeles, CA |
| 1/99 - 3/05 | Assistant Professor, Computer Science Department<br>University of Southern California, Los Angeles, CA |
| 9/94 - 12/98 | Graduate Student Researcher, Software Architecture Group<br>University of California, Irvine, CA |
| 9/93 - 8/94 | Teaching Assistant<br>University of California, Irvine, CA |
| 6/93 - 8/93 | Research Assistant, Software Engineering Group<br>Arizona State University, Tempe, AZ and Rupp Technology, Phoenix, AZ |
| 8/92 - 8/93 | Teaching Assistant<br>Arizona State University, Tempe, AZ |

# 3  Honors, Awards, Fellowships

| | |
|---|---|
| 2013 | Senior Member, IEEE |
| 2010 | USC Mellon Mentoring Award |
| 2009 | Best Poster Award, International Conference on Program Comprehension |
| 2008 | Most Influential Paper Award, International Conference on Software Engineering |
| 2005, 2009 | Finalist, Most Influential Paper Award, Int'l Conference on Software Engineering |
| 2007 | IBM Real-Time Innovation Faculty Award |
| 2007 | Most cited software engineering paper published in a scientific journal in 2000 |
| 2005 | Okawa Foundation Research Grant |
| 2000-2005 | National Science Foundation (NSF) CAREER Award |
| 1999, 2000 | USC, School of Engineering Teaching Honor Roll |

| 1993-94 | UC Irvine, Department of Information and Computer Science Fellowship |
| 1992 | Arizona State University, Moeur Award (top student in the graduating class) |
| 1991-93 | UPE National Honor Society for the Computing Sciences |
| 1990-93 | Golden Key National Honor Society |
| 1990-92 | Arizona Regents International Student Scholarship |
| 1989-92 | Dean's Honor List, Arizona State University |

## 4   Selected Statistics

- *h-index*                                                                        46
  (harzing.com/pop.htm, scholar.google.com/)
- *g-index*                                                                        104
  (harzing.com/pop.htm)
- *Top Authors in Software Engineering*                          18th all-time
  (academic.research.microsoft.com)
- *Most cited publication*                                               2,230 citations [J23]
  (scholar.google.com/)
- *Most cited papers, IEEE Transactions on Software Engineering*   6th [J23], 32nd [J26]
  (academic.research.microsoft.com)

## 5   Graduated Doctoral Students

- Joshua Garcia, May 2014
  currently a post-doctoral researcher at George Mason University

- Hossein Tajalli, May 2014
  currently a software engineer at NVIDIA

- Ivo Krka, January 2014
  currently a Software Engineer at Google

- Daniel Popescu, November 2011
  currently a Senior Software Engineer at Google

- David Woollard, January 2011
  currently a Software Engineering Manager at Vdio
  formerly a Senior Computer Scientist at JPL

- George Edwards, July 2010
  currently founder of Quandary Peak Research
  formerly founder and Chief Scientist at Blue Cell Software

- Chiyoung Seo, May 2008
  currently a Software Engineer at Couchbase
  formerly a Senior Software Development Engineer at Yahoo

- Yuriy Brun, March 2008
  currently an *Assistant Professor* at University of Massachusetts
  formerly a *Computing Innovation (CI) Post-Doctoral Fellow* at University of Washington

- Chris Mattmann, August 2007
  currently a Chief Architect at JPL and an *Adjunct Associate Professor* at USC

- Sam Malek, May 2007
  currently an *Associate Professor* at George Mason University

- Roshanak Roshandel, December 2006
  currently an *Associate Professor* at Seattle University

- Nikunj R. Mehta, September 2004
  currently a Software Architect at C3
  formerly a Consulting Member of Technical Staff at Oracle

- Marija Mikic-Rakic, July 2004
  currently a Manager, Software Engineering at Google

## 6   Publications

### Authored Books

**AB1**  Richard N. Taylor, **Nenad Medvidovic**, and Eric M. Dashofy. "Software Architecture: Foundations, Theory, and Practice." *John Wiley & Sons*, January 2009, 736 pages. ISBN-10: 0470167742. ISBN-13: 978-0470167748.

### Edited Books

**EB2**  Magnus Larsson and **Nenad Medvidovic**, eds. "Proceedings of the The 15th International ACM SIGSOFT Symposium on Component Based Software Engineering (CBSE-2012)." ACM, June 2012.

**EB3**  Harald Gall and **Nenad Medvidovic**, eds. "Proceedings of the 33rd International Conference on Software Engineering (ICSE 2011)." ACM, May 2011.

**EB4**  Fabrice Saffre, **Nenad Medvidovic**, and Alberto Montresor, eds. "Proceedings of the 3rd International Conference on Self-Adaptive and Self-Organizing Systems." IEEE Computer Society, September 2009.

**EB5**  **Nenad Medvidovic** and Tetsuo Tamai, eds. "Proceedings of the Warm Up Workshop for the 32nd International Conference on Software Engineering." ACM, April 2009.

**EB6**  Robert Nord, **Nenad Medvidovic**, Rene Krikhaar, Judith Stafford, Jan Bosch, eds. "Proceedings of the 5th Working IEEE/IFIP Conference on Software Architecture." *IEEE Computer Society*, March 2006.

### Refereed Journal Articles

**J1**  Yuriy Brun, Jae young Bang, George Edwards, and **Nenad Medvidovic**. "Self-Adapting Reliability in Distributed Systems." *IEEE Transactions on Parallel and Distributed Systems*. In submission.

**J2**  Chris Mattmann, Joshua Garcia, Ivo Krka, Daniel Popescu, and **Nenad Medvidovic**. "Revisiting the Anatomy and Physiology of the Grid." *Journal of Grid Computing*. In submission.

**J3**  Yuriy Brun and **Nenad Medvidovic**. "Entrusting Private Computation and Data to Untrusted Networks." *IEEE Transactions on Dependable and Secure Computing*, vol. 10, no. 4 (July/August 2013).

**J4**    Hossein Tajalli and **Nenad Medvidovic**. "iDARE — A Reference Architecture for Integrated Software Environments." *Journal of Software: Practice and Experience*, published online, DOI: 10.1002/spe.2207, June 2013.

**J5**    Chris A. Mattmann, **Nenad Medvidovic**, Sam Malek, George Edwards, and Somo Banerjee. "A Middleware Platform for Providing Mobile and Embedded Computing Instruction to Software Engineering Students." *IEEE Transactions on Education*, vol. 55, no. 3 (August 2012).

**J6**    Sam Malek, **Nenad Medvidovic**, and Marija Mikic-Rakic. "An Extensible Framework for Improving a Distributed Software System's Deployment Architecture." *IEEE Transactions on Software Engineering*, vol. 38, no. 1 (January/February 2012).

**J7**    **Nenad Medvidovic**, Hossein Tajalli, Joshua Garcia, Yuriy Brun, Ivo Krka, and George Edwards. "Engineering Heterogeneous Robotics Systems: A Software Architecture-Based Approach". *IEEE Computer*, vol. 44, no. 5 (May 2011).

**J8**    Sam Malek, George Edwards, Yuriy Brun, Hossein Tajalli, Joshua Garcia, Ivo Krka, **Nenad Medvidovic**, Marija Mikic-Rakic, and Gaurav Sukhatme. "An Architecture-Driven Software Mobility Framework." *Journal of Systems and Software*, special issue on Software Architecture and Mobility, vol. 83, no. 6 (June 2010).

**J9**    **Nenad Medvidovic** and George Edwards. "Software Architecture and Mobility: A Roadmap." *Journal of Systems and Software*, special issue on Software Architecture and Mobility, vol. 83, no. 6 (June 2010).

**J10**   David Woollard, **Nenad Medvidovic**, Yolanda Gil, and Chris A. Mattmann. "Scientific Software as Workflows: From Discovery to Distribution." *IEEE Software*, special issue on Developing Scientific Software, vol. 25, no. 4 (July/August, 2008).

**J11**   George Edwards, Chiyoung Seo, and **Nenad Medvidovic**. "Model Interpreter Frameworks: A Foundation for the Analysis of Domain-Specific Software Architectures." *Journal of Universal Computer Science*, special issue on Software Components, Architectures, and Reuse, volume 14, number 8 (2008).

**J12**   **Nenad Medvidovic**, Eric M. Dashofy, and Richard N. Taylor. "Moving Architectural Description from Under the Technology Lamppost." *Journal of Information and Software Technology*, vol. 49, no. 1 (January 2007).

**J13**   **Nenad Medvidovic**, Rene Krikhaar, Robert Nord, and Judith Stafford. "Understanding the Past, Improving the Present, and Mapping out the Future of Software Architecture." *Journal of Systems and Software*, vol. 79, no. 12 (December 2006).

**J14**   **Nenad Medvidovic** and Vladimir Jakobac. "Using Software Evolution to Focus Architectural Recovery." *Journal of Automated Software Engineering*, vol. 13, no. 2 (April 2006).

**J15**   Sam Malek, Marija Mikic-Rakic, and **Nenad Medvidovic**. "A Style-Aware Architectural Middleware for Resource-Constrained, Distributed Systems." *IEEE Transactions on Software Engineering*, vol. 31, no. 3 (March 2005).

**J16**   Roshanak Roshandel, Andre van der Hoek, Marija Mikic-Rakic, and **Nenad Medvidovic**. "Mae – A System Model and Environment for Managing Architectural Evolution." *ACM Transactions on Software Engineering and Methodology*, vol. 11, no. 2 (April 2004).

**J17** Paul Gruenbacher, Alexander Egyed, and **Nenad Medvidovic**. "Reconciling Software Requirements and Architectures with Intermediate Models." *Springer Journal of Software and System Modeling*, vol. 3, no. 3, pages 235-253 (August 2004).

**J18** **Nenad Medvidovic**, Paul Gruenbacher, Alexander Egyed, and Barry W. Boehm. "Bridging Models across the Software Lifecycle." *Journal of Systems and Software*, vol. 68, no. 3 (December 2003).

**J19** **Nenad Medvidovic**, Marija Mikic-Rakic, Nikunj Mehta, and Sam Malek. "Software Architectural Support for Handheld Computing." *IEEE Computer*, special issue on Handheld Computing, vol. 36, no. 9 (September 2003).

Acceptance rate 5 of 87.

**J20** **Nenad Medvidovic**, Eric M. Dashofy, and Richard N. Taylor. "The Role of Middleware in Architecture-Based Software Development." *International Journal of Software Engineering and Knowledge Engineering*, vol. 13, no. 4 (August 2003).

**J21** **Nenad Medvidovic**, David S. Rosenblum, David F. Redmiles, and Jason E. Robbins. "Modeling Software Architectures in the Unified Modeling Language." *ACM Transactions on Software Engineering and Methodology*, vol. 11, no. 1 (January 2002).

**J22** Alexander Egyed, **Nenad Medvidovic**, and Cristina Gacek. "A Component-Based Perspective on Software Mismatch Detection and Resolution." *IEE Proceedings – Software Engineering*, vol. 147, no. 6 (December 2000).

**J23** **Nenad Medvidovic** and Richard N. Taylor. "A Classification and Comparison Framework for Software Architecture Description Languages." *IEEE Transactions on Software Engineering*, vol. 26, no. 1 (January 2000).

Reprinted in *Rational Developer Network: Seminal Papers on Software Architecture*, Rational Software Corp. (July 2001). Named most widely cited software engineering paper published in 2000 by the *Journal of Information and Software Technology* (January 2007).

**J24** Peyman Oreizy, Michael M. Gorlick, Richard N. Taylor, Dennis Heimbigner, Gregory Johnson, **Nenad Medvidovic**, Alex Quilici, David S. Rosenblum, and Alexander L. Wolf. "An Architecture-Based Approach to Self-Adaptive Software." *IEEE Intelligent Systems and Their Applications*, vol. 14, no. 3 (May/June 1999).

**J25** **Nenad Medvidovic** and Richard N. Taylor. "Exploiting Architectural Style to Develop a Family of Applications." *IEE Proceedings – Software Engineering*, vol. 144, no. 5-6 (October-December 1997).

**J26** Richard N. Taylor, **Nenad Medvidovic**, Kenneth M. Anderson, E. James Whitehead, Jr., Jason E. Robbins, Kari A. Nies, Peyman Oreizy, and Deborah L. Dubrow. "A Component- and Message-Based Architectural Style for GUI Software." *IEEE Transactions on Software Engineering*, vol. 22, no. 6 (June 1996).

## Refereed Book Chapters

**B1** Chris A. Mattmann, Daniel J. Crichton, Andrew F. Hart, Cameron Goodale, J. Steven Hughes, Sean Kelly, Luca Cinquini, Thomas H. Painter, Joseph Lazio, Duane Waliser, **Nenad Medvidovic**, Jinwon Kim, and Peter Lean. "Architecting Data-Intensive Systems." In B. Furht and A. Escalante, eds., *Handbook of Data Intensive Computing*, Springer Verlag, 2011.

**B2**  Ivo Krka, George Edwards, Leslie Cheung, Leana Golubchik, and **Nenad Medvidovic**. "A Comprehensive Exploration of Challenges in Architecture-Based Reliability Estimation." In R. de Lemos, J.-C. Fabre, C. Gacek, F. Gadducci, and M. ter Beek, eds., *Architecting Dependable Systems VI*, Springer Verlag, December 2009.

**B3**  Sam Malek, Nels Beckman, Marija Mikic-Rakic, and **Nenad Medvidovic**. "A Framework for Ensuring and Improving Dependability in Highly Distributed Systems." In R. de Lemos, et al., eds., *Architecting Dependable Systems III*, Springer Verlag, October 2005.

**B4**  Paris Avgeriou, Nicolas Guelfi, and **Nenad Medvidovic**. "Software Architecture Description and UML." In Nuno J. Nunes, Bran Selic, Alberto Rodrigues da Silva, eds., *UML Modeling Languages and Applications*, LNCS 3297, Springer Verlag, February 2005.

**B5**  Roshanak Roshandel and **Nenad Medvidovic**. "Multi-View Software Component Modeling for Dependability." In R. de Lemos, C. Gacek, and A. Romanowski, eds., *Architecting Dependable Systems II*, Lecture Notes in Computer Science 3069, Springer Verlag, June 2004.

**B6**  **Nenad Medvidovic** and Nikunj Mehta. "Java Beans and Software Architecture." In Hossein Bidgoli, ed., *The Internet Encyclopedia*, John Wiley & Sons, Inc., vol. 2, December 2003.

**B7**  **Nenad Medvidovic**, Marija Mikic-Rakic, and Nikunj Mehta. "Improving Dependability of Component-Based Systems via Multi-Versioning Connectors." In R. de Lemos, et al., eds., *Architecting Dependable Systems*, Lecture Notes in Computer Science (LNCS 2677), Springer Verlag, August 2003.

## Refereed Conference Publications

**C1**  Youn Kyu Lee, Jae young Bang, Joshua Garcia, and **Nenad Medvidovic**. "ViVA: A Visualization and Analysis Tool for Distributed Event-Based Systems." In *Proceedings of the 36th International Conference on Software Engineering (ICSE 2014)*, Formal Demonstration Track, Hyderabad, India, June 2014.

**C2**  Ivo Krka, Nicolas D'Ippolito, **Nenad Medvidovic**, and Sebastian Uchitel. "Revisiting Compatibility of Input-Output Modal Transition Systems." In *Proceedings of the 19th International Symposium on Formal Methods*, Singapore, May 2014.

**C3**  Ivo Krka and **Nenad Medvidovic**. "Component-Aware Triggered Scenarios." In *Proceedings of the 11th Working IEEE/IFIP Conference on Software Architecture (WICSA 2014)*, Sydney, Australia, April 2014.

**C4**  Joshua Garcia, Igor Ivkovic, and **Nenad Medvidovic**. "A Comparative Analysis of Software Architecture Recovery Techniques." In *Proceedings of the 28th IEEE/ACM International Conference on Automated Software Engineering (ASE 2013)*, Palo Alto, CA, November 2013.

**C5**  Joshua Garcia, Daniel Popescu, Gholamreza Safi, William G.J. Halfond, and **Nenad Medvidovic**. "Identifying Message Flow in Distributed Event-Based Systems." In *Proceedings of the 9th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2013)*, St. Petersburg, Russia, August 2013.

**C6**  Ivo Krka and **Nenad Medvidovic**. "Distributing Refinements of a System-Level Partial Behavior Model." In *Proceedings of the 21st International Conference on Requirements Engineering*, Rio de Janeiro, Brazil, July 2013.

**C7**   Joshua Garcia, Ivo Krka, Chris Mattmann, and **Nenad Medvidovic**. "Obtaining Ground-Truth Software Architectures." In *Proceedings of the 35th International Conference on Software Engineering (ICSE 2013)*, Software Engineering in Practice Track, San Francisco, CA, May 2013.

**C8**   Jae young Bang, Ivo Krka, **Nenad Medvidovic**, Naveen Kulkarni, and Srinivas Padmanabhuni. "How Software Architects Collaborate: Insights from Collaborative Software Design in Practice." In *Proceedings of the 6th International Workshop on Cooperative and Human Aspects of Software Engineering (CHASE 2013)*, San Francisco, CA, May 2013.

**C9**   Ran Mo, Joshua Garcia, Yuanfang Cai, and **Nenad Medvidovic**. "Mapping Architectural Smells into Dependency Models." In *Proceedings of the 4th International Workshop on Managing Technical Debt (MTD 2013)*, San Francisco, CA, May 2013.

**C10**   Christoph Dorn, George Edwards, and **Nenad Medvidovic**. "Analyzing Design Tradeoffs in Large-scale Socio-Technical Systems through Simulation of Dynamic Collaboration Patterns." In *Proceedings of the 20th International Conference on Cooperative Information Systems (CoopIS 2012)*, Rome, Italy, September 2012.

**C11**   Joshua Garcia, Ivo Krka, **Nenad Medvidovic**, and Chris Douglas. "A Framework for Obtaining the Ground-Truth in Architectural Recovery." In *Proceedings of the Joint Working IEEE/IFIP Conference on Software Architecture and European Conference on Software Architecture (WICSA/ECSA 2012)*, Helsinki, Finland, August 2012.

**C12**   George Edwards, Yuriy Brun, and **Nenad Medvidovic**. "Automated Analysis and Code Generation for Domain-Specific Models." In *Proceedings of the Joint Working IEEE/IFIP Conference on Software Architecture and European Conference on Software Architecture (WICSA/ECSA 2012)*, Helsinki, Finland, August 2012.

**C13**   Daniel Popescu, Joshua Garcia, Kevin Bierhoff, and **Nenad Medvidovic**. "Impact Analysis for Distributed Event-Based Systems." In *Proceedings of the 6th ACM International Conference on Distributed Event-Based Systems (DEBS 2012)*, Berlin, Germany, July 2012.

**C14**   Ivo Krka and **Nenad Medvidovic**. "Revisiting Modal Interface Automata." In *Proceedings of the Workshop on Formal Methods in Software Engineering: Rigorous and Agile Approaches (FormSERA)*, Zurich, Switzerland, June 2012.

**C15**   Hossein Tajalli and **Nenad Medvidovic**. "A Reference Architecture for Integrated Development and Run-Time Environments." In *Proceedings of the 2nd Workshop on Developing Tools as Plug-ins (TOPI)*, San Francisco, CA, June 2012.

**C16**   Yuriy Brun and **Nenad Medvidovic**. "Keeping Data Private while Computing in the Cloud." In *Proceedings of the 5th International Conference on Cloud Computing (IEEE CLOUD 2012)*, Honolulu, HI, June 2012.

**C17**   Leslie Cheung, Ivo Krka, Leana Golubchik, and **Nenad Medvidovic**. "Architecture-Level Reliability Prediction for Concurrent Systems." In *Proceedings of the 3rd Joint WOSP/ SIPEW International Conference on Performance Engineering (ICPE 2012)*, Boston, MA, April 2012.

**C18**   Isela Macia Bertrán, Joshua Garcia, Daniel Popescu, Alessandro Garcia, **Nenad Medvidovic**, and Arndt Von Staa. "Are Automatically-Detected Code Anomalies Relevant to Architectural Modularity? An Exploratory Analysis of Evolving Systems." In *Proceedings of the 11th International Conference on Aspect-Oriented Software Development*, Potsdam, Germany, March 2012.

**C19** Jae young Bang, Daniel Popescu, and **Nenad Medvidovic**. "Enabling Workspace Awareness for Collaborative Software Modeling." In *Proceedings of the Future of Collaborative Software Development Workshop*, Seattle, WA, February 2012.

**C20** George Edwards, Yuriy Brun, and **Nenad Medvidovic**. "Isomorphism in Model Tools and Editors." In *Proceedings of the 26th IEEE/ACM International Conference on Automated Software Engineering (ASE 2011)*, Lawrence, KS, November 2011.

**C21** Joshua Garcia, Daniel Popescu, Chris A. Mattmann, **Nenad Medvidovic**, and Yuanfang Cai. "Enhancing Architectural Recovery Using Concerns." In *Proceedings of the 26th IEEE/ACM International Conference on Automated Software Engineering (ASE 2011)*, Lawrence, KS, November 2011.

**C22** Isela Macia Bertrán, Alessandro Garcia, Arndt von Staa, Joshua Garcia, and **Nenad Medvidovic**. "On the Impact of Aspect-Oriented Code Smells on Architecture Modularity: An Exploratory Study." In *Proceedings of the 5th Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2011)*, Sao Paulo, Brazil, September 2011.

**C23** Yuriy Brun, George Edwards, Jae young Bang, and **Nenad Medvidovic**. "Smart Redundancy for Distributed Computation." In *Proceedings of the 31st International Conference on Distributed Computing Systems (ICDCS)*, Minneapolis, MN, June 2011.

**C24** Hossein Tajalli, Joshua Garcia, George Edwards, and **Nenad Medvidovic**. "PLASMA: A Plan-based Layered Architecture for Software Model-driven Adaptation." In *Proceedings of the 25th IEEE/ACM International Conference on Automated Software Engineering (ASE 2010)*, Antwerp, Belgium, September 2010.

**C25** David Woollard, Chris A. Mattmann, Daniel Popescu, and **Nenad Medvidovic**. "KADRE: Domain-Specific Architectural Recovery for Scientific Software Systems." In *Proceedings of the 25th IEEE/ACM International Conference on Automated Software Engineering (ASE 2010)*, Antwerp, Belgium, September 2010.

**C26** Jae young Bang, Daniel Popescu, George Edwards, **Nenad Medvidovic**, Naveen Kulkarni, Girish M. Rama, and Srinivas Padmanabhuni. "CoDesign – A Highly Extensible Collaborative Software Modeling Framework." In *Proceedings of the 32nd International Conference on Software Engineering (ICSE 2010)*, Formal Demonstration Track, Cape Town, South Africa, May 2010.

**C27** Ivo Krka, Yuriy Brun, Daniel Popescu, Joshua Garcia, and **Nenad Medvidovic**. "Using Dynamic Execution Traces and Program Invariants to Enhance Behavioral Model Inference." In *Proceedings of the 32nd International Conference on Software Engineering (ICSE 2010)*, New Ideas and Emerging Results, Cape Town, South Africa, May 2010.

**C28** Ivo Krka, Leana Golubchik, and **Nenad Medvidovic**. "Probabilistic Automata for Architecture-Based Reliability Assessment." In *Proceedings of the Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS)*, Cape Town, South Africa, May 2010.

**C29** Leslie Cheung, Leana Golubchik, and **Nenad Medvidovic**. "SHARP: A Scalable Approach to Architecture-Level Reliability Prediction of Concurrent Systems." In *Proceedings of the Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS)*, Cape Town, South Africa, May 2010.

**C30**  T. S. Mohan, **Nenad Medvidovic**, and Chris A. Mattmann. "Leveraging Domain-Specific Software Architectures for Classifying Cloud Service Abstractions." In *Proceedings of Cloud Futures 2010 Workshop: Advancing Research with Cloud Computing*, Redmond, WA, April 2010.

**C31**  Susan Ferreira, Ricardo Valerdi, **Nenad Medvidovic**, John Hess, Indira Deonandan, Tsoline Mikaelian, Thomas Tenorio, Filiberto Macias, and Gayle Shull. "Unmanned and Autonomous Systems of Systems Test and Evaluation: Challenges and Opportunities." In *Proceedings of the 2010 IEEE International Systems Conference*, San Diego, CA, April 2010.

**C32**  Chris Mattmann, Joshua Garcia, Ivo Krka, Daniel Popescu, and **Nenad Medvidovic**. "The Anatomy and Physiology of the Grid Revisited." In *Proceedings of the Joint 8th Working IEEE/IFIP Conference on Software Architecture (WICSA-8) and the 3rd European Conference on Software Architecture (ECSA-3)*, Cambridge, UK, September 2009.

**C33**  Richard N. Taylor, **Nenad Medvidovic**, and Peyman Oreizy. "Architectural Styles for Runtime Software Adaptation" In *Proceedings of the Joint 8th Working IEEE/IFIP Conference on Software Architecture (WICSA-8) and the 3rd European Conference on Software Architecture (ECSA-3)*, Cambridge, UK, September 2009.

**C34**  Ivo Krka, Yuriy Brun, George Edwards, and **Nenad Medvidovic**. "Synthesizing Partial Component-Level Behavior Models from System Specifications." In *Proceedings of the 7th Joint Meeting of the European Software Engineering Conference and ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE09)*, Amsterdam, the Netherlands, August 2009.

**C35**  Chiyoung Seo, George Edwards, Daniel Popescu, Sam Malek, and **Nenad Medvidovic**. "A Framework for Estimating the Energy Consumption Induced by a Distributed System's Architectural Style." In *Proceedings of the 8th Workshop on Specification and Verification of Component-Based Systems (SAVCBS)*, Amsterdam, the Netherlands, August 2009.

**C36**  Joshua Garcia, Daniel Popescu, George Edwards, and **Nenad Medvidovic**. "Toward a Catalogue of Architectural Bad Smells." In *Proceedings of the 5th International Conference on the Quality of Software Architectures (QoSA)*, East Stroudsburg, PA, June 2009.

**C37**  Donna Spruijt-Metz, Ming Li, Gautam Thatte, Gaurav Sukhatme, Murali Annavaram, Sabyasachi Ghosh, Viktor Rozgic, Urbashi Mitra, **Nenad Medvidovic**, Britni Belcher, and Shrikanth Narayanan. "Differentiating Physical Activity Modalities in Youth Using Heartbeat Waveform Shape and Differences between Adjacent Waveforms." In *Proceedings of the 7th International Conference on Diet and Activity Methods (ICDAM 7)*, Washington, DC, June 2009.

**C38**  Yuriy Brun and **Nenad Medvidovic**. "Crystal-Growth-Inspired Algorithms for Computational Grids." In *Proceedings of the Workshop on Bio-Inspired Algorithms for Distributed Systems (BADS09)*, Barcelona, Spain, June 2009.

**C39**  Ivo Krka, George Edwards, Yuriy Brun, and **Nenad Medvidovic**. "From System Specifications to Component Behavioral Models." In *Proceedings of the 31st International Conference on Software Engineering (ICSE 2009)*, New Ideas and Emerging Results Track, Vancouver, Canada, May 2009.

**C40**  Daniel Popescu, Joshua Garcia, and **Nenad Medvidovic**. "Enabling More Precise Dependency Analysis in Event-Based Systems." In *Proceedings of the 17th International Conference on Program Comprehension (ICPC 2009)*, Vancouver, Canada, May 2009.

  *Best Poster Award*

**C41**  George Edwards, Joshua Garcia, Hossein Tajalli, Daniel Popescu, **Nenad Medvidovic**, Gaurav Sukhatme, and Brad Petrus. "Architecture-Driven Self-Adaptation and Self-Management in Robotics Systems." In *Proceedings of the 2009 ACM/IEEE International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS)*, Vancouver, Canada, May 2009.

**C42**  David Woollard, Chris Mattmann, and **Nenad Medvidovic**. "Injecting Software Architectural Constraints into Legacy Scientific Applications." In *Proceedings of the ICSE 2009 Workshop on Software Engineering for Computational Science and Engineering*, Vancouver, Canada, May 23, 2009.

**C43**  Joshua Garcia, Daniel Popescu, George Edwards and **Nenad Medvidovic**. "Identifying Architectural Bad Smells." In *Proceedings of the 13th European Conference on Software Maintenance and Reengineering (CSMR 2009)*, Kaiserslautern, Germany, March 2009.

**C44**  Murali Annavaram, **Nenad Medvidovic**, Urbashi Mitra, Shrikanth Narayanan, Donna Spruijt-Metz, Gaurav Sukhatme, Zhaoshi Meng, Shi Qiu, Rohit Kumar, and Gautam Thatte. "Multimodal Sensing for Pediatric Obesity Applications." In *Proceedings of the International Workshop on Urban, Community, and Social Applications of Networked Sensing Systems (UrbanSense08)*, Raleigh, NC, November 4, 2008.

**C45**  Chiyoung Seo, Sam Malek, and **Nenad Medvidovic**. "Component-Level Energy Consumption Estimation for Distributed Java-Based Software Systems." In *Proceedings of the 11th International Symposium on Component Based Software Engineering (CBSE 2008)*, Karlsruhe, Germany, October 2008.

**C46**  George Edwards and **Nenad Medvidovic**. "A Methodology and Framework for Creating Domain-Specific Development Infrastructures." In *Proceedings of the 23rd IEEE/ACM International Conference on Automated Software Engineering (ASE 2008)*, L'Aquila, Italy, September 2008.

**C47**  Daniel Popescu and **Nenad Medvidovic**. "Ensuring Architectural Conformance in Message-Based Systems." In *Proceedings of the DSN 2008 Workshop on Architecting Dependable Systems (WADS 2008)*, Anchorage, AK, USA, June 2008.

**C48**  Ivo Krka, Leslie Cheung, George Edwards, Leana Golubchik, and **Nenad Medvidovic**. "Architecture-Based Software Reliability Estimation: Problem Space, Challenges, and Strategies." In *Proceedings of the DSN 2008 Workshop on Architecting Dependable Systems (WADS 2008)*, Anchorage, AK, USA, June 2008.

**C49**  Leslie Cheung, Roshanak Roshandel, **Nenad Medvidovic**, and Leana Golubchik. "Early Prediction of Software Component Reliability." In *Proceedings of the 30th International Conference on Software Engineering (ICSE 2008)*, Leipzig, Germany, May 2008.

**C50**  Marija Mikic-Rakic, Sam Malek, and **Nenad Medvidovic**. "Architecture-Driven Software Mobility in Support of QoS Requirements." In *Proceedings of the International Workshop on Software Architectures and Mobility (SAM 2008)*, Leipzig, Germany, May 2008.

**C51** Chris Mattmann, David Woollard, and **Nenad Medvidovic**. "Exploiting Connector Knowledge To Efficiently Disseminate Highly Voluminous Data Sets." In *Proceedings of the 3rdWorkshop on SHAring and Reusing architectural Knowledge (SHARK 2008)*, Leipzig, Germany, May 2008.

**C52** Chiyoung Seo, Sam Malek, and **Nenad Medvidovic**. "Estimating the Energy Consumption in Pervasive Java-Based Systems." In *Proceedings of the 6th IEEE International Conference on Pervasive Computing and Communications*, Hong Kong, March 2008.

**C53** Chiyoung Seo, George Edwards, Sam Malek, and **Nenad Medvidovic**. "A Framework for Estimating the Impact of a Distributed Software System's Architectural Style on its Energy Consumption." In *Proceedings of the 7th Working IEEE/IFIP Conference on Software Architecture (WICSA 2008)*, Vancouver, BC, Canada, February 2008.

**C54** George Edwards, Chiyoung Seo, Daniel Popescu, Sam Malek, and **Nenad Medvidovic**. "Self-* Software Architectures and Component Middleware in Pervasive Environments." In *Proceedings of the 5th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC 2007)*, Newport Beach, CA, November 2007.

**C55** Chiyoung Seo, Sam Malek, and **Nenad Medvidovic**. "An Energy Consumption Framework for Distributed Java-Based Systems." In *Proceedings of the 22nd IEEE/ACM International Conference on Automated Software Engineering (ASE 2007)*, Atlanta, GA, November 2007.

**C56** Daniel Popescu, Spencer Rugaber, **Nenad Medvidovic**, and Daniel M. Berry. "Improving the Quality of Requirements Specifications via Automatically Created Object-Oriented Models." In *Proceeding of the 14th Monterey Workshop on Requirements Analysis*, Monterey, CA, September 2007.

**C57** Yuriy Brun and **Nenad Medvidovic**. "Fault and Adversary Tolerance as an Emergent Property of Distributed Systems' Software Architectures." In *Proceedings of the 2nd International Workshop on Engineering Fault Tolerant Systems (EFTS 2007)*, Dubrovnik, Croatia, September 2007.

**C58** **Nenad Medvidovic** and Sam Malek. "Software Deployment Architecture and Quality-of-Service in Pervasive Environments". In *Proceedings of the International Workshop on the Engineering of Software Services for Pervasive Environments (ESSPE 2007)*, Dubrovnik, Croatia, September 2007.

**C59** George Edwards, Chiyoung Seo, and **Nenad Medvidovic**. "Construction of Analytic Frameworks for Component-Based Architectures." In *Proceedings of the Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007)*, Campinas, Brazil, August 2007.

**C60** Vito Perrone, Chris A. Mattmann, Sean Kelly, Daniel J. Crichton, Anthony Finkelstein, and **Nenad Medvidovic**. "A Reference Framework for Requirements and Architecture in Biomedical Grid Systems." In *Proceedings of the IEEE International Conference on Information Reuse and Integration (IEEE IRI-2007)*, Las Vegas, NV, August 2007.

**C61** Roshanak Roshandel, **Nenad Medvidovic**, and Leana Golubchik. "A Bayesian Model for Predicting Reliability of Software Systems at the Architectural Level." In *Proceedings of the 3rd International Conference on Quality of Software Architectures (QoSA 2007)*, Boston, MA, July 2007.

**C62** Roshanak Roshandel and **Nenad Medvidovic**. "A Classification of Architectural Reliability Models." In *Proceedings of the International Workshop on Software Architecture Research and Practice*, Silicon Valley, CA, July 2007.

**C63**  Yuriy Brun and **Nenad Medvidovic**. "An Architectural Style for Solving Computationally Intensive Problems on Large Networks." In *Proceedings of the 2nd Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2007)*, Minneapolis, MN, May 2007.

**C64**  Sam Malek, Chiyoung Seo, Sharmila Ravula, Brad Petrus, and **Nenad Medvidovic**. "Reconceptualizing a Family of Heterogeneous Embedded Systems via Explicit Architectural Support." In *Proceedings of the 29th International Conference on Software Engineering (ICSE 2007)*, Minneapolis, MN, May 2007.

**C65**  Chiyoung Seo, Sam Malek, George Edwards, Daniel Popescu, **Nenad Medvidovic**, Brad Petrus, and Sharmila Ravula. "Exploring the Role of Software Architecture in Dynamic and Fault-Tolerant Pervasive Systems." In *Proceedings of the Workshop on Software Engineering of Pervasive Computing Applications, Systems, and Environments (SEPCASE 2007)*, Minneapolis, MN, May 2007.

**C66**  Chris A. Mattmann, David Woollard, **Nenad Medvidovic**, and Reza Mahjourian. "Software Connector Classification and Selection for Data-intensive Systems." In *Proceedings of the 2nd Workshop on Incorporating COTS Software into Software Systems: Tools and Techniques (IWICSS 2007)*, Minneapolis, MN, May 2007.

**C67**  George Edwards, Sam Malek, and **Nenad Medvidovic**. "Scenario-Driven Dynamic Analysis of Distributed Architecture." In *Proceedings of the 10th International Conference on Fundamental Approaches to Software Engineering (FASE 2007)*, Braga, Portugal, March-April 2007.

**C68**  Chris A. Mattmann and **Nenad Medvidovic**. "The GridLite DREAM: Bringing the Grid to Your Pocket." In *Proceedings of the 12th Monterey Workshop*, LNCS 4322, Springer Verlag, February 2007.

**C69**  Jesal Bhuta, Chris A. Mattmann, **Nenad Medvidovic**, and Barry Boehm. "A Framework for the Assessment and Selection of Software Components and Connectors in COTS-based Architectures." In *Proceedings of the 2007 IEEE/IFIP Working Conference on Software Architecture (WICSA-6)*, Mumbai, India, January 2007.

**C70**  Sam Malek, Chiyoung Seo, Sharmila Ravula, Brad Petrus, and **Nenad Medvidovic**. "Providing Middleware-Level Facilities to Support Architecture-Based Development of Software Systems in Pervasive Environments." In *Proceedings of the 4th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC 2006)*, Melbourne, Australia, November 27 - December 2006.

**C71**  Sam Malek, Chiyoung Seo, and **Nenad Medvidovic**. "Tailoring an Architectural Middleware Platform to a Heterogeneous Embedded Environment." In *Proceedings of the 6th International Workshop on Software Engineering and Middleware (SEM 2006)*, Portland, Oregon, November 2006.

**C72**  Marija Mikic-Rakic and **Nenad Medvidovic**. "A Classification of Disconnected Operation Techniques." In *Proceedings of the 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06)*, Dubrovnik, Croatia, August 29 - September 2006.

**C73**  Chris A. Mattmann, Daniel J. Crichton, **Nenad Medvidovic**, and Steven Hughes. "A Software Architecture-Based Framework for Highly Distributed and Data Intensive Scientific Applications." In *Proceedings of the 28th International Conference on Software Engineering (ICSE 2006)*, Shanghai, China, May 2006.

**C74** Roshanak Roshandel, Somo Banerjee, Leslie Cheung, **Nenad Medvidovic**, and Leana Golubchik. "Estimating Software Component Reliability by Leveraging Architectural Models." In *Proceedings of the 28th International Conference on Software Engineering (ICSE 2006)*, Shanghai, China, May 2006.

**C75** David Woollard and **Nenad Medvidovic**. "An Architectural Style for High-Performance Asymmetrical Parallel Computations." In *Proceedings of the 28th International Conference on Software Engineering (ICSE 2006)*, Shanghai, China, May 2006.

**C76** Sam Malek, Marija Mikic-Rakic, and **Nenad Medvidovic**. "A Decentralized Redeployment Algorithm for Improving the Availability of Distributed Systems." In *Proceedings of the 3rd International Working Conference on Component Deployment (CD 2005)*, Grenoble, France, November 2005.

**C77** Marija Mikic-Rakic, Sam Malek, and **Nenad Medvidovic**. "Improving Availability in Large, Distributed Component-Based Systems via Redeployment." In *Proceedings of the 3rd International Working Conference on Component Deployment (CD 2005)*, Grenoble, France, November 2005.

**C78** Somo Banerjee, Chris A. Mattmann, **Nenad Medvidovic**, and Leana Golubchik. "Leveraging Architectural Models to Inject Trust into Software Systems." In *Proceedings of the ICSE 2005 Workshop on Software Engineering for Secure Systems – Building Trustworthy Applications (SESS'05)*, St. Louis, MO, May 2005.

**C79** Omer Erdem Demir, Prem Devanbu, **Nenad Medvidovic**, and Eric Wohlstadter. "DISCOA: Architectural Adaptations for Security and QoS." In *Proceedings of the ICSE 2005 Workshop on Software Engineering for Secure Systems – Building Trustworthy Applications (SESS'05)*, St. Louis, MO, May 2005.

**C80** Vladimir Jakobac, **Nenad Medvidovic**, and Alexander Egyed. "Separating Architectural Concerns to Ease Program Understanding." In *Proceedings of the ICSE 2005 Workshop on the Modeling and Analysis of Concerns in Software (MACS)*, St. Louis, MO, May 2005.

**C81** Chris A. Mattmann, **Nenad Medvidovic**, Paul M. Ramirez, and Vladimir Jakobac. "Unlocking the Grid." In *Proceedings of the 8th International Symposium on Component Based Software Engineering (CBSE-8)*, St. Louis, MO, May 2005.

**C82** David Woollard, **Nenad Medvidovic**, Walter Yamada, and Theodore Berger. "ADaPT: An Event-Passing Protocol for Reducing Delivery Costs in Scatter-Gather Parallel Processes." In *Proceedings of the Workshop for Patterns in High Performance Computing*, Urbana, IL, May 2005.

**C83** Vladimir Jakobac, Alexander Egyed, and **Nenad Medvidovic**. "Improving System Understanding via Interactive, Tailorable, Source Code Analysis." In *Proceedings of the 2005 Conference on Fundamental Approaches to Software Engineering (FASE 2005)*, Edinburgh, UK, April 2005.

**C84** Chris A. Mattmann, Sam Malek, Nels Beckman, Marija Mikic-Rakic, **Nenad Medvidovic**, and Daniel J. Crichton. "GLIDE: A Grid-based Light-weight Infrastructure for Data-intensive Environments." In *Proceedings of the 2005 European Grid Conference (EGC 2005)*, Amsterdam, the Netherlands, February 2005.

**C85** Sam Malek, Marija Mikic-Rakic, **Nenad Medvidovic**. "An Extensible Framework for Autonomic Analysis and Improvement of Distributed Deployment Architectures." In *Proceedings of the ACM SIGSOFT Workshop on Self-Managed Systems (WOSS 2004)*, Newport Beach, CA, October 31 - November 2004.

**C86**  Nikunj Mehta, **Nenad Medvidovic**, Marjan Sirjani, and Farhad Arbab. "Modeling Behavior in Compositions of Software Architectural Primitives." In *Proceedings of the 19th IEEE International Conference on Automated Software Engineering (ASE 2004)*, Linz, Austria, September 2004.

**C87**  Barry Boehm, Jesal Bhuta, David Garlan, Eric Gradman, LiGuo Huang, Alexander Lam, Ray Madachy, **Nenad Medvidovic**, Kenneth Meyer, Steven Meyers, Gustavo Perez, Kirk Reinholtz, Roshanak Roshandel, and Nicolas Rouquette. "Using Testbeds to Accelerate Technology Maturity and Transition: The SCRover Experience." In *Proceedings of the ACM-IEEE 2004 International Symposium on Empirical Software Engineering (ISESE 2004)*, Redondo Beach, CA, August 2004.

**C88**  Roshanak Roshandel, Bradley Schmerl, **Nenad Medvidovic**, David Garlan, and Dehua Zhang. "Understanding Tradeoffs among Different Architectural Modeling Approaches." In *Proceedings of the 4th Working IEEE/IFIP Conference on Software Architecture (WICSA-4)*, Oslo, Norway, June 2004.

**C89**  Roshanak Roshandel and **Nenad Medvidovic**. "Toward Architecture-Based Reliability Estimation." In *Proceedings of Twin Workshops on Architecting Dependable Systems (WADS 2004)*, Edinburgh, UK, May 25, 2004 and Florence, Italy, June 2004.

**C90**  Marija Mikic-Rakic, Sam Malek, Nels Beckman, and **Nenad Medvidovic**. "Improving Availability of Distributed Event-Based Systems via Run-Time Monitoring and Analysis." In *Proceedings of Twin Workshops on Architecting Dependable Systems (WADS 2004)*, Edinburgh, UK, May 25, 2004 and Florence, Italy, June 2004.

**C91**  Nikunj Mehta, Ramakrishna Soma, and **Nenad Medvidovic**. "Style-Based Software Architectural Compositions as Domain-Specific Models." In *Proceedings of the Workshop on Directions in Software Engineering Environments (WoDiSEE 2004)*, Edinburgh, UK, May 2004.

**C92**  Marija Mikic-Rakic, Sam Malek, Nels Beckman, and **Nenad Medvidovic**. "A Tailorable Environment for Assessing the Quality of Deployment Architectures in Highly Distributed Settings." In *Proceedings of the 2nd International Working Conference on Component Deployment (CD 2004)*, Edinburgh, UK, May 2004.

**C93**  Marija Mikic-Rakic and **Nenad Medvidovic**. "Software Architectural Support for Disconnected Operation in Highly Distributed Environments." In *Proceedings of the 7th International Symposium on Component Based Software Engineering (CBSE-7)*, Edinburgh, UK, May 2004.

**C94**  Marija Mikic-Rakic and **Nenad Medvidovic**. "Support for Disconnected Operation via Architectural Self-Reconfiguration." In *Proceedings of the First International Conference on Autonomic Computing (ICAC-04)*, New York, NY, May 2004.

**C95**  **Nenad Medvidovic**, Sam Malek, and Marija Mikic-Rakic. "Software Architectures and Embedded Systems." In *Proceedings of the Monterey Workshop on Software Engineering for Embedded Systems (SEES 2003)*, Chicago, IL, September 2003.

**C96**  Andre van der Hoek, Ebru Dincel, and **Nenad Medvidovic**. "Using Service Utilization Metrics to Assess the Structure of Product Line Architectures." In *Proceedings of the 9th International Software Metrics Symposium*, Sydney, Australia, September 2003.

C97   Nikunj R. Mehta and **Nenad Medvidovic**. "Composing Architectural Styles from Architectural Primitives." In *Proceedings of the Joint 9th European Software Engineering Conference and 11th ACM Symposium on the Foundations of Software Engineering (ESEC/ FSE 2003)*, Helsinki, Finland, September 2003.

C98   Roshanak Roshandel and **Nenad Medvidovic**. "Modeling Multiple Aspects of Software Components." In *Proceedings of the Workshop on Specification and Verification of Component-Based Systems*, Helsinki, Finland, September 2003.

C99   Marija Mikic-Rakic and **Nenad Medvidovic**. "Adaptable Architectural Middleware for Programming-in-the-Small-and-Many." In *Proceedings of the ACM/IFIP/USENIX International Middleware Conference (Middleware 2003)*, Rio de Janeiro, Brazil, June 2003.

C100  Marija Mikic-Rakic and **Nenad Medvidovic**. "A Connector-Aware Middleware for Distributed Deployment and Mobility." In *Proceedings of the First International Workshop on Mobile Computing Middleware*, Providence, RI, May 2003.

C101  **Nenad Medvidovic**, Alexander Egyed, and Paul Gruenbacher. "Stemming Architectural Erosion by Coupling Architectural Discovery and Recovery." In *Proceedings of the Second International Software Requirements to Architectures Workshop*, Portland, OR, May 2003.

C102  Marija Mikic-Rakic and **Nenad Medvidovic**. "Toward a Framework for Classifying Disconnected Operation Techniques." In *Proceedings of the Second International Workshop on Software Architectures for Dependable Systems*, Portland, OR, May 2003.

C103  Nikunj Mehta and **Nenad Medvidovic**. "Understanding Software Connector Compatibilities Using A Connector Taxonomy." In *Proceedings of the First Workshop on Software Design and Architecture (SoDA'02)*, Bangalore, India, December 2002.

C104  Marija Mikic-Rakic, Nikunj Mehta, and **Nenad Medvidovic**. "Architectural Style Requirements for Self-Healing Systems." In *Proceedings of the First International Workshop on Self-Healing Systems (WOSS'02)*, Charleston, SC, November 2002.

C105  **Nenad Medvidovic**, Nikunj Mehta, and Marija Mikic-Rakic. "A Family of Software Architecture Implementation Frameworks." In *Proceedings of the 2002 Working IEEE/IFIP Conference on Software Architectures (WICSA-3)*, Montreal, Canada, August 2002.

C106  **Nenad Medvidovic**. "On the Role of Middleware in Architecture-Based Software Development." In *Proceedings of the 14th International Conference on Software Engineering and Knowledge Engineering (SEKE)*, Ischia, Italy, July 2002.

  "Fast-tracked" for journal publication as one of the best papers of the conference.

C107  Marija Mikic-Rakic and **Nenad Medvidovic**. "Architecture-Level Support for Software Component Deployment in Resource Constrained Environments." In *Proceedings of the IFIP/ACM Working Conference on Component Deployment*, Berlin, Germany, June 2002.

C108  **Nenad Medvidovic** and Marija Mikic-Rakic. "Programming-in-the-Many: A Software Engineering Paradigm for the 21st Century." In *Proceedings of the Workshop on New Visions for Software Design and Productivity.* Nashville, TN, December 2001.

C109  Roshanak Roshandel and **Nenad Medvidovic**. "Coupling Static and Dynamic Semantics in an Architecture Description Language." In *Proceedings of the Working Conference on Complex and Dynamic Systems Architecture (CDSA)*, Brisbane, Australia, December 2001.

**C110** Ebru Dincel, **Nenad Medvidovic**, and Andre van der Hoek. "Measuring Product Line Architectures." In *Proceedings of the 4th International Workshop on Product Family Engineering (PFE-4)*, pages 346-352, Bilbao, Spain, October 2001.

**C111** Andre van der Hoek, Marija Mikic-Rakic, Roshanak Roshandel, and **Nenad Medvidovic**. "Taming Architectural Evolution." In *Proceedings on the Joint 8th European Software Engineering Conference and 9th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2001)*, Vienna, Austria, September 2001.

"Fast-tracked" for journal publication as one of the best papers of the conference.

**C112** Paul Gruenbacher, Alexander Egyed, and **Nenad Medvidovic**. "Reconciling Software Requirements and Architectures: The CBSP Approach." In *Proceedings of the 5th IEEE International Symposium on Requirements Engineering (RE'01)*, Toronto, Canada, August 2001.

**C113** Lei Ding and **Nenad Medvidovic**. "Focus: A Light-Weight, Incremental Approach to Software Architecture Recovery and Evolution." In *Proceedings of the 2001 Working IEEE/IFIP Conference on Software Architectures (WICSA-2)*, Amsterdam, the Netherlands, August 2001.

**C114** **Nenad Medvidovic**, Paul Gruenbacher, Alexander Egyed, and Barry W. Boehm. "Software Model Connectors: Bridging Models across the Software Lifecycle." In *Proceedings of the 13th International Conference on Software Engineering and Knowledge Engineering (SEKE 2001)*, Buenos Aires, Argentina, June 2001.

"Fast-tracked" for journal publication as one of the best papers of the conference.

**C115** Marija Rakic and **Nenad Medvidovic**. "Increasing the Confidence in Off-the-Shelf Components: A Software Connector-Based Approach." In *Proceedings of the 2001 Symposium on Software Reusability (SSR 2001)*, Toronto, Canada, May 2001.

**C116** Alexander Egyed and **Nenad Medvidovic**. "Consistent Architectural Refinement and Evolution Using the Unified Modeling Language." In *Proceedings of the Workshop on Describing Software Architecture with UML*, Toronto, Canada, May 2001.

**C117** Alexander Egyed, Paul Gruenbacher, and **Nenad Medvidovic**. "Refinement and Evolution Issues in Bridging Requirements and Architecture – The CBSP Approach." In *Proceedings of the First International Software Requirements to Architectures Workshop (STRAW 2001)*, Toronto, Canada, May 2001.

**C118** Marija Rakic and **Nenad Medvidovic**. "Runtime Support for Architecture-Level Configuration Management." In *Proceedings of the Tenth International Workshop on Software Configuration Management (SCM-10)*, Toronto, Canada, May 2001.

**C119** **Nenad Medvidovic** and Marija Rakic. "Exploiting Software Architecture Implementation Infrastructure in Facilitating Component Mobility." In *Proceedings of the Workshop on Software Engineering and Mobility*, Toronto, Canada, May 2001.

**C120** Nicolas Rouquette, **Nenad Medvidovic**, and David Garlan. "Dependable Autonomous Systems = knowing well what to do + knowing how to do it well." In *Proceedings of the NASA High Dependability Computing Consortium Workshop*, NASA AMES, Moffet Field, CA, January 2001.

**C121** Rohit Khare, Michael Guntersdorfer, Peyman Oreizy, **Nenad Medvidovic**, Richard N. Taylor. "xADL: Enabling Architecture-Centric Tool Integration With XML." In *Proceedings of the 34th Hawaii International Conference on System Sciences (HICSS-34)*, Maui, Hawaii, January 2001.

C122 Nikunj R. Mehta, **Nenad Medvidovic**, and Sandeep Phadke. "Towards a Taxonomy of Software Connectors." In *Proceedings of the 22nd International Conference on Software Engineering (ICSE 2000)*, Limerick, Ireland, June 2000.

C123 Paul Gruenbacher, Alexander Egyed, and **Nenad Medvidovic**. "Dimensions of Concerns in Requirements Negotiation and Architecture Modeling." In *Proceedings of the Workshop on Multi-Dimensional Separation of Concerns in Software Engineering*, Limerick, Ireland, June 2000.

C124 **Nenad Medvidovic**, Rose F. Gamble, and David S. Rosenblum. "Towards Software Multioperability: Bridging Heterogeneous Software Interoperability Platforms." In *Proceedings of the Fourth International Software Architecture Workshop (ISAW-4)*, Limerick, Ireland, June 2000.

C125 Alexander Egyed and **Nenad Medvidovic**. "A Formal Approach to Heterogeneous Software Modeling." In *Proceedings of the 2000 Conference on the Fundamental Approaches to Software Engineering (FASE 2000)*, Berlin, Germany, March-April 2000.

C126 Alexander Egyed, Nikunj R. Mehta, and **Nenad Medvidovic**. "Software Connectors and Refinement in Family Architectures." In *Proceedings of the Third International Workshop on Software Architectures for Product Families (IW-SAPF3)*, Las Palmas de Gran Canaria, Spain, March 2000.

C127 Alexander Egyed and **Nenad Medvidovic**. "Extending Architectural Representation in UML with View Integration." In *Proceedings of the 2nd International Conference on The Unified Modeling Language (UML'99)*, Fort Collins, CO, October 1999.

C128 Marwan Abi-Antoun and **Nenad Medvidovic**. "Enabling the Refinement of a Software Architecture into a Design." In *Proceedings of the 2nd International Conference on The Unified Modeling Language (UML'99)*, Fort Collins, CO, October 1999.

C129 **Nenad Medvidovic**, Alexander Egyed, and David S. Rosenblum. "Round-Trip Software Engineering Using UML: From Architecture to Design and Back." In *Proceedings of the Second International Workshop on Object-Oriented Reengineering (WOOR'99)*, Toulouse, France, September 1999.

C130 Eric M. Dashofy, **Nenad Medvidovic**, and Richard N. Taylor. "Using Off-the-Shelf Middleware to Implement Connectors in Distributed Software Architectures." In *Proceedings of the 21st International Conference on Software Engineering (ICSE'99)*, Los Angeles, CA, May 1999.

C131 **Nenad Medvidovic**, David S. Rosenblum, and Richard N. Taylor. "A Language and Environment for Architecture-Based Software Development and Evolution." In *Proceedings of the 21st International Conference on Software Engineering (ICSE'99)*, Los Angeles, CA, May 1999.

Finalist for the ICSE'99 *Most Influential Paper Award*.

C132 **Nenad Medvidovic** and David S. Rosenblum. "Assessing the Suitability of a Standard Design Method for Modeling Software Architectures." In *Proceedings of the First Working IFIP Conference on Software Architecture (WICSA-1)*, San Antonio, TX, February 1999.

C133 **Nenad Medvidovic** and Richard N. Taylor. "Separating Fact from Fiction in Software Architecture." In *Proceedings of the Third International Software Architecture Workshop (ISAW-3)*, Orlando, FL, November 1998.

**C134 Nenad Medvidovic**, Eric M. Dashofy, and Richard N. Taylor. "Employing Off-the-Shelf Connector Technologies in C2-Style Architectures." In *Proceedings of the California Software Symposium (CSS'98)*, Irvine, CA, October 1998.

**C135** Jason E. Robbins, **Nenad Medvidovic**, David F. Redmiles, and David S. Rosenblum. "Integrating Architecture Description Languages with a Standard Design Method." In *Proceedings of the 20th International Conference on Software Engineering (ICSE'98)*, Kyoto, Japan, April 1998.

**C136** Peyman Oreizy, **Nenad Medvidovic**, and Richard N. Taylor. "Architecture-Based Runtime Software Evolution." In *Proceedings of the 20th International Conference on Software Engineering (ICSE'98)*, Kyoto, Japan, April 1998.
Winner of the ICSE'98 *Most Influential Paper Award*, awarded at ICSE 2008.

**C137 Nenad Medvidovic**, Richard N. Taylor, and David S. Rosenblum. "An Architecture-Based Approach to Software Evolution." In *Proceedings of the International Workshop on the Principles of Software Evolution (IWPSE-1)*, Kyoto, Japan, 1998.

**C138** Peyman Oreizy, **Nenad Medvidovic**, Richard N. Taylor, and David S. Rosenblum. "Software Architecture and Component Technologies: Bridging the Gap." In *Proceedings of the Workshop on Compositional Software Architectures*, Monterey, CA, January 1998.

**C139 Nenad Medvidovic** and David S. Rosenblum. "Domains of Concern in Software Architectures and Architecture Description Languages." In *Proceedings of the USENIX Conference on Domain-Specific Languages (DSL'97)*, Santa Barbara, CA, October 1997.

**C140 Nenad Medvidovic** and Richard N. Taylor. "A Framework for Classifying and Comparing Architecture Description Languages." In *Joint proceedings of the Sixth European Software Engineering Conference together and Fifth ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC-FSE'97)*, Zurich, Switzerland, September 1997.

**C141 Nenad Medvidovic**, Peyman Oreizy, and Richard N. Taylor. "Reuse of Off-the-Shelf Components in C2-Style Architectures." In *Proceedings of the 1997 Symposium on Software Reusability (SSR'97)*, Boston, MA, May 1997. Also in *Proceedings of the 1997 International Conference on Software Engineering (ICSE'97)*, Boston, MA, May 1997.

**C142 Nenad Medvidovic** and Richard N. Taylor. "Reusing Off-the-Shelf Components to Develop a Family of Applications in the C2 Architectural Style." In *Proceedings of the First International Workshop on Software Architectures for Product Families (IW-SAPF-1)*, Las Navas del Marques, Avila, Spain, November 1996.

**C143 Nenad Medvidovic**, Peyman Oreizy, Jason E. Robbins, and Richard N. Taylor. "Using Object-Oriented Typing to Support Architectural Design in the C2 Style." In *Proceedings of the Fourth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE4)*, San Francisco, CA, October 1996.

**C144 Nenad Medvidovic**. "ADLs and Dynamic Architecture Changes." In Alexander L. Wolf, ed., *Proceedings of the Second International Software Architecture Workshop (ISAW-2)*, San Francisco, CA, October 1996.

**C145 Nenad Medvidovic**, Richard N. Taylor, and E. James Whitehead, Jr. "Formal Modeling of Software Architectures at Multiple Levels of Abstraction." In *Proceedings of the California Software Symposium 1996*, Los Angeles, CA, April 1996.

**C146** Richard N. Taylor, **Nenad Medvidovic**, Kenneth M. Anderson, E. James Whitehead Jr. and Jason E. Robbins. "A Component- and Message-Based Architectural Style for GUI Software." In *Proceedings of the Seventeenth International Conference on Software Engineering (ICSE17),*Seattle, WA, April 1995.

"Fast-tracked" journal publication as one of the best papers of the conference. Finalist for the ICSE'95 *Most Influential Paper Award*.

**C147** E. James Whitehead, Jr., Jason E. Robbins, **Nenad Medvidovic**, and Richard N. Taylor. "Software Architecture: Foundation of a Software Component Marketplace." In *Proceedings of the First International Workshop on Architectures for Software Systems (ISAW-1)*, Seattle, WA, April 1995.

## Invited, Weakly Refereed, and Non-Refereed Publications

**I1** **Nenad Medvidovic** and Chris A. Mattmann. "Leveraging Software Architecture to Reconcile the Promise and Reality of Grid Computing." *Infosys Technology Roundtable*, September 2009. http://www.infosys.com/newsletter/technology-roundtable/web.htm

**I2** Peyman Oreizy, **Nenad Medvidovic**, and Richard N. Taylor. "Runtime Software Adaptation: Framework, Approaches, and Styles." In *Proceedings of the 30th International Conference on Software Engineering (ICSE 2008)*, follow-on to the Most Influential Paper of ICSE 1998, Leipzig, Germany, May 2008.

**I3** **Nenad Medvidovic**. "Foreword" to Rogerio De Lemos, Cristina Gacek, and Alexander Romanovsky, eds., Architecting Dependable Systems, LNCS 4615, Springer Verlag, 2007.

**I4** Leslie Cheung, Leana Golubchik, **Nenad Medvidovic**, and Gaurav Sukhatme. "Identifying and Addressing Uncertainty in Architecture-Level Software Reliability Modeling." In *Proceedings of the NSF Next Generation Software Program (NSFNGS) Workshop*, Long Beach, CA, February 2007.

**I5** **Nenad Medvidovic**. "Moving Architectural Description from Under the Technology Lamppost." In *Proceedings of the 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06)*, pages 2-3, Dubrovnik, Croatia, August 29 - September 1, 2006.

**I6** David Woollard and **Nenad Medvidovic**. "High Performance Software Architectures: A Connector-Oriented Approach." In *Proceedings of the Institute for Software Research Graduate Research Symposium*, Irvine, CA, June 2006.

**I7** Somo Banerjee, Leslie Cheung, Leana Golubchik, **Nenad Medvidovic**, Roshanak Roshandel, and Gaurav Sukhatme. "Engineering Reliability into Hybrid Systems via Rich Design Models: Recent Results and Current Directions." In *Proceedings of the NSF Next Generation Software Program (NSFNGS) Workshop*, Rhodes Island, Greece, April 2006.

**I8** **Nenad Medvidovic**. Software Architectures and Embedded Systems: A Match Made in Heaven? *IEEE Software*, September-October 2005.

**I9** **Nenad Medvidovic** and Vladimir Jakobac. "A Focused Approach to Architectural Recovery." In *Proceedings of the 7th Ground System Architectures Workshop (GSAW 2003)*, Manhattan Beach, CA, March 2003.

**I10** **Nenad Medvidovic**. "Coupling Architectural Discovery and Recovery to Stem Architectural Erosion." Invited paper for the *Dagstuhl Workshop on Software Architecture Recovery and Modeling (SWARM)*, Dagstuhl, Germany, February 2003.

**I11**    Andre van der Hoek, Ebru Dincel, and **Nenad Medvidovic**. "Using Service Utilization Metrics to Assess and Improve Product Line Architectures." In *Proceedings of the 6th Ground System Architectures Workshop (GSAW 2002)*, El Segundo, CA, March 2002.

**I12**    Roshanak Roshandel and **Nenad Medvidovic**. "Static and Dynamic Modeling of Software Architecture." In *Proceedings of the 6th Ground System Architectures Workshop (GSAW 2002)*, El Segundo, CA, March 2002.

**I13**    Nikunj R. Mehta, **Nenad Medvidovic**, and Sandeep Phadke. "Rich Software Interconnections." In *Proceedings of the Fourth Ground System Architectures Workshop (GSAW 2000)*, El Segundo, CA, February 2000.

**I14**    **Nenad Medvidovic**. "Modeling Software Architectures in UML." Invited paper for the *Workshop on Software Architectures and the Unified Modeling Language*, Rational Software Corporation, Denver, CO, April 1999.

**I15**    **Nenad Medvidovic**. "An Approach to Architecture-Based Software Integration." In *Proceedings of the Ground System Architectures Workshop (GSAW 99)*, El Segundo, CA, March 1999.

**I16**    Richard N. Taylor, **Nenad Medvidovic**, and Peyman Oreizy. "Architectural Implications of Common Operator Interfaces." In *Proceedings of the Ground System Architectures Workshop (GSAW 98)*, El Segundo, CA, February 1998.

**I17**    Jeffrey J. Blevins, Deborah L. Dubrow, Nancy Eickelmann, Rebecca Grinter, **Nenad Medvidovic**, Ronald Reimer, Jonathan Shaw, Clark S. Turner, and Gary Wong. "Report on the Software Project Management Technical Research Review." In *Proceedings of the California Software Symposium (CSS'95)*, Irvine, CA, March 1995.

## Non-Refereed Technical Reports

**N1**    Ivo Krka, Yuriy Brun, and **Nenad Medvidovic**. "Automatically Mining Specifications from Invocation Traces and Method Invariant.", USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2013-509, September 2013.

**N2**    George Edwards and **Nenad Medvidovic**. "Model Interpreter Frameworks." USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2009-514, July 2009.

**N3**    Yuriy Brun, George Edwards, Jae Young Bang, and **Nenad Medvidovic**, "Online Reliability Improvement via Smart Redundancy in Systems with Faulty and Untrusted Participants." USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2009-510, May 2009.

**N4**    Yuriy Brun and **Nenad Medvidovic**. "Preserving Privacy in Distributed Computation via Self-Assembly." USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2008-819, September 2008.

**N5**    Yuriy Brun and **Nenad Medvidovic**. "Discreetly Distributing Computation via Self-Assembly." USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2007-714, April 2007.

**N6**    David Woollard, Chris A. Mattmann, and **Nenad Medvidovic**. "Injecting Software Architectural Constraints into Legacy Scientific Applications." USC Center for Software Engineering Technical Report, USC-CSE-2007-701, January 2007.

**N7**    Chiyoung Seo, Sam Malek, and **Nenad Medvidovic**. An Energy Consumption Framework for Distributed Java-Based Software Systems. Technical Report USC-CSE-2006-604, Center for Software Engineering, University of Southern California, December 2006.

**N8**     Sam Malek, Marija Mikic-Rakic, and **Nenad Medvidovic**. "A Decentralized Redeployment Algorithm for Improving the Availability of Distributed Systems." Technical Report USC-CSE-2004-506, USC Center for Software Engineering, March 2004.

**N9**     Nikunj Mehta and **Nenad Medvidovic**. "Checking Style Conformance of Software Architectural Compositions." Technical Report USC-CSE-2004-504, USC Center for Software Engineering, February 2004.

**N10**    Nikunj Mehta and **Nenad Medvidovic**. "Composition of Style-Based Software Architectures from Architectural Primitives." Technical Report USC-CSE-2004-503, USC Center for Software Engineering, February 2004.

**N11**    Nikunj Mehta and **Nenad Medvidovic**. "Toward Composition Of Style-Conformant Software Architectures." Technical Report USC-CSE-2004-500, USC Center for Software Engineering, January 2004.

**N12**    Marija Mikic-Rakic, Sam Malek, and **Nenad Medvidovic**. "Improving Availability in Large, Distributed, Component-Based Systems via Redeployment." Technical Report USC-CSE-2003-515, USC Center for Software Engineering, December 2003.

**N13**    Nikunj Mehta and **Nenad Medvidovic**. "Concise Composition of Architectural Styles from Architectural Primitives." Technical Report USC-CSE-2003-510, USC Center for Software Engineering, October 2003

**N14**    Roshanak Roshandel and **Nenad Medvidovic**. "Relating Software Component Models." Technical Report USC-CSE-2003-504, USC Center for Software Engineering, March 2003.

**N15**    Nikunj R. Mehta and **Nenad Medvidovic**. "Distilling Software Architecture Primitives from Architectural Styles." Technical Report USC-CSE-2002-509, USC Center for Software Engineering, September 2002.

**N16**    Marija Mikic-Rakic and **Nenad Medvidovic**. "Software Architecture-Based Development Support for Ubiquitous Systems." Technical Report USC-CSE-2002-508, USC Center for Software Engineering, September 2002.

**N17**    Ebru Dincel, **Nenad Medvidovic**, and Andre van der Hoek. "An Example Product Line Architecture: The Library System." Technical Report USC-CSE-2002-507, USC Center for Software Engineering, September 2002.

**N18**    Ebru Dincel, **Nenad Medvidovic**, and Andre van der Hoek. "An Example Product Line Architecture: Troops Deployment System." Technical Report USC-CSE-2002-506, USC Center for Software Engineering, September 2002.

**N19**    Ebru Dincel, **Nenad Medvidovic**, and Andre van der Hoek. "An Example Product Line Architecture: Digital Library Projects." Technical Report USC-CSE-2002-505, USC Center for Software Engineering, September 2002.

**N20**    Marija Mikic-Rakic, **Nenad Medvidovic**, and Vladimir Jakobac. "Middleware for Software Architecture-Based Development in Distributed, Mobile, and Resource-Constrained Environments." Technical Report USC-CSE-2002-501, USC Center for Software Engineering, February 2002.

**N21**    **Nenad Medvidovic** and Marija Mikic-Rakic. "Architectural Support for Programming-in-the-Many." Technical Report USC-CSE-2001-506, USC Center for Software Engineering, September 2001.

**N22** Ebru Dincel, Roshanak Roshandel, and **Nenad Medvidovic**. "ADL-Independent Architectural Representation in XML." Technical Report USC-CSE-00-519, USC Center for Software Engineering, May 2000.

**N23** **Nenad Medvidovic**. "On the Role of Middleware in Architecture-Based Software Development." Available as Technical Report USC-CSE-00-517, USC Center for Software Engineering, April 2000.

**N24** **Nenad Medvidovic**, Peyman Oreizy, Richard N. Taylor, Rohit Khare, and Michael Guntersdorfer. "An Architecture-Centered Approach to Software Environment Integration." Technical Report USC-CSE-00-516, USC Center for Software Engineering, March 2000.

**N25** Nikunj R. Mehta, **Nenad Medvidovic**, and Marija Rakic. "Why Consider Implementation-Level Decisions in Software Architectures?" Technical Report USC-CSE-00-514, USC Center for Software Engineering, February 2000.

**N26** Alexander Egyed, Paul Gruenbacher, and **Nenad Medvidovic**. "Refinement and Evolution Issues between Requirements and Product Line Architectures." Technical Report USC-CSE-00-515, USC Center for Software Engineering, February 2000.

**N27** **Nenad Medvidovic**, David S. Rosenblum, and Richard N. Taylor. "A Type Theory for Software Architectures." Technical Report, UCI-ICS-98-14, Department of Information and Computer Science, University of California, Irvine, April 1998.

**N28** **Nenad Medvidovic** and Richard N. Taylor. "Reuse of Off-the-Shelf Constraint Solvers in C2-Style Architectures." Technical Report UCI-ICS-96-28, Department of Information and Computer Science, University of California, Irvine, July 1996.

**N29** **Nenad Medvidovic**. "Formal Definition of the Chiron-2 Software Architectural Style." Technical Report UCI-ICS-95-24, Department of Information and Computer Science, University of California, Irvine, August 1995.

**N30** Jason E. Robbins, E. James Whitehead Jr., **Nenad Medvidovic**, and Richard N. Taylor. "A Software Architecture Design Environment for Chiron-2 Style Architectures." Arcadia Technical Report UCI-95-01, University of California, Irvine, January 1995.

# 7   Research Support

## Current Support

**G1** Defense Advanced Research Projects Agency (DARPA)
Lead PI
"Testing Privacy-Preserving Distributed Systems on SAFERlab"
Co-PIs:  Yuriy Brun, University of Massachusetts
              Sam Malek, George Mason University
Contract Number: N66001-11-C-4021
Duration: 11/1/13 - 10/31/14
Award Amount: *$300,000*

**G2**   Intelligence Advanced Research Projects Activity (IARPA)
<u>Lead PI</u>
"OpTile: Private Computing in the Open"
Co-PIs:  Yuriy Brun, University of Massachusetts
          Sam Malek, George Mason University
Contract Number: N66001-13-1-2006
Duration: 9/27/13 - 9/26/14
Award Amount: *$300,000*

**G3**   Northrop Grumman
<u>Sole PI</u>
"Architectural Transformation of Legacy Systems to Future Systems"
Duration: 1/1/2014 - 5/15/2014
Award Amount: *$30,000*

**G4**   Northrop Grumman
<u>Sole PI</u>
"Domain-Specific Modeling and Simulation in Collaborative Software Development
        Projects"
Duration: 8/16/2013 - 5/15/2014
Award Amount: *$10,000*

**G5**   National Science Foundation — Software and Hardware Foundations
<u>Co-PI</u>
"Helping Developers Improve the Energy Consumption of Smartphone Applications"
Co-PIs: William GJ Halfornd, USC (lead PI)
          Ramesh Govindan, USC
Grant Number: 1321141
Award Amount: *$500,000*

**G6**   National Science Foundation — Software and Hardware Foundations
<u>Sole PI</u>
"From Scenario-Based Software Requirements to Component-Level Behavior"
Duration: 9/01/12 - 8/31/15
Grant Number: 1218115
Award Amount: *$500,000*

**G7**   National Science Foundation — Software and Hardware Foundations
<u>Sole PI</u>
"Automating the Detection of Architectural Degradation in Software Systems"
Duration: 8/01/11 - 7/31/14
Grant Number: 1117593
Award Amount: *$250,000*

**G8**   Infosys Technologies Ltd.
<u>Sole PI</u>
"CoDesign – A Collaborative Software Design Environment"
Duration: 10/1/11 - 8/31/14
Award Amount: *$200,000*

## Past Support

**G9**   Northrop Grumman
Sole PI
"Domain-Specific Modeling and Simulation"
Duration: 8/16/2012 - 5/15/2013
Award Amount: *$10,000*

**G10**  Northrop Grumman
Sole PI
"Exploring Design Alternatives in Software-Intensive Projects"
Duration: 8/16/2011 - 5/15/2012
Award Amount: *$10,000*

**G11**  National Science Foundation — Software and Hardware Foundations
Lead PI
"Early Reliability Modeling and Prediction of Embedded Software Systems"
Duration: 3/01/10 - 8/31/12
Co-PIs:  Leana Golubchik, USC
         Gaurav Sukhatme, USC
Grant Number: 0905665
Award Amount: *$210,000*

**G12**  Stevens Institute of Technology — Systems Engineering Research Center
Sole PI
"Requirements for Net-Centric Enterprises (RT-25)"
Duration: 10/1/10 - 12/31/11
Award Amount: *$270,298*

**G13**  National Science Foundation — Software for Real-World Systems
Sole PI at USC; collaborative proposal with UC Irvine
"Recombinant Services – Recasting the Web for Continuously Evolving Systems"
Duration: 9/15/08 - 8/31/11
Grant Number: 0820170
Award Amount: *$193,670*

**G14**  Office of Secretary of Defense — UAST
Sole PI; subcontract to MIT
"A Prescriptive and Adaptive Testing Framework (PATFrame) for Unmanned and
        Autonomous Systems of Systems"
Duration: 10/1/09 - 9/30/10
Co-PIs:  Ricardo Valerdi, MIT
         Susan Ferreira, University of Texas at Arlington
         Dan Ligett, SoftStar Systems
Subcontract Amount: *$128,649*

**G15**  Infosys Technologies Ltd.
Sole PI
"An Extensible Infrastructure for Collaborative Architecture-Based Development of
        Distributed Software-Intensive Systems"
Duration: 9/1/08 - 12/31/10
Grant Number: 0208
Award Amount: *$200,000*

**G16**  Jet Propulsion Laboratory — SURP
<u>Co-PI</u>
"Reconfigurable Software for Recovering from Component Failures in Long Duration
  Missions"
Duration: 9/1/09 - 5/31/10
Co-PIs: Gaurav Sukhatme, USC (co-PI)
Award Amount: *$75,000*

**G17**  National Institutes of Health
<u>Co-PI</u>
"Mobile Device Biomonitoring to Prevent and Treat Obesity in Underserved Minority
  Youth"
Duration: 8/1/08 - 7/31/10
Co-PIs:  Donna Spruijt-Metz, USC (lead PI)
      Murali Annavaram, USC
      Urbashi Mitra, USC
      Shrikanth Narayanan, USC
      Gaurav Sukhatme, USC
Award Amount: *$948,348*

**G18**  Robert Bosch
<u>Sole PI</u>
"Software Architectural Support for Embedded Systems"
Duration: 3/1/06 - 5/31/09
Award Amount: *$470,000*

**G19**  National Science Foundation — Information Technology Research
<u>Sole PI</u>
"Software Architectural Support for Programming-in-the-Small-and-Many"
Duration: 9/1/03 - 8/31/09
Grant Number: 0312780
Award Amount: *$448,000*

**G20**  National Science Foundation — Computer Systems Research
<u>Lead PI</u>
"Engineering Reliability into Hybrid Systems: A Compositional and Hierarchical
  Approach"
Duration: 8/01/07 - 7/31/09
Co-PIs: Leana Golubchik, USC
Grant Number: 0720612
Award Amount: *$40,000*

**G21**  U.S. Army
<u>Co-PI</u>
"Future Combat Systems Software Definition, Design, Development, and Deployment"
Duration: 1/1/08 - 12/31/08
Co-PIs: Barry Boehm (lead PI)
Award Amount: *$425,000*

**G22** IBM Real-Time Innovation
<u>Sole PI</u>
"Prism-RT: A Java-Based Architectural Middleware Platform for Real-Time Embedded
    Systems"
Duration: 12/1/2007 - 12/31/08
Award Amount: *$20,000*

**G23** National Science Foundation — Science of Design
<u>Co-PI</u>
"Value-Based Science of Design"
Duration: 12/15/04 - 11/30/08
Co-PIs:  Barry W. Boehm, USC (lead PI)
         Ray Madachy
Grant Number: 0438931
Award Amount: *$400,000*

**G24** National Science Foundation — Computer Systems Research
<u>Lead PI</u>
"Engineering Reliability Into Hybrid Systems via Rich Design Models"
Duration: 7/1/05 - 6/30/07
Co-PIs:  Leana Golubchik, USC
Grant Number: 0509539
Award Amount: *$100,000*

**G25** National Science Foundation — Federal Cyber Service: Scholarship for Service
<u>Co-PI</u>
"An Innovative Information Assurance and Security Technology Capacity Development
        and Outreach Program"
Duration: 8/1/04 - 7/31/07
Co-PIs:  Leana Golubchik, USC (lead PI)
         B. Clifford Neuman, USC
         Gerard Medioni, USC
Grant Number: 0417274
Award Amount: *$300,000*

**G26** Okawa Research Foundation
<u>Sole PI</u>
"The GridLite DREAM: Bringing the Grid to Your Pocket"
Duration: 10/1/05 - 9/30/06
Award Amount: *$10,000*

**G27** Boeing
<u>Sole PI</u>
"C4ISR SADD Development Assistance (FCS)"
Duration: 10/1/05 - 3/31/06
Award Amount: *$100,000*

**G28** Jet Propulsion Laboratory
<u>Sole PI</u>
"Software Connectors for Data Distribution"
Duration: 7/1/05 - 8/31/05
Award Amount: *$18,144*

**G29**   NASA High-Dependability Computing Consortium
<u>Co-PI</u>
"Empirical Research on High Dependability Computing"
Duration: 4/1/01 - 3/31/06
Co-PIs:  Barry W. Boehm, USC (lead PI)
Award Amount: *$2,500,000*

**G30**   National Science Foundation — CAREER
<u>Sole PI</u>
"Architecture-Based Support for Software Application Families"
Duration: 7/1/00 - 6/30/05
Grant Number: 9985441
Award Amount: *$241,000*

**G31**   Boeing
<u>Sole PI</u>
"Software Architecture-Based Development of Product Lines for the Tactical Radio
        Domain"
Duration: 1/1/04 - 12/31/04
Award Amount: *$57,500*

**G32**   Jet Propulsion Laboratory
<u>Sole PI</u>
"Extensible Architectural Technology for Managing Complex Space Data Systems"
Duration: 11/1/03 - 8/31/04
Contract Number: 579951
Award Amount: *$50,000*

**G33**   Defense Advanced Research Projects Agency (DARPA)
<u>Lead PI</u>
"Dynamic Assembly, Assessment, Assurance, and Adaptation via Heterogeneous Software
        Connectors"
Duration: 7/1/00 - 10/31/03
Co-PIs:  Barry W. Boehm, USC
Contract Number: F30602-00-2-0615
Award Amount: *$460,000*

**G34**   Jet Propulsion Laboratory
<u>Sole PI</u>
"Relating State-Based and Component/Connector-Based Architectural Styles"
Duration: 8/1/00 - 8/31/03
Contract Number: 1219801
Award Amount: *$95,672*

**G35**   U.S. Army Tank-Automotive and Armaments Command
<u>Sole PI</u>
"COTS Components and Connectors"
Duration: 9/1/01 - 3/31/03
Contract Number: 1400508
Award Amount: *$68,350*

**G36**  Xerox Corporation
Sole PI
"Architecting Application Families"
Duration: 9/1/00 - 8/31/02
Award Amount: *$60,000*

**G37**  Intel Corporation
Lead PI
"Embedded Systems Lab: A Teaching and Research Facility"
Award Date: July 2001, July 2002
Co-PIs:  Gaurav Sukhatme, USC
Award Amount: *$95,000* (in equipment and cash)

**G38**  Defense Advanced Research Projects Agency (DARPA)
Sole PI; subcontract to UC Irvine
"Architecture-Centric Dynamic Adaptation of Deeply Networked Embedded Systems"
Duration: 9/23/99 - 1/22/01
Co-PIs:  Richard N. Taylor, UC Irvine
         David Rosenblum, UC Irvine
         Michael Gorlick, Aerospace Corporation
         Dennis Heimbigner, University of Colorado at Boulder
Contract Number: F30602-99-C-0174
Subcontract Amount: *$92,500*

# 8   Patents

12/2012      "Tile Architectural Style for Privacy-Preserved Distributed Computing"
             U.S. Patent 8,332,457 B2
             Filed October 27, 2008

11/2010      "CoDesign: A Highly Extensible Collaborative Software Modeling Framework"
             U.S. Provisional Patent Application 61/392,190

# 9   Teaching

## University of Southern California

### Courses Developed and Taught

**T1**  CSCI 578 — Software Architectures
Graduate-level course, a core course for the M.S. specialization in Software Engineering
Spring 1999, 2000, 2001, 2002, 2004, 2005, 2007, 2008, 2009, 2010, 2011, 2012, 2013;
Fall 2008, 2009, 2010, 2011, 2012
Syllabus available at http://sunset.usc.edu/classes/cs578_2013/

**T2**  CSCI 589 — Software Engineering for Embedded Systems
Graduate-level course
Fall 2001, 2002, 2003, 2004, 2006, 2007
Syllabus available at http://sunset.usc.edu/classes/cs589_2007/

**T3**    CSCI 499 — Modeling Software-Intensive Systems
Upper-division undergraduate / lower-division graduate seminar
Spring 2011
Syllabus available at http://sunset.usc.edu/classes/cs499_2011/

**T4**    CSCI 377 — Introduction to Software Engineering
Upper-division undergraduate course
Fall 2004, 2006, 2007, 2008, 2009
Added as a required course for the CS and CECS B.S. degrees
Syllabus available at http://sunset.usc.edu/classes/cs377_2009/

**T5**    CSCI 599 — Formal Methods in Software Architectures
Graduate seminar
Fall 2000
Syllabus available at http://sunset.usc.edu/classes/cs599_2000/

**T6**    CSCI 599 — Current Issues in Software Architectures
Graduate seminar
Fall 1999
Syllabus available at http://sunset.usc.edu/classes/cs599_99b/

## Courses Developed

**T7**    CSCI 568 — Requirements Engineering
Graduate-level course, a core course for the Certificate in Software Architecture
Syllabus available at http://sunset.usc.edu/~neno/cs568.htm

## Courses Taught

**T8**    CSCI 477 — Design and Construction of Large Software Systems
Upper division undergraduate / lower-division graduate course
Spring 2003
Syllabus available at http://sunset.usc.edu/classes/cs477_2003/

# Other Universities

**T9**    Software Architectures
Universidad Politécnica de Madrid, Spain
Graduate course
March 2011
One-week course, part of the European Master of Software Engineering program

**T10**    Advanced Software Architectures
Politecnico di Milano, Italy
Graduate course
July 2010
Two-week course, part of PoliMi's Ph.D. program

**T11**    Software Architecture
University of Buenos Aires, Argentina
Graduate course
August 2009
One-week course, part of UBA's Winter School

**T12**   NSEN 6111 — Software Architectures
Walden University, USA
Graduate online course
Spring 2008
Co-taught with Richard N. Taylor and Eric Dashofy

## Industry

**T13**   Advanced Topics in Software Architecture
Samsung Electronics Co. Ltd., Suwon, South Korea
2-day professional development course
June 2013

**T14**   Software Architecture
Samsung Electronics Co. Ltd., Suwon, South Korea
3-day professional development course
June 2013

**T15**   Software Architecture
Infosys Technologies Ltd., Mysore, India
3-week professional development course
December 2009
Co-Taught with Richard N. Taylor, UC Irvine

**T16**   Software Architectures
Jet Propulsion Laboratory, Pasadena, CA
10-week professional development course
Spring 2001, 2002; Summer 2001, 2002

## Teaching Assistantships

**T17**   ICS 121 — Introduction to Software Engineering
Junior/senior-level undergraduate course (Summer 1994)
University of California, Irvine

**T18**   ICS 141 — Programming Languages
Junior/senior-level undergraduate course (Spring 1994)
University of California, Irvine

**T19**   ICS 52 — Systematic Software Construction
Sophomore-level undergraduate course (Fall 1993, Winter 1994)
University of California, Irvine

**T20**   CSE 460/598 — Software Project Management and Development I
Senior-level undergraduate course (Fall 1992, Spring 1993, Summer 1993)
Arizona State University

# 10   Supervised Students

## Doctoral Students – Advisor

- Jae young Bang
  Start date: August 2010
  Passed Qualifying Examination in May 2014

- Pooyan Behnamghader
  Start date: August 2013
- Duc Le
  Start date: August 2013
- Youn Kyu Lee
  Start date: August 2012
- Daniel Link
  Start date: August 2012
- Gholamreza Safi
  Start date: August 2010
- Arman Shahbazian
  Start date: August 2013

## Doctoral Students – Dissertation Committee Member

### Current

- Ragy Eleish
- Shuai Hao
- Jinwoo Kim
- Yoon-Ju Lee
- Muhammad Murtaza
- David Naffin
- Luis Pedrosa
- Hitesh Sanjani, UC Irvine
- Di Wu
- Marcos Vieira

### Graduated

- Marwan Abi-Antoun, CMU
- Mohammad-Mirza Aghatabar
- Mohamed Al Said
- Muhammad Ali Amer
- Jesper Andersson, Linkoping University, Sweden
- Pongtip Aroonvatanaporn
- Adi Azar
- Jongmoon Baik
- Sumita Barahmand
- Jesal Bhuta
- Yue Chen
- Zhihao Chen
- Hugo Cheung
- Leslie Cheung
- Kun Young Chung

- Eric Dashofy, UC Irvine
- Shirin Ebrahimi-Taghizadeh
- Alexander Egyed
- Alessio Gambi, University of Lugano, Switzerland
- I-De Huang
- LiGuo Huang
- Shahdad Irajpour
- Hasan Kitapci
- In-Young Ko
- Supannika Koolmanojwong
- Alexander Lam
- DeWitt Lattimer
- Joo H. Lee
- Keun Lee
- Qi Li
- Ali Malik
- Vu Nguyen
- Gustavo Perez
- Monvorath Phongpaibul
- Shideh Shahidi
- Doochul Shin
- Giordano Tamburrelli, Politecnico di Milano, Italy
- Thomas Tan
- Shahzad Tiwana
- Dan Wu
- Ye Yang
- Jason Yap

## Masters Students

### Graduated

- Ian Elston
- John Morse
- Marwan Abi-Antoun
- Raghbir Banwait
- Miheer Bhachech
- Ebru Dincel
- Lei Ding
- Brian D'Souza
- Eder Figueroa
- Prakash Gupta

- Sheryl John
- Himanshu Joshi
- Armagan Kilic
- Vishal Kudchadkar
- Mehrdad Mahdavi
- Sean McCleese
- Suhas Mehta
- Mahindra Pai
- Sandeep Phadke
- Aliasgar Rampurwala
- Vinaynathan Viswanathan
- Michael Wakerly
- Dongwoo Won
- David Woollard

## Undergraduate Students

### Current

- Eric Dong

### Graduated

- Nels Beckman
- Morgan Brown
- Vanessa Carson
- Charles DeBergh
- Joshua Garcia
- Trevor Johns
- Yi (Nick) Kuang
- Jerry Lin
- Anita Singh

# 11   Formal Presentations

## Keynote Presentations

**P1**   *Adapting Our View of Software Adaptation: An Architectural Perspective*. 9th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2014), Hyderabad, India, June 2014.

**P2**   *PhD Research: What, Where, Why, When, How*. INCOSE/CSER Systems Engineering and Architecting Doctoral Student Network (SEANET), University of Southern California, Los Angeles, CA, March 2014.

**P3**   *When, Where, and Why Software Systems Decay and What We Can Do about It*. University of California Irvine (UCI) Institute for Software Research Forum, Irvine, CA, May 2013.

**P4**    *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. 11th Brazilian Symposium on Software Quality, Fortaleza, Brazil, June 2012.

**P5**    *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. 5th India Software Engineering Conference (ISEC 2012), Kanpur, India, February 2012.

**P6**    *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance*. International Workshop on Software Architectures and Mobility (SAM 2008), Leipzig, Germany, May 2008.

**P7**    *Moving Architectural Description from Under the Technology Lamppost*. Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**P8**    *Moving Architectural Description from Under the Technology Lamppost*. 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06), Dubrovnik, Croatia, August, 2006.

**P9**    *From Dependable Architectures to Dependable Systems*. Workshop on Architecting Dependable Systems (WADS 2004) held in conjunction with the International Conference on Dependable Systems and Networks (DSN 2004), Florence, Italy, June 2004.

## Academic Conference Presentations

**P10**    *Component-Aware Triggered Scenarios*. Working IEEE/IFIP Conference on Software Architecture (WICSA 2014), Sydney, Australia, April 2014.

**P11**    *When, Where, and Why Software Systems Decay and What We Can Do about It*. International Symposium to Commemorate the 45th Anniversary of the First Software Engineering Conference (SE@45), University of Southern California, Los Angeles, CA, October 2013.

**P12**    *Platform Architectures*. Dagstuhl Seminar on Customizing Service Platforms, Dagstuhl, Germany, April 2013.

**P13**    When, Where, and Why Do Software Systems' Architectures Decay? Workshop on Modularity and Software Architecture, Rio de Janeiro, Brazil, March 2013.

**P14**    *Impact Analysis for Distributed Event-Based Systems*. 6th ACM International Conference on Distributed Event-Based Systems (DEBS 2012), Berlin, Germany, July 2012.

**P15**    *The Impact of Architectural Design Decisions on Non-Functional Properties of Software Systems*. OOP 2010 – Software Engineering and Management Conference, Munich, Germany, January 2010.

**P16**    *A Framework for Modeling Software Product Lines*. OOP 2010 – Software Engineering and Management Conference, Munich, Germany, January 2010.

**P17**    *LVC Software Architecture Support for PATFrame*. International Test and Evaluation Association (ITEA) Live Virtual Constructive Conference, El Paso, TX, January 2010.

**P18**    *The Anatomy and Physiology of the Grid Revisited*. IEEE/CSSE/ISR Workshop on Software Architecture Challenges for the 21st Century, Los Angeles, CA, June 2009.

**P19**    *Center for Systems and Software Engineering Overview*. IEEE/CSSE/ISR Workshop on Software Architecture Challenges for the 21st Century, Los Angeles, CA, June 2009.

**P20** *Architecture-Based Software Development of Mobile and Embedded Systems*. 2nd International ICSE Warm-up Workshop (WUP 2009), Cape Town, South Africa, April 2009.

**P21** *Service-Oriented Architectures*. 13th Ground System Architectures Workshop (GSAW 2009), Torrance, CA, March 2009.

**P22** *Architecture and Mobile/Embedded Systems – An Uneasy Alliance or a Marriage Made in Heaven*. USC-CSSE Annual Research Review Executive Workshop, Los Angeles CA, March 2009.

**P23** *Software Architecture Modeling with Uncertainty*. AADL Workshop, Los Angeles, CA, February 2009.

**P24** *Architecture and Hardware/Software/System Engineering Integration*. USC-CSSE COCOMO Workshop, Los Angeles, CA, October 2008.

**P25** *Runtime Software Adaptation: Framework, Approaches, and Styles*. (with Peyman Oreizy and Richard N. Taylor) 30th International Conference on Software Engineering (ICSE 2008), Leipzig, Germany, May 2008.

**P26** *Estimating the Energy Consumption in Pervasive Java-Based Systems*. 6th IEEE International Conference on Pervasive Computing and Communications (PerCom 2008), Hong Kong, March 2008.

**P27** *An Introduction to Architecture-Level Reliability Analysis*. Tutorial, with Roshanak Roshandel, Working IEEE/IFIP Conference on Software Architecture (WICSA), Vancouver, Canada, February 2008.

**P28** *Software Architectures and Embedded Systems*. Korean Computer Scientists and Engineers Association in America, University of Southern California, Los Angeles, CA, December 2007.

**P29** *Improving a Distributed Software System's Quality of Service via Architecture-Driven Dynamic Redeployment*. Tutorial, Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**P30** *Construction of Analytic Frameworks for Component-Based Architectures*. Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**P31** *From Dependable Architectures to Dependable Systems*. USC-CSSE Annual Research Review, Los Angeles, CA, February 2007.

**P32** *A Classification of Disconnected Operation Techniques*. 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06), Dubrovnik, Croatia, August, 2006.

**P33** *Improving a Distributed Software System's Quality of Service via Redeployment*. Workshop on State of the Art in Software Engineering, Rutgers University, New Brunswick, NJ, June 2006.

**P34** *The GridLite DREAM: Bringing the Grid to Your Pocket*. Monterey Workshop, Laguna Beach, CA, September 22-23, 2005.

**P35** *A View from the Trenches*. ICSE 2005 New Software Engineering Faculty Symposium, St. Louis, MO, May 2005.

**P36** *Modeling Behavior in Compositions of Software Architectural Primitives*. 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004.

**P37** *Toward Architecture-Based Reliability Estimation*. Workshop on Architecting Dependable Systems (WADS 2004) held in conjunction with the International Conference on Dependable Systems and Networks (DSN 2004), Florence, Italy, June 2004.

**P38** *Style-Based Software Architectural Compositions as Domain-Specific Models*. Workshop on Directions in Software Engineering Environments (WoDiSEE 2004), Edinburgh, UK, May 2004.

**P39** *Software Architectures and Embedded Systems*. Monterey Workshop on Software Engineering for Embedded Systems: From Requirements to Implementation, Chicago, IL, September 2003.

**P40** *Coupling Architectural Discovery and Recovery to Stem Architectural Erosion*. Dagstuhl Workshop on Software Architecture Recovery and Modeling (SWARM), Dagstuhl, Germany, February 2003.

**P41** *A Family of Software Architecture Implementation Frameworks*. 2002 Working IEEE/IFIP Conference on Software Architectures (WICSA-3), Montreal, Canada, August 2002.

**P42** *On the Role of Middleware in Architecture-Based Software Development*. 14th International Conference on Software Engineering and Knowledge Engineering (SEKE 2002), Ischia, Italy, July 2002.

**P43** *Architecture-Level Support for Software Component Deployment in Resource Constrained Environments*. IFIP/ACM Working Conference on Component Deployment (CD 2002), Berlin, Germany, June 2002.

**P44** *Focus: A Light-Weight, Incremental Approach to Software Architecture Recovery and Evolution*. 2001 Working IEEE/IFIP Conference on Software Architectures (WICSA-2), Amsterdam, the Netherlands, August 2001.

**P45** Software Model Connectors: Bridging Models across the Software Lifecycle. 13th International Conference on Software Engineering and Knowledge Engineering (SEKE 2001), Buenos Aires, Argentina, June 2001.

**P46** *What Young Faculty Members Still Want to Know*. ICSE 2001 New Software Engineering Faculty Symposium, Toronto, Canada, May 2001.

**P47** *Exploiting Software Architecture Implementation Infrastructure in Facilitating Component Mobility*. ICSE 2001 Workshop on Software Engineering and Mobility, Toronto, Canada, May 2001.

**P48** *xADL: Enabling Architecture-Centric Tool Integration With XML*. 34th Hawaii International Conference on System Sciences (HICSS-34), Maui, Hawaii, January 2001.

**P49** *Programming in the Small and Many: A Software Engineering Research Agenda for the 21st Century*. 2000 ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE-8), Wild Ideas and Fun Flames, San Diego, CA, November 2000.

**P50** *Towards Software Multioperability: Bridging Heterogeneous Software Interoperability Platforms*. Fourth International Software Architecture Workshop (ISAW-4), Limerick, Ireland, June 2000.

**P51** *Using Off-the-Shelf Middleware to Implement Connectors in Distributed Software Architectures*. 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999.

**P52** A Language and Environment for Architecture-Based Software Development and Evolution. 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999.

**P53** *Modeling Software Architectures in UML*. Workshop on Software Architectures and the Unified Modeling Language, Denver, CO, April 1999.

**P54** *An Approach to Architecture-Based Software Integration*. Ground System Architectures Workshop (GSAW 99), El Segundo, CA, March 1999.

**P55** *Assessing the Suitability of a Standard Design Method for Modeling Software Architectures*. First Working IFIP Conference on Software Architecture, San Antonio, TX, February 1999.

**P56** *A Comparative Analysis of Architecture Description Languages*. USC-CSE Annual Research Review, Los Angeles, CA, February 1999.

**P57** *Assessing UML's Suitability for Modeling Software Architectures*. USC-CSE Annual Research Review, Los Angeles, CA, February 1999.

**P58** *Employing Off-the-Shelf Connector Technologies in C2-Style Architectures*. California Software Symposium (CSS'98), Irvine, CA, October 1998.

**P59** *An Architecture-Based Approach to Software Evolution*. International Workshop on the Principles of Software Evolution, Kyoto, Japan, April 1998.

**P60** *Domains of Concern in Software Architectures and Architecture Description Languages*. USENIX Conference on Domain-Specific Languages, Santa Barbara, CA, October 1997.

**P61** *A Framework for Classifying and Comparing Architecture Description Languages*. Sixth European Software Engineering Conference together with the Fifth ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE'97), Zurich, Switzerland, September 1997.

**P62** *Reuse of Off-the-Shelf Components in C2-Style Architectures*. 1997 Symposium on Software Reusability (SSR'97) and 1997 International Conference on Software Engineering (ICSE'97), joint session on Software Reuse, Boston, MA, May 1997.

**P63** *Reusing Off-the-Shelf Components to Develop a Family of Applications in the C2 Architectural Style*. First International Workshop on Development and Evolution of Software Architectures for Product Families, Las Navas del Marqués, Spain, November 1996.

**P64** *ADLs and Dynamic Architecture Changes*. Second International Software Architecture Workshop (ISAW-2), San Francisco, CA, October 1996.

**P65** *Using Object-Oriented Typing to Support Architectural Design in the C2 Style*. Fourth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE4), San Francisco, CA, October 1996.

**P66** *Formal Modeling of Software Architectures at Multiple Levels of Abstraction*. California Software Symposium, Los Angeles, CA, April 1996.

**P67** *A Component- and Message-Based Architectural Style for GUI Software*. Technology Presentation Track, 17th International Conference on Software Engineering (ICSE17), Seattle, WA, April 1995.

## University and Research Institute Presentations

**P68**  *Architectural Decay in Software Systems: Symptoms, Causes, and Remedies*. University of Massachusetts, Amherst, MA, November 2013.

**P69**  *Architectural Decay in Software Systems: Symptoms, Causes, and Remedies*. McGill University, Montreal, Canada, October 2013.

**P70**  *When, Where, and Why Do Software Systems' Architectures Decay?* University of Lugano, Lugano, Switzerland, October 2012.

**P71**  *When, Where, and Why Do Software Systems' Architectures Decay?* University of Arizona, Tucson, AZ, October 2012.

**P72**  *Architectural Degradation – The Plague of Maturing Software Systems*. University of California Irvine Institute for Software Research Annual Research Review, Irvine, CA, May 2012.

**P73**  *Overview of Software Engineering Research at USC*. Computer Science Department Annual Research Review, Los Angeles, CA, March 2012.

**P74**  *A Framework for Maintaining a Distributed Software System's QoS*. Computer Science Department Annual Research Review, USC, Los Angeles, March 2010.

**P75**  *Academic Career Work-Life Balance – A View from the Trenches*. University of Southern California, April 2011.

**P76**  *Overview of Software Engineering Research at USC*. University of Southern California, Computer Science Research Day, March 2011.

**P77**  *A Framework for Early Estimation of Software System Reliability*. University of California, San Diego, February 2011.

**P78**  *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* University College, London, UK, October 2010.

**P79**  *A Framework for Early Estimation of Software System Reliability*. University of Zurich, Switzerland, September 2010.

**P80**  *The Future of Software Architecture: Challenges and Opportunities*. Federal University of Bahia, Salvador, Brazil, August 2010.

**P81**  *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* Federal University of Rio de Janeiro, Brazil, August 2010.

**P82**  *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* Pontifícia Universidade Católica do Rio de Janeiro, August 2010.

**P83**  *A Framework for Early Estimation of Software System Reliability*. Georgia Institute of Technology, Atlanta, GA, April 2010.

**P84**  *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance*. Institute for Software Research, Distinguished Speaker Series, University of California, Irvine, February 2010.

**P85**  *Improving a Distributed Software System's Quality of Service via Architecture-Driven Dynamic Redeployment*. Institute for Software Research Forum, University of California, Irvine, June 2007.

**P86**  *Dynamic Software Architectures*. Jesper Andersson Dissertation Defense Opponent, Linkoping University, Sweden, April 2007.

**P87** *From Dependable Architectures to Dependable Systems*. USC-CSE Annual Research Review, Los Angeles, CA, February 2007.

**P88** *Moving Architectural Description from Under the Technology Lamppost*. USC Center for Systems and Software Engineering Convocation, October 2006.

**P89** *Endowing Legacy Applications with Software Architectural Capabilities*. University of Southern California – Information Sciences Institute, Marina del Rey, CA, October 2006.

**P90** *The Prism Project: Software Architectural Support for Highly Distributed Environments*. Bosch Research and Technology Center, Palo Alto, CA, January 2006.

**P91** *Coupling Architectural Discovery and Recovery to Stem Architectural Erosion*. USC-CSE Annual Research Review, Los Angeles, CA, March 2003.

**P92** *Exploiting Architectural Style, Connectors, and Types in Large-Scale Software Development and Evolution*. University of Texas, Austin, TX, April 2001.

**P93** *An Architecture-Based Approach to Developing Heterogeneous, Highly Distributed Software Systems*. University of Southern California – Information Sciences Institute, Marina del Rey, CA, February 2001.

**P94** *Programming in the Many: Software Engineering Paradigm for the 21st Century*. USC-CSE Annual Research Review, Los Angeles, CA, February 2001.

**P95** *An Architecture-Based Approach to Developing Heterogeneous, Highly Distributed Software Systems*. University of Washington, Seattle, WA, January 2001.

**P96** *From Programming in the Large to Programming in the Small and Many*. University of California, Santa Cruz, CA, October 2000.

**P97** *Exploiting Architectural Style, Connectors, and Types in Large-Scale Software Development and Evolution*. Rice University, Houston, TX, September 2000.

**P98** *SAAGE — An Environment for Software Architecture, Analysis, Generation, and Evolution*. USC-CSE Annual Research Review, Los Angeles, CA, February 2000.

**P99** *A Style-Based Approach to the Design and Evolution of Adaptable Software*. University of Texas, Austin, TX, November 1997.

## Industry and Funding Agency Presentations

**P100** *Architectural Decay in Software Systems: Symptoms, Causes, and Remedies*. United Technologies Research Center, Hartford, CT, October 2013.

**P101** *sTile: Securing the Insecure Cloud*. DARPA Site Visit, Information Sciences Institute, Marina del Rey, CA, May 2012.

**P102** *CoDesign – A Collaborative Software Design Environment*. Infosys Site Visit, Los Angeles, CA, May 2012.

**P103** *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. Infosys, Mysore, India, March 2012.

**P104** *The Anatomy and Physiology of the Grid Revisited*. Infosys, Bangalore, India, March 2012.

**P105** *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. IBM Research, Delhi, India, February 2012.

**P106** *sTile: Securing the Insecure Cloud*. CIA, Washington, DC, November 2011.

**P107** *sTile: Securing the Insecure Cloud*. DARPA, Arlington, VA, June 2011.

**P108** *Desiderata and Challenges in Globally-Distributed Software Development*. Infosys Aurora, Las Vegas, NV, August 2011.

**P109** *Modern Software Architectural Challenges: Dynamism, Mobility, Services, Grids, and Clouds*. Aerospace Corporation, El Segundo, CA, November 2010.

**P110** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* Northrop Grumman, Los Angeles, CA, September 2010.

**P111** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance*? Infosys, Bangalore, India, December 2009.

**P112** *Software Architecture Support for PATFrame*. PATFrame project kick-off meeting, Ft. Hood, TX, August 2009.

**P113** *An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems*. Infosys site visit, April 2009.

**P114** *Architecture and Hardware/Software/System Engineering Integration*. Lockheed Martin Site Visit, Los Angeles, CA, December 2008.

**P115** *An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems*. Infosys project progress meeting, August 2008.

**P116** *An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems*. Infosys project kick-off meeting, August 2008.

**P117** *Architecture-Based Modeling and Simulation*. Boeing Professor Day, Seal Beach, CA, February 2008.

**P118** *Overview of Software Architecture Research at USC*. Bosch Research and Technology Center, Palo Alto, CA, January 2007.

**P119** *Identifying and Addressing Uncertainty in Architecture-Level Software Reliability Modeling*. NSF Next Generation Software Program (NSFNGS) Workshop, Long Beach, CA, February 2007.

**P120** *Multi-Framework Programming via Software Architecture and Architectural Middleware*. DARPA Multi-Framework Programming Workshop, Menlo Park, CA, August 2007.

**P121** *Overview of Software Architecture Research at USC*. USC Computer Science Department Industrial Advisory Board Meeting, Los Angeles, CA, April 2006.

**P122** *Overview of Software Architecture Research at USC*. General Electric Site Visit, Los Angeles, CA, February 2006.

**P123** *Software Architecture for DREAM Environments*. Jet Propulsion Laboratory, Pasadena, CA, January 2005.

**P124** *DeSi - An Environment for Modeling, Analyzing, and Simulating Deployment Architectures*. Boeing, Anaheim, November 2004.

**P125** *Overview of Software Architecture Research at USC*. Northrop Grumman Site Visit, Los Angeles, CA, April 2004.

**P126** *Overview of Software Architecture Research at USC*. Microsoft Site Visit, Los Angeles, CA, March 2004.

**P127** *Overview of Software Architecture Research at USC*. Airbus Site Visit, Los Angeles, CA, February 2004.

**P128** *DeSi - A Tailorable Environment for Assessing the Quality of Distributed Software Architectures*. Jet Propulsion Laboratory, Pasadena, CA, January 2004.

**P129** *Overview of Software Engineering Research at USC*. Boeing Site Visit, Los Angeles, CA, November 2003.

**P130** *Software Architecture Research at USC-CSE: An Overview*. Jet Propulsion Laboratory Site Visit, Los Angeles, CA, September 2003.

**P131** *Software Architectures and Self-Healing Systems*. Boeing, Anaheim, CA, May 2003.

**P132** *Software Architectures and Self-Healing Systems*. Boeing-DARPA Future Combat Systems Meeting, Boeing, Anaheim, CA, September 2002.

**P133** *Software Connectors for Programming-in-the-Many*. Boeing, Seattle, WA, November 2001.

**P134** Software Architecture Collaboration between JPL and USC. Jet Propulsion Laboratory, Pasadena, CA, September 2001.

**P135** *Relating State-Based and Component/Connector-Based Architectural Styles: Technical Project Review*. Jet Propulsion Laboratory, Pasadena, CA, August 2001.

**P136** *Architectural Support for Programming-in-the-Many*. U.S. Army Tank-Automotive and Armaments Command (TACOM), Detroit, MI, July 2001.

**P137** *Software Architecture Research at USC: Programming in the Large and Many*. Xerox Corporation, El Segundo, CA, January 2001.

**P138** *From Programming in the Large to Programming in the Small and Many*. Microsoft USC Site Visit, Los Angeles, December 2000.

**P139** *Software Architecture at USC and JPL*. Jet Propulsion Laboratory, Pasadena, CA, October 2000.

**P140** *Programming in the Small, Large, and Many*. Xerox Corporation, El Segundo, CA, October 2000.

**P141** *Programming in the Small, Large, and Many*. Schlumberger Corporation, Houston, TX, September 2000.

**P142** *Dynamic Assembly, Assessment, Assurance, and Adaptation via Heterogeneous Software Connectors*. DARPA/ISO DASADA Project Kick-off Meeting, Santa Fe, NM, September 2000.

**P143** *UML and Software Architectures*. DARPA/ISO DASADA Project Kick-off Meeting, Santa Fe, NM, September 2000.

**P144** *An Approach to Architecture-Based Software Development and Evolution*. Jet Propulsion Laboratory, Pasadena, CA, May 2000.

**P145** *SAAGE — An Environment for Software Architecture, Analysis, Generation, and Evolution*. Lockheed Martin USC Site Visit, Los Angeles, CA, May 2000.

**P146** *On the Role of UML in Modeling Software Architectures*. Southern California Software Process Improvement Network, Long Beach, CA, April 2000.

**P147** *Software Architecture Research and Practice*. Jet Propulsion Laboratory, Pasadena, CA, April 2000.

**P148** *Architecture-Centric Dynamic Adaptation of Deeply Networked Embedded Systems*. DARPA/ITO RENES Project Kick-off Meeting, Arlington, VA, November 1999.

**P149** *Software Architecture Research and Practice.* NSF Software Engineering Strategies Workshop Briefing, National Science Foundation, Arlington, VA, September 1999.

**P150** *Assessing the Suitability of UML for Modeling Software Architectures.* Bay Area Round Table (BART), Palo Alto, CA, July 1999.

**P151** *A Classification and Comparison Framework for Software Architecture Description Languages.* Second DARPA EDCS Architecture/Generation Workshop, Santa Fe, NM, April 1997.

**P152** *Component-Based GUI Architecture.* Hughes Aircraft Corp., El Segundo, CA, January 1997.

**P153** *What's New with C2?* Arcadia Research Meeting, Portland, OR, August 1996.

**P154** *Chiron-2: A Component- and Message-Based Architectural Style for GUI Software.* Sun Microsystems Laboratories, Palo Alto, CA, June 1995.

**P155** *Chiron-2: A Component- and Message-Based Architectural Style for GUI Software.* Bay Area Round Table (BART), Palo Alto, CA, June 1995.

## 12   Professional Service

## Advisory Boards and Award Committees

**S1**    Member, Selection Committee, 2014 ACM SIGSOFT Outstanding Research Award (8/13 - 5/14)

**S2**    Member, International Selection Committee, Bower Award for Achievement in Science (8/13 - 11/13)

**S3**    Member, President's Advisory Board, Carnegie Mellon University – Silicon Valley (1/13 - 4/13)

## Editorial Boards and Steering Committees

**S4**    Chair, Steering Committee, International Conference on Software Engineering (11/13 - present)

**S5**    Associate Editor, ACM Transactions on Software Engineering and Methodology (3/14 - present)

**S6**    Associate Editor, Journal of Software Engineering for Robotics (12/08 - present)

**S7**    Editorial Board Member, Journal of Software Engineering Research and Development (4/12 - present)

**S8**    Editorial Board Member, Springer Computing Journal (2/11 - present)

**S9**    Editorial Board Member, Elsevier Journal of Systems and Software (1/11 - present)

**S10**   Editorial Board Member, Elsevier Information and Software Technology Journal (1/08 - present)

**S11**   Associate Editor, IEEE Transactions on Software Engineering (1/10 - 12/13)

**S12**   Member, Steering Committee, International Conference on Software Engineering
(5/08 - 11/13)

**S13**   Guest Editor, Elsevier Journal of Systems and Software,
The Future of Software Engineering FOR/IN the Cloud
(7/11 - 7/13)

**S14**   Guest Editor, The Science of Computer Programming Journal
Best Papers of the CompArch 2012 Conference
(7/12 - 11/13)

**S15**   Member, Steering Committee, Working IEEE/IFIP Conference on Software Architecture
(1/05 - 2/08)

## Conference/Workshop Chairmanship

**S16**   Chair, International Symposium to Commemorate the 45th Anniversary of the First
Software Engineering Conference (SE@45), University of Southern California, Los
Angeles, CA, October 2013

**S17**   Co-Chair, Workshops, 36th International Conference on Software Engineering (ICSE
2014), Hyderabad, India, June 2014

**S18**   Program Co-Chair, 15th International ACM SIGSOFT Symposium on Component Based
Software Engineering (CBSE-2012), Bertinoro, Italy, June 2012

**S19**   Program Co-Chair, 33rd International Conference on Software Engineering (ICSE 2011),
Honolulu, HI, May 2011

**S20**   Program Co-Chair, Workshop on Software Engineering for Cloud Computing (SECLOUD
2011), Honolulu, HI, May 2011

**S21**   Program Co-Chair, 3rd IEEE International Conference on Self-Adaptive and Self-
Organizing Systems (SASO 2009), San Francisco, CA, September 14-18, 2009

**S22**   Workshop Co-Chair, IEEE/CSSE/ISE Workshop on Software Architecture Challenges for
the 21st Century, Los Angeles, CA, June 2009

**S23**   Program Co-Chair, 2nd International ICSE Warm-up Workshop (WUP 2009), Cape Town,
South Africa, April 2009

**S24**   Workshop Chair, USC-CSSE Annual Research Review and Executive Workshop, Los
Angeles, CA, March 2009

**S25**   Program Chair, Doctoral Symposium, 16th ACM SIGSOFT International Symposium on
the Foundations of Software Engineering (FSE 16), Atlanta, GA, November 2008

**S26**   Program Chair, Special Session on Software Architecture for Pervasive Systems (SAPS),
34th Euromicro Conference in Parma, Italy, September 3-5, 2008

**S27**   Program Co-Chair, 2005 Working IEEE/IFIP Conference on Software Architecture
(WICSA 2005), Pittsburgh, PA, November 2005

**S28**   Chair, Executive Workshop on Model-Driven Architecture, Annual Research Review,
Center for Software Engineering, University of Southern California, Los Angeles, CA,
March 2005

**S29**   Chair, Workshops, 26th International Conference on Software Engineering (ICSE 2004),
Edinburgh, UK, May 2004

**S30**  Co-Chair, Tutorials, 9th European Software Engineering Conference and 11th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2003), Helsinki, Finland, September 2003

**S31**  Chair, State-of-the-Art Track, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S32**  Co-Chair, First International Workshop on Evaluating Software Architecture Solutions (WESAS), Irvine, CA, May 2000

## Conference/Workshop Organization

**S33**  Workshops Selection Committee Member, 8th Joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2011), Szeged, Hungary, September 2011.

**S34**  Technical Paper Session Chair, 12th European Software Engineering Conference and 17th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2009), Amsterdam, the Netherlands, August 2009

**S35**  Student Volunteer Coordinator, 30th International Conference on Software Engineering (ICSE 2008), Leipzig, Germany, May 2008

**S36**  Technical Paper Session Chair, Working IEEE/IFIP Conference on Software Architecture (WICSA 2008), Vancouver, Canada, February 2008

**S37**  E-Publicity Chair, 29th International Conference on Software Engineering (ICSE 2007), Minneapolis, MN, May 2007

**S38**  Session Chair, USC Center for Systems and Software Engineering Convocation, Los Angeles, CA, October 2006

**S39**  Panelist, New Software Engineering Faculty Symposium (NSEFS 05), 27th International Conference on Software Engineering (ICSE 2005), St. Louis, MO, May 2005

**S40**  Technical Paper Session Chair, 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004

**S41**  Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2004

**S42**  Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2003

**S43**  Session Chair, Dagstuhl Workshop on Software Architecture Recovery and Modeling (SWARM), Dagstuhl, Germany, February 2003

**S44**  Chair, Tutorials, The Third Working IEEE/IFIP Conference on Software Architecture (WICSA-3), Montreal, Canada, August 2002

**S45**  Technical Paper Session Chair, The Working IEEE/IFIP Conference on Software Architecture (WICSA-3), Montreal, Canada, August 2002

**S46**  Technical Paper Session Chair, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S47**  Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2002

**S48**  Technical Paper Session Chair, Eighth European Software Engineering Conference and Ninth ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2001), Vienna, Austria, September 2001

**S49**  Technical Paper Session Chair, 23rd International Conference on Software Engineering (ICSE 2001), Toronto, Canada, May 2001

**S50**  Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2001

**S51**  Technical Paper Session Chair, Eighth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE8), San Diego, CA, November 2000

**S52**  Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2000

**S53**  Organizing Committee Member, NSF Workshop on Software Engineering Research Strategies, Los Angeles, CA, August 1999

**S54**  Student Volunteer Coordinator, 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999

**S55**  Co-Chair, DARPA/ITO EDCS Workshop on Architecture Description Language Toolkits, San Diego, CA, October 1998

**S56**  Chair, DARPA/ITO EDCS Workshop on the UML, Austin, TX, November 1997

**S57**  Webmaster, 1997 International Conference on Software Engineering (ICSE'97), Boston, MA, May 1997

## Program Committee Membership

**S58**  Program Committee Member, 22nd ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2014), Hong Kong, November 2014

**S59**  Program Committee Member, 8th European Conference on Software Architecture (ECSA 2014), Vienna, Austria, August 2014

**S60**  Expert Reviewer Panel Member, 28th IEEE/ACM International Conference on Automated Software Engineering (ASE 2013), Palo Alto, CA, November 2013

**S61**  Program Committee Member, 9th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2013), Saint Petersburg, Russia, August 2013.

**S62**  Symposium Committee Member, Doctoral Symposium, 9th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2013), Saint Petersburg, Russia, August 2013.

**S63**  Program Committee Member, 7th European Conference on Software Architecture (ECSA 2013), Montpelier, France, July 2013.

**S64**  Program Committee Member, 7th ACM International Conference on Distributed Event-Based Systems (DEBS 2013), Arlington, TX, June-July 2013

**S65**  Program Committee Member, 16th International ACM SIGSOFT Symposium on Component-Based Software Engineering, Vancouver, Canada, June 2013

**S66**  Program Committee Member, 4th International ACM SIGSOFT Symposium on Architecting Critical Systems (ISARCS), Vancouver, Canada, June 2013

**S67** Program Committee Member, 33rd International Conference on Software Engineering – New Ideas and Emerging Results Track, San Francisco, CA, May 2013

**S68** Program Committee Member, 2nd International Workshop on the Twin Peaks of Requirements and Architecture, San Francisco, CA, May 2013

**S69** Program Committee Member, 1st International Workshop on the Twin Peaks of Requirements and Architecture, Chicago, IL, September 2012

**S70** Program Committee Member, 6th ACM International Conference on Distributed Event-Based Systems, Berlin, Germany, July 2012

**S71** Program Committee Member, 7th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2012), Zurich, Switzerland, June 2012

**S72** Program Committee Member, 3rd International Workshop on Software Engineering for Sensor Network Applications, Zurich, Switzerland, June 2012

**S73** Mentoring Committee Member, 34th International Conference on Software Engineering (ICSE 2012), Zurich, Switzerland, June 2012

**S74** Program Committee Member, 22nd IEEE International Symposium on Software Reliability Engineering, Hiroshima, Japan, November-December 2011

**S75** Program Committee Member, 9th IEEE International Conference on Software Engineering and Formal Methods, Montevideo, Uruguay, November 2011

**S76** Expert Reviewer Panel Member, 26th IEEE/ACM International Conference on Automated Software Engineering (ASE 2011), Lawrence, KS, November 2011

**S77** Workshops Committee Member, The joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2011), Szeged, Hungary, September 2011

**S78** Program Committee Member, 5th Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS), Sao Paulo, Brazil, September 2011

**S79** Program Committee Member, 9th IEEE/IFIP Working Conference on Software Architecture (WICSA), Boulder, CO, June 2011

**S80** Program Committee Member, 6th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Honolulu, HI, May 2011

**S81** Program Committee Member, IEEE Globecom 2010 Workshop on Pervasive Group Communications (PerGroup), Miami, FL, December 2010

**S82** Program Committee Member, 18th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2010), Santa Fe, NM, November 2010

**S83** Program Committee Member, International Symposium on Architecting Critical Systems (ISARCS 2010), Prague, Czech Republic, June 2010

**S84** Program Committee Member, 32nd International Conference on Software Engineering, Cape Town, South Africa, May 2010

**S85** Program Committee Member, 5th International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Cape Town, South Africa, May 2010

**S86** Program Committee Member, Workshop on Flexible Modeling Tools (FlexiTools), Cape Town, South Africa, May 2010

**S87**   Program Committee Member, Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS), Cape Town, South Africa, May 2010

**S88**   Expert Panel Member, 24th IEEE/ACM International Conference on Automated Software Engineering (ASE 2008), Auckland, New Zealand, November 2009

**S89**   Program Committee Member, 8th Working IEEE/IFIP Conference on Software Architecture (WICSA) and 3rd European Conference on Software Architecture (ECSA), Cambridge, UK, September 2009.

**S90**   Program Committee Member, 12th European Software Engineering Conference and 17th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2009), Amsterdam, the Netherlands, August 2009

**S91**   Program Committee Member, 8th International Workshop on the Foundations of Coordination Languages and Software Architectures (FOCLASA'09), Rhodes, Grece, July 2009

**S92**   Program Committee Member, DSN 2009 Workshop on Architecting Dependable Systems (WADS 2007), Lisbon, Portugal, June 2009

**S93**   Program Committee Member, 5th International Conference on the Quality of Software Architecture (QoSA 2009), East Stroudsburg, PA, June 2009

**S94**   Program Committee Member, 6th International Conference on Autonomic Computing (ICAC), Barcelona, Spain, June 2009

**S95**   Program Committee Member, 4th International Workshop on UML and AADL, Potsdam, Germany, June 2009

**S96**   Program Committee Member, 31st International Conference on Software Engineering, Vancouver, Canada, May 2009

**S97**   Program Committee Member, 4th International Conference on the Quality of Software Architectures (QoSA 2008), Karlsruhe, Germany, October 2008

**S98**   Program Committee Member, 11th International Symposium on Component-Based Software Engineering (CBSE 2008), Karlsruhe, Germany, October 2008

**S99**   Program Committee Member, 23rd IEEE/ACM International Conference on Automated Software Engineering (ASE 2008), L'Aquila, Italy, September 2008

**S100**   Program Committee Member, 2nd Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2008), Porto Alegre, Brazil, August 2008

**S101**   Program Committee Member, 7th International Workshop on the Foundations of Coordination Languages and Software Architectures (FOCLASA'08), Reykjavik, Iceland, July 2008

**S102**   Program Committee Member, DSN 2008 Workshop on Architecting Dependable Systems (WADS 2007), Anchorage, AK, June 2008

**S103**   Program Committee Member, 30th International Conference on Software Engineering, Leipzig, Germany, May 2008

**S104**   Symposium Committee Member, Doctoral Symposium, 30th International Conference on Software Engineering, Leipzig, Germany, May 2008

**S105**   Program Committee Member, 3rd International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2008), Leipzig, Germany, May 2008

**S106** Program Committee Member, International Workshop on Software Architectures and Mobility (SAM 2008), Leipzig, Germany, May 2008

**S107** Program Committee Member, 22nd IEEE/ACM International Conference on Automated Software Engineering, Atlanta, GA, November 2007

**S108** Program Committee Member, International Workshop on the Engineering of Software Services for Pervasive Environments (ESSPE), Dubrovnik, Croatia, September 2007

**S109** Program Committee Member, 10th International Symposium on Component-Based Software Engineering (CBSE 2007), Boston, MA, July 2007

**S110** Program Committee Member, 3rd International Conference on the Quality of Software Architectures (QoSA 2007), Boston, MA, July 2007

**S111** Program Committee Member, First IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2007), Boston, MA, July 2007

**S112** Program Committee Member, DSN 2007 Workshop on Architecting Dependable Systems (WADS 2007), Edinburgh, UK, June 2007

**S113** Program Committee Member, 2nd International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2007), Minneapolis, MN, May 2007

**S114** Program Committee Member, 2nd Workshop on Sharing and Reusing Architectural Knowledge – Architecture Rationale and Design Intent (SHARK/ADI), Minneapolis, MN, May 2007

**S115** Tutorials Committee Member, 29th International Conference on Software Engineering (ICSE 2007), Minneapolis, MN, May 2007

**S116** Program Committee Member, Workshop on Tools, Operating Systems and Programming Models for Developing Reliable Systems (TOPMoDelS), Long Beach, CA, March 2007

**S117** Program Committee Member, 6th International Workshop on Software and Performance (WOSP 2007), Buenos Aires, Argentina, February 2007

**S118** Program Committee Member, 6th Working IEEE/IFIP Conference on Software Architecture, Mumbai, India, January 2007

**S119** Program Committee Member, 14th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 14), Portland, OR, November 2006

**S120** Symposium Committee Member, Doctoral Symposium, 14th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 14), Portland, OR, November 2006

**S121** Expert Reviewer Panel Member, 21st IEEE/ACM International Conference on Automated Software Engineering (ASE 2006), Tokyo, Japan, September 2006

**S122** Doctoral Symposium Committee Member, 21st IEEE/ACM International Conference on Automated Software Engineering (ASE 2006), Tokyo, Japan, September 2006

**S123** Program Committee Member, 9th International Symposium on Component-Based Software Engineering (CBSE 2006), Västerås, Sweden, June/July 2006

**S124** Program Committee Member, ICSE 2006 Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Shanghai, China, May 2006

**S125** Tutorials Committee Member, 28th International Conference on Software Engineering (ICSE 2006), Shanghai, China, May 2006

**S126** Program Committee Member, 20th IEEE International Conference on Automated Software Engineering (ASE 2005), Long Beach, CA, November 2005

**S127** Program Committee Member, 10th European Software Engineering Conference and 13th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2005), Lisbon, Portugal, September 2005

**S128** Program Committee Member, 9th International Software Product Line Conference (SPLC-EUROPE 2005), Rennes, France, September 2005

**S129** Program Committee Member, 5th International Workshop on Software Engineering and Middleware (SEM 2005), Lisbon, Portugal, 5-6 September 2005

**S130** Program Committee Member, Workshop on Architecture-Centric Evolution (ACE 2005), Glasgow, UK, July 2005

**S131** Program Committee Member, 4th International Workshop on Architecting Dependable Systems (WADS 2004), St. Louis, MO, May 2005

**S132** Program Committee Member, 8th International Symposium on Component-Based Software Engineering (CBSE8), St. Louis, MO, May 2005

**S133** Program Committee Member, Workshop on Software Composition (SC 2005), April 2005, Edinburgh, UK

**S134** Program Committee Member, Hawaii International Conference on System Sciences, Mini-Track on Strategic Software Engineering, Hawaii, January 2005

**S135** Program Committee Member, 2004 Workshop on Self-Managed Systems, Newport Beach, CA, November 2004

**S136** Program Co-Chair, Workshop on Software Architecture Description & UML, Lisbon, Portugal, October 2004

**S137** Program Committee Member, 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004

**S138** Program Committee Member, 4th IEEE/IFIP Working Conference on Software Architecture (WICSA-4), Oslo, Norway, June 2004

**S139** Program Committee Member, Workshop on Capturing Experience in Software Architecture Best Practices, Oslo, Norway, June 2004

**S140** Program Committee Member, Twin Workshops on Architecting Dependable Systems (WADS 2004), Edinburgh, UK, May 2004 and Florence, Italy, June 2004

**S141** Program Committee Member, 2nd International Working Conference on Component Deployment (CD 2004), Edinburgh, UK, May 2004

**S142** Program Committee Member, 7th International Symposium on Component-Based Software Engineering (CBSE7), Edinburgh, UK, May 2004

**S143** Program Committee Member, International Workshop on Incorporating COTS into Software Systems: Tools and Techniques (IWICSS), Redondo Beach, CA, February 2004

**S144** Program Committee Member, 10th Working Conference on Reverse Engineering (WCRE 2003), Victoria, BC, Canada, November 2003

**S145** Program Committee Member, 5th International Workshop on Product Family Engineering (PFE-5), Siena, Italy, November 2003

**S146** Program Committee Member, 2nd International Workshop on Architecting Dependable Systems (WADS 2003), Portland, OR, May 2003

**S147** Program Committee Member, Conference on Generative and Component-Based Software Engineering (GCSE), Pittsburgh, PA, October 2002

**S148** Program Committee Member, The Working IEEE/IFIP Conference on Software Architecture (WICSA-3), Montreal, Canada, August 2002

**S149** Program Committee Member, 2nd Software Product Line Conference (SPLC-2), San Diego, CA, August 2002

**S150** Program Committee Member, International Workshop on Mobile Teamwork, Vienna, Austria, July 2002

**S151** Program Committee Member, ECOOP 2002 Workshop on Concrete Communication Abstractions Of The Next 701 Distributed Object Systems, Malaga, Spain, June 2002

**S152** Program Committee Member, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S153** Symposium Committee Member, Doctoral Symposium, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S154** Program Committee Member, 1st International Workshop on Architecting Dependable Systems (WADS 2002), Orlando, FL, May 2002

**S155** Program Committee Member, 4th International Workshop on Product Family Engineering (PFE-4), Bilbao, Spain, October 2001

**S156** Program Committee Member, 8th European Software Engineering Conference and 9th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2001), Vienna, Austria, September 2001

**S157** Program Committee Member, The Second Working IEEE/IFIP Conference on Software Architecture (WICSA-2), Amsterdam, The Netherlands, August 2001

**S158** Program Committee Member, 23rd International Conference on Software Engineering (ICSE 2001), Toronto, Canada, May 2001

**S159** Program Committee Member, Second International Workshop on Engineering Distributed Objects (EDO 2000), Davis, CA, November 2000

**S160** Program Committee Member, Eighth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE8), San Diego, CA, November 2000

**S161** Program Committee Member, Fourth International Software Architecture Workshop (ISAW-4), Limerick, Ireland, June 2000

**S162** Program Committee Member, Third International Workshop on Software Architectures for Product Families (IW-SAPF-3), Las Palmas de Gran Canaria, Spain, March 2000

## Referee and Reviewer Service

**S163** National Science Foundation, Review Panel
1/2000, 10/2003, 11/2013

**S164** ACM Transactions on Software Engineering and Methodology
1998, 1999, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013

**S165** IEEE Transactions on Software Engineering
1997, 1998, 1999, 2000, 2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009

**S166** Journal of Software Engineering for Robotics
2009

**S167** Architecting Dependable Systems VI, LNCS, Springer Verlag
2009

**S168** IEEE Software
2008

**S169** IEEE Transactions on Industrial Informatics
2008

**S170** Elsevier Information and Software Technology Journal
2007, 2008, 2011

**S171** Journal of Systems and Software
2005, 2006, 2007, 2008, 2011

**S172** University of Wisconsin-Milwaukee, Research Growth Initiative
2006

**S173** Journal of Automated Software Engineering
1999, 2000, 2005

**S174** 28th International Conference on Software Engineering, Outside Reviewer
2005

**S175** Architecting Dependable Systems III, LNCS, Springer Verlag
2005

**S176** Architecting Dependable Systems II, LNCS, Springer Verlag
2004

**S177** IEEE Transactions on Parallel and Distributed Systems
2003, 2004

**S178** National Science Foundation, Proposal Reviewer (PASI)
2/2011

**S179** IEEE Computer, Special Issue on Handheld Computing
2003

**S180** Architecting Dependable Systems, LNCS, Springer Verlag
2003

**S181** International Journal on Software Maintenance and Evolution
2002

**S182** Science Foundation Ireland
2002

**S183** IEE Proceedings – Software Engineering
1998

**S184** Conference on User Interface Software and Technology, Outside Reviewer
1996

**S185** 19th International Conference on Software Engineering, Outside Reviewer
1997

## Other

**S186** Participant, IFIP Working Group 2.10 – Software Architecture
2002-2007

# 13   University Service

**S187** Associate Chair for Ph.D. Affairs, Computer Science Department, USC
7/11 - present

**S188** Chair, PhD Program Reboot Committee, Computer Science Department, USC
8/13 - present

**S189** Research Committee, Viterbi School of Engineering, USC
7/12 - 8/13

**S190** Ph.D. Council, Viterbi School of Engineering, USC
1/12 - 8/13

**S191** Transformative Faculty Hiring Committee, Computer Science Department, USC
6/12 - 5/13

**S192** Chair, Ph.D. Admissions Committee, Computer Science Department, USC
7/11 - 8/13

**S193** Director, Center for Systems & Software Engineering, Viterbi School of Engineering, USC
1/09 - 2/13

**S194** Joint Faculty Appointment Committee, Computer Science Department, USC
11/12 - 12/12

**S195** Department Chair Search Committee, Computer Science Department, USC
9/11 - 5/12

**S196** Chair Performance Evaluation Committee, Computer Science Department, USC
3/12 - 5/12

**S197** Department Ranking Committee, Computer Science Department
2/12 - 5/12

**S198** Engineering Faculty Council (EFC), Viterbi School of Engineering, USC
1/02 - 5/05, 8/06 - 5/10

**S199** New Building Faculty Advisory Committee, Viterbi School of Engineering, USC
1/10 - present

**S200** EFC Academic Senate Alternate, USC
8/08 - 8/09

**S201** Appointments, Promotions, and Tenure Committee, Viterbi School of Engineering, USC
8/08 - 5/10

**S202** Ph.D. Admissions Committee, Computer Science Department, USC
8/04 - 5/05, 8/07 - present

**S203** Ph.D. Fellowships Committee, Computer Science Department, USC
8/07 - present

**S204** Group Leader, Software Systems and Engineering, Computer Science Department, USC
8/08 - present

**S205** Chair, Faculty Hiring Committee, Computer Science Department, USC
8/08 - 5/09

**S206** Department Chair's Advisory Committee, USC
8/07 - 7/08

**S207** Merit Review Committee, Computer Science Department, USC
2000, 2004, 2008, 2010

**S208** Provost/Academic Senate Committee on Information Services, USC
8/06 - 5/08

**S209** Dean/EFC Standing Committee on Best Practices, USC
1/08 - 8/08

**S210** Dean/EFC Standing Committee on Faculty Recruitment and Retention, USC
8/07 - 8/08

**S211** EFC Research Committee
1/07 - 8/07, 1/10 - 5/10

**S212** Chair, Interaction Group, Computer Science Department, USC
8/06 - 8/07

**S213** Chair, EFC Merit Review Committee, USC
8/06 - 8/08

**S214** Computer Science Department, Qualifying Exam Timeline Committee, USC
4/06 - 5/07

**S215** Computer Science Department, M.S. Program Review Committee, USC
12/03 - 5/05

**S216** Research Faculty Hiring Committee, Computer Science Department, USC
2002, 2003, 2006, 2007, 2008

**S217** Dean's Evaluation Committee, School of Engineering, USC
11/04 - 1/05

**S218** School of Engineering, M.S. Program Review Committee, USC
9/03 - 12/03

**S219** Faculty Hiring Committee, Computer Science Department, USC
2001, 2004

**S220** Interview Panel, Trustee Scholarship, School of Engineering, USC
3/02, 3/04

**S221** EFC Committee on Research Faculty Rights and Responsibilities, USC
11/02 - 5/03

**S222** Chair, Computer Systems Group, Computer Science Department, USC
12/99 - 5/02

**S223** USC College of Engineering Commencement Marshal
2000, 2002

**S224** Industrial Liaison Committee, Computer Science Department, USC
2000

## 14  Professional Associations

- Association for Computing Machinery (ACM)
- ACM Special Interest Group on Software Engineering (SIGSOFT)
- Institute of Electrical and Electronics Engineers (IEEE)
- IEEE Computer Society

## 15  Consulting

- 12/13 - present   Kirkland & Ellis LLP
- 10/13 - present   Dechert LLP
- 10/13 - present   Shore Chan DePumpo LLP
- 4/11 - present    Kramer Levin Naftalis & Frankel LLP
- 2/11 - present    Aerospace Corporation, El Segundo, CA
- 11/13 - 2/14      Desmarais LLP
- 10/12 - 3/13      Goodwin Procter LLP
- 10/10 - 1/13      Hughes Hubbard & Reed LLP
- 10/12 - 12/12     Perkins Coie LLP
- 4/11 - 10/12      King & Spalding LLP
- 6/09 - 4/10       Gordon & Rees LLP
- 6/00 - 6/03       Jet Propulsion Laboratory (JPL), Pasadena, CA

# APPENDIX B

**APPENDIX B: LIST OF MATERIALS REVIEWED**

**Documents Produced by Blue Coat:**

| Bates Numbers |
|---|
| BC0054766 - 78 |
| BC0067535 - 59 |
| BC0183922 - 29 |
| BC0186732 - 98 |
| BC0191683 - 706 |
| BC0192943 - 46 |
| BC0193188 - 222 |
| BC0210286 - 380 |
| BC0312858 - 63 |
| BC0312864 - 66 |
| BC0312890 - 91 |
| BC0312911 |
| BC0312921 - 23 |
| BC0313055 - 58 |
| BC0313075 - 76 |
| BC0313077 - 78 |
| BC0313104 |
| BC0313151 - 57 |
| BC0313218 - 21 |
| BC0313272 - 77 |
| BC0313358 - 59 |
| BC0313471 - 72 |
| BC0313488 - 91 |
| BC0313628 - 29 |
| BC0313714 |
| BC0313774 |
| BC0313830 - 31 |
| BC0314140 - 44 |

**Documents Produced by Finjan:**

| Bates Numbers | Description/Title |
|---|---|
| FINJAN-BC 169158-84 | McAfee Labs Threats Report June 2014 (rp-quarterly-threat-q1-2014.pdf) |

| Bates Numbers | Description/Title |
|---|---|
| FINJAN-BC 169185-86 | Breaches, malware to cost $491 billion in 2014, study says (March 20, 2014) (SC Magazine.pdf) |
| FINJAN-BC 169187-213 | Websense Triton 2013 Threat Report (websense-2013-threat-report.pdf) |

**Deposition Transcripts and Exhibits of the Following:**

John Ahlander (Blue Coat), October 16, 2014

Yuval Ben-Itzhak (Third Party), December 17, 2014

Roger Harrison (Blue Coat), November 6, 2014

David Kroll (Third Party), November 14, 2014

Chris Larson (Blue Coat), November 21, 2014

Gary Tomic (Blue Coat), October 23, 2014

Shlomo Touboul (Finjan), December 3, 2014

**Other Documents:**

U.S. Patent No. 6,154,844

U.S. Patent No. 7,058,822

U.S. Patent No. 7,647,633

U.S. Patent No. 6,965,968

U.S. Patent No. 7,418,731

U.S. Patent No. 6,804,780

File History for U.S. Patent No. 6,154,844

File History for U.S. Patent No. 7,058,822

File History for U.S. Patent No. 7,647,633

File History for U.S. Patent No. 6,965,968

File History for U.S. Patent No. 7,418,731

File History for U.S. Patent No. 6,804,780

Order Construing Claims in U.S. Patent Nos. 6,154,844; 7,058,822; 7,418,731; 7,647,633 dated October 20, 2014