# EXHIBIT 8
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>              Defendant. | Case No.: 13-cv-03999-BLF<br><br>**EXPERT REPORT OF DR. ERIC COLE, PH.D REGARDING INFRINGEMENT OF BLUE COAT SYSTEMS, INC. OF PATENT NOS. 6,154,844; 7,058,822; AND 7,647,633**<br><br>Judge:  Beth Labson Freeman |

**HIGHLY CONFIDENTIAL –**

**OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

# Contents

1. Experience and Qualifications ...................................................................................... 4
   a) Curriculum Vitae ................................................................................................... 4
   b) Prior Testimony .................................................................................................... 6
   c) Compensation ....................................................................................................... 6
2. Materials Considered .................................................................................................. 7
3. Summary of Opinions ................................................................................................. 7
4. Demonstratives ........................................................................................................... 9
5. Legal Standards ........................................................................................................ 10
   a) Claim Construction ............................................................................................. 10
   b) Burden of Proof ................................................................................................... 11
   c) Infringement ........................................................................................................ 11
   d) Person of Ordinary Skill in the Art .................................................................... 13
6. Background of the Asserted Patents ......................................................................... 14
   a) Finjan's Security Suite Solutions to the Problem of Computer and Network Security ............. 15
      i. Core characteristics of a malware attack .......................................................... 16
      ii. The "Attacker Kill Chain" ............................................................................... 18
   b) Finjan Obtained Patents on Various Aspects of its Security Suite Solutions ............................ 20
      i. '844 Patent ....................................................................................................... 21
      ii. '822 and '633 Patents ...................................................................................... 23
   c) The Court's Claim Construction Order ............................................................... 24
7. Overview of Blue Coat and the Accused Products and Services .............................. 25
   a) History of Blue Coat ........................................................................................... 25
   b) Overview of Blue Coat's Technology ................................................................. 28
   a) ProxySG Products and WebFilter ....................................................................... 30
   b) WebPulse Service ................................................................................................ 30
   c) Content Analysis System .................................................................................... 32
   d) Malware Analysis Appliance .............................................................................. 33
   e) Threat BLADE Products ...................................................................................... 35
8. Source Code .............................................................................................................. 35
9. Claim-By-Claim Infringement Analysis for the '844 Patent ................................... 37
   a) Claim 1 of the '844 Patent .................................................................................. 37
      i. Element 1(a) of the '844 Patent ....................................................................... 37
      ii. Element 1(b) of the '844 Patent ...................................................................... 44
      iii. Element 1(c) of the '844 Patent ..................................................................... 57
      iv. Element 1(d) of the '844 Patent ..................................................................... 82
   b) Claim 7 of the '844 Patent ................................................................................ 104
   c) Claim 11 of the '844 Patent .............................................................................. 113
   d) Claim 15 of the '844 Patent .............................................................................. 122
      i. Element 15(a) of the '844 Patent ................................................................... 122
      ii. Element 15(b) of the '844 Patent .................................................................. 132
      iii. Element 15(c) of the '844 Patent .................................................................. 140
   e) Claim 16 of the '844 Patent .............................................................................. 185
   f) Claim 21 of the '844 Patent .............................................................................. 192

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

g)   Claim 41 of the '844 Patent ................................................................. 200
   i.   Element 41(a) of the '844 Patent ............................................ 200
   ii.   Element 41(b) of the '844 Patent ............................................ 208
   iii.   Element 41(c) of the '844 Patent ............................................ 215
   iv.   Element 41(d) of the '844 Patent ............................................ 240
10.   Claim-By-Claim Infringement Analysis for the '822 Patent .................. 260
a)   Claim 9 of the '822 Patent ..................................................................... 261
   i.   Element 9(a) of the '822 Patent ................................................ 261
   ii.   Element 9(b) of the '822 Patent ................................................ 264
   iii.   Element 9(c) of the '822 Patent ................................................ 270
   iv.   Element 9(d) of the '822 Patent ................................................ 283
   v.   Element 9(e) of the '822 Patent ................................................ 300
b)   Claim 10 of the '822 Patent ................................................................... 312
11.   Claim-By-Claim Infringement Analysis for the '633 Patent .................. 323
a)   Claim 8 of the '633 Patent ..................................................................... 325
   i.   Element 8(a) of the '633 Patent ................................................ 325
   ii.   Element 8(b) of the '633 Patent ................................................ 334
   iii.   Element 8(c) of the '633 Patent ................................................ 351
   iv.   Element 8(d) of the '633 Patent ................................................ 374
b)   Claim 10 of the '633 Patent ................................................................... 414
c)   Claim 14 of the '633 Patent ................................................................... 423
   i.   Element 14(a) of the '633 Patent .............................................. 423
   ii.   Element 14(b) of the '633 Patent .............................................. 431
   iii.   Element 14(c) of the '633 Patent .............................................. 447
   iv.   Element 14(d) of the '633 Patent .............................................. 467
12.   No Design Around for Finjan Asserted Patents ................................... 493

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

I, Dr. Eric B. Cole, have been asked by Plaintiff Finjan, Inc. ("Finjan") to testify as an expert witness in the above referenced action. As part of my work in this action, I have been asked by Finjan to offer an opinion as to if Defendant Blue Coat Systems, Inc. ("Blue Coat" or "Defendant") infringes U.S. Patent Nos. 6,154,884 (the "'844 Patent"); 7,058,822 (the "'822 Patent"); and 7,647,633 (the "'633 Patent") (collectively, the "Asserted Patents"). I expect to testify at trial in these actions regarding the opinions set forth in this report (the "Report"), as well as on any other issues for which I have submitted or will submit an expert report in this action.

**1.**   **Experience and Qualifications**
  *a) Curriculum Vitae*

1. I hold a master's degree in computer science and a doctorate in information security and have worked in the cyber and technical information security industry for over 25 years. I am a member of the European InfoSec Hall of Fame, a professional membership awarded by nomination and election by a panel of industry experts.

2. The details of my education are summarized in my curriculum vitae ("CV") attached hereto as Appendix A of this Report.

3. I am the founder of Secure Anchor Consulting where I provide cyber security consulting services and lead research and development initiatives to advance information systems security. I am a Fellow and instructor with The SANS Institute, a research and education organization consisting of information security professionals. SANS is the largest source for information security training and security certifications in the world. I am an author of several security courses such as SEC401-Security Essentials and SEC501-Enterprise Defender.

4. I have worked for the government for 8 years as an employee and have held various contracting jobs with government agencies, which involved working with classified information. I have held various top-secret security clearances with Department of Defense (DOD), CIA, and Nuclear

4

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Regulatory Commission (NRC).  I have worked for a wide range of government organizations including FBI, National Security Agency, CIA, Department of Energy, DOD, the Treasury, Secret Service and the NRC.

5.   While serving as a Senior Officer for the Central Intelligence Agency as Program Manager / Technical Director for the Internet Program Team with Office of Technical Services, I implemented the Internet Program Team that designs, develops, tests, and deploys internet security products in 3 to 6 month intervals. In this role I received a letter of appreciation from the DCI (Director Central Intelligence) and six Exceptional Performance Awards.

6.   As a member of the Information Security Assessment Team with the Office of Security I also evaluated and performed security assessment of network operating systems to identify potential vulnerabilities and solutions.  I also designed a large scale auditing system with automated review capability and worked on several virus investigations for the Office of Security.

7.   In my role as Chief Information Officer for the American Institutes for Research, I have repaired and developed IT infrastructures for various organizations and provided technical support for the Defense Advanced Research Projects Agency (DARPA), an agency of the United States Department of Defense responsible for the development of new technologies for use by the military.

8.   As Chief Scientist and Senior Fellow for Lockheed Martin, I performed research and development in information systems security.   I also specialized in evaluating and designing secure network design, perimeter defense, vulnerability discovery, penetration testing, and intrusion detection systems. At Lockheed Martin, I served as technical advisor in high-profile security projects for government clients including the Department of Defense, the FBI Sentinel case management systems, Department of Homeland Security Enterprise Acquisition Gateway for Leading Edge solutions, Jet Propulsion Labs, Hanford Labs, and FBI Information Assurance Technology Infusion programs.

5

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

9.     As Chief Technical Officer for McAfee I executed the technology strategy for technology platforms, partnerships, and external relationships to establish product vision and achieve McAfee's goals and business strategies.  In this capacity I worked closely with groups tasked with the development of intellectual property.

10.     The details of my work experience and research are summarized in my CV attached hereto as Appendix A of this Report.

11.     I am a contributing author of "Securing Cyberspace for the 44th President." and served as a commissioner on cyber security for President Obama.  My 8 books on cyber security include "Network Security Bible - 2nd Edition," "Advanced Persistent Threat," and "Insider Threat," which have become recognized as industry-standard sources.  I have also written several articles that have been published.

12.     The details of my publications, including those I have authored within the last 10 years, are summarized in Appendix A.

**b)  Prior Testimony**

13.     A list of cases in which I have testified at deposition or trial or in written reports during at least the past five years is attached as Appendix A of this Report.

**c)  Compensation**

14.     My rate of compensation for my work in this case is $350 per hour plus any direct expenses incurred.  My compensation is based solely on the amount of time that I devote to activity related to this case and is in no way affected by any opinions that I render.  I receive no other compensation from work on this action.  My compensation is not dependent on the outcome of this matter.

6

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

**2.**     **Materials Considered**

15.     My opinions, expressed herein, are based on information I have reviewed to date including the materials referenced herein and in the exhibits attached to this report, and are based on my knowledge and experience in the fields of computer and network security and network optimization.  I expect to review any reports submitted by the retained experts of Blue Coat and I expressly reserve the right to amend or supplement this Report, as appropriate, after considering the opinions set forth in any reports submitted by the retained experts of Blue Coat or any additional information produced by Blue Coat after the date of this Report.

16.     In the process of forming my opinions, I have reviewed and considered numerous documents and items including, but not limited to: the Asserted Patents and their file histories, the Court's claim construction order in this case, the source code of the accused products and various documents and deposition transcripts produced in these actions.  A list of the materials I have considered in forming my opinions are cited in this report and attached as Appendix B to this Report.  I discuss the Court's claim construction order in this case in more detail below.

**3.**     **Summary of Opinions**

17.     I have been asked by counsel for Finjan to consider if Blue Coat infringes the following asserted claims of the Asserted Patents (collectively, "Asserted Claims"):

- Claims 1, 7, 11, 15, 16, 21 and 41 of the '844 Patent ("'844 Asserted Claims);

- Claims 9 and 10 of the '822 Patent ("'822 Asserted Claims); and

- Claims 8, 10 and 14 of the '633 Patent ("'633 Asserted Claims).

18.     For the purposes of this infringement analysis, I have assumed that the Asserted Claims are valid and enforceable.

19.     I have been asked by counsel for Finjan to consider if the following Blue Coat products infringe the '844 Asserted Claims: WebPulse Service ("'844 Accused Products").

7

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

20.     It is my opinion that Blue Coat's '844 Accused Products infringe the '844 Asserted Claims.  Specifically, the WebPulse Service infringes claims 1, 7, 11, 15, 16, 21, and 41 of the '844 Patent.  Notably, ProxySG and the ThreatBLADES[1] use the WebPulse Service to provide security services.  At the very least, it is also my opinion the '844 Accused Products infringe under the doctrine of equivalents.

21.     I have been asked by counsel for Finjan to consider if the following Blue Coat products infringe the '822 Asserted Claims: ProxySG Products[2] ("'822 Accused Products").

22.     It is my opinion that Blue Coat's '822 Accused Products infringe each of the '822 Asserted Claims.  At the very least, it is also my opinion the '822 Accused Products infringe each of the '822 Asserted claims under the doctrine of equivalents.

23.     I have been asked by counsel for Finjan to consider if the following Blue Coat products infringe the '633 Asserted Claims: ProxySG Products, Content Analysis System[3] ("CAS") and the Malware Analysis Appliance[4] ("MAA") ("'633 Accused Products").

24.     It is my opinion that Blue Coat's '633 Accused Products infringe the '633 Asserted Claims.  Specifically, the ProxySG Products, CAA and MAA infringe claims 8, 10, and 14 of the '633 Patents.  The ProxySG alone infringes claims 8 and 10 of the '633 Patent.  The MAA alone infringes claims 8, 10, and 14 of the '633 Patents.  At the very least, it is also my opinion the '633 Accused Products infringe under the doctrine of equivalents.

25.     The '844 Accused Products, '822 Accused Products and '633 Accused Products will be referred collectively as the "Accused Products."

---

[1] Threat BLADE Products includes the MailThreat BLADE, WebThreat BLADE, and FileThreat BLADE
[2] ProxySG Products includes the ProxySG S200, S400, S500, 300, 600, 900 and 9000 Appliances and SWG VA-100 and ProxySG Virtual Appliance MACH5 edition.
[3] Content Analysis System includes the S400 and S500 appliances.
[4] Malware Analysis Appliance includes the S400 and S500 appliances.

8

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

**4.**   **Demonstratives**

26.     I anticipate that I may create or cause to be created demonstratives that I will use at trial to help explain to the jury various issues, such as background technology of the Asserted Patents, computer and network security generally, and the operation of Blue Coat's various accused systems and services.

27.     In order to aid the Court and jury in understanding my opinion, I intend to create demonstrative exhibits for trial.  These demonstrative exhibits will include non-graphical illustrations (such as documents, charts, tables, etc.) and graphical illustrations (such as figures, drawings, pictures, videos, etc.).  While these demonstratives have not yet been created, they will be completed and demonstrated at trial.

28.     To further aid the Court and jury in understanding my opinion, I anticipate that I will demonstrate the operation of the Accused Products at trial, including a live demonstration of the Accused Products if possible, or a prerecorded demonstration of the Accused Products if a live demonstration is no feasible.  A live demonstration may include having physical products in Court and/or access to the products via an Internet connection.  If it is not feasible to bring physical products to trial and/or if the Court does not permit an Internet connection, I will create a video, or series of videos, demonstrating the operation of the accused products.  I may also create a series of slides if it more convenient for me to do so.  In any case, these videos or slides may include voice overs, highlighting and call outs.

29.     Whether by physical products, demonstration via Internet, video or slides, I will show the operation of Accused Products and will demonstrate how Downloadables are processed by the Accused Products.  In one example, this will include accessing a webpage from a client from a remote source through the ProxySG product with WebFilter.  The webpage will be an unknown webpage so that it will be processed by WebPulse.  I will demonstrate how the webpage is processed by WebPulse,

9

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

including how potentially malicious files are processed.  In another example, I will access a webpage and it will be processed by ProxySG alone which will inject mobile protection code.  In a further example, I will access a webpage and it will be processed by ProxySG, CAS, and MAA.  In this example, the webpage (or file) will be processed by ProxySG and sent to CAS.  CAS will then send the file to the MAA in order to sandbox the file.  During this demonstration, I will show how CAS and MAA process the file and the results of the analysis.  I have personally performed these tests on the Accused Products and will reenact my tests during trial either live or by video during trial.

30.     Specifically, I set up a lab with the Accused Products so that I could perform various tests to inform my opinion.  The Accused Products that I tested included the ProxySG with WebFilter, WebPulse, CAS and MAA.  These products were set up to mimic the exact same configuration of a typical Blue Coat customer who was using the products in an enterprise setting.  I have taken a number of pictures of the lab and created a number of screen shots from operating the Accused Products which I intend to show and explain at trial.  See e.g., Finjan-BC 166358-166670.  In summary, these pictures illustrate how the Accused Products were set up so that I could perform my various tests.  Furthermore, the screen shots show the various aspects of the user interface of the Accused Products.  I was able to configure the products using the user interface shown in the screen shots in order to perform a variety of tests.  As a result of my testing, my opinion that the Accused Products infringe the Finjan patents is confirmed.

**5.     Legal Standards**

31.     Counsel for Finjan has informed me of the following legal standards that I have used as a framework in forming my opinions contained herein.

*a)  Claim Construction*

32.     I have been informed that claim construction is a legal issue for the court to decide.  I understand that the Court issued a claim construction order on October 20, 2014, which I will refer to

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

in my report as the "Claim Construction Order."  In forming my opinions regarding infringement of the Asserted Patents, I have applied the Court's construction of claim terms as set forth in the Claim Construction Order.

33.    The Claim Construction Order does not construe every term that appears in the claims of the Asserted Patents.  For other claim terms that were not construed by the Court, I have been informed that such terms are to be interpreted based on their plain and ordinary meaning to one of skill in the art at the time of the invention.

**b) Burden of Proof**

34.    I have been informed that Finjan bears the burden of proving infringement by a preponderance of the evidence.  I have been informed that this means that the evidence must show that infringement is more likely than not.

**c) Infringement**

35.    I have been informed that infringement is determined on a claim by claim basis.

36.    I have been informed that claims may be either independent or dependent.  A dependent claim is infringed if a product meets all of the recited claim elements of the independent claim that the dependent claim depends from, as well as the additional claim elements recited in the dependent claim.

37.    I have been informed that a product may infringe either literally or under the doctrine of equivalents.  Literal infringement is found if an accused product, system or method contains each and every element of a single claim.

38.    I have been informed that infringement under the doctrine of equivalents is found if an accused product, system or process contains parts or steps that are identical or equivalent to each and every element of a single claim.  A part or step is equivalent if a person of ordinary skill in the art would conclude that the differences between the product or method step and the claim element were not substantial at the time of infringement.  One common test to determine if the difference between a

11

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

component or method step and a claim element is not substantial is if the component or step performs substantially the same function, in substantially the same way, to achieve substantially the same result.

39.     I have been informed that a product, system or process may infringe a claim directly or indirectly.

40.     I have been informed that direct infringement is found if a party or its agents make, use, sell, or offer to sell a product or system that contains all elements of a claimed system or perform all of the steps of a claimed method.

41.     I have been informed that in the case of direct infringement of a system claim, a party can be found to use a patented system even if the party does not exercise physical or direct control over every element of the system.  For elements that are not subject to the physical or direct control of the party, the party is still deemed to be using that component or part of the patented system when (1) it puts the component into service, i.e., causes it to work for its intended purpose and (2) receives the benefit of that purpose.  For example, if a company queries a third-party's database, thereby causing the database to run a query and return a result to the company, the company is deemed to have used the database for infringement purposes by putting it into service (causing it to run the query) and receiving the benefit of that operation (the result of the query), even though the company does not own or control the database.

42.     I have been informed that in the case of direct infringement of a method claim, the accused infringer must perform all of the steps of the claimed method, either personally or through another acting under the infringer's direction or control.  I understand that a third-party is acting under the accused infringer's direction or control (1) if the third-party is the agent of the accused infringer, or (2) if the accused infringer provides instructions or directions to the third-party or (3) if the accused infringer contracts out to the third-party to perform the steps at issue.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

43.     I have been informed that a patent may be indirectly infringed through inducement or contributory infringement.

44.     I have been informed that inducement of infringement requires that each component of a system claim or step of a method claim is made, used, sold, offered for sale or practiced, either directly by the accused infringer or by a third party whom the accused infringer causes, urges, encourages or aids to do so.  The accused infringer must do so with knowledge (or willful blindness) of the patent and must know (or it must be found that the accused infringer should have known) that its actions would result in infringement of the patent.

45.     I have been informed that contributory infringement occurs when someone other than the accused infringer directly infringes a patent and the accused infringer knew of the patent, and sold, offered for sale or imported within the United States a component of an infringing product or apparatus for use in an infringement process (1) that is not a staple or commodity capable of substantial non-infringing use (2) that constitutes a material part of the patented invention, (3) knowing that the component was made or adapted for use in the infringing product or method.

### d)  Person of Ordinary Skill in the Art

46.     I understand that the factors to be considered in determining the level of ordinary skill in the art to be: (1) the educational level of active workers in the field, including the named inventors of the patent; (2) the type of problems encountered in the art; (3) prior art solutions to those problems; (4) the rapidity with which innovations are made; and (5) the sophistication of the technology in the art.  I further understand that the Asserted Patents claim priority to:

- '844 Patent claims a priority date of November 8, 1996.
- '822 Patent claims a priority date of May 17, 2000.
- '633 Patent claims a priority date of May 17, 2000.

13

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

47.     Based on my review of the Asserted Patents and my consideration of the above-mentioned factors, it is my opinion that a person of ordinary skill in the art at the time of the invention of the Asserted Patents would be someone with a bachelor's degree in computer science or related field, and either (1) two or more years of industry experience and/or (2) an advanced degree in computer science or related field.  My opinion would not change if the Asserted Patents are found to have a priority date differing from those listed above.

**6.     Background of the Asserted Patents**

48.     The Asserted Patents are directed to protecting systems (i.e. computers, servers, tablets, mobile devices) from code that is either downloaded or tries to run on a system to perform malicious activity.  Malicious activity is any actions, processes or system calls that could cause harm or is averse to the normal running of a computer system.  Another way to describe malicious activity is any actions that are performed that are outside the scope of what the user is expecting to occur or what is not aligned with the actions that the user is performing.

49.     The core areas that the patents focus on are directly related to the areas that malicious code takes advantage of to cause damage, harm or exploitation of a system.  Typically, a user receives an email, a file or a web link and would perform some action on the content received.  This action could constitute opening, executing, running or clicking on the content.  If it is a file or other related content, it would execute or run the program on the system.  If it is a link that is clicked, the malicious content would download to the system and proceed to run on the computer.  Dissecting down these actions into the core components that are performed by an adversary create the following areas: 1) running of mobile code and 2) downloading content.

50.     The patents that are being examined focus in directly on these core areas of how an adversary would run and download code to cause harm to a computer system.  By intercepting potentially malicious code that may run on a system and creating a security profile for downloadable

14

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

content, the damage typically caused by malicious content can be prevented and controlled with minimal to no damage to the system.  These patents are very significant in the protection of a computer because they address the core vectors that are used to cause harm to a system.  By linking a security profile to downloadable content, a determination of the trust level of the code can be determined and, in some cases, a proper decision made on whether the code is allowed to run.  In addition, the inventions allow for code to run in a sandboxed environment to determine the behavior of the code.  Since the code runs on an isolated, independent sandbox, this would control any damage on the local computer and provide a proper level of protection.

### a)  *Finjan's Security Suite Solutions to the Problem of Computer and Network Security*

51.     Finjan created a line of products and novel technologies that act as a security suite, with a focus on targeting the core areas of how an adversary breaks into a system.  In particular, Finjan provided new methods for preventing harm from potential security risks and malicious attacks.  For example, these technologies were utilized in Finjan's Vital Security line of products.  See Finjan-BC 011979-12306, in particular Finjan-BC 011987-12005 ("Vital Security for Web uses its patented real-time proactive content scanning and profiling technology that provide day-zero defenses against new, unknown and target attacks by malicious mobile code and content.");[5] See also Ben-Itzhak, Tr. 289:9-294:9; 305:21-306:16; 313:24-314:9; Touboul Tr. 243:17-306:19; Kroll Tr. 56:8-59:13; 89:13-91:4.  Finjan had many partners utilizing its technology in or along with their products.  For example,

---

[5] See also Finjan-BC 011994, stating, "Vital Security for Web is a security defense line for the corporate network.  It is your firewall for Java, ActiveX, executables, documents, Java Script, VB script, and plug-ins.  However, as opposed to current firewalls that are only capable of either allowing or blocking all active content requests, Vital Security's intelligent content inspection technology goes a step further.  It enables the security administrator to grant access to productive downloadables and block or monitor hostile ones from entering the network."

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

Finjan's products were interoperable with Blue Coat's ProxySG Products, a fact still reflected in Blue Coat's administration guide.[6]

52.     The way an adversary targets, compromises and causes harm to a system is often referred to as the attacker kill chain.  The following section looks at core characteristics of an attack and several attacker kill chain models that have been developed to help set the background for how the Finjan's security solutions provide a proper level of security.

i.     **Core characteristics of a malware attack**

53.     While each attack is different, there are core characteristics of behavior that attacks have in common.  The following are the core characteristics that attackers use to break into systems[7]:

- Target an individual/system
- **Deliver payload to system**
- **Upload files to the system**
- Run processes
- Survive a reboot
- Make outbound connections (beacons to C2)
- Perform internal reconnaissance
- Pivot into the network

54.     The two steps that are bolded above are the areas that the inventions focus in on to control overall damage that could be caused by malicious code.

55.     Another important characteristic of advanced attacks is the amount of damage done to a target system.  Finjan's technology addresses this characteristic, controlling the amount of damage an

---

[6] See SGOS Administration Guide version SGOS 6.5.x at page 506, available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf.
[7] "Advanced Persistent Threat" by Dr. Eric Cole, Syngress, 2013, ISBN: 978-1-59749-949-1, Chapter 1: The Changing Threat.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

adversary can cause.  With traditional attacks, the damage was often visible and potentially distributive but did not directly cause significant harm to the system.  Today's advanced attacks cause more significant damage and harm to the system.  Thus, advanced attacks are focused more on presenting legitimate looking content to a human user, tricking the user into performing some action on the content, and allowing the adversary access to the user's machine or network.  Since advanced attacks are targeting people and requiring them to perform some action, web relating services, i.e. email and web, are two of the common modes of delivery.  This is emphasized in testimony given by the FBI to Congress: "In these instances, cyber crime is easily committed by exploiting the system users, rather than the systems themselves. This is typically done through the compromise of a legitimate user's account credentials.[8]"

  56.  Malicious mobile code and downloadables are the main causes of damage with these types of attacks.  With email, the adversary will craft a legitimate looking email that contains executable content.  The executable content can be in the form of exe attachments, macro in office document, html embedded encoding, or active scripting[9].  When the target receives the email, she believes it is legitimate and will execute the content, compromising the system.  Another common avenue of attack is the web.  Web pages can be embedded with hidden content and executables typically in the form of Java applets, ActiveX controls, JavaScript scripts, or Visual Basic scripts.  By virtue of a user visiting a page or downloading a file that includes malicious executable code, such as a PDF, a hidden executable can compromise the user's system covertly, because there would be no visible signs of the attack.  Whether the adversary uses email or web as the point of compromise, once

---

[8] Statement before the House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit Washington, D.C. , http://www.fbi.gov/news/testimony/cyber-security-threats-to-the-financial-sector

[9] How Reading an Email Can Compromise your Privacy,
http://email.about.com/od/staysecureandprivate/a/webbug_privacy.htm

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

the adversary controls the system, the adversary uses it as a pivot point.  From that system, the adversary will try to break into other systems, compromising the entire network and ultimately gaining access to information for exploitation.  By controlling and examining any executable or downloadable content for signs of malicious activity, the Finjan inventions take away the main vector of harm that would be caused by an adversary.

### ii.    The "Attacker Kill Chain"

57.      A process referred to as the "attacker kill chain" is used to show and describe how attackers break into systems.[10]  The more that can be understood about how the offense operates, the more significant the contributions of the referenced inventions become, because it will show how they directly defeat the methods of compromised used by an adversary.[11]  Many research groups have created models to help organizations better understand the attacks performed against them by bad actors.  Two of the more prominent models for showing how attackers operate and perform are from Mandiant and Lockheed Martin.  One key report on how the threat actors operate is the APT1 report written by Mandiant (now FireEye)[12].  The Mandiant report describes, for example, the average lifecycle of an advanced or dedicated attack against a target.  Mandiant identified eight lifecycle steps that are generally followed by bad actors:

1.    Initial recon

2.    Initial compromise

3.    Establish foothold

4.    Escalate privileges

5.    Internal recon

---

[10] APT: It is Time to Act, Presentation by Dr. Eric Cole, copyright 2014
[11] "Advanced Persistent Threat" by Dr. Eric Cole, Syngress, 2013, ISBN: 978-1-59749-949-1, Chapter 1: The Changing Threat
[12] "APT1" by Mandiant, http://intelreport.mandiant.com/.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

6. Move laterally

7. Maintain presence

8. Complete mission



58.    Another organization that has developed a lifecycle for attacks is Lockheed Martin. In the paper titled Intelligence-Driven Computer Network Defense, Lockheed Martin describes their seven-step process for how attackers compromise and attack networks[13].   The seven steps that Lockheed Martin identifies are:

1. Reconnaissance

2. Weaponization

3. Delivery

4. Exploitation

5. Installation

6. Command and Control (C2)

_____

[13] Intelligence-Driven Computer Network Defense by Lockheed Martin, http://www.lockheedmartin.com/us/what-we-do/information-technology/cyber-security/cyber-kill-chain.html

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

7.  Actions on Objectives



b)  *Finjan Obtained Patents on Various Aspects of its Security Suite Solutions*

59.    In looking at the various attacks models and how an adversary breaks into a system, it is important to focus in on the area that allows entry into the system.  This is the point in which an adversary can cause harm and damage.  By focusing in and/or stopping the adversary from delivering payload and uploading files to the system, would prevent ultimate compromise and damage to the computer.   Finjan's patents address these problems and improves the overall security of an organization.

60.    Downloadable content from the web and mobile malicious code are common methods used by an adversary to perform initial compromise or establish a foothold (Mandiant model) and weaponize, exploit and install code on a target system (Lockheed Martin model).   By carefully controlling what content is allowed to run and be downloaded on system, can remove the vector that

20

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

would be used to gain access to the system.   Finjan identified these target areas and developed technology that can protect systems from malicious mobile and downloadable code.

### i.   '844 Patent

61.   The 844 patent focuses in on inspecting files that are downloaded onto a computer and verifying that the code is legitimate and will not cause any harm before it is allowed to run on the destination computer.  '844 Patent Col. 1:20-2:2.  This is generally performed by looking at the content of the files, generating a profile and linking it to the content.  This profile can be used in a number of ways to protect against threats.  In one example, the profile may be used in real-time to make a decision of what action would be allowed to be taken.  '844 Patent Col. 2:3-3:7.  In other instances, the profile could be analyzed by other processes as part of a security system used to classify malicious content.

62.   More specifically, the technology focuses on protecting a system against a potentially malicious downloadable.  A downloadable is any code that would get delivered to a computer from a third party site, in which can have no level of trust to the validity of the code that is going to run on their system.  '844 Patent Col. 1:20-3:7.  This code often comes from untrusted sites on the Internet and could run without the user's knowledge or permission.  The downloadable is often in the form of Java applets, ActiveX controls, JavaScript, Visual Basic scripts, HTML, PDFs, etc.  '844 Patent Col. 1:60-2:2.  Users often visit websites that they believe are legitimate and are inadvertently tricked into having code downloaded to their system that causes harm.  Since the code can be very stealthy and bypass traditional security controls, additional protection that is provided in the '844 patent is needed in order to minimize that damage that can be caused by this code.  '844 Patent Col. 1:20-59.

63.   The technology protects a computer system using an inspector.  '844 Patent Col. 1:60-3:7. The inspector would review the downloadable and create a security profile that verifies and validates the actions that the code is going to take on the system.  '844 Patent Col. 1:60-3:7, Col. 3:66-

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

5:13.  The system can use the results of the analysis to allow code to run or preventing it from running on the system.  '844 Patent Col. 2:20-3:7.

64.    The security profile that is created is based off of operations that are known to be bad or operations that are suspicious.  '844 Patent Col. 2:3-3:7.  This is significant because this would allow the invention to be able to detect both known attack vectors and unknown (zero day attacks).  The term zero day or 0-day attack was coined to refer to cases where the *adversary* knew about a vulnerability and released malicious code weeks or months before the software vendors had a chance to develop/release a patch and a signature.  In the paper "Before We Knew It – An Empirical Study of Zero-Day Attacks In The Real World,"[14] Symantec researchers Tudor Dumitras and Leyla Bilge define a zero day attack as "a cyber-attack exploiting a vulnerability that has not been disclosed publicly." The following chart shows the increase in sophistication of attacks that lead to the increase in zero day attacks[15]:



---

[14] "Before We Knew It: An Empirical Study of Zero-Day Attacks In The Real World", by Leyla Bilge and Tudor Dumitrsa, CCS'12, October 16-18, 2012, Raliegh, NC, copyright 2012, ACM

[15] Insider Threats in Law Enforcement, by Dr. Eric Cole, A SANS Whitepaper, sponsored by Raytheon, copyright 2014

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

65.     Traditional security software typically focuses on known attacks only.  By having the ability to detect both known and unknown attacks, greatly increases the effectiveness of the technology.

### ii.     '822 and '633 Patents

66.     The '822 Patent and '633 Patent are related patents and focus on determining if content is executable code, redirecting to a separate system for analysis and determining if the code is malicious.  '822 Patent Col. 2:17-3:3.  They address the danger in executable content which is a primary method of causing harm to a computer system.  822 Patent Col. 2:17-3:3.  Static or non-executable code is benign in nature and if it is downloaded to a system has no ability to take action or cause damage.  However, any code that is allowed to execute or run on a system has the ability to cause damage through modifying files, reading files, copying files, extracting files and a long list of harmful activity.  822 Patent Col. 2:17-36.  This invention allows potential harmful executable code to be intercepted and examined, reducing the impact of a system becoming compromised.  822 Patent Col. 2:17-3:3.

67.     More specifically the invention compromises a monitoring system that can detect executable code that is being attempted to be downloaded to the system.  822 Patent Col. 2:17-3:3.  If it is determined that the code is executable, mobile protection code can be used to monitor and intercept potentially malicious operations from the code.  '822 Patent Col. 2:56-4:13.  In another example, the mobile protection code can be used to the run the executable code in a sandbox to determine the true actions of the code.  '822 Patent Col. 2:56-4:13.

68.     The significance of this invention is that it overcomes the limitations of traditional signature based security software packages.  '822 Patent Col. 2:56-4:13.  First, traditional based signature scanning security software packages run on the local computer.  This invention allows for intercepting content and performing the analysis on an independent, isolated system.  '822 Patent Col.

23

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

2:56-4:13.  Second, signature based security software products are based on traditional threats where the malware is always the same and does not change.  With advanced attacks, the code is always changing and therefore the signatures are always changing which renders traditional signature based detection measures ineffective.  Since this invention runs the actual files and looks at the overall behavior patterns of the system, it is not reliant on signatures and can catch new attacks that have never been seen before.  '822 Patent Col. 2:56-4:13.

69.      The specification of the '822 Patent and '622 Patent are largely identical.  However, there are differences in the claims.  For example, the '822 Patent includes limitations regarding using a detection indicator to identify executable code.  See '822 Patent, Claim 9.  The '633 Patent also includes a claim requiring that the re-communicator is a network server.

*c)  The Court's Claim Construction Order*

70.      In forming my opinion, I used the following definitions, as provided by the Court's Claim Construction Order of terms that are present in the Asserted Claims:

| Term | Patent | Construction |
|---|---|---|
| Downloadable | '844 Patent | an executable application program, which is downloaded from a source computer and run on the destination computer |
| Downloadable security profile that identifies suspicious code in the received Downloadable | '844 Patent | a profile that identifies code in the received Downloadable that performs hostile or potentially hostile operations |
| before [a/the] web server make[s] the Downloadable available to web clients | '844 Patent | before [a/the] non-network gateway web server make[s] the Downloadable available to web clients |
| mobile protection code | '822 Patent and '633 Patent | code that, at runtime, monitors or intercepts actually or potentially malicious code operations |
| A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed | '633 Patent | A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, comprising: providing a system, . . . |

24

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

| | | |
|---|---|---|
| for computer security, the method comprising: providing a system, . . . | | |
| causing mobile protection code to be executed by the mobile code executor at a downloadable-information destination such that one or more operations of the executable code at the destination, if attempted, will be processed by the mobile protection code | '633 Patent | Plain and ordinary meaning, wherein the mobile protection code was communicated to the downloadable-information destination without modifying the executable code |

71.     If the definitions provided in the Court's Claim Construction Order are modified by the Court in any way, I reserve the right to revisit my opinion and supplement this report to address those modifications.

**7.     Overview of Blue Coat and the Accused Products and Services**

  *a) History of Blue Coat*

72.     Blue Coat has gone through several iterations.  Blue Coat was founded in 1996 as "CacheFlow," because it focused on web optimization and acceleration.  BC0186778.  CacheFlow changed its name to "Blue Coat Systems" in 2002 to reflect its products expanding beyond optimization and acceleration.

73.     While Blue Coat continued to offer Finjan's technology to its customers, Blue Coat began adding additional security features, including those directly comparable to those being offered by Finjan and its patented technology.  There are numerous emails at Blue Coat that reflect this process and the Blue Coat development process.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



74.

75.

76.

77.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



78.

79.

80.

81.

27

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



82.

83.

84.     As demonstrated by Blue Coat's own correspondence, Blue Coat understood how important Finjan's patent technology was and implemented the technology into Blue Coat's products.

### b) *Overview of Blue Coat's Technology*

85.     The Blue Coat layered defense is a direct embodiment of the inventions from the Finjan patents.  The WebPulse Service and WebFilter component of the ProxySG Products provide the ability to inspect downloadable content and create a security profile that can be used to determine suspicious code within the downloadable content.  The ProxySG Products, CAA and MAA provide the ability to intercept executable code, perform analysis, including the ability to run in a sandbox and if there is malicious content protect the code from running on the client system.



28

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Blue Coat Layered Defense[16]

86.     The Blue Coat technologies that directly infringe on the Finjan patents are ProxySG Products, CAS, MAA and WebPulse Service, which are the core of the Blue Coat solution.  This is shown by the following statement from Blue Coat: "The heart of the solution is the proxy appliance ProxySG.  ProxySG is able to integrate Blue Coat WebFilter with connection to the cloud service WebPulse.[17]"  During testing, I observed that the ProxySG Products with WebFilter integrated with WebPulse Service inspected unknown URLs and would mark them as suspicious.  Further, I observed that the ProxySG Products would block javascript by injecting mobile protection code.  I also observed that the ProxySG Products with CAS and MAA would sandbox content using mobile protection code.



*Blue Coat Solution Suite[18]*

87.     ███████████████████████████████████████████████

████████████████████████████████████████████████████████

[16] BC0063348 – Malware protection with Blue Coat
[17] BC0063348 – Malware protection with Blue Coat
[18] BC0063348 – Malware protection with Blue Coat

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1    ██████████████████████████████  It is clear that in looking at the details of the patents

2    and analyzing the implementation details of Blue Coats products, that there is a direct infringement of

3    the technology.  In examining the Blue Coat products, it appears that they used the Finjan patents as

4    the blueprint for designing, building and implementing their solutions.

5        *a)  ProxySG Products and WebFilter*

6            88.    ProxySG Products with WebFilter performs analysis of web-based content and has the

7    ability to identify malicious executable code before it runs on a local computer.  ProxySG Products

8    utilizes the web based analysis components of WebPulse Service to identify a category to assign to the

9    URL in making a determination of whether the code is malicious or not.  ProxySG Products acts as the

10   front end system that interacts with the other Blue Coat solutions and provides a response back to the

11   end point on whether particular code is allowed to execute.  I observed this during tests when I

12   examined logs, while various websites were visited.  Each website was categorized and based on the

13   policy that was implemented, either allowed or blocked the content from running.

14            89.    The policy engine is the core of ProxySG Products that can analyze executable content

15   that is attempting to be downloaded to a system.  It utilizes information from hash comparisons via

16   CAA and running code in a sandbox via MAA.  By intercepting any requests a client system makes to

17   the web, ProxySG Products can verify/validate content, analyze executable code and perform actions

18   to minimize any damage or harm that can be caused by malicious code.

21        *b)  WebPulse Service*

22            90.    WebPulse Service is a cloud based service that tries to identify malware and categorize

23   the malware before it downloads or causes harm to a target system.  It accomplishes this by analyzing

24   digital content from a website that a user is trying to connect to and assigns a category rating to the

25   URL.  WebPulse Service assigns a category either by looking in a MRDB, a cache or by using DRTR

---

[19] BC0191698 – Finjan SWG Solution Attack Points

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

to determine characteristics of the webpage and any content that is being downloaded.  A key component of WebPulse Service is the ability to protect against sites that try to download malicious content when a user connects to the website.  The main component of WebPulse Service is the ability to be able to assign a category to a malicious website in real-time before it causes any harm to the system.  Blue Coat refers to this ability to protect downloadable content before it runs as "negative day defense." [20]  It is important to note that WebPulse Service generates a security profile that it uses in order to generate the category rating for the URL, such as for shady PDFs, or for other research purposes, such as shady JavaScript's.  In a future release, however, the security profile for shady java scripts will also be used to generate the category rating for the URL.  Larsen Tr. 98:13-105:17.

91.    WebPulse Service is used by ProxySG Products with Blue Coat WebFilter to perform analysis of a site, build a profile and provide a category back to ProxySG that can be used in determining what action should be taken.



WebPulse and ProxySG Architecture[21]

92. The following are the high level steps that are performed between ProxySG and WebPulse:

1)   ProxySG receives a URL that is being requested by a user

---

[20] WebPulse in a NutShell - https://www.bluecoat.com/security/security-archive/2012-04-13/webpulse-nutshell
[21] WebPulse Security Summary – BC0007445

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

2)  ProxySG queries WebPulse to get a categorization for the requested URL.  If it is not possible to locally categorize the URL, then WebPulse uses its real-time analysis service to create a category for the URL.

3)  Once WebPulse has assigned a category, an enforcement decision is performed to block any malicious downloadable from running on the system.

93.     Several of Blue Coat's other products also use the WebPulse Service to provide real time protection from downloadable content on the web.



BlueCoat solutions that utilize WebPulse[22]

94.     By assigning a security profile to malware and the associated sites, WebPulse Service has the ability to block zero-day attacks and overcomes the limitations of signature based analysis.

### c)  Content Analysis System

95.     The content analysis system allows real-time blocking of threats by blocking any content that does not match known good files or contains properties associated with malicious activity. It is part of Blue Coat's Security Policy and Enforcement Center and integrates with the other core Blue Coat products.  I observed this functionality during testing of the CAS.  I visited sites that

---

[22] TECHNICAL OVERVIEW OF THE WEBPULSE COLLABORATIVE DEFENSE -

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

contained malicious content and via communication with CAS, the Proxy SG blocked the access.  CAS was then turned off and when the sites with malicious content were visited, the sites with malicious content were allowed to load.



Integration of the Content Analysis System with Blue Coats products[23]

96.     The information obtained from the Content Analysis System is shared with ProxySG Products and used in making a determination of what action will be performed on the file.

### d) *Malware Analysis Appliance*

97.     The Malware Analysis Appliance (MAA) performs analysis of executable code to understand the behavior of the code and determine whether it is going to perform any malicious activity.  MAA performs dynamic analysis by running the executable in a sandboxed environment to monitor and intercept calls made by the executables to examine behavioral patterns of how the code works and what actions it takes on a system.  The Malware Analysis Appliance integrates with the Content Analysis System (CAS) and the other components of Blue Coat's solution.  The CAS submits files to the MAA to be processed along with mobile protection code for monitoring the files within the virtual environments.

98.     I observed this functionality during testing of the MAA.  I visited sites with malicious content and it was processed by the MAA.  In conjunction with the CAS, the MAA would run the files

[23] https://www.bluecoat.com/products/content-analysis-system

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

in the virtual environment and would generate a list of all of the suspicious operations performed by the file.  Thus, the CAS and MAA monitored malicious mobile code.



Integration of the MAA with the Blue Coat security solution[24]

99.     The MAA uses two core approaches to perform its analysis: virtualization and emulation.  Virtualization involves creating a virtualized running instance of the operating system and running the code within the contained environment.  The benefit of virtualization is that the code fully runs on the system and suspicious activity can be observed and monitored.  The drawback of virtualization is some advanced malware has the ability to detect that it is running in a virtualized sandbox and either not run or not exhibit any malicious activity within this contained environment.

---

[24] https://www.bluecoat.com/products/malware-analysis-appliance

34

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

Emulation overcomes this limitation by simulating a real operating system environment which would allow malware that has protective virtualized controls to still run, so the behavior of the executable can be observed.

*e)* ***Threat BLADE Products***

    100.    The Threat BLADE Products works with the Security Analytics Platform and utilizes information from WebPulse Service to protect and provide protection from web based threats.  The Threat BLADES have the ability to identify, detect and report suspicious sites that contain malicious or harmful code.  The Threat BLADES can also perform reputational ranking to determine whether the actions performed by the code on the website are malicious.

**8.**    **Source Code**

    101.    .As noted throughout my report, I have review the source code for the accused products to confirm my opinion.  I understand that Blue Coat has identified the following directories in the source code as relevant to the Accused Products:



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

**9.    Claim-By-Claim Infringement Analysis for the '844 Patent**

102.    The '844 Accused Products infringe each of the '844 Asserted Claims as described below.

103.    As way of an overview, the '844 Accused Products operate as an inspector system that downloads files with executable code, analyzes the content of the Downloadable to create a profile that identifies code in the Downloadable that performs potentially hostile operations and links the profile to the Downloadable before the Downloadable is made available to be downloaded. ███████

██████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████

██████████████████████████████████████

██████████████████████████████

████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

███████████████████████████████

██████████████████████████████████████

████████████████████████████████  The '844 Accused

Products' infringement of the '844 Patent is consistent with the inventor's description of the '844

Patent.  See Touboul Tr. 243:17-306:19.

*a) Claim 1 of the '844 Patent*

        **i.    Element 1(a) of the '844 Patent**

104.    Claim 1 recites the claim element, "A method comprising".  The '844 Accused Products meet this claim element.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

105.    The WebPulse Service is a hardware and software system that performs methods to provide intelligence on web threats using a cloud infrastructure.  See Harrison Tr. 7:7-14; Harrison Exhibit 1 at BC0182927.  The WebPulse Service is a web-based service that performs analysis and categorization of content on the web and performs different operations.  It is the central component that creates and tracks the shady which is an implementation of a security profile that is attached to the associated web content.

106.    The diagram below depicts the use of the WebPulse Service by other Blue Coat products and services.



Ahlander Exhibit 8 at BC0182662.

107.    Therefore, this claim element is met because the WebPulse Service is a hardware and software system that performs methods to provide intelligence on web threats using a cloud infrastructure, and for the reasons stated above.

### I.    Support for Element 1(a) of the '844 Patent

Documents

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

108.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware by performing steps and operations on the malware.  On BC0007780, it describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

109.    BC0005244 supports that this element is met by the '844 Accused Products.  For example, BC0005244 shows WebPulse as an intermediary between a client and a server.  BC005244 also shows how WebPulse performs real-time inspection of Downloadables by performing steps and operations, including detecting iFrames and JavaScript.  Specifically, it notes that DRTR does HTML content analysis of iFrames and JavaScript, as well as analyzes EXE and PDF files.

110.    BC0063804-19 supports that this element is met by the '844 Accused Products. ▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

41

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



42

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Deposition Testimony

111.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

112.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

43

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

<u>Testing of Products</u>

113.   As describe in my report, I have performed extensive testing of the Accused Products. During my testing, I was able to confirm that the Webpulse Service is a service that performs a method.

**ii.   Element 1(b) of the '844 Patent**

114.   Claim 1 recites the claim element, "receiving by an inspector a Downloadable".  The '844 Accused Products meet this claim element.

115.   WebPulse Service requests and receives Downloadables from an original content server ("OCS") by requesting the Downloadable from a particular URL.  See Harrison Tr. 74:25-76:5; Harrison Exhibit 1 at BC0077383-384.  The OCS sends the Downloadable to WebPulse Service as a result of the request.  See Harrison Tr. 74:25-76:5; Harrison Exhibit 1 at BC0077383-384.  The Downloadable includes executable code, such as application programs with JavaScript and PDFs.  See Harrison Tr. 32:8-33:8; 41:25-42:15.  The WebPulse

44

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2

Service is an inspector because it takes a Downloadable that is going to be downloaded to a system and analyzes it to determine the maliciousness of the code.

3       116.

4

5

6

7

8

9

10

11

12      117.

13

14

15

16

17

18

19

20      118.    The diagrams below illustrate the operation of the WebPulse Service.  For example,

21

BC0063814 shows the process of different component processing the content from the OCS.

22

BC0077333 illustrates the WebPulse Service real-time architecture relying on DRTR.

23

24

25

26

27

28

45

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



BC0063814.

Harrison Exhibit 1 at BC0077333.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

119.    Therefore, this claim element is met because the WebPulse Service acts as an inspector because it requests, receives and inspects Downloadables from an original content server, and for the reasons stated above

### I.    Support for Element 1(b) of the '844 Patent

<u>Documents</u>

120.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.  ███████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

121.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that the WebPulse Service can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

122.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  ████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████

123.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  ███████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

124.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the

'844 Accused Products.  Exhibit 6 is a presentation describing the WebPulse Service, including the

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

design of the WebPulse Service.  BC0076608 includes a more detailed description of the design showing how it receives a Downloadable and inspects the Downloadable.

125.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 8 is a document titled "WebPulse API Specification" and describes the API for interacting with the WebPulse Service. ███████████████

126.    BC0026962-985 supports that this element is met by the '844 Accused Products.  This document is a FAQ created by Chris Larsen and describing WebPulse. ████████████

127.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith. ████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

128.     Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

129.     BC0063804-19 supports that this element is met by the '844 Accused Products.

50

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

51

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

53

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

<u>Deposition Testimony</u>

130.    The deposition testimony of Tyler Anderson supports that this element is met by the

'844 Accused Products.

54

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

131.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products. ████████████████████████████████

132.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products. ████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Testing of Product

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

133.     I observed this claim element via testing of the '844 Accused Products.  When visiting various websites, the WebPulse Service would perform analysis and have the ability to block content that was not categorized by WebFilter on the ProxySG server.  Both malicious pdf and JavaScript was accessed and the WebPulse Service properly categorized and blocked the downloading of the malicious code.

       **iii.**    **Element 1(c) of the '844 Patent**

134.     Claim 1 recites the claim element, "generating by the inspector a first Downloadable security profile that identifies suspicious code in the received Downloadable".  The '844 Accused Products meet this claim element.

135.     A core component of WebPulse is the ability for it to create a security profile that contains information about the downloadable information that is being analyzed.

136.

57

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3        137.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19        138.    The diagram below shows the flow of information within WebPulse, including the

20   DRTR system.

21

22

23

24

25

26

27

28

58

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



BC0077384.

139.    Therefore, this claim element is met because the WebPulse Service generates a Downloadable security profile that identifies suspicious code in the received Downloadable because DRTR inspects incoming unknown URLs and generates a Cookie2 which identifies suspicious code, such as eval calls, and for the reasons stated above.

### I.    Support for Element 1(c) of the '844 Patent

<u>Documents</u>

140.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

141.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that the WebPulse Service can detect malware.  BC0007780

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

describes how the WebPulse Service detects malware, including malicious PDF and JavaScript detection.

142.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

143.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

60

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

144.     Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing the WebPulse Service, including the design of the WebPulse Service.  BC0076608 includes a description of the design.

145.     Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

61

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

146.   BC0026962-985 supports that this element is met by the '844 Accused Products.

147.   BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

148.   Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

149.    BC0063804-19 supports that this element is met by the '844 Accused Products.



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

65

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

Deposition Testimony

150.     The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.  For example, Mr. Whitchurch testified that DRTR is offered as part of the WebPulse Service.  See Whitchurch Tr. 19:14-19:22.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

151.    The deposition testimony of Tyler Anderson supports that this element is met by the

'844 Accused Products.

152.    The deposition testimony of Chris Larsen supports that this element is met by the '844

Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

153.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

Source Code

154.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



71

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



73



**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



77

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



<u>Testing of Products</u>

155.    I observed this element via testing.  When visiting various websites, the WebPulse Service would perform analysis and have the ability to block content that was not categorized by WebFilter on the ProxySG server.  Both malicious pdf and JavaScript was accessed and WebPulse properly categorized and blocked the downloading of the malicious code.

## II.    DOE for Element 1(c) of the '844 Patent

156.    In reviewing Blue Coat's discovery responses, Blue Coat does not specifically identify which claims terms the Accused Products do not meet.  Blue Coat's Response to Interrogatory No. 7. Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE to the extent Blue Coat contends they are not met by the Accused Products.

157.    While Webpulse infringes literally, at the very least, the claim element of "Downloadable security profile" is met under the doctrine of equivalents.  The WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

158.    The WebPulse Service performs substantially the same function because the WebPulse Service generates data records that describe whether a Downloadable is malicious, suspicious or is otherwise a security risk and why, i.e. to provide a profile for the Downloadable.  The function of a security profile is to provide profile, or description, for a Downloadable related to possible security

79

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

concerns (or lack of concerns) for the Downloadable, ███████████████████████████

███████████████████████████████████████ A profile is a listing of

information that is stored for each downloadable and is used by the system to make a decision. ██

████████████████████████████████████████████

159.    The WebPulse Service performs the above function in substantially the same way

because it generates data records to understand the security aspects of the Downloadable.  A security

profile is also a data record that describes whether a Downloadable is likely to perform malicious

activities.  As such, the WebPulse Service has information in a data record describing the security

aspects of the Downloadable, the same way a security profile does.  ████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████

160.    The WebPulse Service obtains substantially the same result with the above function

because the WebPulse Service generates data records describing whether a Downloadable is likely to

perform suspicious or malicious operations or activities.  As such, the WebPulse Service reaches the

same result, a data record able to be used to understand whether a Downloadable performs malicious

or suspicious operations. ██████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

161.    Furthermore, the claim element of "identifies suspicious code" is met under the doctrine of equivalents.  The WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

162.    The WebPulse Service performs substantially the same function because the WebPulse Service creates data records that indicate the particular operations, and in particular the suspicious or malicious code, in a particular Downloadable.  The function for "identifies suspicious code" is to describe suspicious or malicious code in a Downloadable.  This is any code that could cause harm to a user.  The WebPulse Service creates data records that meet this function because the data records describe suspicious code and malicious function calls found within a Downloadable.

163.    The WebPulse Service performs the above function in substantially the same way because it generates data records that identify whether suspicious or malicious function calls are included in a Downloadable.  As such, suspicious code is identified through a record of the suspicious code within the security profile, and identifies suspicious code.

81

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

164.    The WebPulse Service obtains substantially the same result with the above function because the WebPulse Service creates data records through DRTR that describe suspicious or malicious function calls, and can be used for security decisions. ████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████ WebPulse service has the same result of a record indicating the suspicious or malicious code within the Downloadable.

### iv.    Element 1(d) of the '844 Patent

165.    Claim 1 recites the claim element, "linking by the inspector the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients."  The '844 Accused Products meet this claim element.

166.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

167.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



168.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

169.    Therefore, this claim element is met because the WebPulse Service links the security profile to the Downloadable before a web server makes the Downloadable available to clients because

This process is done in real-time before the origin content server makes the content available to web clients and before the web client can even request the content.  This element is further met for the reasons stated above.

## I.    Support for Element 1(d) of the '844 Patent

<u>Documents</u>

170.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

171.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that the WebPulse Service can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

172.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

173.     Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

85

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

174.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

175.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

86

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

176.   BC0026962-985 supports that this element is met by the '844 Accused Products. ███

███████████████████████████████

███████████████████████████████

███████████████████████████████

████████████████████████████████

████████████████████████████

█████████████████████████

██████████████████████████████

██████████████████████████████

████████████████████████

███

177.   BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.  ███████████

████████████████████████████████

███████████████████████████████

██████████████████████████

████

178.   Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.  ██████████████

██████████████████████████████

███████████████████████████

87

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

███████████████████████████████████████████████████████████████

███████████████████████

<u>Deposition Testimony</u>

179.    The deposition testimony of James Whitchurch supports that this element is met by the

'844 Accused Products. ████████████████████████████████████

██████████████████████████████████████████████████

180.    The deposition testimony of Tyler Anderson supports that this element is met by the

'844 Accused Products. ████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

88

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

181.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

182.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

89

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



90

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Source Code

91

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



93

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Testing of Products

183.    I observed this element directly when testing the WebPulse Service.  This behavior was directly observed in running web traffic through the ProxySG, which integrates directly with the WebPulse Service.  Normal traffic was accessed, the management interface shows that the traffic was analyzed and since it was normal, allowed to be downloaded to the system.  Similar tests were performed using malicious content and after inspection, the content was prohibited from being downloaded to the client system.  Through analysis of the log and management interface on the product the inspection and tracking of the downloadable was observed.

**II.    DOE for Element 1(d) of the '844 Patent**

184.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead,

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Blue Coat lists every single claim term in the claim. Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

185. While the Webpulse Service literally infringes, at the very least, the claim element of "linking" is met under the doctrine of equivalents. The WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

186. The WebPulse Service performs substantially the same function because it uses DRTR which creates data records with information that connects a data record to a Downloadable. ■

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

187.    The WebPulse Service performs the above function in substantially the same way because WebPulse Service connects the data records to a particular Downloadable, the same way that a security profile is linked to a Downloadable.  The linking is performed through an identifier, which the '844 Patent discloses as a method to link a profile to a Downloadable.

188.    The WebPulse Service obtains substantially the same result with the above function because the WebPulse Service connects the data records in a way allowing a data record to be analyzed for a Downloadable.  The information stored for each file is also updated based on the analysis performed and the information received from the cloud.  When future requests are made of the same downloadable, the WebPulse Service will link the previous information to the downloadable.

**b)  *Claim 7 of the '844 Patent***

189.    Claim 7 recites the claim element, "The method of claim 1, wherein the Downloadable includes a JavaScript™ script."  The '844 Accused Products meet this claim element.

190.    The WebPulse Service can receive and process Downloadables including JavaScript script.  See Harrison Tr. 41:25-46:7; 105:10-108:1, 162:13-162:19; 264:22-25:2; Harrison Exhibit 3 at BC0182933; Harrison Exhibit 2 at BC0073927, BC0073927-934.

191.    ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
██████████████████████████████

192.    Therefore, this claim element is met because the WebPulse Service can receive and process Downloadables including JavaScript script, and for the reasons stated above.

**I.    Support for Claim 7 of the '844 Patent**

Documents

104

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

193.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious JavaScript in PDFs and JavaScript in HTML detection.

194.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

195.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

196.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing the WebPulse Service, including the design of the WebPulse Service.  BC0076608 includes a description of the design.

197.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

198.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

199. BC0063804-19 supports that this element is met by the '844 Accused Products.

107

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

<u>Deposition Testimony</u>

200.     The deposition transcript of Mr. Harrison supports that this element is met by the '844

Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

201.    The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.  For example, Mr. Whitchurch testified that DRTR is offered as part of WebPulse.  See Whitchurch Tr. 19:14-19:22.

202.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

203.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

111

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

204.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

<u>Testing</u>

112

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

205.    I observed this element during testing.  A JavaScript Downloadable was fully tested to confirm that the WebPulse Service analyzes and performs full inspection of JavaScript content.  Both normal and malicious JavaScript content within files, such as PDFs, was accessed by the WebPulse Service via the ProxySG to properly allow the normal traffic and blocked any malicious content.  In addition, various types of JavaScript were accessed during testing to confirm that the products fully support JavaScript downloadable.

### c) Claim 11 of the '844 Patent

206.    Claim 11 recites the claim element, "The method of claim 1, wherein the first Downloadable security profile includes a list of operations deemed suspicious by the inspector."  The '844 Accused Products meet this claim element.

207.    ███████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████

208.    ███████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████

113

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

209.

### I.  Support for Claim 11 of the '844 Patent

<u>Documents</u>

210.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

211.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

212.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

114

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

213.     Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

214.     Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

215.    BC0026962-985 supports that this element is met by the '844 Accused Products.

216.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

116

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

217.     Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.  ██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

███████████████████

<u>Deposition Testimony</u>

218.     The deposition transcript of Mr. Harrison supports that this element is met by the '844 Accused Products.  ████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████

219.     The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.  For example, Mr. Whitchurch testified that DRTR is offered as part of WebPulse.  Whitchurch at 19:14-19:22.

220.     The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.  ████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

117

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

221.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

118

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

222.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

119

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

<u>Testing of Products</u>

223.    I observed this functionality during the testing of the products.  With WebPulse turned off, a client visited a new URL which contained malicious content.  Since it was not categorized by WebFilter, the content was allowed to be downloaded from the site.  WebPulse was turned on and the same site was visited.  This time WebPulses categorized it as suspicious and stopped the downloading of the content.

**II.    DOE for Element 11 of the '844 Patent**

224.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

225.    While the Webpulse Service literally infringes this claim element, at the very least, the claim element of "a list of operations" is met under the doctrine of equivalents.  WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

120

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

226.   WebPulse Service performs substantially the same function because WebPulse service includes data records that indicate whether particular function calls are performed that are suspicious or malicious.

227.   WebPulse Service performs the above function in substantially the same way because WebPulse Service creates a data record indicating particular function calls are made by a Downloadable.

228.   WebPulse Service obtains substantially the same result with the above function because WebPulse Service  creates data records describing whether a Downloadable is likely to perform suspicious or malicious operations or activities and records the particular operations.

cript Blocks, Total Script

121

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████

### d) *Claim 15 of the '844 Patent*

#### i.   **Element 15(a) of the '844 Patent**

229.   Claim 15 recites the claim element, "An inspector system comprising".  The '844 Accused Products meet this claim element.

230.   WebPulse Service is a system for inspecting digital content.  WebPulse Service parses and inspects received Downloadables using Dynamic Real Time Rating (DRTR).  See Harrison Tr. at 33:5-33:13; 37:20-37:21.  DRTR inspects digital content with Malicious Content Analysis and generates information for a security profile for the Downloadable.  See Harrison Tr. at 77:8-77:20.

231.   In testing, it was confirmed that the ProxySG is the interface to WebPulse.  ProxySG is deployed as an inline passive bridge which means all traffic going from the local LAN to the Internet has to go through ProxySG which gives it the ability to inspect and analyze all traffic.  Via sniffers this behavior was confirmed that all access attempts from a client for any downloadable had to pass through the proxy.  Via the management console it was confirmed that all traffic passing through the proxy was inspected with proper logs kept of the analysis.

232.   ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

233. ███████████████████████████████

██████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

████████████████

234.    The diagram below depicts the use of the WebPulse Service as an inspector utilized by other Blue Coat products and services.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Ahlander Exhibit 8 at BC0182662.



124

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Harrison Exhibit 1 at BC0077333.

235.    Therefore, this claim element is met because the WebPulse Service is an inspector system because its requests, retrieves and inspects digital content from the Internet, and for the reasons stated above.

### I.    Support for Element 15(a) of the '844 Patent

<u>Documents</u>

236.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

237.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques"

125

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2

and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how

WebPulse detects malware, including malicious PDF and JavaScript detection.

3
4

238.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the

'844 Accused Products.

10
11

239.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the

'844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

240.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

241.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

242.    BC0026962-985 supports that this element is met by the '844 Accused Products. ███

243.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith. ███

244.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013. ███

128

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Deposition Testimony

245.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████

246.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products. ████████████████████████████████████

129

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

247.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

130

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Testing of Products

248.    I have tested the Webpulse Service and confirmed that it inspected content before a client was able to request the content.  As such, the Webpulse Service is an inspector system.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

### ii.    Element 15(b) of the '844 Patent

249.    Claim 15 recites the claim element, "memory storing a first rule set".  The '844 Accused Products meet this claim element.

250.

251.

252.    Therefore, this claim element is met because the WebPulse Service includes DRTR which includes memory for storing rules sets.  These rule sets include rules for parsing and inspecting incoming files in order to generate the Cookie2.  This claim element is further met for the reasons stated above.

### I.    Support for Element 15(b) of the '844 Patent

<u>Documents</u>

132

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

253.     Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products. ███████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

254.     Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

255.     Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████

256.     Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

257.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

258.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

134

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

259. BC0026962-985 supports that this element is met by the '844 Accused Products.

260. Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products. This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

135

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Deposition Testimony

261.    The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.

262.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

136

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

263.   The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

264.   The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Testing of Products

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

265.     I confirmed this functionality during the testing of the products.  The actions that are taken by ProxySG and WebPulse were consistent with the documents, testimony and source code which provides that the actions are based off of what is stored in memory.  Various websites were visited to confirm that the proper actions were taken.

## II.     DOE for Element 15(b) of the '844 Patent

266.     In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

267.     While the Webpulse Service literally infringes this element, at the very least, the claim element of "a first rule set" is met under the doctrine of equivalents.  WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

268.     WebPulse Service performs substantially the same function because WebPulse Service includes a program stored used to generate data records related to a Downloadable.  ██████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

269.     WebPulse Service performs the above function in substantially the same way because WebPulse Service uses DRTR, which is composed of program modules in memory.  ██████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

139

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

270.     WebPulse Service obtains substantially the same result with the above function because WebPulse Service has a set of data stored in memory that are used to generate data records regarding suspicious operations in a Downloadable.

### iii.     Element 15(c) of the '844 Patent

271.     Claim 15 recites the claim element, "a first content inspection engine for using the first rule set to generate a first Downloadable security profile that identifies suspicious code in a Downloadable, and for linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients."  The '844 Accused Products meet this claim element.

272.     WebPulse Service is a software system with a DRTR component that inspects digital content, including Downloadables, using a rule set stored in the memory of the program.  See Harrison

140

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Tr. at 44:9-45:12; 47:18-48:14; 105:10-108:1; Harrison Exhibit 2 at BC0073927, BC0073933-934.

273.

274.

141

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

275.    The diagram below depicts the real-time and background processing of content from the OCS by WebPulse.

BC0077384.

276.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

277.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

278.

279.

**I.      Support for Element 15(c) of the '844 Patent**

Documents

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

280.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████

281.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

282.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

283.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

See also below:

284.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

285.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

146

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

286.    BC0026962-985 supports that this element is met by the '844 Accused Products.

287.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

288.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul

147

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Kao and dated 2013. 

289.    BC0063804-19 supports that this element is met by the '844 Accused Products.

148

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

<u>Deposition Testimony</u>

25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

290.    The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products. ███████████████████████████████

███████████████████

291.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products. ███████████████████████████████

153

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

292.     The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products. ███████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████

293.     The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products. ███████████████████████

████████████████████████████████████████
███████████████████████████████████
████████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Source Code

294.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

295.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



159

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



161

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



169

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



171

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



173

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



174

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



178

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



Testing of Products

298.     In my testing of the Webpulse Service, I was able to confirm that Webpulse analyzes content in real-time before a client can request a webpage.  Thus, my testing confirmed that it meets this element.

II.     DOE for Element 15(c) of the '844 Patent

299.     In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional

180

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

300.     While the Webpulse Service literally infringes, at the very least, the claim element of "Downloadable security profile" is met under the doctrine of equivalents.  WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.  See analysis for "Downloadable security profile" in claim 1 of the '844 Patent above.

301.     ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████

302.     ██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████████
█████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

303. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

304.     In any case, the claim element of "identifies suspicious code" is met under the doctrine of equivalents.  WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.  See analysis for "identifies suspicious code" in claim 1 of the '844 Patent above.

305. ████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

306.

307.

308.     In any case, the claim element of "linking" is met under the doctrine of equivalents.

WebPulse Service, at the very least, performs substantially the same function in substantially the same

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

way to obtain substantially the same result as this claim element.  See analysis for "linking" in claim 1 of the '844 Patent above.

309.

310.    The WebPulse Service performs the above function in substantially the same way because WebPulse Service connects the data records to a particular Downloadable, the same way that a security profile is linked to a Downloadable.  The linking is performed through an identifier, which the '844 Patent discloses as a method to link a profile to a Downloadable.

184

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

311.     The WebPulse Service obtains substantially the same result with the above function because the WebPulse Service connects the data records in a way allowing a data record to be analyzed for a Downloadable.  The information stored for each file is also updated based on the analysis performed and the information received from the cloud.  When future requests are made of the same downloadable, the WebPulse Service will link the previous information to the downloadable.

### e)  Claim 16 of the '844 Patent

312.     Claim 16 recites the claim element, "The system of claim 15, wherein the first rule set includes a list of suspicious operations."  The '844 Accused Products meet this claim element.

313.

314.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

315.     ██████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████

████████████████

**I.     Support for Element 16 of the '844 Patent**

Documents

316.     Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.  ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

317.     Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

318.     Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  ████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████

319.     Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  ████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

186

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

320.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

321.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ██████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████████████████████████
██████████

322.    BC0026962-985 supports that this element is met by the '844 Accused Products. ████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

323.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.  ██████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

████████████████

324.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.  ██████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

<p align="center">Deposition Testimony</p>

325.    The deposition transcript of Mr. Harrison supports that this element is met by the '844 Accused Products.  ████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

████

189

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

326.    The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.

327.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

190

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

328.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

329.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

*f) Claim 21 of the '844 Patent*

330.     Claim 21 recites the claim element, "The system of claim 15, wherein the first content inspection engine creates a first Downloadable ID that identifies the Downloadable to which the first Downloadable security profile corresponds, and links the Downloadable ID to the Downloadable security profile."  The '844 Accused Products meet this claim element.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

331. ███████████████████████████████████
████████████████████████████████████████
█████████████████████████████████

332. ███████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████
███

333. ████████████████████████████████
██████████████████████████████████████
██████████████████████████████████
███████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█

334. ███████████████████████████████
█████████████████████████████████████████
██████████████████████████████

193

**I.      Support for Element 21 of the '844 Patent**

<u>Documents</u>

335.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

336.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

337.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

338.   Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

339.   Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

340.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

Deposition Testimony

341.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

196

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

342.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

343.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

197

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

## II.    DOE for Element 21 of the '844 Patent

344.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

345.    While the Webpulse Service literally infringes, at the very least, the element a "Downloadable ID that identifies the Downloadable" is met under the doctrine of equivalents.  The '844 Accused Products, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

346.    The '844 Accused Products performs substantially the same function because the URL of the Downloadable identifies the Downloadable based on its address.  The URL serves the function of identifying the Downloadable.

347.    The '844 Accused Products perform the above function in substantially the same way because it is digital data that is used to identify the Downloadable.

348.    The '844 Accused Products perform obtain substantially the same result with the above function because the URL identifies the Downloadable.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

### g) Claim 41 of the '844 Patent

#### i. Element 41(a) of the '844 Patent

349.    Claim 41 recites the claim element, "A computer-readable storage medium storing program code for causing a data processing system on an inspector to perform the steps of".  The '844 Accused Products meet this claim element.

350.

351.

352.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

353.

354.    The diagram below depicts the use of the WebPulse Service by other Blue Coat products and services.

201

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Ahlander Exhibit 8 at BC0182662.



BC0063814.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Harrison Exhibit 1 at BC0077333.

355.    Therefore, this claim element is met because the WebPulse Service includes computer-readable medium storage, such as storage for software, that causes the data processing system on an inspector, such as DRTR to perform a number of computer steps that provides intelligence on web threats.  This element is further met for the reasons stated above.

      **I.    Support for Element 41(a) of the '844 Patent**

<u>Documents</u>

356.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

357.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

358.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

359.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

360.   Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

361.   Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

362. BC0026962-985 supports that this element is met by the '844 Accused Products.

363. BC0187725-770 supports that this element is met by the '844 Accused Products. This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

364. Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products. This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

206

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Deposition Testimony

365.    The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.

366.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

367.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

Testing of Products

368.    I confirmed during my testing that the Webpulse service acted in accordance with this element because it acted as software that caused an inspector to inspect various content.

    **ii.**    **Element 41(b) of the '844 Patent**

369.    Claim 41 recites the claim element, "receiving a Downloadable".  The '844 Accused Products meet this claim element.

208

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

370.

371.

372.    Therefore, this claim element is met because the WebPulse Service includes software, such as DRTR, for receiving a Downloadable from an original content server, and for the reasons stated above.

### I.    Support for Element 41(b) of the '844 Patent

Documents

373.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

374.   Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.

375.   Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

376.   Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

377.   Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 8 is a document titled "WebPulse API Specification" and describes the API for interacting with WebPulse.

378.   BC0026962-985 supports that this element is met by the '844 Accused Products.  ████ ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

379.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.  ███████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████

380.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.  ████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████

381.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  ████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Deposition Testimony

382.    The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

383.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

384.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Testing the Products

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

385.     I have tested the Accused Products, including the Webpulse Service, and confirmed that Webpulse receives incoming Downloadables from unknown URLs.

### iii.     Element 41(c) of the '844 Patent

386.     Claim 41 recites the claim element, "generating a first Downloadable security profile that identifies suspicious code in the received Downloadable".  The '844 Accused Products meet this claim element.

387.     WebPulse Service creates a security profile that contains information about the downloadable information that is being analyzed.

388.

215

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

389.

390.    The diagram below shows the flow of information within WebPulse, including the DRTR system and DRTR responses.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

391.

## I.     Support for Element 41(c) of the '844 Patent

<u>Documents</u>

392.     Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

393.     Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques" and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

217

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

394.     Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████

395.     Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

396.     Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████

397.     BC0026962-985 supports that this element is met by the '844 Accused Products. ████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

218

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

398.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

399.    Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.

400.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Deposition Testimony

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

401. The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products. █████████████████████████████

402. The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products. █████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

403.    The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products. ████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

404.    The deposition testimony of Chris Larsen supports that this element is met by the '844 Accused Products. ████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Source Code

405.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



224

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



233

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

<u>Testing of Products</u>

406.     I have tested the Accused Products, including the Webpulse Service, and confirmed that Webpulse receives incoming Downloadables from unknown URLs.

### II.     DOE for Element 41(c) of the '844 Patent

407.     In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

408.     While the Webpulse Service literally infringes, at the very least, the claim element of "Downloadable security profile" is met under the doctrine of equivalents.  WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.  See analysis for "Downloadable security profile" in claim 1 of the '844 Patent above.

409.

237

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

410.

411.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

412.    In any case, the claim element of "identifies suspicious code" is met under the doctrine of equivalents.  WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.  See analysis for "identifies suspicious code" in claim 1 of the '844 Patent above.

5    413.

6

7

8

9

10

11

12

13

14

15

16

17

18

19    414.

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

415.

####     iv.    Element 41(d) of the '844 Patent

416.    Claim 41 recites the claim element, "linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients."  The '844 Accused Products meet this claim element.

417.

418.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

419.

**I.      Support for Element 41(d) of the '844 Patent**

<u>Documents</u>

420.    Exhibit 9 from the deposition of James Whitchurch supports that this element is met by the '844 Accused Products.

421.    Exhibit 1 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 1 is a document entitled "WebPulse Malware Detection Techniques"

241

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

and summarizes the different ways that WebPulse can detect malware.  BC0007780 describes how WebPulse detects malware, including malicious PDF and JavaScript detection.

422.    Exhibit 2 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

423.    Exhibit 4 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

424.    Exhibit 6 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products.  Exhibit 6 is a presentation describing WebPulse, including the design of WebPulse.  BC0076608 includes a description of the design.

425.    Exhibit 8 from the deposition of Tyler Anderson supports that this element is met by the '844 Accused Products. ████████████████████████████████████████████████

242

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

426.    BC0026962-985 supports that this element is met by the '844 Accused Products.

427.    BC0187725-770 supports that this element is met by the '844 Accused Products.  This document is a presentation titled "ProxyAV Overview" by Cameron Smith.

243

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

428.     Exhibit 3 from the deposition of John Ahlander supports that this element is met by the '844 Accused Products.  This document is a presentation titled "Blue Coat Technologies 101" by Paul Kao and dated 2013.  ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████

████████████████████████

Deposition Testimony

429.     The deposition testimony of James Whitchurch supports that this element is met by the '844 Accused Products.  ██████████████████████████████████████████████████

████████████████████████████████████

430.     The deposition testimony of Tyler Anderson supports that this element is met by the '844 Accused Products.  ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

431. The deposition testimony of Mr. Harrison and Mr. Tomic support that this element is met by the '844 Accused Products.

245

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

432.    The deposition testimony of Chris Larsen supports that this element is met by the '844

Accused Products. ███████████████████████████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Source Code

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



<u>Testing of Products</u>

433.    I have tested the Accused Products, including the Webpulse Service, and confirmed that Webpulse receives incoming Downloadables from unknown URLs.  Various websites were visited that contained both legitimate and malicious content.  For malicious content, it was blocked and for legitimate content, it was allowed to be downloaded.  Via logs the interaction and functionality of ProxySG, WebFilter and WebPulses was observed and verified.

## II.    DOE for Element 41(d) of the '844 Patent

434.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '844 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

435.    In any case, the claim element of "linking" is met under the doctrine of equivalents. WebPulse Service, at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.  See analysis for "linking" in claim 1 of the '844 Patent above.

436.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

437.    The WebPulse Service performs the above function in substantially the same way because WebPulse Service connects the data records to a particular Downloadable, the same way that a security profile is linked to a Downloadable.  The linking is performed through an identifier, which the '844 Patent discloses as a method to link a profile to a Downloadable.

438.    The WebPulse Service obtains substantially the same result with the above function because the WebPulse Service connects the data records in a way allowing a data record to be analyzed for a Downloadable.  The information stored for each file is also updated based on the analysis performed and the information received from the cloud.  When future requests are made of the same downloadable, the WebPulse Service will link the previous information to the downloadable.

**10.    Claim-By-Claim Infringement Analysis for the '822 Patent**

439.    The '822 Accused Products infringe each of the '822 Asserted Claims as described below.  The ProxySG Products individually infringe each of the '822 Asserted Claims.

440.    As way of an overview, the '822 Accused Products operate as a system with an information monitor, a content inspection engine, and a packaging engine.  The ProxySG Products are hardware appliances or software running on hardware appliances.

260

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



### a) Claim 9 of the '822 Patent

#### i.   Element 9(a) of the '822 Patent

441.   Claim 9 recites the claim element, "A processor-based system, comprising".  The '822 Accused Products meet this claim element.

442.   The ProxySG Products are hardware and software products running on computers utilizing processors.  Tomic at 16:12-17:8, 18:18-19:13; Tomic Exhibit 3 at BC0182646.  The ProxySG Products operate as a network gateway.  See Tomic Tr. 10:15-11:9.



Whitchurch Exhibit 14 at 2.

443.   Therefore, this claim element is met because the ProxySG Products are processor based-systems for inspecting digital content, and for the reasons stated above.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

I.     **Support for Element 9(a) of the '822 Patent**

Documents

444.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '822 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull

down menus where file types can be identified based on the file extension, HTTP MIME Types and

Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with

the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can

set the files to scan based on file types, such as executable programs.  Page 461-475 describes

configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit

6 is an earlier version of this document and includes similar citations and also support that this element

is met by the '822 Accused Products.

445.    BC0063804-19 supports that this element is met by the '822 Accused Products.  For

example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware

itself, including by protecting from injected scripts.



446.    Exhibit 7 from the deposition of Mr. Tomic supports that this element is met by the

'968 Accused Products.  Exhibit 7 is a document entitled "Malware Prevention with Blue Coat

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Proxies."  BC0005041-51 describes creating policy files for the ProxySG, including using CPL to remove active content from HTML pages, string rewriting, and preventing script injections.

447.    Exhibit 14 from the deposition of Mr. Tomic supports that this element is met by the '968 Accused Products.  Exhibit 14 is a document entitled "JavaScript detection improvements in active content transformation" and describes the ProxySG detecting three types of JavaScript active content and providing protection from malware.

448.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

449.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '822 Accused Products.  ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Deposition Testimony

450.    The deposition testimony of Mr. Tomic supports that this element is met by the '822 Accused Products.  ███████████████████████████████████████████████████████

263

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

<u>Testing of Products</u>

451.    I have tested the ProxySG product and confirmed that it is a processor-based system.

**ii.    Element 9(b) of the '822 Patent**

452.    Claim 9 recites the claim element, "an information monitor for receiving downloadable-information".  The '822 Accused Products meet this claim element.

453.    ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████

454.    The diagrams below show the components and processing of the ProxySG products.

BC0210308 shows the policy checkpoints for the input and output of the ProxySG Products.



Ahlander Exhibit 3 at BC0210335.

264

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Ahlander Exhibit 3 at BC0210308.

455.     Therefore, this claim element is met because the ProxySG includes an information monitor that receives downloadable-information.  Specifically the ProxySG monitors traffic to an intranet of clients and receive requests for content, forwards to the request to an OCS, and retrieves the content requested.  This claim is further met for the reasons stated above.

### I.     Support for Element 9(b) of the '822 Patent

<u>Documents</u>

456.     Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '822 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic. Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull down menus where file types can be identified based on the file extension, HTTP MIME Types and Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can set the files to scan based on file types, such as executable programs.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '822 Accused Products.

457.    BC0063804-19 supports that this element is met by the '822 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.

458.    Exhibit 7 from the deposition of Mr. Tomic supports that this element is met by the '968 Accused Products.  Exhibit 7 is a document entitled "Malware Prevention with Blue Coat Proxies."  BC0005041-51 describes creating policy files for the ProxySG, including using CPL to remove active content from HTML pages, string rewriting, and preventing script injections.

459.    Exhibit 14 from the deposition of Mr. Tomic supports that this element is met by the '822 Accused Products.  Exhibit 14 is a document entitled "JavaScript detection improvements in active content transformation" and describes the ProxySG detecting three types of JavaScript active content and providing protection from malware.

460.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.

266

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

461.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '822 Accused Products.

462.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met the '822 Accused Products.  The video describes the architecture of the operating system on the ProxySG Products.  Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for security and caching, and also that customers do not add their own code to it.  Section 5 describes that the architecture components of the ProxySG Products includes software workers, policy checkpoints and storage.  Section 6 describes that administrator processes and worker processes handle the functions, and that common worker types include those to interact with sessions between clients and the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.  Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9 has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and client out.  Section 10 describes the storage subsystem on the ProxySG.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

## Architecture Components

- **Software workers**
  - Manage incoming and outgoing transactions
- **Policy checkpoints**
  - Match available information against installed policy
  - Decide whether to fulfill request and from where
- **Storage subsystem**
  - Object store, not a file system

## Administrators and Workers

- **Administrator processes and worker processes**
  - Requests are sent to administrator
  - Administrator handles if quick and non-blocking
  - Otherwise, hand off to worker processes
- **Common worker types**
  - Client workers—Sessions between clients and ProxySG
  - Server workers—Sessions between ProxySG and content servers
  - Retrieval workers—keep cache contents fresh
  - Specialized workers—Handle specific protocols

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



463.    The video titled "Intro to CPL" available at https://bto.bluecoat.com/trainings/intro-to-cpl/ supports that this element is met by the '822 Accused Products.  The video provides an introduction into Content Policy Language.  The CPL Overview slide describes that CPL is rule-based and controls access to web resources and caching content.  The Policy File Types slide describes the processing order of the policy files.  The CPL Hierarchy slide describes the different rules, layers, conditions and triggers in CPL.

<u>Deposition Testimony</u>

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

464.    The deposition testimony of Mr. Tomic support that this element is met by the '822 Accused Products. ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

<u>Testing of Products</u>

465.    I tested the '822 Accused Products and verified that they received downloadable information, thereby meeting this element of the claims.

### iii.    Element 9(c) of the '822 Patent

466.    Claim 9 recites the claim element, "a content inspection engine communicatively coupled to the information monitor for determining whether the downloadable-information includes executable code".  The '822 Accused Products meet this claim element.

467.    ████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████

468.    ProxySG contain content analyzers for analyzing the downloadable-information (e.g. web page), each analyzer producing therefrom a detection indicator indicating whether a downloadable-information characteristic corresponds with an executable code characteristic (e.g. producing detection indicators of "HTML tags that launch active content"). Tomic Exhibit 14 (https://bto.bluecoat.com/security-advisory/sa48).  Examples include detecting  (downloadable-information characteristic) such as "<script> tags," "HTML attributes with onEventName names (e.g., onClick, onLoad)," and " HTML attribute values using the javascript: URI scheme" which launch JavaScript code contained "within."(e.g. corresponds with an executable code characteristic. See Id. In particular, ProxySG adds each of these indicators to a buffer then increments the javascript counter.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

See ProxySG\sg_6_5_xx4\src\support\transformer\html_parser.cpp; see also

ProxySG\sg_6_5_xx4\src\support\transformer\tables\html_states.txt. The HTML Parser will then

determine whether the HTML includes JavaScript based on the number of these JavaScript indicators.

See Id.  Blue Coat's document provides an example of such JavaScript indicators as onMouseover

which launches "javacript code." Tomic Exhibit 5 (see also https://bto.bluecoat.com/doc/14784) at

BC0160307 ("For example, <A HREF = "index.html onMouseOver="javascript code">).  Further

examples of attributes that are evaluated with determineIfAttributeHasScript() include onBlur

onChange, onClick, onDblClick, onDragDrop, onFocus, onKeyDown, onKeyPress, onKeyUp,

onLoad, onMouseDown, onMouseMove, onMouseOut, onMouseOver, onMouseUp, onMove,

onReset, OnResize, onSelect, onSubmit,onUnload. See Id; see also

ProxySG\sg_6_5_xx4\src\support\transformer\tables\html_states.txt(ONBLUR_ATTRIBUTE,

ONCHANGE_ATTRIBUTE,ONCLICK_ATTRIBUTE,ONDBLCLICK_ATTRIBUTE,ONDRAGDR

OP_ATTRIBUTE,ONFOCUS_ATTRIBUTE,ONKEYDOWN_ATTRIBUTE,ONKEYPRESS_ATTRI

BUTE,ONKEYUP_ATTRIBUTE,ONMOUSEDOWN_ATTRIBUTE,ONMOUSEMOVE_ATTRIBU

TE,ONMOUSEOUT_ATTRIBUTE,ONMOUSEOVER_ATTRIBUTE,ONMOUSEUP_ATTRIBUTE,

ONMOVE_ATTRIBUTE,ONRESET_ATTRIBUTE,ONRESIZE_ATTRIBUTE,ONSELECT_ATTRI

BUTE,ONSUBMIT_ATTRIBUTE,ONUNLOAD_ATTRIBUTE); see also

ProxySG\sg_6_5_xx4\src\support\transformer\tables\script_states.txt ("Processing as result of

detecting a <SCRIPT> section" by "recogniz[ing] '\X' escape combinations.").

469.   ████████████████████████████████████████████

████████████████████████████████████████████

470.   Therefore, this claim element is met because the ProxySG includes a content inspection

engine communicatively coupled to the information monitor which determines whether the

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

downloadable-information includes executable code.  Specifically, the content inspection engine within ProxySG will analyze the various attributes of web traffic and within HTML to determine whether it includes executable code, such as JavaScript.  This claim is further met for the reasons stated above.

## I.   Support for Element 9(c) of the '822 Patent

<u>Documents</u>

471.   Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '822 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull down menus where file types can be identified based on the file extension, HTTP MIME Types and Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can set the files to scan based on file types, such as executable programs.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '822 Accused Products.

472.   Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '822 Accused Products.  Page 46 describes how not every file type presents an equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type. Page 337 describes denying HTTP Post transactions based on their apparent data type.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '822 Accused Products.

473.    BC0063804-19 supports that this element is met by the '822 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



474.    Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products.  BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types.  BC0160146 describes the use of apparent data type based on user login address.  BC0160147 describes apparent data type as an object.  BC0160148 describes setting actions for apparent data types.  BC0160148-149 describes content scanning policies for URLs and file types.  BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type.  BC0160174 describes adding apparent data type objects

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

to policy rules.  BC0160175 describes using the apparent data type for ICAP scanning.  BC0160177-178 describes combining apparent data type with different source objects.  BC0160193 describes combining different apparent data types with destinations.  BC0160236-237 describes setting different actions based on the apparent data type.  BC0160261 describes setting apparent data type actions for different actions.  BC0160345-346 describes controlling filtering based on content types.  BC0160349-350 describes policies for different file types.  BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content.  BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file.  BC0160349 describes setting up a policy with rules for different extensions.  BC0160350 describes setting up a rule with HTTP MIME types.

475.    Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

476.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

477.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection improves in active content transformation" and describes improvements in Blue Coat detection of

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes. Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

478.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.

479.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '822 Accused Products.

480.    Solution Article titled "Apparent Data Types and the ProxySG" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products use apparent data types to detect executables.

481.    Solution Article titled "How do I use the enhanced apparent data type controls in SGOS 6.5.1 and AVOS 3.5.1" (available at

275

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypeco ntrolsinSGOS651andAVOS351) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can use apparent data type to manage files based on their type beyond looking at the extension of the file, including executable binaries.  The document also describes the ProxySG Products leveraging this apparent data type detection.  The document shows a check box for using apparent data type objects with the ProxySG Products.

482.     Solution Article titled "How do I write policy to detect the apparent data type for files users are requesting" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatat ypeforfilesusersarerequesting) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products enforce policies based on the MIME type or extensions of a file.  The document also describes how the ProxySG Products include a policy engine that examines the first several bytes of content to identify the apparent data type.

483.     Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloading ofcertainfiletypes) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

484.     Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

485.     Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '822 Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

486.     Solution Article titled "What file types do the apparent data type of an object include?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobjectinclude) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

487.     Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/WhattypesoffilesandprotocolscanbescannedontheProxyAV) supports that this element is met by the '822 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

488.     Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasperskySophos) supports that this element is met by the '822 Accused Products.  The document describes that the apparent data type can be detected.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

489.    Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManagedFilesbyFileTypesonAVOS) supports that this element is met by the '822 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

490.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '968 Patent.  The video describes the architecture of the operating system on the ProxySG Products.  Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for security and caching, and also that customers do not add their own code to it.  Section 5 describes that the architecture components of the ProxySG Products includes software workers, policy checkpoints and storage.  Section 6 describes that administrator processes and worker processes handle the functions, and that common worker types include those to interact with sessions between clients and the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.  Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9 has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and client out.  Section 10 describes the storage subsystem on the ProxySG.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

# Architecture Components

- **Software workers**
  - Manage incoming and outgoing transactions
- **Policy checkpoints**
  - Match available information against installed policy
  - Decide whether to fulfill request and from where
- **Storage subsystem**
  - Object store, not a file system

# Administrators and Workers

- **Administrator processes and worker processes**
  - Requests are sent to administrator
  - Administrator handles if quick and non-blocking
  - Otherwise, hand off to worker processes
- **Common worker types**
  - Client workers—Sessions between clients and ProxySG
  - Server workers—Sessions between ProxySG and content servers
  - Retrieval workers—keep cache contents fresh
  - Specialized workers—Handle specific protocols

# HTTP Workers



Simplified diagram; many aspects are not shown and are proprietary

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



491.    The video titled "Intro to CPL" available at https://bto.bluecoat.com/trainings/intro-to-cpl/ supports that this element is met by the '822 Accused Products.  The video provides an introduction into Content Policy Language.  The CPL Overview slide describes that CPL is rule-based and controls access to web resources and caching content.  The Policy File Types slide describes the processing order of the policy files.  The CPL Hierarchy slide describes the different rules, layers, conditions and triggers in CPL.

<div align="center">Deposition Transcripts</div>

492.    The deposition testimony of Mr. Tomic support that this element is met by the '822 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

<div align="center">Source Code</div>

493.    ████████████████████████████████████████████████████████████████████████████████████████████████████

<div align="center">280</div>

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

494.

495.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



496.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



497.

Testing the Products

498.    I have tested the ProxySG and confirmed that it detects whether a Downloadable includes executable code, such as Javascript.

**iv.    Element 9(d) of the '822 Patent**

499.    Claim 9 recites the claim element, "a packaging engine communicatively coupled to the content inspection engine for causing mobile protection code ("MPC") to be communicated to at least one information-destination of the downloadable-information, if the downloadable-information is determined to include executable code".  The '822 Accused Products meet this claim limitation.

500.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

501.

502.    The excerpt below shows that the ProxySG Products include JavaScript to inject into webpages to intercept malicious activities such as unwanted pop-up windows.

**About Pop Up Blocking**

The ProxySG allows you to block pop up windows, which are usually in the form of unsolicited advertisements. Pop up windows are blocked by inserting Javascript code into each HTML Web page. Every time the Web page tries to open a new window, the code attempts to determine if the window is a result of user click. The window is allowed to open if the ProxySG determines a user clicked a button or link; otherwise, the window does not open.

Tomic Exhibit 5 at BC0160303.

503.    Therefore, this claim element is met because the ProxySG Products include a packaging engine couple to the content inspection engine that causes mobile protection code, such as injected

284

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

JavaScript code, to be communicated to an information-destination, such as a client computer who requested the webpage, if the Downloadable includes executable code, such as JavaScript.   The mobile protection code, such as the injected JavaScript code, is code at run-time that monitors and intercepts the potentially malicious JavaScript of the incoming Downloadable without modifying the incoming Downloadables JavaScript.

### I.     Support for Element 9(d) of the '822 Patent
<u>Documents</u>

504.     Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '822 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull down menus where file types can be identified based on the file extension, HTTP MIME Types and Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can set the files to scan based on file types, such as executable programs.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '822 Accused Products.

505.     Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '822 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Page 428 describes the use of the transform.data_type() and how active_Content and javascript transformers modify HTML file to either add active content or javascript.  Page 465-466 describes the transform action that can invoke an active_content or javascript transformer.  Page 470-471 describes making rules for active content such as Javascript and applets.  Page 476-477 describes the definition of JavaScript by the ProxySG Products, which allows JavaScript to be added to and HTML response. This allows JavaScript to be added at the beginning of the HTML page (prolog), the end of the HTML page (epilog), and executed when parsing is complete and the page is loaded (onload).  Page 487-488 describes the process of rewriting URLs that are embedded in tags within HTML, CSS, JavaScript, or ASX and can also rewrite arbitrary JavaScript.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '822 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Blue Coat Proxy*SG* Content Policy Language Guide

## define javascript

A javascript definition is used to define a *javascript transformer*, which adds javascript that you supply to HTML responses.

**Syntax**

```
define javascript transformer_id
    javascript-statement
    [javascript-statement]
    …
end
```

where:

- `transformer_id`—A user-defined identifier for a transformer definition block. Used to invoke the transformer using the `transform` action in a `define  action` definition block.
- A *javascript-statement* has the following syntax:

```
javascript-statement ::= section-type replacement
section-type ::= prolog | onload | epilog
replacement ::= << endmarker newline lines-of-text newline endmarker
```

This allows you to specify a block of javascript to be inserted at the beginning of the HTML page (prolog), to be inserted at the end of the HMTL page (epilog), and to be executed when parsing is complete and the page is loaded (onload). Each of the section types is optional.

**Layer and Transaction Notes**

Applies to proxy transactions.

**Example**

The following is an example of a javascript transformer that adds a message to the top of each Web page, used as part of a simple content filtering application:

```
define javascript js_transformer
    onload <<EOS
      var msg = "This site is restricted. Your access has been logged.";
      var p = document.createElement("p");
      p.appendChild(document.createTextNode(msg));
      document.body.insertBefore(p, document.body.firstChild);
    EOS
end

define action js_action
    transform js_transformer
end

<proxy>
    category=restricted action.js_action(yes)
```

The VPM uses javascript transformers to implement popup ad blocking.

506.    BC0063804-19 supports that this element is met by the '822 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



507.    Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual

287

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products.  BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types.  BC0160146 describes the use of apparent data type based on user login address.  BC0160147 describes apparent data type as an object.  BC0160148 describes setting actions for apparent data types.  BC0160148-149 describes content scanning policies for URLs and file types.  BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type.  BC0160174 describes adding apparent data type objects to policy rules.  BC0160175 describes using the apparent data type for ICAP scanning.  BC0160177-178 describes combining apparent data type with different source objects.  BC0160193 describes combining different apparent data types with destinations.  BC0160236-237 describes setting different actions based on the apparent data type.  BC0160261 describes setting apparent data type actions for different actions.  BC0160345-346 describes controlling filtering based on content types.  BC0160349-350 describes policies for different file types.  BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content.  BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file.  BC0160349 describes setting up a policy with rules for different extensions.  BC0160350 describes setting up a rule with HTTP MIME types.

508.    Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

CASE NO.  13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

509.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

510.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection improves in active content transformation" and describes improvements in Blue Coat detection of JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes.  Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

511.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████████████████████████

512.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '822 Accused Products.  ██████████████████████████
████████████████████████████████████████

289

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

513.     Solution Article titled "Apparent Data Types and the ProxySG" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products use apparent data types to detect executables.

514.     Solution Article titled "How do I use the enhanced apparent data type controls in SGOS 6.5.1 and AVOS 3.5.1" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypecontrolsinSGOS651andAVOS351) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can use apparent data type to manage files based on their type beyond looking at the extension of the file, including executable binaries.  The document also describes the ProxySG Products leveraging this apparent data type detection.  The document shows a check box for using apparent data type objects with the ProxySG Products.

515.     Solution Article titled "How do I write policy to detect the apparent data type for files users are requesting" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatatypeforfilesusersarerequesting) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products enforce policies based on the MIME type or extensions of a file.  The document also describes how the ProxySG Products include a policy engine that examines the first several bytes of content to identify the apparent data type.

516.     Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloading
ofcertainfiletypes) supports that this element is met by the '822 Accused Products.  The document

describes how the ProxySG Products can enforce policy based on a file extension in the Web Access

layer of the policy.

517.    Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype

) supports that this element is met by the '822 Accused Products.  The document describes how the

ProxySG Products can enforce policy based on the objects in HTTP.

518.    Solution Article titled "Mime-type policy does not work when I change the file

extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-

typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '822

Accused Products.  The document describes that the MIME type policy on the ProxySG Products

check the content type filed in the HTTP header.

519.    Solution Article titled "What file types do the apparent data type of an object include?"

(available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobj
ectinclude) supports that this element is met by the '822 Accused Products.  The document describes

how the ProxySG Products looks at the payload of a file to determine the apparent data type of a

portable executable file.

520.    Solution Article titled "What types of files and protocols can be scanned on the

ProxyAV" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhattypesoffilesandprotocolscanbescannedontheProxyAV) supports that this element is met by the '822 Accused Products.  The document

CASE NO. 13-cv-03999-BLF

describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

521.    Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasperskySophos) supports that this element is met by the '822 Accused Products.  The document describes that the apparent data type can be detected.

522.    Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManagedFilesbyFileTypesonAVOS) supports that this element is met by the '822 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

523.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '822 Accused Products.  The video describes the architecture of the operating system on the ProxySG Products.  Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for security and caching, and also that customers do not add their own code to it.  Section 5 describes that the architecture components of the ProxySG Products includes software workers, policy checkpoints and storage.  Section 6 describes that administrator processes and worker processes handle the functions, and that common worker types include those to interact with sessions between clients and the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to handle specific protocols.  Section 7 describes the steps in using HTTP workers by the

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

ProxySG.  Section 8 describes the different policy checkpoints, and that triggers evaluate before policy

actions can be taken, with the key checkpoints being client in, server out, server in, and client out.

Section 9 has a diagram showing the policy checkpoint flow, including the client in, server our, server

in, and client out.  Section 10 describes the storage subsystem on the ProxySG.

## Architecture Components

- **Software workers**
  - Manage incoming and outgoing transactions
- **Policy checkpoints**
  - Match available information against installed policy
  - Decide whether to fulfill request and from where
- **Storage subsystem**
  - Object store, not a file system

## Administrators and Workers

- **Administrator processes and worker processes**
  - Requests are sent to administrator
  - Administrator handles if quick and non-blocking
  - Otherwise, hand off to worker processes
- **Common worker types**
  - Client workers—Sessions between clients and ProxySG
  - Server workers—Sessions between ProxySG and content servers
  - Retrieval workers—keep cache contents fresh
  - Specialized workers—Handle specific protocols

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



524.    The video titled "Intro to CPL" available at https://bto.bluecoat.com/trainings/intro-to-cpl/ supports that this element is met by the '822 Accused Products.  The video provides an introduction into Content Policy Language.  The CPL Overview slide describes that CPL is rule-based and controls access to web resources and caching content.  The Policy File Types slide describes the processing order of the policy files.  The CPL Hierarchy slide describes the different rules, layers, conditions and triggers in CPL.

<u>Deposition Testimony</u>

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

525.     The deposition testimony of Mr. Tomic support that this element is met by the '822 Accused Products.

Source Code

526.

527.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



529.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



530.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

531.



Testing of Products

532.    I have tested the ProxySG product and have confirmed that it will insert mobile

protection code into a javascript which intercepts potentially malicious code from executing.

## II.    DOE for Element 9(d) of the '822 Patent

533.    In reviewing Blue Coat's discovery responses, it does not specifically identify any

claim terms that are not met by the '822 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead,

Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

534.     While the ProxySG Products literally infringe, at the very least, the claim element of "mobile protection code" is met under the doctrine of equivalents.  ProxySG Products at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

535.     ProxySG Products performs substantially the same function because ProxySG Products inject JavaScript into HTML received to protect the user from malicious content.  The JavaScript is packaged into the received web content with additional code if the web content is determined to include certain code elements, thereby preventing the malicious attack.  See Tomic Tr. at 214:19-217:25; BC0063804-19; BC0005041-51; Tomic Exhibit 14.  Thus, the ProxySG Products are able to, in runtime, intercept potentially malicious code operations.

536.     ProxySG Products performs the above function in substantially the same way because the injected JavaScript intercepts the potentially malicious code operations, preventing the malicious code from being received by the user.  See Tomic Tr. at 214:19-217:25; BC0063804-19; BC0005041-51; Tomic Exhibit 14.

537.     ProxySG Products obtain substantially the same result with the above function because the malicious code is prevented from being received by the user.  See Tomic Tr. at 214:19-217:25;

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

BC0063804-19; BC0005041-51; Tomic Exhibit 14. ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

###### v.    Element 9(e) of the '822 Patent

538.    Claim 9 recites the claim element, "wherein the content inspection engine comprises one or more downloadable-information analyzers for analyzing the downloadable-information, each analyzer producing therefrom a detection indicator indicating whether a downloadable-information characteristic corresponds with an executable code characteristic, and an inspection controller communicatively coupled to the analyzers for determining whether the indicators indicate that the downloadable-information includes executable code."  The '822 Accused Products meet this claim element.

539.    ProxySG Products contain content analyzers for analyzing the downloadable-information (e.g. web page), each analyzer producing therefrom a detection indicator indicating whether a downloadable-information characteristic corresponds with an executable code characteristic (e.g. producing detection indicators of "HTML tags that launch active content").  Tomic Exhibit 14 (https://bto.bluecoat.com/security-advisory/sa48).  Examples include detecting  (downloadable-information characteristic) such as "<script> tags," "HTML attributes with onEventName names (e.g., onClick, onLoad)," and " HTML attribute values using the javascript: URI scheme" which launch JavaScript code contained "within."(e.g. corresponds with an executable code characteristic. See Id. In particular, ProxySG adds each of these indicators to a buffer then increments the javascript counter. See ProxySG\sg_6_5_xx4\src\support\transformer\html_parser.cpp; see also ProxySG\sg_6_5_xx4\src\support\transformer\tables\html_states.txt. The HTML Parser will then determine whether the HTML includes JavaScript based on the number of these JavaScript indicators.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

See Id.  Blue Coat's document provides an example of such JavaScript indicators as onMouseover which launches "javascript code." Tomic Exhibit 5 (see also https://bto.bluecoat.com/doc/14784) at BC0160307 ("For example, <A HREF = "index.html onMouseOver="javascript code">).  Further examples of attributes that are evaluated with determineIfAttributeHasScript() include onBlur onChange, onClick, onDblClick, onDragDrop, onFocus, onKeyDown, onKeyPress, onKeyUp, onLoad, onMouseDown, onMouseMove, onMouseOut, onMouseOver, onMouseUp, onMove, onReset, OnResize, onSelect, onSubmit,onUnload. See Id; see also ProxySG\sg_6_5_xx4\src\support\transformer\tables\html_states.txt(ONBLUR_ATTRIBUTE, ONCHANGE_ATTRIBUTE,ONCLICK_ATTRIBUTE,ONDBLCLICK_ATTRIBUTE,ONDRAGDR OP_ATTRIBUTE,ONFOCUS_ATTRIBUTE,ONKEYDOWN_ATTRIBUTE,ONKEYPRESS_ATTRI BUTE,ONKEYUP_ATTRIBUTE,ONMOUSEDOWN_ATTRIBUTE,ONMOUSEMOVE_ATTRIBU TE,ONMOUSEOUT_ATTRIBUTE,ONMOUSEOVER_ATTRIBUTE,ONMOUSEUP_ATTRIBUTE, ONMOVE_ATTRIBUTE,ONRESET_ATTRIBUTE,ONRESIZE_ATTRIBUTE,ONSELECT_ATTRI BUTE,ONSUBMIT_ATTRIBUTE,ONUNLOAD_ATTRIBUTE); see also ProxySG\sg_6_5_xx4\src\support\transformer\tables\script_states.txt ("Processing as result of detecting a <SCRIPT> section" by "recogniz[ing] '\X' escape combinations.").

540.   The ProxySG Products package the received digital content with additional code if the digital content is determined to include active code elements.  See Tomic Tr. at 214:19-217:25.

541.   █████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1 ███████████████████████████████████████████

2 ████████████████████████████████████████████

3 ███████████████████████████████

4     542.     Therefore, this claim element is met because the ProxySG Products include a content

inspection engine communicatively coupled to the information monitor which determines whether the

downloadable-information includes executable code.  This process is done by Downloadable

information analyzers, which analyze the various attributes of the web traffic and within the HTML to

determine whether their characteristics match executable code, such as JavaScript.  The inspection

engine can identify active content tags within the digital content indicating calls to executable code and

other active content.  The content inspection engine further includes an inspection controller which

makes a decision as to whether the Downloadable indeed contains executable code, such as JavaScript,

in order to further process the file.   This claim is further met for the reasons stated above.

## I.     Support for Element 9(e) of the '822 Patent
<u>Documents</u>

543.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '822 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull

down menus where file types can be identified based on the file extension, HTTP MIME Types and

Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with

the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can

set the files to scan based on file types, such as executable programs.  Page 461-475 describes

configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

6 is an earlier version of this document and includes similar citations and also support that this element is met by the '822 Accused Products.

544.    Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '822 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '822 Accused Products.

545.    BC0063804-19 supports that this element is met by the '822 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

546.     Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products.  BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types.  BC0160146 describes the use of apparent data type based on user login address.  BC0160147 describes apparent data type as an object.  BC0160148 describes setting actions for apparent data types.  BC0160148-149 describes content scanning policies for URLs and file types.  BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type.  BC0160174 describes adding apparent data type objects to policy rules.  BC0160175 describes using the apparent data type for ICAP scanning.  BC0160177-178 describes combining apparent data type with different source objects.  BC0160193 describes combining different apparent data types with destinations.  BC0160236-237 describes setting different actions based on the apparent data type.  BC0160261 describes setting apparent data type actions for different actions.  BC0160345-346 describes controlling filtering based on content types.  BC0160349-350 describes policies for different file types.  BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content.  BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file.  BC0160349 describes setting up a policy with rules for different extensions.  BC0160350 describes setting up a rule with HTTP MIME types.

547.     Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

548.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

549.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection improves in active content transformation" and describes improvements in Blue Coat detection of JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes. Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

550.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

551.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '822 Accused Products.  ████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

552.    Solution Article titled "Apparent Data Types and the ProxySG" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG)

supports that this element is met by the '822 Accused Products.  The document describes how the

ProxySG Products use apparent data types to detect executables.

553.    Solution Article titled "How do I use the enhanced apparent data type controls in SGOS

6.5.1 and AVOS 3.5.1" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypeco

ntrolsinSGOS651andAVOS351) supports that this element is met by the '822 Accused Products.  The

document describes how the ProxySG Products can use apparent data type to manage files based on

their type beyond looking at the extension of the file, including executable binaries.  The document

also describes the ProxySG Products leveraging this apparent data type detection.  The document

shows a check box for using apparent data type objects with the ProxySG Products.

554.    Solution Article titled "How do I write policy to detect the apparent data type for files

users are requesting" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatat

ypeforfilesusersarerequesting) supports that this element is met by the '822 Accused Products.  The

document describes how the ProxySG Products enforce policies based on the MIME type or extensions

of a file.  The document also describes how the ProxySG Products include a policy engine that

examines the first several bytes of content to identify the apparent data type.

26

27

28

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

555.    Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloading ofcertainfiletypes) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

556.    Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype ) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

557.    Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '822 Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

558.    Solution Article titled "What file types do the apparent data type of an object include?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobj ectinclude) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

559.    Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at

307

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

http://bluecoat.force.com/knowledgebase/articles/Solution/Whattypesoffilesandprotocolscanbescanned
ontheProxyAV) supports that this element is met by the '822 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

560.    Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasper
skySophos) supports that this element is met by the '822 Accused Products.  The document describes that the apparent data type can be detected.

561.    Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManag
edFilesbyFileTypesonAVOS) supports that this element is met by the '822 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

Deposition Testimony

562.    The deposition testimony of Mr. Tomic support that this element is met by the '822 Accused Products.  ███████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████

Source Code

308

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

563. ███████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

564. █████████████████████████████████████

████████████████████████████

█████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



565.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



566.

Testing of the Products

567.    I have tested the ProxySG and have confirmed that it detects whether incoming Downloadables contain Javascript, and if so, will insert mobile protection code to intercept any potentially malicious operations.  I observed this functionality during the testing of the products.

**II.    DOE for Element 9(e) of the '822 Patent**

568.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '822 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

569.    While the ProxySG Products literally infringe, at the very least, the claim element of "a detection indicator" is met under the doctrine of equivalents.  ProxySG Products performs substantially

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

the same function in substantially the same way to obtain substantially the same result as this claim element.

570.    ProxySG Products performs substantially the same function because ProxySG Products identify different elements within web content that affect how the received web content is treated and further determined to include certain code elements. The ProxySG Products analyzes the true file type of the incoming content, and compares it with the HTTP header, and if there is a mismatch, the file is considered suspicious.

571.    ███████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

███████████████████████████████████

████████████████████████████████

███████████████████████

572.    ████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

████████████████████████████████

███████████████████████████████████

████████████████████████

b)  ***Claim 10 of the '822 Patent***

573.    Claim 10 recites the claim element, "The system of claim 9, wherein at least one of the detection-indicators indicates a level of downloadable-information characteristic and executable code characteristic correspondence."  The '822 Accused Products meet this claim element.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

574.    ProxySG contain content analyzers for analyzing the downloadable-information (e.g. web page), each analyzer producing therefrom a detection indicator indicating whether a downloadable-information characteristic corresponds with an executable code characteristic (e.g. producing detection indicators of "HTML tags that launch active content"). Tomic Exhibit 14 (https://bto.bluecoat.com/security-advisory/sa48).  Examples include detecting  (downloadable-information characteristic) such as "<script> tags," "HTML attributes with onEventName names (e.g., onClick, onLoad)," and " HTML attribute values using the javascript: URI scheme" which launch JavaScript code contained "within."(e.g. corresponds with an executable code characteristic. See Id. In particular, ProxySG adds each of these indicators to a buffer then increments the javascript counter. See ProxySG\sg_6_5_xx4\src\support\transformer\html_parser.cpp; see also ProxySG\sg_6_5_xx4\src\support\transformer\tables\html_states.txt. The HTML Parser will then determine whether the HTML includes JavaScript based on the number of these JavaScript indicators. See Id.  Blue Coat's document provides an example of such JavaScript indicators as onMouseover which launches "javacript code." Tomic Exhibit 5 (see also https://bto.bluecoat.com/doc/14784) at BC0160307 ("For example, <A HREF = "index.html onMouseOver="javascript code">).  Further examples of attributes that are evaluated with determineIfAttributeHasScript() include onBlur onChange, onClick, onDblClick, onDragDrop, onFocus, onKeyDown, onKeyPress, onKeyUp, onLoad, onMouseDown, onMouseMove, onMouseOut, onMouseOver, onMouseUp, onMove, onReset, OnResize, onSelect, onSubmit,onUnload. See Id; see also ProxySG\sg_6_5_xx4\src\support\transformer\tables\html_states.txt(ONBLUR_ATTRIBUTE, ONCHANGE_ATTRIBUTE,ONCLICK_ATTRIBUTE,ONDBLCLICK_ATTRIBUTE,ONDRAGDR OP_ATTRIBUTE,ONFOCUS_ATTRIBUTE,ONKEYDOWN_ATTRIBUTE,ONKEYPRESS_ATTRI BUTE,ONKEYUP_ATTRIBUTE,ONMOUSEDOWN_ATTRIBUTE,ONMOUSEMOVE_ATTRIBU

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

TE,ONMOUSEOUT_ATTRIBUTE,ONMOUSEOVER_ATTRIBUTE,ONMOUSEUP_ATTRIBUTE,

ONMOVE_ATTRIBUTE,ONRESET_ATTRIBUTE,ONRESIZE_ATTRIBUTE,ONSELECT_ATTRI

BUTE,ONSUBMIT_ATTRIBUTE,ONUNLOAD_ATTRIBUTE); see also

ProxySG\sg_6_5_xx4\src\support\transformer\tables\script_states.txt ("Processing as result of

detecting a <SCRIPT> section" by "recogniz[ing] '\X' escape combinations.").

575.     The ProxySG Products package the received digital content with additional code if the

digital content is determined to include active code elements.  See Tomic Tr. at 214:19-217:25.

576.     Therefore, this claim element is met because the ProxySG Products can identify active

content tags, including levels, within the digital content indicating calls to executable code and other

active content, and can insert mobile protection code, such as injected JavaScript, to protect the

computer receiving the digital content form the executable code.  This element is further met for the

reasons stated above.

## I.     Support for Claim 10 of the '822 Patent

<u>Documents</u>

577.     Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '822 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull

down menus where file types can be identified based on the file extension, HTTP MIME Types and

Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with

the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can

set the files to scan based on file types, such as executable programs.  Page 461-475 describes

configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

6 is an earlier version of this document and includes similar citations and also support that this element is met by the '822 Accused Products.

578.    Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '822 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '822 Accused Products.

579.    BC0063804-19 supports that this element is met by the '822 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

580.     Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products.  BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types.  BC0160146 describes the use of apparent data type based on user login address.  BC0160147 describes apparent data type as an object.  BC0160148 describes setting actions for apparent data types.  BC0160148-149 describes content scanning policies for URLs and file types.  BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type.  BC0160174 describes adding apparent data type objects to policy rules.  BC0160175 describes using the apparent data type for ICAP scanning.  BC0160177-178 describes combining apparent data type with different source objects.  BC0160193 describes combining different apparent data types with destinations.  BC0160236-237 describes setting different actions based on the apparent data type.  BC0160261 describes setting apparent data type actions for different actions.  BC0160345-346 describes controlling filtering based on content types.  BC0160349-350 describes policies for different file types.  BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content.  BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file.  BC0160349 describes setting up a policy with rules for different extensions.  BC0160350 describes setting up a rule with HTTP MIME types.

581.     Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script

316

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

582.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

583.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection improves in active content transformation" and describes improvements in Blue Coat detection of JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes. Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

584.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '822 Accused Products. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

585.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '822 Accused Products. ████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

586.     Solution Article titled "Apparent Data Types and the ProxySG" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG)

supports that this element is met by the '822 Accused Products.  The document describes how the

ProxySG Products use apparent data types to detect executables.

587.     Solution Article titled "How do I use the enhanced apparent data type controls in SGOS

6.5.1 and AVOS 3.5.1" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypeco

ntrolsinSGOS651andAVOS351) supports that this element is met by the '822 Accused Products.  The

document describes how the ProxySG Products can use apparent data type to manage files based on

their type beyond looking at the extension of the file, including executable binaries.  The document

also describes the ProxySG Products leveraging this apparent data type detection.  The document

shows a check box for using apparent data type objects with the ProxySG Products.

588.     Solution Article titled "How do I write policy to detect the apparent data type for files

users are requesting" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatat

ypeforfilesusersarerequesting) supports that this element is met by the '822 Accused Products.  The

document describes how the ProxySG Products enforce policies based on the MIME type or extensions

of a file.  The document also describes how the ProxySG Products include a policy engine that

examines the first several bytes of content to identify the apparent data type.

318

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

589.     Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloadingofcertainfiletypes) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

590.     Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

591.     Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '822 Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

592.     Solution Article titled "What file types do the apparent data type of an object include?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobjectinclude) supports that this element is met by the '822 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

593.     Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

http://bluecoat.force.com/knowledgebase/articles/Solution/Whattypesoffilesandprotocolscanbescanned ontheProxyAV) supports that this element is met by the '822 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

594.    Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasper skySophos) supports that this element is met by the '822 Accused Products.  The document describes that the apparent data type can be detected.

595.    Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManag edFilesbyFileTypesonAVOS) supports that this element is met by the '822 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

Deposition Transcript

596.    The deposition testimony of Mr. Tomic support that this element is met by the '822 Accused Products.  ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

Source Code

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

597. ██████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

598. ██████████████████████████████████
████████████████████████
████████████████████████████████.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



599.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



600.

### 11.   Claim-By-Claim Infringement Analysis for the '633 Patent

601.    The '633 Accused Products infringe each of the '633 Asserted Claims as described below.  The ProxySG Products, CAS and MAA infringe the '633 Asserted Claims.  The MAA also individually infringes the '633 Asserted Claims.  The ProxySG Products also individually infringe claims 8 and 10 of the '633 Patent.

602.    The ProxySG Products, CAS and MAA act together as a single system.  While the ProxySG Products, CAS and MAA may execute on different hardware, they are all integrated and were designed to work as a system.  One of skill in the art would understand that the components described for the ProxySG Products, CAS and MAA could execute on multiple hardware appliances to improve their efficiency as is often seen in network architectures.  Indeed, Blue Coat often includes calls the entire system the Secure Web Gateway in its internal and external presentations.  See Ahlander, Ex. 3 at BC0210379; See also BC0193188 at 196.

CASE NO.  13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

603.    As way of an overview, the '633 Accused Products operate as a system for computer security with an information monitor, a content inspection engine and a protection agent engine.

604.

605.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

606. [REDACTED]

607.    The '633 Accused Products' infringement of the '633 Patent is consistent with the testimony of the inventors and previous employees of Finjan, as well as the operation of the Finjan Vital Security Products.  See Ben-Itzhak, Tr. 289:9-294:9; 305:21-306:16; 313:24-314:9; Touboul Tr. 243:17-306:19; Kroll Tr. 56:8-59:13; 89:13-91:4.

*a)  Claim 8 of the '633 Patent*

    **i.    Element 8(a) of the '633 Patent**

608.    Claim 8 recites the claim element, "A computer processor-based system for computer security, the system comprising".  The '633 Accused Products meet this claim element.

609.    The ProxySG Products, CAS and MAA are hardware and software products that running on computers utilizing processors.  See Tomic Tr. 16:12-17:8, 18:18-19:13; Runald Tr. 10:17-12:5; Ahlander Tr. 96:21-97:5; Tomic Exhibit 3 at BC0182646; Runald Exhibit 1 at BC0182658; Ahlander Exhibit 16 at BC0182641.  The ProxySG Products are "Secure Web Gateways" that enforce security policy at the gateway using the CAS and MAA.  See Ahlander Tr. 50:19-51:12; Ahlander Exhibit 16 at BC0182640.   The ProxySG, CAS and MAA detect and block malicious content.  See Ahlander Tr. 50:19-51:12; Ahlander Exhibit 16 at BC0182640.

325

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



Blue Coat Content Analysis System bridges the gap between prevention and incident containment.

Whitchurch Exhibit 14 at 2.

610.     Therefore, this claim element is met because the ProxySG Products, CAS and MAA are hardware and software systems that provide computer security, and for the reasons stated above.

### I.     Support for Element 8(a) of the '633 Patent

<u>Documents</u>

611.     Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

612.     Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

613.     Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182658 describes how the MAA are appliances capable of processing digital content samples.  BC0182659 includes additional information on the physical properties of the MAA and

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

includes a processing diagram for the ProxySG Products, Content Analysis System and Malware Analysis Appliance.

614.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA.  For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.

615.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162052 describes that the MAA includes the necessary hardware, software, and connectivity to analyze malware.

616.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161928 describes how the Remote Application Programming Interface (RAPI) and Publish-Subscribe Programming Interface are used.  BC0161928 also describes that the MAA includes the necessary hardware, software, and connectivity to analyze malware.

617.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 5 is product overview for the MAA and includes a description of the features of the MAA and how these features are important.  For example, BC0205036 describes why organization would buy MAA, including a multiprocessing platform.  BC0205039 describes how

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

different analysis environments can be used to process digital content.  BC0205040 includes a description of how the MAA can use custom plugins, post-analysis resources and uniqueness indicators.  BC0205044 describes the emulator in the MAA and BC0205045 the Virtual Machines.  BC0205046 details submitting files and URLS for processing.

618.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

619.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

620.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

621.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

622.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

623.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance

328

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

Overview" that describes why the MAA is important to customers and how it works.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

624.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

625.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

626.    Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

627.    Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3 the CAS integration with the ProxySG and MAA.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

628.    Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-10.pdf) supports that this element is met by the '633 Accused Products.  The document describes submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.

629.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '633 Accused Products.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

630.    BC0063804-19 supports that this element is met by the '633 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



631.    Exhibit 7 from the deposition of Mr. Tomic supports that this element is met by the '633 Accused Products.  Exhibit 7 is a document entitled "Malware Prevention with Blue Coat Proxies."  BC0005041-51 describes creating policy files for the ProxySG, including using CPL to remove active content from HTML pages, string rewriting, and preventing script injections.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

632.     Exhibit 14 from the deposition of Mr. Tomic supports that this element is met by the '633 Accused Products.  Exhibit 14 is a document entitled "JavaScript detection improvements in active content transformation" and describes the ProxySG detecting three types of JavaScript active content and providing protection from malware.

633.     Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.

634.     Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products.

635.     The video titled "Introduction to the CAS S400" available at https://bto.bluecoat.com/user/login?destination=trainings/cas-s400/presentation.html supports that this element is met by the '633 Patent.  The video describes how to setup and run a CAS S400 appliance.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



<u>Deposition Testimony</u>

636.    The deposition testimony of Patrick Runald supports that this element is met by the '633 Accused Products. ███████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████

637.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

638.    The deposition testimony of Gary Tomic supports that this element is met by the '633 Accused Products.

639.    The deposition testimony of Roger Harrison supports that this element is met by the '633 Accused Products.

640.    The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products.

<u>Testing</u>

333

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

641.    I observed this functionality during the testing of the products and confirmed that the products were a computer processor-based system for computer security.  In addition, sites that contained malicious content were visited and via communication with the CAS and MAA.  The CAS and MAA were then turned off and when the sites with malicious content were visited they were not analyzed.  Clearly the CAS with the MAA provides monitoring and protection from malicious mobile code.

### ii.    Element 8(b) of the '633 Patent

642.    Claim 8 recites the claim element, "an information monitor for receiving downloadable-information by a computer".  The '633 Accused Products meet this claim element.

## ProxySG, CAS and MAA

643.    ███████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
███████████████████████    ████

---

[25] https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

644.    The diagrams below show the dataflow from the ProxySG to the CAS to the MAA. BC0209238 describes the combination of the ProxySG, CAS and MAA as Blue Coat's Advanced Threat Protection.



Runald Exhibit 2 at BC0209238.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Runald Exhibit 5 at BC0205046.

**MAA**

645.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



"Demo: Next-Gen Malware Analysis and Sandboxing, with Security Analytics Platform" located at

https://d3edf586wdf2du.cloudfront.net/bluecoatvids/ma-sandboxing/ma-sandboxing.mp4

**ProxySG**

646.

647.    The diagrams below show the components and processing of the ProxySG products. BC0210308 shows the policy checkpoints for the input and output of the ProxySG Products.

337

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Ahlander Exhibit 3 at BC0210335.

Ahlander Exhibit 3 at BC0210308.

648.     Therefore, this claim element is met because the ProxySG Products, CAS and MAA act to include an information monitor for receiving downloadable-information.  Specifically, the ProxySG, CAS and MAA working as a system receive Downloadable-information, such as webpages that can be passed between them.  In addition, ProxySG and MAA by themselves each contain information monitors for receiving Downloadable-information because they each receive requested webpages.  This element is further met for the reasons stated above.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

**I.      Support for Element 8(b) of the '633 Patent**

Documents

649.     Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

650.     Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

651.     Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182657 describes how the MAA is a component of Blue Coat's Security and Policy Enforcement Center and is integrated with the Content Analysis System to block malware. BC0182659 includes additional information on the physical properties of the MAA and includes a processing diagram for the ProxySG Products monitoring content from the Internet to an internal network, the Content Analysis System coupled to the ProxySG Products and the Malware Analysis Appliance for transferring digital content received from the Internet for the internal network.

652.     Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA. For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and

339

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.  BC0209238 describes how the MAA performs dynamic and hybrid sandboxing on malicious files.

653.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162059-061 describes submitting samples, URLs and tasks settings to the MAA over the Internet.

654.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161929 describes how RAPI can be used for file submission for analysis.  BC0161931 describes the RAPI architecture and that communication is over HTTPS.  BC0161934-935 provides a list of RAPI methods.  BC0161937 describes submitting samples and URLs to the MAA using RAPI and includes a list of commands submitted, including source, resource_id, file, owner, label, target_name, description, extension and exec_arguments.  BC0161938 describes submitting tasks for samples using RAPI, including sample_id, storage_class, env, primary_resource_id, ivm_profile, exec_args, primary_resource_name, priority, tp_[task_property] and vmp_id.  BC0161948 describes how the Pub-Sub API allows for the notification of tasks and progress for tasks.  BC0161948 includes a diagram showing a client system communicating with the MAG2 (MAA) system and receiving updates on task progress. BC0161950 describes example use cases, including resubmitting digital content generated or downloadable while digital content was running (dropped files).

340

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

655.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 5 is product overview for the MAA and includes a description of the features of the MAA and how these features are important.  For example, BC0205036 describes why organization would buy MAA, including a multiprocessing platform.  BC0205039 describes how different analysis environments can be used to process digital content.  BC0205040 includes a description of how the MAA can use custom plugins, post-analysis resources and uniqueness indicators.

656.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

657.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

658.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

659.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

660.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

661.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204502 describes the malware analysis of the MAA as the analysis of code to determine the intent of the code and prevent and defend against the malware.  BC0204504 describes how the MAA uses advanced techniques to analyze suspicious files and URLs.  BC0204504 describes the analysis framework of the MAA, includes integrated analysis environments and secure programmatic access using APIs.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

662.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

663.    Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products.  ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

664.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

665.   Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

666.   Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3 the CAS integration with the ProxySG and MAA.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.  The document describes on page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The document at page 36-43 describes enabling secure ICAP connections between the CAS and the ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the ProxySG Products sending ICAP traffic to CAS.

667.   Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-10.pdf) supports that this element is met by the '633 Accused Products.  The document describes submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.

668.   Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

669.    BC0063804-19 supports that this element is met by the '633 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



670.    Exhibit 7 from the deposition of Mr. Tomic supports that this element is met by the '633 Accused Products.  Exhibit 7 is a document entitled "Malware Prevention with Blue Coat Proxies."  BC0005041-51 describes creating policy files for the ProxySG, including using CPL to remove active content from HTML pages, string rewriting, and preventing script injections.

671.    Exhibit 14 from the deposition of Mr. Tomic supports that this element is met by the '633 Accused Products.  Exhibit 14 is a document entitled "JavaScript detection improvements in active content transformation" and describes the ProxySG detecting three types of JavaScript active content and providing protection from malware.

672.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

673.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products.

674.    Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

675.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

676.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection

345

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

improves in active content transformation" and describes improvements in Blue Coat detection of JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes.  Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

677.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '633 Accused Products.  The video describes the architecture of the operating system on the ProxySG Products.  Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for security and caching, and also that customers do not add their own code to it.  Section 5 describes that the architecture components of the ProxySG Products includes software workers, policy checkpoints and storage.  Section 6 describes that administrator processes and worker processes handle the functions, and that common worker types include those to interact with sessions between clients and the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.  Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9 has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and client out.  Section 10 describes the storage subsystem on the ProxySG.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

# Architecture Components

- **Software workers**
  - Manage incoming and outgoing transactions
- **Policy checkpoints**
  - Match available information against installed policy
  - Decide whether to fulfill request and from where
- **Storage subsystem**
  - Object store, not a file system

# Administrators and Workers

- **Administrator processes and worker processes**
  - Requests are sent to administrator
  - Administrator handles if quick and non-blocking
  - Otherwise, hand off to worker processes
- **Common worker types**
  - Client workers—Sessions between clients and ProxySG
  - Server workers—Sessions between ProxySG and content servers
  - Retrieval workers—keep cache contents fresh
  - Specialized workers—Handle specific protocols

# HTTP Workers



Simplified diagram; many aspects are not shown and are proprietary

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

## Policy Checkpoint Flow



678.    The video titled "Intro to Content Filtering" available at

https://bto.bluecoat.com/trainings/intro-to-content-filtering/ supports that this element is met by the

'633 Accused Products.  The video describes how the ProxySG performs web filtering with the

WebFilter and WebPulse.  The Course Overview slide describes how a key concept of the ProxySG is

WebFilter working with WebPulse.  The Evolving Requirements of Content Filtering include that

increasing threats are web 2.0 with website injection on inbound traffic.

### Evolving Requirements of Content Filtering

348

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

<u>Deposition Testimony</u>

679.     The deposition transcript of Patrick Runald supports that this element is met by the '633 Accused Products. ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████

680.     The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products. ████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████

681.     The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products. ██████████████████████████████████████

██████████████████████████████████████████████████████

349

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

682.    The deposition testimony of Mr. Tomic supports that this element is met by the '633

Accused Products.

<u>Testing</u>

350

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

683.     I have tested the ProxySG, CAS and MAA and confirmed that they each received downloadable-information meeting this element of the claim

### iii.     Element 8(c) of the '633 Patent

684.     Claim 8 recites the claim element, "a content inspection engine communicatively coupled to the information monitor for determining, by the computer, whether the downloadable-information includes executable code".  The '633 Accused Products meet this claim element.

**ProxySG Products, CAS and MAA**

685.



686.

---

26 https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf

27 http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatatypeforfilesusersarerequesting

28 https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ██



Blue Coat Systems SGOS Administration Guide 6.5.x (12/2014) at 411.

687.   ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████ ██ █

██

**MAA**

688.   ████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████

_____

[29] https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-10.pdf

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

689. 

**ProxySG Products**

690.

691.

692.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

693.     Therefore, this claim element is met because the ProxySG Products, CAS and MAA include components to analyze and parse digital content to look for executable code.  Specifically, the ProxySG Products, CAS and MAA acting as a system contain a content inspection engine coupled to the information monitor for determining whether the downloadable information include executable code.  The CAS can receive content from the ProxySG Products and can pass the content to the MAA.

**I.     Support for Element 8(c) of the '633 Patent**

Documents

694.     Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

695.     Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

696.     Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182657 describes how the MAA is a component of Blue Coat's Security and Policy Enforcement Center and is integrated with the Content Analysis System to block malware. BC0182659 includes a processing diagram for the ProxySG Products monitoring content from the Internet to an internal network, the Content Analysis System coupled to the ProxySG Products and the Malware Analysis Appliance for transferring digital content received from the Internet for the internal network.

697.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA. For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.  BC0209238 describes how the MAA performs dynamic and hybrid sandboxing on malicious files.

698.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162059-061 describes submitting samples, URLs and tasks settings to the MAA over the Internet.  BC0162066-069 describes patterns for detecting malicious activity on the MAA and how to create new patterns on the MAA that detect risky behavior in submitted samples.  BC0162070 describes creating tasks for submitted samples or URLs, and includes defining the environment for how the samples will be analyzed.  BC0162072 describes Run Time Options for the tasks, including firewall options, event

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

collection and other options for the Virtual Machine.  BC0162073-074 describes debugging options for submitting tasks, including execution arguments, guest path, task logging and allows selecting the use of plugins.  BC0162075-076 describes options for emulation, including options for event collection and debugging options.  BC0162078 describes the tasks lifecycle, including what conditions allow for termination of the analysis.  BC0162078 also includes a description of the queue the digital content is placed in before processing and options for setting the program to handle the digital content in the Virtual Machine.  BC0162079-081 describes the result of the intercepting and monitoring the samples. BC0162082 describes the results of pattern matching.  BC0162093 describes setting up different profiles for the Virtual Machines, including the operating system, patch information and applications installed.  BC0162099-101 describes the network connection of the sample while running.

699.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161929 describes how RAPI can be used for file submission for analysis.  BC0161931 describes the RAPI architecture and that communication is over HTTPS.  BC0161934-935 provides a list of RAPI methods.  BC0161937 describes submitting samples and URLs to the MAA using RAPI and includes a list of parameters submitted, including source, resource_id, file, owner, label, target_name, description, extension and exec_arguments.  BC0161938 describes submitting tasks for samples using RAPI, including sample_id, storage_class, env, primary_resource_id, ivm_profile, exec_args, primary_resource_name, priority, tp_[task_property] and vmp_id.  BC0161948 describes how the Pub-Sub API allows for the notification of tasks and progress for tasks.  BC0161948 includes a diagram showing a client system communicating with the MAG2 (MAA) system and receiving updates on task progress. BC0161950

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

describes example use cases, including resubmitting digital content generated or downloadable while digital content was running (dropped files).

700.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.

701.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

702.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

703.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

704.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

705.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

706.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204502 describes the malware analysis of the MAA as the analysis of code to determine the intent of the code and prevent and defend against malware.  BC0204503 includes a description of the difference between dynamic analysis and status analysis.  BC0204504 describes how the MAA uses advanced techniques to analyze suspicious files and URLs.  BC0204504 describes the analysis framework of the MAA, includes integrated analysis environments and secure programmatic access using APIs.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

707.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

708.    Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products.  Exhibit 7 is a series of emails regarding developing a competitive lab to analyze Blue Coat's competitors.  BC0313259 describes Finjan being a competitor whose products were to be purchased and tested.  BC0313259 also includes specific references to the user interface for setting up the Finjan products.

709.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

710.    Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

711.    Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3-4 the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 21-22 how to define file type policies for

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and

configuring the CAS to work with the MAA.  The document describes on page 30 that a file type

section can be used to select executable files to be analyzed using MAA. The document describes on

page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The

document at page 36-43 describes enabling secure ICAP connections between the CAS and the

ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the

ProxySG Products sending ICAP traffic to CAS.

In addition to the manual file extensions lists, Content Analysis can, depending on the anti-virus vendor, apply specific rules, (**Ignore**, **Scan**, **Block**) to specific types of data. This feature is only available if your appliance is licensed to use either the Kaspersky or Sophos AV engine. Instead of simply examining the file extension associated with each file, the appliance examines the apparent data type to determine the correct type of file.

Apparent Data Types allow Content Analysis to identify data using the actual file signature and information in the HTTP header rather than by file extensions. For example, it can identify graphics (such as JPG and GIF files), documents, archives, executables, encodings, media, macros, and even recognizes all files within an archived or compound Microsoft file.

712.    Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-

10.pdf) supports that this element is met by the '633 Accused Products.  The document describes

submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  Page

14 describes how the MAA can find the precise file type, regardless of extension.  Page 21 describes

how the MAA can override stated extensions if the stated and actual file types do not match.  Page 32

describes the MAA determining the actual file type, regardless of extension.

713.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

down menus where file types can be identified based on the file extension, HTTP MIME Types and Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can set the files to scan based on file types, such as executable programs.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

714.    Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '633 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '633 Accused Products.

715.    Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products. BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types. BC0160146 describes the use of apparent data type based on user login address. BC0160147 describes apparent data type as an object. BC0160148 describes setting actions for apparent data types. BC0160148-149 describes content scanning policies for URLs and file types. BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type. BC0160174 describes adding apparent data type objects to policy rules. BC0160175 describes using the apparent data type for ICAP scanning. BC0160177-178 describes combining apparent data type with different source objects. BC0160193 describes combining different apparent data types with destinations. BC0160236-237 describes setting different actions based on the apparent data type. BC0160261 describes setting apparent data type actions for different actions. BC0160345-346 describes controlling filtering based on content types. BC0160349-350 describes policies for different file types. BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content. BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file. BC0160349 describes setting up a policy with rules for different extensions. BC0160350 describes setting up a rule with HTTP MIME types.

716.    BC0063804-19 supports that this element is met by the '633 Accused Products. For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.

717.    Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products. Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products. BC0005042-044 describes the ProxySG Products detecting hidden file

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

types and applying policy based on file types.  BC0005046 describes script strong rewriting and script injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

718.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

719.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection improves in active content transformation" and describes improvements in Blue Coat detection of JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes.  Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

720.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

721.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

722.    Solution Article titled "Apparent Data Types and the ProxySG" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG)

supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products use apparent data types to detect executables.

723.    Solution Article titled "How do I use the enhanced apparent data type controls in SGOS 6.5.1 and AVOS 3.5.1" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypeco ntrolsinSGOS651andAVOS351) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can use apparent data type to manage files based on their type beyond looking at the extension of the file, including executable binaries.  The document also describes the ProxySG Products leveraging this apparent data type detection.  The document shows a check box for using apparent data type objects with the ProxySG Products.

724.    Solution Article titled "How do I write policy to detect the apparent data type for files users are requesting" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatat ypeforfilesusersarerequesting) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products enforce policies based on the MIME type or extensions

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

of a file.  The document also describes how the ProxySG Products include a policy engine that examines the first several bytes of content to identify the apparent data type

725.    Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloadingofcertainfiletypes) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

726.    Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

727.    Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '633 Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

728.    Solution Article titled "What file types do the apparent data type of an object include?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobjectinclude) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

729.    Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whattypesoffilesandprotocolscanbescanned ontheProxyAV) supports that this element is met by the '633 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

730.    Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasper skySophos) supports that this element is met by the '633 Accused Products.  The document describes that the apparent data type can be detected

731.    Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManag edFilesbyFileTypesonAVOS) supports that this element is met by the '633 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

732.    FINJAN-BC011723-743 support that this element is met by the '633 Accused Products.  This document is a presentation titled "Advanced Threat Protection Solution" about Blue Coat's advanced threat protection solutions.  FINJAN-BC011726 describes the integration of the ProxySG Products with the WebPulse Service.  FINJAN-BC011727 describes the integration of the ProxySG Products with CAS and MAA.  FINJAN-BC011728 shows the flow of information in the integration of the ProxySG Products, CAS and MAA.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**





733.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '968

Patent.  The video describes the architecture of the operating system on the ProxySG Products.

Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for

security and caching, and also that customers do not add their own code to it.  Section 5 describes that

367

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

the architecture components of the ProxySG Products includes software workers, policy checkpoints and storage.  Section 6 describes that administrator processes and worker processes handle the functions, and that common worker types include those to interact with sessions between clients and the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.  Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9 has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and client out.  Section 10 describes the storage subsystem on the ProxySG.

## Architecture Components

- **Software workers**
  - Manage incoming and outgoing transactions
- **Policy checkpoints**
  - Match available information against installed policy
  - Decide whether to fulfill request and from where
- **Storage subsystem**
  - Object store, not a file system

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

## Administrators and Workers

- **Administrator processes and worker processes**
  - Requests are sent to administrator
  - Administrator handles if quick and non-blocking
  - Otherwise, hand off to worker processes
- **Common worker types**
  - Client workers—Sessions between clients and ProxySG
  - Server workers—Sessions between ProxySG and content servers
  - Retrieval workers—keep cache contents fresh
  - Specialized workers—Handle specific protocols

## HTTP Workers



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



Deposition Testimony

734.     The deposition transcript of Patrick Runald supports that this element is met by the '633 Accused Products. █████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

█████████████████████

370

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

735.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products. ████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

736.    The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products. ████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

737.     The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products.

738.     The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products.

Testing

739.     I have tested the ProxySG, CAS and MAA and confirmed that they each determine whether the downloadable includes executable code, meeting this element of the claim.  Additionally, during configuration of the lab, I directly observed and configured the ProxySG Products to integrate with the CAS and MAA for malicious content scanning services.

372

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

## II.      DOE for Element 8(c) of the '633 Patent

740.    In any case, the claim element of "determining whether the downloadable-information includes executable code" is met under the doctrine of equivalents.  ProxySG Products, CAS and MAA at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

741.    ProxySG Products, CAS and MAA performs substantially the same function because they make decision based on the type of content received.  For example, if content with code that can be malicious is received then this can be detected in order to facilitate the inclusion of mobile protection code.

742.    ProxySG Products, CAS and MAA perform the above function in substantially the same way because they make decision based on the type of content received.

---

[30] https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf
[31] https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

743.     ProxySG Products, CAS and MAA performs obtain substantially the same result with the above function because they determine the file type and can make decisions based on this detection.

iv.     **Element 8(d) of the '633 Patent**

744.     Claim 8 recites the claim element, "a protection agent engine communicatively coupled to the content inspection engine for causing mobile protection code ("MPC") to be communicated by the computer to at least one information-destination of the downloadable-information, if the

---

[32] https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf
[33] https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf
[34] https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf
[35] https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

downloadable-information is determined to include executable code."  The '633 Accused Products

meet this claim element.

**ProxySG Products, CAS and MAA**

745.

746.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

747. The diagram below shows the dataflow of a user request for a file going to the ProxySG Products, then to the CAS and the CAS sending executables to the MAA for monitoring.



**Content Analysis Scanning Workflow**

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

**Blue Coat Systems, Inc. Content Analysis System 1.2**

1. A user in the protected network requests a file from the Internet.
2. The Proxy compares the file against the Blue Coat Web Filtering database and the local WebPulse database. If the domain hosting the file has been categorized as a malware source, the file download is denied and the user is notified. If the domain is not recognized, the Proxy forwards it to for analysis.
3. compares the file details against the File Whitelist. If the file is in the Whitelist, scanning is suspended and the file is sent to the user. If no match is found, the file is compared against the virus scan cache. If not present, the file is forwarded to the enabled anti-virus scanners.
4. If the file contains malware, the the file is blocked and the user receives a deny page with a description of the virus or malware.
5. If the file is clean, but is of a suspicious type (executable or a type defined in the Sandboxing configuration), it is forwarded to a sandbox appliance, (if configured) for dynamic analysis.
6. The results of the Sandbox analysis are reported to the administrator. shared with Blue Coat WebPulse, and if the file is malicious, the Content Analysis administrator is notified via email.

Content Analysis System Guide Version 1.2 at Pages 3-4 (About Content Analysis).

748. The excerpt below describes the CAS provides a list of executable file types used to distribute malware and should be scanned.

**Set File Types to be Sandboxed**

The **File Types** section provides a list of executable file types known to be used to distribute malware. Select the file types you want to send to the sandboxing servers for analysis.

If you know of a file type that may contain malware that is not in this list, add that extension to the File Type Extensions box at the bottom of this section.

Content Analysis System Guide Version 1.2 at Pages 30.

749. The diagram below shows the internal data flow of the MAA and showing the submission to the client.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

1
2
3
4
5
6
7
8
9
10
11
12
13



Software Requirements Specification at BC0023397.

14
15          750.

16

17

18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Runald Exhibit 5 at BC0205046-047.

**MAA**

751.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

752.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

753. The diagrams below show the user interface for configuring the MAA and submitting tasks to process the digital content.

*Environment*

The **Environment** defines how the sample file or URL will be analyzed.  MAA provides two (2) powerful simulated task runtime environments to detect more malicious behavior than competing malware analysis solutions.  Tasks can be run in each environment and then compared to determine additional behaviors.

<u>Note</u>: Selecting an Environment is mandatory in order to run a task from the MAA Web UI.



Figure 31 – The Task Settings screen displaying the Environment for the new task with IntelliVM selected

Select an **Environment Type** from the dropdown box.

- **IntelliVM –** Virtualized Windows environment
- **SandBox –** Emulated PC environment

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

*Run Time Options (iVM)*

**Run Time Options** determine how the sample runs within the defined environment and which data, artifacts, and resources will be available for retrieval and analysis upon conclusion of the task run.



Figure 32 – The Task Settings screen displaying IntelliVM Run Time Options for the new task

*Debugging Options (iVM)*

**Debugging Options** allow for manipulation of the sample prior to or during the MAA analysis run.



Figure 33 – The Task Settings screen displaying IntelliVM Debugging Options for the new task

Runald Exhibit 3 at BC0162070-073.

754.  ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Runald Exhibit 5 at BC0205046-047.

## **ProxySG Products**

755.

383

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

756. ███████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████.

757.    The excerpt below shows that the ProxySG Products include JavaScript to inject into webpages to intercept malicious activities such as unwanted pop-up windows.

## About Pop Up Blocking

The ProxySG allows you to block pop up windows, which are usually in the form of unsolicited advertisements. Pop up windows are blocked by inserting Javascript code into each HTML Web page. Every time the Web page tries to open a new window, the code attempts to determine if the window is a result of user click. The window is allowed to open if the ProxySG determines a user clicked a button or link; otherwise, the window does not open.

Tomic Exhibit 5 at BC0160303.

758.    ██████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

I.     **Support for Element 8(d) of the '633 Patent**

<u>Documents</u>

759.    Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

760.    Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

761.    Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182657 describes how the MAA is a component of Blue Coat's Security and Policy Enforcement Center and is integrated with the Content Analysis System to block malware. BC0182657 further describes how the MAA uses dual-detection of a Sandbox and IntelliVM to detect malware.  BC0182657 further describes how the dual-detection approach intercepts behavior from the

385

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

digital content and monitors the behavior of the digital content.  BC0182659 includes a processing diagram for the ProxySG Products monitoring content from the Internet to an internal network, the Content Analysis System coupled to the ProxySG Products and the Malware Analysis Appliance for transferring digital content received from the Internet for the internal network.

762.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA. For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.  BC0209238 describes how the MAA performs dynamic and hybrid sandboxing on malicious files.

763.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162059-061 describes submitting samples, URLs and tasks settings to the MAA over the Internet.  BC0162066-069 describes patterns for detecting malicious activity on the MAA and how to create new patterns on the MAA that detect risky behavior in submitted samples.  BC0162070 describes creating tasks for submitted samples or URLs, and includes defining the environment for how the samples will be analyzed.  BC0162072 describes Run Time Options for the tasks, including firewall options, event collection and other options for the Virtual Machine.  BC0162073-074 describes debugging options for submitting tasks, including execution arguments, guest path, task logging and allows selecting the use of plugins.  BC0162075-076 describes options for emulation, including options for event collection

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

and debugging options.  BC0162078 describes the tasks lifecycle, including what conditions allow for termination of the analysis.  BC0162078 also includes a description of the queue the digital content is placed in before processing and options for setting the program to handle the digital content in the Virtual Machine.  BC0162079-081 describes the result of the intercepting and monitoring the samples.  BC0162082 describes the results of pattern matching.  BC0162093 describes setting up different profiles for the Virtual Machines, including the operating system, patch information and applications installed.  BC0162099-101 describes the network connection of the sample while running.

764.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161929 describes how RAPI can be used for file submission for analysis.  BC0161931 describes the RAPI architecture and that communication is over HTTPS.  BC0161934-935 provides a list of RAPI methods.  BC0161937 describes submitting samples and URLs to the MAA using RAPI and includes a list of commands submitted, including source, resource_id, file, owner, label, target_name, description, extension and exec_arguments.  BC0161938 describes submitting tasks for samples using RAPI, including sample_id, storage_class, env, primary_resource_id, ivm_profile, exec_args, primary_resource_name, priority, tp_[task_property] and vmp_id.  BC0161948 describes how the Pub-Sub API allows for the notification of tasks and progress for tasks.  BC0161948 includes a diagram showing a client system communicating with the MAG2 (MAA) system and receiving updates on task progress. BC0161950 describes example use cases, including resubmitting digital content generated or downloadable while digital content was running (dropped files).

765.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  ██████████████████████████████████████████

387

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

766.     Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

767.     Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

768.     Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

769.     Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

770.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

771.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204502 describes the malware analysis of the MAA as the analysis of code to determine the intent of the code and prevent and defend against malware.  BC0204503 includes a description of the difference between dynamic analysis and status analysis.  BC0204504 describes how the MAA uses advanced techniques to analyze suspicious files and URLs.  BC0204504 describes the analysis framework of the MAA, includes integrated analysis environments and secure programmatic access using APIs.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

772.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

773.    Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products.  ████████████████████████████████████████

██████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

774.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

775.    Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

776.    Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3-4 the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 21-22 how to define file type policies for the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.  The document describes on page 30 that a file type section can be used to select executable files to be analyzed using MAA. The document describes on page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The document at page 36-43 describes enabling secure ICAP connections between the CAS and the

390

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the

ProxySG Products sending ICAP traffic to CAS.

      777.    Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-

10.pdf) supports that this element is met by the '633 Accused Products.  The document describes

submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  The

document describes the process of submitting samples to MAA on pages 17-18. The document

describes selecting the environment type of the sample and iVM options on pages 19-22.  The options

are describes as firewall for internet connections, how events are collected, an execution time limit,

whether to override the file extension, and execution arguments.  Page 23 describes how different iVM

plugins can be used in the iVM.  Page 24 describes selecting sandbox options.  Pages 29-30 describe

the results of the sandboxing and page 31 shows the different events monitored and intercepted.

      778.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull

down menus where file types can be identified based on the file extension, HTTP MIME Types and

Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with

the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can

set the files to scan based on file types, such as executable programs.  Page 461-475 describes

configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

779.    Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '633 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Page 428 describes the use of the transform.data_type() and how active_Content and javascript transformers modify HTML file to either add active content or javascript.  Page 465-466 describes the transform action that can invoke an active_content or javascript transformer.  Page 470-471 describes making rules for active content such as Javascript and applets.  Page 476-477 describes the definition of JavaScript by the ProxySG Products, which allows JavaScript to be added to and HTML response. This allows JavaScript to be added at the beginning of the HTML page (prolog), the end of the HTML page (epilog), and executed when parsing is complete and the page is loaded (onload).  Page 487-488 describes the process of rewriting URLs that are embedded in tags within HTML, CSS, JavaScript, or

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

ASX and can also rewrite arbitrary JavaScript.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '633 Accused Products.

780.    Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products.  BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types.  BC0160146 describes the use of apparent data type based on user login address.  BC0160147 describes apparent data type as an object.  BC0160148 describes setting actions for apparent data types.  BC0160148-149 describes content scanning policies for URLs and file types.  BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type.  BC0160174 describes adding apparent data type objects to policy rules.  BC0160175 describes using the apparent data type for ICAP scanning.  BC0160177-178 describes combining apparent data type with different source objects.  BC0160193 describes combining different apparent data types with destinations.  BC0160236-237 describes setting different actions based on the apparent data type.  BC0160261 describes setting apparent data type actions for different actions.  BC0160345-346 describes controlling filtering based on content types.  BC0160349-350 describes policies for different file types.  BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content.  BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file.  BC0160349 describes setting up a policy with rules for different extensions.  BC0160350 describes setting up a rule with HTTP MIME types.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

781.    BC0063804-19 supports that this element is met by the '633 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.



782.    Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

783.    Exhibit 10 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 10 is a functional specification for Page Factory.  BC0161788 describes how it analyzes and transforms content before it is sent to the client.  BC0161789 describes how there are several parsers used and that it can perform script injection.

784.    Exhibit 14 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 14 is a Blue Coat webpage with the title "JavaScript detection improves in active content transformation" and describes improvements in Blue Coat detection of JavaScript in the ProxySG Products.  Page 1 describes that malicious scripts are encoded in web pages and ProxySG Products can be configured to detect JavaScript and applets.  Page 1 also describes that the ProxySG Products can detect script tags, JavaScript events and JavaScript with HTML attributes.  Page 2 describes how ProxySG Products will remove or replace more instances of JavaScript.

394

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

785.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.

786.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products.

787.    Solution Article titled "Apparent Data Types and the ProxySG" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products use apparent data types to detect executables.

788.    Solution Article titled "How do I use the enhanced apparent data type controls in SGOS 6.5.1 and AVOS 3.5.1" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypecontrolsinSGOS651andAVOS351) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can use apparent data type to manage files based on their type beyond looking at the extension of the file, including executable binaries.  The document

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

also describes the ProxySG Products leveraging this apparent data type detection.  The document shows a check box for using apparent data type objects with the ProxySG Products.

789.    Solution Article titled "How do I write policy to detect the apparent data type for files users are requesting" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatatypeforfilesusersarerequesting) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products enforce policies based on the MIME type or extensions of a file.  The document also describes how the ProxySG Products include a policy engine that examines the first several bytes of content to identify the apparent data type.

790.    Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloadingofcertainfiletypes) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

791.    Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

792.    Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '633

396

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

793.     Solution Article titled "What file types do the apparent data type of an object include?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobjectinclude) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

794.     Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhattypesoffilesandprotocolscanbescannedontheProxyAV) supports that this element is met by the '633 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

795.     Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasperskySophos) supports that this element is met by the '633 Accused Products.  The document describes that the apparent data type can be detected.

796.     Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManagedFilesbyFileTypesonAVOS) supports that this element is met by the '633 Accused Products.  The

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

797.    Software Requirements Specification at BC23390-408 supports that this element is met by the '633 Accused Products.  The document describe the design of the MAA.  For example, BC 0023397 shows an overview diagram of the MAA.

798.    MAA_4.1.1_Web_User_Guide.pdf showing the causing mobile protection code (task) to be communicated via RemoteAPI (RAPI), as follows:

**Scanning Files Submitted via the RAPI**

A task can be created and submitted via the MAA Remote API as follows:

    curl -X POST -d "sample_id=1234&env=ivm" http://maa_host/rapi/tasks

The task properties below are all set to 1 (enabled) by default, but can be set to 0 to disable that specific feature:

    tp_ANALYTICS.YARA.SCAN_SAMPLE

    tp_ANALYTICS.YARA.SCAN_DROPPED

    tp_ANALYTICS.YARA.SCAN_MEMDUMP

The  tp_IVM.GET_DROPPED_FILES  flag can be set to 1 to also have YARA scan any dropped files.

Example:

    curl -X POST -d "sample_id=1234&env=ivm" http://maa_host/rapi/tasks

    curl -X POST -d "sample_id=1234&env=ivm& tp_IVM.GET_DROPPED_FILES=1" http://maa_host/rapi/tasks

799.    Further showing that a task is an execution of a sample file or URL in a defined environment and that it consists of code for monitoring the file or webpage include the Environment is it to be run in as well as Run Time Options. When run, tasks are used to monitoring or intercepting malicious behaviors of the file or webpage.

398

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



*What is a Task?*

A task is an execution of a sample file or URL in a defined environment.

Note: MAA will attempt to process the task as soon as it is created.  If MAA is processing many tasks simultaneously, each new task will be queued for processing when machine resources become available.

*Task Settings*

Creating a task consists of selecting the desired **Environment**, **Run Time Options**, and **Debugging Options**.

**Task Settings** screen appears after submitting a file or URL.  See **Section 5 – Submit Samples**.

*Environment*

The **Environment** defines how the sample file or URL will be analyzed.  MAA provides two (2) powerful simulated task runtime environments to detect more malicious behavior than competing malware analysis solutions.  Tasks can be run in each environment and then compared to determine additional behaviors.

Note: Selecting an Environment is mandatory in order to run a task from the MAA Web UI.



Figure 31 – The Task Settings screen displaying the Environment for the new task with IntelliVM selected

Select an **Environment Type** from the dropdown box.

- **IntelliVM** – Virtualized Windows environment
- **SandBox** – Emulated PC environment

Select a **Virtual Machine Profile** from the profiles listed.

Note: Virtual Machine Profiles are not available when using SandBox.

© 2014 Blue Coat Systems                                23 of 70                                Updated: 19 May 2014

800.    Further examples of MPC include the Plugins communicated via Python scripts to monitor potentially malicious operations such as memory dumping hook detection and DLL injection when a file is executed in an IntelliVM environment:

399

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

## 7. Plugins

Plugins are a way to interact with an IntelliVM or sample during execution. Each sample can run exactly one plugin and are not available in the emulated SandBox environment. Plugins allows the IntelliVM to run, perform analysis upon the sample, and generate results based upon predefined criteria. Additional plugins can be found in the GitHub repository (github.com/bluecoat-norway/Malware-Analyzer-G2). Talk to your sales engineer about getting access.

With the MAA plugin capability, you can also achieve some of the benefits of forensic investigation and/or static analysis while taking advantage of the automated dynamic analysis simultaneously. MAA's plugins are Python scripts that can interact with the IntelliVMs. They can interact before, during, and after sample execution, and are limited only to what a particular analyst can program. Such features as memory dumping, hook detection, and DLL injection are already present as plugins; when run as part of a dynamic analysis, they provide the relevant information as resources available for download when the automated analysis finishes, typically after about sixty seconds.

### 7.1. Plugin Structure

Plugins are written in Python. Out of the box, any standard Python library can be used for processing. Additional libraries can be installed during the customization process using the standard Python method.

There are three callbacks in a plugin:

```
def guest_pre_exec():
        pass
def guest_exec():
        pass
def guest_post_exec():
        pass
```

guest_pre_exec()

This is called before the main guest_exec function. This callback could be used to initialize or set up the guest environment (e.g. proxy settings, debugger hooks, software configuration).

**Note**   The execution context is a service account rather than the Admin user; keep this in mind when setting HKCU/* keys and changing other settings.

guest_exec()

This is called after guest_pre_exec. This callback should first invoke the event listener START_MONITOR and then execute the target sample. The default technique is to use the built-in function SHELLEXECUTE. guest_exec must return quickly; therefore, the method used to execute the target sample must return immediately.

```
subprocess.call("calc.exe") # BAD, blocks until process exits
subprocess.Popen("calc.exe") # GOOD, process forks
SHELLEXECUTE("calc.exe") # GOOD, command is injected into explorer.exe
```

guest_post_exec()

This is called after either the timeout value has been reached, or all tainted processes have exited. If the timeout value

801.   https://www.bluecoat.com/products/malware-analysis-appliance and the video of MAA entitled "Demo: Next-Gen Malware Analysis and Sandboxing, with Security Analytics Platform" located at https://d3edf586wdf2du.cloudfront.net/bluecoatvids/ma-sandboxing/ma-sandboxing.mp4 show that MPC submission process can be automated such that unknown files including executable code will be automatically sandboxed via MAA:

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



802.   http://fr.security.westcon.com/documents/49968/Malware_Analysis_Appliance.pdf

Shows that MAA has scalable architecture that allows for hundreds of thousands MPC to be communicated to up to 55 destination environments, which precisely match their organizations' desktop environments.  This allows for the capture of more malicious behavior across a wider range of custom environments than other solutions that typically rely on a single methodology.

803.   "Blue Coat Malware Analysis Appliance v4.1.1 API User Guide:Remote API | Pub-Sub API" showing that  remote API (aka RAPI) is used to transmit MPC (e.g. Task: exec_args, env, tp_[task_property]) to customer's existing analysis environments for monitoring potentially malicious operations:

401

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

7.3.   *Create Task*

**Description:**
Create a new task

**Example:**
```
$ curl X POST d "sample_id=1234&env=ivm" https://<MAA_appliance_path>/rapi/tasks

$ curl X POST d "sample_id=1234&env=ivm&tp_IVM.TIMEOUT=30" https://<MAA_appliance_path>/rapi/tasks

$ curl X POST d "sample_id=1234&env=ivm&exec_args=c:\windows\wscript.exe {sample}"
https://<MAA_appliance_path>/rapi/tasks
```

**HTTP Return value**
JSON

**HTTP Parameters**
```
sample_id                sample_id (required)
storage_class            (optional)
env                      task environment [sbx|ivm] (required)
primary_resource_id      override default execution resource by id (optional)
ivm_profile              virtual machine profile short name, if ivm env is selected (optional)
exec_args                override default execution arguments (optional)
primary_resource_name    override default execution resource by name (optional)
priority                 task priority [high|medium|low] (optional)
tp_[task_property]       set multiple task properties (optional)
vmp_id                   virtual machine profile id, if ivm env is selected (optional)
```

**HTTP URI**
/tasks

804.   BC0023397 shows that the Malware Analysis Appliance deploys a task in the form of a

"Processing Agent" to Client Sandbox:



CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



805.    BC0023431: Showing potentially malicious operations monitored include "malware actions" regarding "Files, Registry, Processes, Named Objects, Network."

806.    The video titled "SGOS Architecture" available at https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '968 Patent.  The video describes the architecture of the operating system on the ProxySG Products. Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for security and caching, and also that customers do not add their own code to it.  Section 5 describes that

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

the architecture components of the ProxySG Products includes software workers, policy checkpoints

and storage.  Section 6 describes that administrator processes and worker processes handle the

functions, and that common worker types include those to interact with sessions between clients and

the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to

handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.

Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions

can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9

has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and

client out.  Section 10 describes the storage subsystem on the ProxySG.

## Architecture Components

- **Software workers**
  - Manage incoming and outgoing transactions
- **Policy checkpoints**
  - Match available information against installed policy
  - Decide whether to fulfill request and from where
- **Storage subsystem**
  - Object store, not a file system

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

## Administrators and Workers

- **Administrator processes and worker processes**
  - Requests are sent to administrator
  - Administrator handles if quick and non-blocking
  - Otherwise, hand off to worker processes
- **Common worker types**
  - Client workers—Sessions between clients and ProxySG
  - Server workers—Sessions between ProxySG and content servers
  - Retrieval workers—keep cache contents fresh
  - Specialized workers—Handle specific protocols

## HTTP Workers



405

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



807.   The video titled "Intro to CPL" available at https://bto.bluecoat.com/trainings/intro-to-cpl/ supports that this element is met by the '633 Accused Products.  The video provides an introduction into Content Policy Language.  The CPL Overview slide describes that CPL is rule-based and controls access to web resources and caching content.  The Policy File Types slide describes the processing order of the policy files.  The CPL Hierarchy slide describes the different rules, layers, conditions and triggers in CPL.

<u>Deposition Testimony</u>

808.   The deposition transcript of Patrick Runald supports that this element is met by the '633 Accused Products. ████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

809.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products.

810.    The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products.

408

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

811.    The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

812.     The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products.

Source Code

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



<u>Testing</u>

813.    The creation and running of code in virtual machines via the MAA was verified and validated during testing.

### II.    DOE for Element 8(d) of the '633 Patent

814.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '633 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

815.    In any case, the claim element of "mobile protection code" is met under the doctrine of equivalents.  ProxySG Products, CAS and MAA at the very least, performs substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

816.    ProxySG Products performs substantially the same function because ProxySG Products inject JavaScript into HTML received to protect the user from malicious content. ███████████
████████████████████████████████████████████████████████████

412

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

817.

818.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



### b) *Claim 10 of the '633 Patent*

819.    Claim 10 recites the claim element, "The system of claim 9, wherein the information re-communicator is a network server."

820.    The ProxySG Products, CAS and MAA are network servers.  See Ahlander at 50:19-51:12; Ahlander Exhibit 16 at BC0182640

821.    The diagram below shows the ProxySG Products, CAS and MAA as network servers.



Whitchurch Exhibit 14 at 2.

822.    Claim 10 includes the claim element of claim 9, "The system of claim 8, wherein the information monitor intercepts received information received by an information re-communicator" because claim 10 depends from claim 9.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

823.    The ProxySG Products, CAS and MAA intercept information that is received because digital content is received and passed on to other components if certain criterion is met.

824.    The diagram below depicts the ProxySG Products re-communicating content downloaded from the Internet.



Whitchurch Exhibit 14 at 2.

825.    Therefore, this claim element is met because the ProxySG Products, CAS and MAA are network servers, and for the reasons stated above.

**I.      Support for Element 10 of the '633 Patent**

Documents

826.    Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

827.    Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

415

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

828.    Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products.  Exhibit 7 is a series of emails regarding developing a competitive lab to analyze Blue Coat's competitors.  BC0313259 describes Finjan being a competitor whose products were to be purchased and tested.  BC0313259 also includes specific references to the user interface for setting up the Finjan products.

829.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

830.    Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

831.    Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3-4 the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 21-22 how to define file type policies for the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.  The document describes on page 30 that a file type section can be used to select executable files to be analyzed using MAA. The document describes on

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The document at page 36-43 describes enabling secure ICAP connections between the CAS and the ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the ProxySG Products sending ICAP traffic to CAS.

832.    Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-10.pdf) supports that this element is met by the '633 Accused Products.  The document describes submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  The document describes the process of submitting samples to MAA on pages 17-18. The document describes selecting the environment type of the sample and iVM options on pages 19-22.  The options are describes as firewall for internet connections, how events are collected, an execution time limit, whether to override the file extension, and execution arguments.  Page 23 describes how different iVM plugins can be used in the iVM.  Page 24 describes selecting sandbox options.  Pages 29-30 describe the results of the sandboxing and page 31 shows the different events monitored and intercepted.

833.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

834.     BC0063804-19 supports that this element is met by the '633 Accused Products.  For example, as shown below, the document notes that the ProxySG analyzes and blocks links to malware itself, including by protecting from injected scripts.

835.     Exhibit 7 from the deposition of Mr. Tomic supports that this element is met by the '633 Accused Products.  Exhibit 7 is a document entitled "Malware Prevention with Blue Coat Proxies."  BC0005041-51 describes creating policy files for the ProxySG, including using CPL to remove active content from HTML pages, string rewriting, and preventing script injections.

836.     Exhibit 14 from the deposition of Mr. Tomic supports that this element is met by the '633 Accused Products.  Exhibit 14 is a document entitled "JavaScript detection improvements in active content transformation" and describes the ProxySG detecting three types of JavaScript active content and providing protection from malware.

837.     Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.

418

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

838.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products. ██████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

839.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '968

Patent.  The video describes the architecture of the operating system on the ProxySG Products.

Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for

security and caching, and also that customers do not add their own code to it.  Section 5 describes that

the architecture components of the ProxySG Products includes software workers, policy checkpoints

and storage.  Section 6 describes that administrator processes and worker processes handle the

functions, and that common worker types include those to interact with sessions between clients and

the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to

handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.

Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions

can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9

has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and

client out.  Section 10 describes the storage subsystem on the ProxySG.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



840.    The video titled "Intro to Content Filtering" available at

https://bto.bluecoat.com/trainings/intro-to-content-filtering/ supports that this element is met by the

'968 Patent.  The video describes how the ProxySG performs web filtering with the WebFilter and

WebPulse.  The Course Overview slide describes how a key concept of the ProxySG is WebFilter

working with WebPulse.  The Evolving Requirements of Content Filtering include that increasing

threats are web 2.0 with website injection on inbound traffic.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Deposition Testimony

841.    The deposition testimony of Patrick Runald supports that this element is met by the '633 Accused Products.

842.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

843.    The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products.

844.    The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products.

845.    The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

<u>Testing</u>

846.    I observed this functionality during the testing of the products.   During configuration of the lab, I directly observed the products operating as network servers

### c)  *Claim 14 of the '633 Patent*

#### i.    **Element 14(a) of the '633 Patent**

847.    Claim 14 recites the claims element, "A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising."  The '633 Accused Products meet this claim element.

848.    The ProxySG Products, CAS and MAA are hardware and software products that running on computers utilizing processors.  See Tomic Tr. 16:12-17:8, 18:18-19:13; Runald Tr. 10:17-12:5; Ahlander Tr. 96:21-97:5; Tomic Exhibit 3 at BC0182646; Runald Exhibit 1 at BC0182658; Ahlander Exhibit 16 at BC0182641.  The ProxySG Products are "Secure Web Gateways" that enforce security policy at the gateway using the CAS and MAA.  See Ahlander Tr. 50:19-51:12; Ahlander Exhibit 16 at BC0182640.   The ProxySG, CAS and MAA detect and block malicious content.  See Ahlander at 50:19-51:12; Ahlander Exhibit 16 at BC0182640.



Whitchurch Exhibit 14 at 2.

423

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

849.    Therefore, this claim element is met because the ProxySG Products, CAS and MAA by themselves and together are computers with computer programs that include software that are adopted to be executed to provide computer security, and for the reasons stated above.

### I.    Support for Element 14(a) of the '633 Patent
<u>Documents</u>

850.    Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

851.    Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

852.    Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182658 describes how the MAA are appliances capable of processing digital content samples.  BC0182659 includes additional information on the physical properties of the MAA and includes a processing diagram for the ProxySG Products, Content Analysis System and Malware Analysis Appliance.

853.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.

854.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162052 describes that the MAA includes the necessary hardware, software, and connectivity to analyze malware.

855.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161928 describes how the Remote Application Programming Interface (RAPI) and Publish-Subscribe Programming Interface are used.  BC0161928 also describes that the MAA includes the necessary hardware, software, and connectivity to analyze malware.

856.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 5 is product overview for the MAA and includes a description of the features of the MAA and how these features are important.  For example, BC0205036 describes why organization would buy MAA, including a multiprocessing platform.  BC0205039 describes how different analysis environments can be used to process digital content.  BC0205040 includes a description of how the MAA can use custom plugins, post-analysis resources and uniqueness indicators.  BC0205044 describes the emulator in the MAA and BC0205045 the Virtual Machines.  BC0205046 details submitting files and URLS for processing.

425

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

857.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

858.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

859.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

860.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

861.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

862.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

863.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

864.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

865.    Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

866.    Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3-4 the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 21-22 how to define file type policies for the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.  The document describes on page 30 that a file type section can be used to select executable files to be analyzed using MAA. The document describes on page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The document at page 36-43 describes enabling secure ICAP connections between the CAS and the

427

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the

ProxySG Products sending ICAP traffic to CAS.

867.    Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-

10.pdf) supports that this element is met by the '633 Accused Products.  The document describes

submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  The

document describes the process of submitting samples to MAA on pages 17-18. The document

describes selecting the environment type of the sample and iVM options on pages 19-22.  The options

are describes as firewall for internet connections, how events are collected, an execution time limit,

whether to override the file extension, and execution arguments.  Page 23 describes how different iVM

plugins can be used in the iVM.  Page 24 describes selecting sandbox options.  Pages 29-30 describe

the results of the sandboxing and page 31 shows the different events monitored and intercepted.

868.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 447-60 describes

how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning

services.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for

content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations

and also support that this element is met by the '633 Accused Products.

869.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the

'633 Accused Products.  ████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

870.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

871.    The video titled "Introduction to the CAS S400" available at

https://bto.bluecoat.com/user/login?destination=trainings/cas-s400/presentation.html supports that this element is met by the '633 Patent.  The video describes how to setup and run a CAS S400 appliance.



Deposition Testimony

429

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

872.    The deposition testimony of Patrick Runald supports that this element is met by the '633 Accused Products. █████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████

873.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products. ████████████████████████████

████████████████████████████

█████████████████████████████████

█████████████████████████████████

██████████████████████████████

█████████████████████████████████

██████████████████████████████

██

874.    The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products. █████████████████████████

███████████████████████████████

█████████████████████████████████

█████████████████████████████████

████████████████████████████

█████████

875.    The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products. ████████████████████████

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

<u>Testing</u>

876.   I verified during testing that the ProxySG, CAS and MAA were computers that contains software to be executed for computer security.

**ii.   Element 14(b) of the '633 Patent**

877.   Claim 14 recites the claims element, "providing a system, wherein the system comprises distinct software modules, and wherein the distinct software modules comprise an information re-communicator and a mobile code executor."  The '633 Accused Products meet this claim element.

**<u>ProxySG Products, CAS and MAA</u>**

878.   The ProxySG Products, CAS and MAA are hardware and software products with distinct software modules.  See Tomic Tr. 16:12-17:8, 18:18-19:13; Runald Tr. 10:17-12:5; Ahlander Tr. 96:21-97:5; Tomic Exhibit 3 at BC0182646; Runald Exhibit 1 at BC0182658; Ahlander Exhibit 16 at BC0182641.  The ProxySG Products are "Secure Web Gateways" that enforce security policy at the gateway using the CAS and MAA.  See Ahlander Tr. 50:19-51:12; Ahlander Exhibit 16 at BC0182640.   The ProxySG, CAS and MAA detect and block malicious content.  See Ahlander Tr. 50:19-51:12; Ahlander Exhibit 16 at BC0182640.  The MAA includes a mobile code executor for processing downloaded executables in a sandboxed environment.  See Ahlander Tr. 60:13-61:4, 61:25-7; Runald Tr. 45:21-47:3, 119:20-119:23, 130:9-131:22, 132:5-137:7, 188:15-191:6; Runald Exhibit 1 at BC0182657; Runald Exhibit 4 at BC0161937-938.

879.   The diagram below shows the components of the ProxySG Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Ahlander Exhibit 3 at BC0210335.

880.    The diagram below shows the component as appliances with software running on them.



Blue Coat Content Analysis System bridges the gap between prevention and incident containment.

Whitchurch Exhibit 14 at 2.

**MAA**

881.    ██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

882.    The diagram shows the MAA re-communicating the results to the WebPulse Service.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



"Demo: Next-Gen Malware Analysis and Sandboxing, with Security Analytics Platform" located at

https://d3edf586wdf2du.cloudfront.net/bluecoatvids/ma-sandboxing/ma-sandboxing.mp4

883.     Therefore, this claim element is met because the ProxySG Products, CAS and MAA as a system have distinct software modules which operate as a recommunicator and mobile code executor.  Specifically, the ProxySG, CAS and MAA acts as recommunicators and the MAA includes a mobile code executor for running mobile protection code sent by CAS, and a mobile code executor for running the virtual environments.  The MAA by itself also contains a recommunicator and mobile code executor because it could relay information and execute samples in virtual environments.  This element is also met for the reasons stated above.

### I.     Support for Element 14(b) of the '633 Patent

Documents

884.     Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example,

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

885.    Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

886.    Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182657 describes how the MAA is a component of Blue Coat's Security and Policy Enforcement Center and is integrated with the Content Analysis System to block malware.  BC0182657 further describes how the MAA uses dual-detection of a Sandbox and IntelliVM to detect malware.  BC0182657 further describes how the dual-detection approach intercepts behavior from the digital content and monitors the behavior of the digital content.  BC0182659 includes a processing diagram for the ProxySG Products monitoring content from the Internet to an internal network, the Content Analysis System coupled to the ProxySG Products and the Malware Analysis Appliance for transferring digital content received from the Internet for the internal network.

887.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA.  For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis

434

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Systems which feeds digital content to the Malware Analysis Appliance.  BC0209238 describes how the MAA performs dynamic and hybrid sandboxing on malicious files.

888.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162059-061 describes submitting samples, URLs and tasks settings to the MAA over the Internet.  BC0162066-069 describes patterns for detecting malicious activity on the MAA and how to create new patterns on the MAA that detect risky behavior in submitted samples.  BC0162070 describes creating tasks for submitted samples or URLs, and includes defining the environment for how the samples will be analyzed.  BC0162072 describes Run Time Options for the tasks, including firewall options, event collection and other options for the Virtual Machine.  BC0162073-074 describes debugging options for submitting tasks, including execution arguments, guest path, task logging and allows selecting the use of plugins.  BC0162075-076 describes options for emulation, including options for event collection and debugging options.  BC0162078 describes the tasks lifecycle, including what conditions allow for termination of the analysis.  BC0162078 also includes a description of the queue the digital content is placed in before processing and options for setting the program to handle the digital content in the Virtual Machine.  BC0162079-081 describes the result of the intercepting and monitoring the samples.  BC0162082 describes the results of pattern matching.  BC0162093 describes setting up different profiles for the Virtual Machines, including the operating system, patch information and applications installed.  BC0162099-101 describes the network connection of the sample while running.

889.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161929 describes how RAPI

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

can be used for file submission for analysis.  BC0161931 describes the RAPI architecture and that communication is over HTTPS.  BC0161934-935 provides a list of RAPI methods.  BC0161937 describes submitting samples and URLs to the MAA using RAPI and includes a list of parameters submitted, including source, resource_id, file, owner, label, target_name, description, extension and exec_arguments.  BC0161938 describes submitting tasks for samples using RAPI, including sample_id, storage_class, env, primary_resource_id, ivm_profile, exec_args, primary_resource_name, priority, tp_[task_property] and vmp_id.  BC0161948 describes how the Pub-Sub API allows for the notification of tasks and progress for tasks.  BC0161948 includes a diagram showing a client system communicating with the MAG2 (MAA) system and receiving updates on task progress. BC0161950 describes example use cases, including resubmitting digital content generated or downloadable while digital content was running (dropped files).

890.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 5 is product overview for the MAA and includes a description of the features of the MAA and how these features are important.  For example, BC0205036 describes why organization would buy MAA, including a multiprocessing platform.  BC0205037 describes how MAA uses dynamic analysis that runs a program and monitors its behavior when it runs.  BC0205039 describes how different analysis environments can be used to process digital content.  BC0205040 includes a description of how the MAA can use custom plugins, post-analysis resources and uniqueness indicators.  BC0205044 describes the emulator in the MAA and BC0205045 the Virtual Machines.  BC0205046 details submitting files and URLS for processing.  BC0205047 describes how the Virtual Machine uses KERNEL scout to monitor and intercept operations.  BC0205062 describes how plugins interact with the digital content running on the Virtual Machine before, during and after

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

execution.  BC0205063-065 describes how Virtual Machine profiles can be customized.  BC0205070 includes a chart showing the capabilities of the MAA.

891.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

892.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

893.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

894.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

895.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

896.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204502 describes the malware analysis of the MAA as the analysis of code to determine the intent of the code

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

and prevent and defend against malware.  BC0204503 includes a description of the difference between dynamic analysis and status analysis.  BC0204504 describes how the MAA uses advanced techniques to analyze suspicious files and URLs.  BC0204504 describes the analysis framework of the MAA, includes integrated analysis environments and secure programmatic access using APIs.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

897.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

898.    Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products.  ████████████████████████████████████████████████████ ██████████████████████████████████████████████████ █████████████████████████████████████████████████████████ ███████████████████

899.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

900.    Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

901.     Content Analysis System Guide version 1.2 (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf)

supports that this element is met by the '633 Accused Products.  The document describes on page 3-4

the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan

suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the

ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the

CAS through a gateway.  The document describes on page 21-22 how to define file type policies for

the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and

configuring the CAS to work with the MAA.  The document describes on page 30 that a file type

section can be used to select executable files to be analyzed using MAA. The document describes on

page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The

document at page 36-43 describes enabling secure ICAP connections between the CAS and the

ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the

ProxySG Products sending ICAP traffic to CAS.

902.     Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-

10.pdf) supports that this element is met by the '633 Accused Products.  The document describes

submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  The

document describes the process of submitting samples to MAA on pages 17-18. The document

describes selecting the environment type of the sample and iVM options on pages 19-22.  The options

are describes as firewall for internet connections, how events are collected, an execution time limit,

whether to override the file extension, and execution arguments.  Page 23 describes how different iVM

439

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

plugins can be used in the iVM.  Page 24 describes selecting sandbox options.  Pages 29-30 describe the results of the sandboxing and page 31 shows the different events monitored and intercepted.

903.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

904.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

905.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products.  ████████████████████████████████
████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

906.    The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '968

Patent.  The video describes the architecture of the operating system on the ProxySG Products.

Section 4 describes an overview of the SGOS, including that the ProxySG Products are tailored for

security and caching, and also that customers do not add their own code to it.  Section 5 describes that

the architecture components of the ProxySG Products includes software workers, policy checkpoints

and storage.  Section 6 describes that administrator processes and worker processes handle the

functions, and that common worker types include those to interact with sessions between clients and

the ProxySG, the ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to

handle specific protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.

Section 8 describes the different policy checkpoints, and that triggers evaluate before policy actions

can be taken, with the key checkpoints being client in, server out, server in, and client out.  Section 9

has a diagram showing the policy checkpoint flow, including the client in, server our, server in, and

client out.  Section 10 describes the storage subsystem on the ProxySG.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE



907.    The video titled "Intro to Content Filtering" available at

https://bto.bluecoat.com/trainings/intro-to-content-filtering/ supports that this element is met by the

'968 Patent.  The video describes how the ProxySG performs web filtering with the WebFilter and

WebPulse.  The Course Overview slide describes how a key concept of the ProxySG is WebFilter

working with WebPulse.  The Evolving Requirements of Content Filtering include that increasing

threats are web 2.0 with website injection on inbound traffic.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Deposition Testimony

908.    The deposition transcript of Patrick Runald supports that this element is met by the '633

Accused Products. ████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

909.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products.

910.    The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products.

445

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

911.    The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products.

912.    The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products.

<u>Testing</u>

913.    I confirmed during testing that the ProxySG, CAS and MAA each operated as recommincators as they were able to receive and send data from the Internet and to each other.  I also

446

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

confirmed that the MAA contained a mobile code executor as it would execute mobile protection code from CAS, or within itself in running Internet content.

### iii. Element 14(c) of the '633 Patent

914. Claim 14 recites the claims element, "receiving, at the information re-communicator, downloadable-information including executable code."  The '633 Accused Products meet this claim element.

**ProxySG Products, CAS and MAA**

915. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████ ██ ████

916. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

---

[36] https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Blue Coat Systems SGOS Administration Guide 6.5.x (12/2014) at 411.

917.    The diagram below shows the dataflow of a user request for a file going to the ProxySG Products, then to the CAS and the CAS sending executables to the MAA for monitoring.



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

**Blue Coat Systems, Inc. Content Analysis System 1.2**

1. A user in the protected network requests a file from the Internet.
2. The Proxy compares the file against the Blue Coat Web Filtering database and the local WebPulse database. If the domain hosting the file has been categorized as a malware source, the file download is denied and the user is notified. If the domain is not recognized, the Proxy forwards it to for analysis.
3. compares the file details against the File Whitelist. If the file is in the Whitelist, scanning is suspended and the file is sent to the user. If no match is found, the file is compared against the virus scan cache. If not present, the file is forwarded to the enabled anti-virus scanners.
4. If the file contains malware, the the file is blocked and the user receives a deny page with a description of the virus or malware.
5. If the file is clean, but is of a suspicious type (executable or a type defined in the Sandboxing configuration), it is forwarded to a sandbox appliance, (if configured) for dynamic analysis.
6. The results of the Sandbox analysis are reported to the administrator. shared with Blue Coat WebPulse, and if the file is malicious, the Content Analysis administrator is notified via email.

Content Analysis System Guide Version 1.2 at Pages 3-4 (About Content Analysis).

918. The excerpt below describes the CAS provides a list of executable file types used to distribute malware and should be scanned.

**Set File Types to be Sandboxed**

The **File Types** section provides a list of executable file types known to be used to distribute malware. Select the file types you want to send to the sandboxing servers for analysis.

If you know of a file type that may contain malware that is not in this list, add that extension to the File Type Extensions box at the bottom of this section.

Content Analysis System Guide Version 1.2 at Pages 30.

919. ████████████████████████████████

████████████████████████████████████████

██████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Runald Exhibit 5 at BC0205046-047.

**MAA**

920.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

921.     Therefore, this claim element is met because the ProxySG Products, CAS and MAA as a system to receive downloadable-information including executable code.  Specifically, the ProxySG can receive web content, and pass the web content to CAS which can pass the content to MAA.  This content can contain a variety of type of executable code.  The MAA, by itself, can also receive downloadable-information which includes executable code.  This element is also met for the reasons stated above.

### I.     Support for Element 14(c) of the '633 Patent

<u>Documents</u>

922.     Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

923.     Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

924.     Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182657 describes how the MAA is a component of Blue Coat's Security and Policy Enforcement Center and is integrated with the Content Analysis System to block malware.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

BC0182659 includes additional information on the physical properties of the MAA and includes a processing diagram for the ProxySG Products monitoring content from the Internet to an internal network, the Content Analysis System coupled to the ProxySG Products and the Malware Analysis Appliance for transferring digital content received from the Internet for the internal network.

925.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA.  For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.  BC0209238 describes how the MAA performs dynamic and hybrid sandboxing on malicious files.

926.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162059-061 describes submitting samples, URLs and tasks settings to the MAA over the Internet.

927.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161929 describes how RAPI can be used for file submission for analysis.  BC0161931 describes the RAPI architecture and that communication is over HTTPS.  BC0161934-935 provides a list of RAPI methods.  BC0161937 describes submitting samples and URLs to the MAA using RAPI and includes a list of parameters submitted, including source, resource_id, file, owner, label, target_name, description, extension and

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

exec_arguments.  BC0161938 describes submitting tasks for samples using RAPI, including sample_id, storage_class, env, primary_resource_id, ivm_profile, exec_args, primary_resource_name, priority, tp_[task_property] and vmp_id.  BC0161948 describes how the Pub-Sub API allows for the notification of tasks and progress for tasks.  BC0161948 includes a diagram showing a client system communicating with the MAG2 (MAA) system and receiving updates on task progress. BC0161950 describes example use cases, including resubmitting digital content generated or downloadable while digital content was running (dropped files).

928.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 5 is product overview for the MAA and includes a description of the features of the MAA and how these features are important.  For example, BC0205036 describes why organization would buy MAA, including a multiprocessing platform.  BC0205039 describes how different analysis environments can be used to process digital content.  BC0205040 includes a description of how the MAA can use custom plugins, post-analysis resources and uniqueness indicators.

929.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

930.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

931.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

932.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

933.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

934.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204502 describes the malware analysis of the MAA as the analysis of code to determine the intent of the code and prevent and defend against the malware.  BC0204504 describes how the MAA uses advanced techniques to analyze suspicious files and URLs.  BC0204504 describes the analysis framework of the MAA, includes integrated analysis environments and secure programmatic access using APIs.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

935.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

936.     Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products.  Exhibit 7 is a series of emails regarding developing a competitive lab to analyze Blue Coat's competitors.  BC0313259 describes Finjan being a competitor whose products were to be purchased and tested.  BC0313259 also includes specific references to the user interface for setting up the Finjan products.

937.     Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

938.     Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

939.     Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3-4 the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 21-22 how to define file type policies for the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.  The document describes on page 30 that a file type section can be used to select executable files to be analyzed using MAA. The document describes on

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The

document at page 36-43 describes enabling secure ICAP connections between the CAS and the

ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the

ProxySG Products sending ICAP traffic to CAS.

In addition to the manual file extensions lists, Content Analysis can, depending on the anti-virus vendor, apply specific rules, (**Ignore**, **Scan**, **Block**) to specific types of data. This feature is only available if your appliance is licensed to use either the Kaspersky or Sophos AV engine. Instead of simply examining the file extension associated with each file, the appliance examines the apparent data type to determine the correct type of file.

Apparent Data Types allow Content Analysis to identify data using the actual file signature and information in the HTTP header rather than by file extensions. For example, it can identify graphics (such as JPG and GIF files), documents, archives, executables, encodings, media, macros, and even recognizes all files within an archived or compound Microsoft file.

940.    Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-
10.pdf) supports that this element is met by the '633 Accused Products.  The document describes

submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  Page

14 describes how the MAA can find the precise file type, regardless of extension.  Page 21 describes

how the MAA can override stated extensions if the stated and actual file types do not match.  Page 32

describes the MAA determining the actual file type, regardless of extension.

941.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at

https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this

element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic

the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.

Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull

down menus where file types can be identified based on the file extension, HTTP MIME Types and

Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with

the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

set the files to scan based on file types, such as executable programs.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

942.    Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '633 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '633 Accused Products.

943.    Exhibit 5 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 5 is a manual titled "Blue Coat Systems ProxySG Appliance Visual Policy Manager Reference and Advanced Policy Tasks" and describes the operation of the ProxySG Products.  BC0160145-148 describes the use of Web Access Policy Layer rules that regulate who and what can access specific Web content, including particular file types.  BC0160146 describes the use of

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

apparent data type based on user login address.  BC0160147 describes apparent data type as an object.  BC0160148 describes setting actions for apparent data types.  BC0160148-149 describes content scanning policies for URLs and file types.  BC0160150-151 describes using policy layer and rule objects for a group and an apparent data type.  BC0160174 describes adding apparent data type objects to policy rules.  BC0160175 describes using the apparent data type for ICAP scanning.  BC0160177-178 describes combining apparent data type with different source objects.  BC0160193 describes combining different apparent data types with destinations.  BC0160236-237 describes setting different actions based on the apparent data type.  BC0160261 describes setting apparent data type actions for different actions.  BC0160345-346 describes controlling filtering based on content types.  BC0160349-350 describes policies for different file types.  BC0160347-352 describes setting up policy based on the extension of the content or the MIME type of the content.  BC0160347 describes setting up a policy based on rules for the extension of the file or the HTTP MIME type of the file.  BC0160349 describes setting up a policy with rules for different extensions.  BC0160350 describes setting up a rule with HTTP MIME types.

944.    Exhibit 7 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  Exhibit 7 is a technical brief from Blue Coat related to malware prevention using the ProxySG Products.  BC0005042-044 describes the ProxySG Products detecting hidden file types and applying policy based on file types.  BC0005046 describes script strong rewriting and script injection.  BC0005047 describes injecting JavaScript into a HTML so that functions can be written to override later functions.

945.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.  ███████████████████████████████████████

████████████████████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

946.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products.  Exhibit 16 is a document titled "Finjan Attack Pack" and compares Blue Coat's ProxySG Products to Finjan's products.  BC0191697-698 describes Finjan's hardware based sandboxing.  BC0191700 describes the flow of information to the ProxySG Products from a client to an ICAP appliance.  BC0191703 compares Blue Coat to Finjan's real-time code analysis technology.

947.    Solution Article titled "Apparent Data Types and the ProxySG" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products use apparent data types to detect executables.

948.    Solution Article titled "How do I use the enhanced apparent data type controls in SGOS 6.5.1 and AVOS 3.5.1" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypecontrolsinSGOS651andAVOS351) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can use apparent data type to manage files based on their type beyond looking at the extension of the file, including executable binaries.  The document also describes the ProxySG Products leveraging this apparent data type detection.  The document shows a check box for using apparent data type objects with the ProxySG Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

949.    Solution Article titled "How do I write policy to detect the apparent data type for files users are requesting" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatatypeforfilesusersarerequesting) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products enforce policies based on the MIME type or extensions of a file.  The document also describes how the ProxySG Products include a policy engine that examines the first several bytes of content to identify the apparent data type.

950.    Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloadingofcertainfiletypes) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

951.    Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

952.    Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '633 Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

CASE NO. 13-cv-03999-BLF

953.    Solution Article titled "What file types do the apparent data type of an object include?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobjectinclude) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

954.    Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhattypesoffilesandprotocolscanbescannedontheProxyAV) supports that this element is met by the '633 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

955.    Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasperskySophos) supports that this element is met by the '633 Accused Products.  The document describes that the apparent data type can be detected.

956.    Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManagedFilesbyFileTypesonAVOS) supports that this element is met by the '633 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

957.     FINJAN-BC011723-743 support that this element is met by the '633 Accused Products. This document is a presentation titled "Advanced Threat Protection Solution" about Blue Coat's advanced threat protection solutions.  FINJAN-BC011726 describes the integration of the ProxySG Products with the WebPulse Service.  FINJAN-BC011727 describes the integration of the ProxySG Products with CAS and MAA.  FINJAN-BC011728 shows the flow of information in the integration of the ProxySG Products, CAS and MAA.



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



958.     The video titled "SGOS Architecture" available at

https://bto.bluecoat.com/trainings/sgos-architecture/ supports that this element is met by the '968

Patent.  The video describes the architecture of the operating system on the ProxySG Products.

Section 6 describes that administrator processes and worker processes handle the functions, and that

common worker types include those to interact with sessions between clients and the ProxySG, the

ProxySG and OCS, retrieval workers to keep cache fresh, and specialized workers to handle specific

protocols.  Section 7 describes the steps in using HTTP workers by the ProxySG.  Section 8 describes

the different policy checkpoints, and that triggers evaluate before policy actions can be taken, with the

key checkpoints being client in, server out, server in, and client out.  Section 9 has a diagram showing

the policy checkpoint flow, including the client in, server our, server in, and client out.  Section 10

describes the storage subsystem on the ProxySG.

463

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



959.    The video titled "Intro to Content Filtering" available at

https://bto.bluecoat.com/trainings/intro-to-content-filtering/ supports that this element is met by the

'968 Patent.  The video describes how the ProxySG performs web filtering with the WebFilter and

WebPulse.  The Course Overview slide describes how a key concept of the ProxySG is WebFilter

working with WebPulse.  The Evolving Requirements of Content Filtering include that increasing

threats are web 2.0 with website injection on inbound traffic.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Deposition Testimony

960.    The deposition transcript of Patrick Runald supports that this element is met by the '633 Accused Products. ███████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████

961.    The deposition testimony of James Whitchurch supports that this element is met by the '633 Accused Products. ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

962. The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products.

963. The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

964.    The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products.

Testing

965.    The CAS integrated with the MAA directly infringes on the '633 Patent.  This was observed during testing.  Sites that contained malicious content were visited and via communication with the CAS and MAA, the Proxy SG blocked the access.  The CAS and MAA were then turned off and when the sites with malicious content were visited they were allowed to run.  Clearly the CAS with the MAA provides monitoring and protection from malicious mobile code.

**iv.    Element 14(d) of the '633 Patent**

966.    Claim 14 recites the claims element, "causing mobile protection code to be executed by the mobile code executor at a downloadable-information destination such that one or more operations of the executable code at the destination, if attempted, will be processed by the mobile protection code."  The '633 Accused Products meet this claim limitation.

**ProxySG Products, CAS and MAA**

967.

467

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1 ████████████████████████████████████

2 ██████████████████████████████████████

3 ████████████████████████████████████████

4 ██

5         968.   ████████████████████████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████████

8 ████████████████████████████████████████

9 ██████████████████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████████

13 ███████████████████████████████████████

14 ████████████████████████████████████████

15 ████████████████████████████████████████

16 ███████████████████████████████████████

17 ██████████████████████████████████████

18 ████████████████████████████████████████

19 █████████████████████████████████████

20 ████████████████████████████████████

21 ███████████████████████████████████████

22 ███████████████████████████████████████

23 ███████████████████████████████████████

24 ████████████████████████████████████████

25 ████████████████████████████████████

26 ███████████████████████████████████████

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

969.    The diagram below shows the internal data flow of the MAA and showing the submission to the client.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Software Requirements Specification at BC0023397.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



Runald Exhibit 2 at BC0209238.

471

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Runald Exhibit 5 at BC0205046-047.

## **MAA**

970.     In addition, the MAA includes the capability to determine the type of digital content, including whether the digital content includes executable code.

971.

472

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

972.    The excerpts below show the submission of a downloadable and tasks to a MAA through a web interface to be analyzed.

473

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

*Environment*

The **Environment** defines how the sample file or URL will be analyzed.  MAA provides two (2) powerful simulated task runtime environments to detect more malicious behavior than competing malware analysis solutions.  Tasks can be run in each environment and then compared to determine additional behaviors.

<u>Note</u>: Selecting an Environment is mandatory in order to run a task from the MAA Web UI.



Figure 31 – The Task Settings screen displaying the Environment for the new task with IntelliVM selected

Select an **Environment Type** from the dropdown box.

- **IntelliVM –** Virtualized Windows environment
- **SandBox –** Emulated PC environment

*Run Time Options (iVM)*

**Run Time Options** determine how the sample runs within the defined environment and which data, artifacts, and resources will be available for retrieval and analysis upon conclusion of the task run.



Figure 32 – The Task Settings screen displaying IntelliVM Run Time Options for the new task

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

*Debugging Options (iVM)*

**Debugging Options** allow for manipulation of the sample prior to or during the MAA analysis run.



Figure 33 – The Task Settings screen displaying IntelliVM Debugging Options for the new task

Runald Exhibit 3 at BC0162070-073.

973. Therefore, this claim element is met by the ProxySG Products, CAS and MAA because the ProxySG Products send received digital content determined to have executable code to the CAS, then the CAS sends the digital content to the MAA if the CAS is unable to determine if the digital content is malicious or safe.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

I.     **Support for Element 14(d) of the '633 Patent**

Documents

974.    Exhibit 15 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 15 is a solution brief from Blue Coat titled "Top Four Reasons to Migrate to the Content Analysis System" and describes the benefits of the CAS.  For example, BC0201636 describes one of the top four reasons as the ability to broker requests to the MAA and boost performance with the MAA.

975.    Exhibit 16 from the deposition of John Ahlander supports that this element is met by the '633 Accused Products.  Exhibit 16 is a datasheet from Blue Coat titled "Gain Advanced Malware Protection at the Web Gateway" and describes the use of the CAS with the ProxySG Products and MAA at the gateway for inline threat protection.

976.    Exhibit 1 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 1 is a datasheet released from Blue Coat titled "Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware" and describes the MAA.  For example, BC0182657 describes how the MAA is a component of Blue Coat's Security and Policy Enforcement Center and is integrated with the Content Analysis System to block malware. BC0182659 includes additional information on the physical properties of the MAA and includes a processing diagram for the ProxySG Products monitoring content from the Internet to an internal network, the Content Analysis System coupled to the ProxySG Products and the Malware Analysis Appliance for transferring digital content received from the Internet for the internal network.

977.    Exhibit 2 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 2 is a product sheet titled "Strengthen your Defense with Next-Generation Malware Analysis" and describes the operations of the ProxySG Products, CAS and MAA. For example, at BC0209238 describes how the ProxySG Products, Content Analysis System and

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

Malware Analysis Appliance work together for Advanced Threat Protection.  BC0209238 shows a diagram where ProxySG feeds digital content received from the Internet to the Content Analysis Systems which feeds digital content to the Malware Analysis Appliance.  BC0209238 describes how the MAA performs dynamic and hybrid sandboxing on malicious files.

978.    Exhibit 3 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 3 is a web user guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes using the MAA using the web interface.  For example, BC0162059-061 describes submitting samples, URLs and tasks settings to the MAA over the Internet.

979.    Exhibit 4 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 4 is an API User Guide titled "Blue Coat Malware Analysis Appliance v4.1.1" and describes the API for the MAA.  For example, BC0161929 describes how RAPI can be used for file submission for analysis.  BC0161931 describes the RAPI architecture and that communication is over HTTPS.  BC0161934-935 provides a list of RAPI methods.  BC0161937 describes submitting samples and URLs to the MAA using RAPI and includes a list of parameters submitted, including source, resource_id, file, owner, label, target_name, description, extension and exec_arguments.  BC0161938 describes submitting tasks for samples using RAPI, including sample_id, storage_class, env, primary_resource_id, ivm_profile, exec_args, primary_resource_name, priority, tp_[task_property] and vmp_id.  BC0161948 describes how the Pub-Sub API allows for the notification of tasks and progress for tasks.  BC0161948 includes a diagram showing a client system communicating with the MAG2 (MAA) system and receiving updates on task progress. BC0161950 describes example use cases, including resubmitting digital content generated or downloadable while digital content was running (dropped files).

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

980.    Exhibit 5 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 5 is product overview for the MAA and includes a description of the features of the MAA and how these features are important.  For example, BC0205036 describes why organization would buy MAA, including a multiprocessing platform.  BC0205039 describes how different analysis environments can be used to process digital content.  BC0205040 includes a description of how the MAA can use custom plugins, post-analysis resources and uniqueness indicators.

981.    Exhibit 8 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 8 is an evaluation guide titled "Malware Analyzer G2: Automated Dynamic Analysis Platform" and how to use and evaluate the MAA.

982.    Exhibit 9 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 9 is a presentation titled "AnalyzerNG June 2011" and describes the design and development of the MAA.

983.    Exhibit 10 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 10 is a release note for version 1.1 of the Malware Analysis Appliance and describes the features and benefits of the MAA.

984.    Exhibit 11 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "Malware Analyzer G2: Usage for malware analysis" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

985.    Exhibit 12 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 12 is a software requirements specification of the MAA and is

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

titles "Norman Malware Analyzer – Next Generation V1" and describes the design and features for the MAA.  BC0023397 describes a propose architecture for the MAA.

986.    Exhibit 13 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 13 is a presentation titled "Malware Analysis Appliance Overview" that describes why the MAA is important to customers and how it works.  BC0204502 describes the malware analysis of the MAA as the analysis of code to determine the intent of the code and prevent and defend against the malware.  BC0204504 describes how the MAA uses advanced techniques to analyze suspicious files and URLs.  BC0204504 describes the analysis framework of the MAA, includes integrated analysis environments and secure programmatic access using APIs.  BC0204510 provides a summary of the core technology in the MAA, includes how the emulator and Virtual Machine operate.  BC0204511 describes the hardware specifications of the MAA.  BC0204513-515 describes a deployment scenario with MAA, ProxySG Products and Content Analysis System.

987.    Exhibit 15 from the deposition of Patrick Runald supports that this element is met by the '633 Accused Products.  Exhibit 15 is a presentation titled "MAA Product Overview" and describes the operations of the MAA and pros and cons of dynamic versus status analysis.

988.    Exhibit 7 from the deposition of James Whitchurch supports that this element is met by the '633 Accused Products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

989.    Exhibit 17 from the deposition of John Ahlander and Exhibit 14 from the deposition of James Whitchurch support that this element is met by the '633 Accused Products.  Exhibit 14 is a

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

solution brief titled "Content Analysis System" and describes the operation of the CAS, including its integration with the ProxySG and MAA.  Page 2 describes the use of the products for "advanced threat protection" when used together (BC0182694).

990.     Exhibit 11 from the deposition of Mr. Harrison supports that this element is met by the '633 Accused Products.  Exhibit 11 is a presentation titled "MA Content Analysis Feedback Loop" and describes the operations of the MAA and communications with WebPulse.  BC0012246-47.

991.     Content Analysis System Guide version 1.2 (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/Content%20Analysis%20Guide%201.2.pdf) supports that this element is met by the '633 Accused Products.  The document describes on page 3-4 the CAS integration with the ProxySG and MAA and that the CAS enables the MAA to scan suspicious executables.  The document describes on page 5 that the Blue Coat CAS only supports the ProxySG Products as an ICAP client.  The document describes on page 13 a proxy connection of the CAS through a gateway.  The document describes on page 21-22 how to define file type policies for the MAA.  The document describes on page 28-31 the CAS support for sandboxing of the MAA and configuring the CAS to work with the MAA.  The document describes on page 30 that a file type section can be used to select executable files to be analyzed using MAA. The document describes on page 34 the configuration of the ProxySG Products to send traffic to the CAS through ICAP.  The document at page 36-43 describes enabling secure ICAP connections between the CAS and the ProxySG Products.  The document describes at page 44-45 configuring the ICAP policy for the ProxySG Products sending ICAP traffic to CAS.

992.     Blue Coat Malware Analysis Appliance 4.2.1 Analysis Center Guide (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/MAA_4.2.1_Analysis-Center-Guide-2014-12-10.pdf) supports that this element is met by the '633 Accused Products.  The document describes

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

submitting samples to the MAA on pages 17-28, including submitting tasks for those samples.  Page 14 describes how the MAA can find the precise file type, regardless of extension.  The document describes the process of submitting samples to MAA on pages 17-18. The document describes selecting the environment type of the sample and iVM options on pages 19-22.  Page 21 describes how the MAA can override stated extensions if the stated and actual file types do not match.  The options are describes as firewall for internet connections, how events are collected, an execution time limit, whether to override the file extension, and execution arguments.  Page 23 describes how different iVM plugins can be used in the iVM.  Page 24 describes selecting sandbox options.  Pages 29-30 describe the results of the sandboxing and page 31 shows the different events monitored and intercepted.  Page 32 describes the MAA determining the actual file type, regardless of extension.

993.    Blue Coat Systems SGOS Administration Guide version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/SGOS_Administration.pdf) supports that this element is met by the '633 Accused Products.  Page 149-151 describes different types of web traffic the ProxySG Products monitor and receive.  Page 204 shows that the statistics of monitoring traffic.  Page 433-446 describes configuring threat protection on the ProxySG Products.  Page 411 shows pull down menus where file types can be identified based on the file extension, HTTP MIME Types and Apparent Data type.  Page 447-60 describes how the ProxySG Products can use ICAP to integrate with the CAS for malicious content scanning services.  Page 453 describes how the ProxySG Products can set the files to scan based on file types, such as executable programs.  Page 461-475 describes configuring the ProxySG Products to communicated using ICAP for content scanning.  Tomic Exhibit 6 is an earlier version of this document and includes similar citations and also support that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

994.    Blue Coat Systems ProxySG Appliance Content Policy Language Reference version 6.5.x (available at https://bto.bluecoat.com/sites/default/files/tech_pubs/CPL_Reference.pdf) supports that this element is met by the '633 Accused Products.  Page 46 describes how not every file type presents and equal risk for rogue executables and may submit those with executable content.  Page 122-123 describes the ProxySG Products using condition for detecting an apparent data type, including EXE files.  Page 131-132 describes the ProxySG Products using conditions for testing HTTP request to match the apparent data type of the content.  Page 135 describes the ProxySG Products using the condition to leverage apparent data types for ICAP services.  Page 142 describes how an ICAP service can determine an apparent data type of an object and return the information.  Page 179 describes the ProxySG Products using the condition of using an ICAP service to determine the types of files in an archive.  Page 336 describes permitting HTTP POST transactions based on their apparent data type.  Page 337 describes denying HTTP Post transactions based on their apparent data type.  Tomic Exhibit 8 is an earlier version of this document and includes similar citations and also supports this element is met by the '633 Accused Products.

995.    Exhibit 9 from the deposition of Gary Tomic supports that this element is met by the '633 Accused Products.

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

996.    Exhibit 16 from the deposition of Roger Harrison supports that this element is met by the '633 Accused Products. ███████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

997.    Solution Article titled "Apparent Data Types and the ProxySG" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/ApparentDataTypesandtheProxySG) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products use apparent data types to detect executables.

998.    Solution Article titled "How do I use the enhanced apparent data type controls in SGOS 6.5.1 and AVOS 3.5.1" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIusetheenhancedapparentdatatypecontrolsinSGOS651andAVOS351) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can use apparent data type to manage files based on their type beyond looking at the extension of the file, including executable binaries.  The document also describes the ProxySG Products leveraging this apparent data type detection.  The document shows a check box for using apparent data type objects with the ProxySG Products.

999.    Solution Article titled "How do I write policy to detect the apparent data type for files users are requesting" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/HowdoIwritepolicytodetecttheapparentdatatypeforfilesusersarerequesting) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products enforce policies based on the MIME type or extensions

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

of a file.  The document also describes how the ProxySG Products include a policy engine that examines the first several bytes of content to identify the apparent data type.

1000.   Solution Article titled "How to use policy to prevent/block downloading of certain file types" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Howtousepolicytopreventblockdownloading ofcertainfiletypes) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on a file extension in the Web Access layer of the policy.

1001.   Solution Article titled "Is it possible to subclassify HTTP by the file type?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/IsitpossibletosubclassifyHTTPbythefiletype ) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products can enforce policy based on the objects in HTTP.

1002.   Solution Article titled "Mime-type policy does not work when I change the file extension" (available at http://bluecoat.force.com/knowledgebase/articles/Solution/Mime-typepolicydoesnotworkwhenIchangethefileextension) supports that this element is met by the '633 Accused Products.  The document describes that the MIME type policy on the ProxySG Products check the content type filed in the HTTP header.

1003.   Solution Article titled "What file types do the apparent data type of an object include?" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whatfiletypesdotheapparentdatatypeofanobj ectinclude) supports that this element is met by the '633 Accused Products.  The document describes how the ProxySG Products looks at the payload of a file to determine the apparent data type of a portable executable file.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1004.   Solution Article titled "What types of files and protocols can be scanned on the ProxyAV" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/Whattypesoffilesandprotocolscanbescanned ontheProxyAV) supports that this element is met by the '633 Accused Products.  The document describes that the ProxySG AV can scan files such as HTTP and FTP.  The document further describes that the ProxySG can have an ICAP service scan specific file types based on files extensions.

1005.   Solution Article titled "What Apparent Data types supported by Kaspersky & Sophos" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/WhatApparentDatatypessupportedbyKasper skySophos) supports that this element is met by the '633 Accused Products.  The document describes that the apparent data type can be detected

1006.   Solution Article titled "Not able to select certain file types under 'Managed Files by File Types' on AVOS" (available at

http://bluecoat.force.com/knowledgebase/articles/Solution/NotabletoselectcertainfiletypesunderManag edFilesbyFileTypesonAVOS) supports that this element is met by the '633 Accused Products.  The document describes that you can manage files by file types for the ICAP service.  The document further describes detection of weak types for files.

1007.   Software Requirements Specification at BC0023390-408 supports that this element is met by the '633 Accused Products.  The document describe the design of the MAA.  For example, BC0023397 shows an overview diagram of the MAA.

<u>Deposition Testimony</u>

1008.   The deposition transcript of Patrick Runald supports that this element is met by the '633 Accused Products.  ████████████████████████████████████

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1    ████████████████████████████████████████████

2    ████████████████████████████████████████

3    ████████████████████████████████████████████

4    ████████████████████████████████████████████

5    ██████████████████████████████████████████████

6    ████████████████████████████████████████████

7    ██████████████████████████████████████████████

8    ██████████████████████████████████████████████

9    ████████████████████████████████████████████

10   ████████████████████████████████████████

11   ████████████████████████████████████████

12   ████████████████████████████████████████

13   ██████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████████████████████████████████████████

16   ██████████████████████████████████████████████

17   ███████████

18

19        1009.   The deposition testimony of James Whitchurch supports that this element is met by the

20   '633 Accused Products. ████████████████████████████████████████████

21   ████████████████████████████████████

22   ████████████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████████████

25   ██████████████████████████████████████████████

26

27

28

487

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1010.   The deposition testimony of John Ahlander supports that this element is met by the '633 Accused Products.

1011.   The deposition testimony of Mr. Tomic supports that this element is met by the '633 Accused Products.

488

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

1012.   The deposition testimony of Mr. Harrison supports that this element is met by the '633 Accused Products.

<u>Source Code</u>

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**



CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

<u>Testing</u>

1013.   The CAS integrated with the MAA directly infringes on the '633 Patent.  This was observed during testing.  Sites that contained malicious content were visited and via communication

491

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE**

with the CAS and MAA.  Turned on the CAS sent the content to the MAA for processing.  The CAS and MAA were then turned off and when the sites with malicious content were visited they were not analyzed.  Clearly the ProxySG, CAS and MAA provides monitoring and protection from malicious code.  Additionally, the MAA provides monitoring and protection from malicious code by itself.

## II.    DOE for Element 14(d) of the '633 Patent

1014.    In reviewing Blue Coat's discovery responses, it does not specifically identify any claim terms that are not met by the '633 Patent.  Blue Coat's Response to Interrogatory No. 7.  Instead, Blue Coat lists every single claim term in the claim.  Therefore, I reserve the right to address additional claim elements under DOE analysis to the extent Blue Coat contends they are not meet by the Accused Products.

1015.    In any case, the claim element of "mobile protection code" is met under the doctrine of equivalents.  The CAS and MAA perform substantially the same function in substantially the same way to obtain substantially the same result as this claim element.

1016.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1017.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CASE NO. 13-cv-03999-BLF

HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY – SOURCE CODE

1018.

**12.    No Design Around for Finjan Asserted Patents**

1019.   I have been asked to consider design around options identified by Blue Coat concerning the '844 Asserted Claims, the '822 Asserted Claims and the '633 Asserted Claims.  I understand that Blue Coat has not identified any purported non-infringing alternative products or design-arounds, which includes non-infringing alternative products, technologies, or processes.  See Blue Coat Response to Interrogator No. 1 and Supplemental Response to Interrogatory No. 17.  To the extent Blue Coat identifies any purported non-infringing alternatives or design-arounds, I reserve the right to assess if they are commercially viable and to supplement my report.

CASE NO. 13-cv-03999-BLF

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYE ONLY – SOURCE CODE**

1      I declare under penalty of perjury under the laws of the United States that the foregoing is true

2  and correct. Executed on the January 12, 2015 in Ashburn, Virginia.

Eric Cole, Ph.D.

491

# APPENDIX A

## Dr. Eric B. Cole
**43605 Edison Club Ct**
**Ashburn, VA 20147**
**Tel: (703)-675-2055**



*Dr. Cole is an industry expert with breadth and depth experience across integrated cyber security.  He focuses on creating, enhancing and growing technology based teams/organizations by bridging the gap between a business and technology mindset, with a focus on security and innovation.*
*Dr. Cole is an invited speaker, expert witness and member of many key organizations including member of the Commission on Cyber Security for the 44th President (25 industry experts), the Purdue University Executive Advisory Board and a senior fellow with SANS.*

## Summary of Professional Experience:

### Secure Anchor Consulting Services: 2005-Present
Continuously execute on high-end consulting services to Fortune 500, Fortune 50, financial institutions, international organizations and the federal government.  One of many assignments included a major system design and assessment for an international financial institution in Hong Kong.  Continually stays abreast of cutting edge technology and technical components (network security, network architecture, and incident response, NOC/SOC design) to provide solutions that meet the business goals of an organization.  Acts as an expert witness for several government and commercial companies in a variety of litigation (i.e. FTC vs. Microsoft and Nomadix vs. Second Rule). Frequently invited keynote speaker at a variety of conferences and security events around the world.  Writes for a variety of publications and has authored several books.

### McAfee: 2009-2010
**SVP, CTO of the Americas**
McAfee's visionary and evangelist responsible for strongly influencing the company's technical direction in alignment with our CEO, EVP, Product Operations and other key product executives and technologist across the world. Played an integral role in the company's strategic direction, development, and future growth as the global leader in digital security solutions.  Key leader in the execution of technology strategy for technology platforms, partnerships, and external relationships. Worked closely with the CEO, EVP of Product Operations and other key stakeholders to establish a product vision and road map to achieve McAfee's goals and business strategies.  Works closely with identifying and capturing intellectual property and driving new innovation across the company.

### Lockheed Martin: 2005-2009
**IS&GS Chief Scientist**
**LM Senior Fellow**
The Sytex Group, Inc. (TSGI) was acquired by Lockheed Martin with a key component being the intellectual property created under the CTO leadership.  Lockheed Martin selected Dr. Cole into its prestigious fellowship program, an award it makes to less than 1% of its 130,000 employees.  Moreover, Dr. Cole was the first Fellow within Lockheed Martin's Information Technology Division. As a Lockheed Martin Senior Fellow, he is a frequently invited speaker at a variety of conferences and security events.  As Lockheed Martin Chief Scientist, Dr. Cole's current role includes performing research and development to advance the state-of- the art in information

systems security. Dr. Cole specializes in: secure network design, perimeter defense, vulnerability discovery, penetration testing, and intrusion detection systems. Over his 5+ years at Lockheed Martin, he has played a lead technical advisory role in many high profile, security-focused projects for Federal clients to include civil, Intel and department of defense, including the FBI Sentinel, DHS Eagle, JPL, Hanford and FBI IATI programs. Dr. Cole brings Lockheed Martin clients the benefit of his wealth of information security knowledge, with demonstrated excellence spanning industry, academia, and government computing environments.

## The Sytex Group, Inc. (TSGI): 2001-2005
**Chief Technology Officer (CTO)**
Positioned company to accomplish corporate growth and meeting financial targets by utilizing and enhancing technology.  Work as an executive team to determine and implement technical direction and focus of company.  Extensive experience with running projects including managing development efforts to exceed client requirements.  Successfully created an intellectual property base (to include patents, journals, books and white papers) – this effort resulted in an overall increase in market value.  The efforts of the research teams intellectual property increased advertising, market share and customer satisfaction through conferences, proposal and magazine articles.  Maintained full accountability for revenue of $55million and indirectly involved in revenue of over $80 million. Provide continuous leadership to research team of over 20 people that creates intellectual property that competes and surpassed teams that were twenty times their size.  Yearly patents were inline with the top 1000 producing patent companies in the United States.  Develop and executed on creative techniques for influxing technology into non-technical business units to drive revenue and profit.  Interfaces with government officials to include the pentagon, White House and Capital Hill and corporate executives to identify critical network security problems that need to be addressed and researched.

## SANS Institute: 1999-Present
**Dean of Faculty**
Member of a 5 person team tasked with creating a degree granting institution and receiving certification from the state of Maryland.  Currently offering two Master's degree program focused on technical people that need managerial skills and managers who need technical skills.  Successfully passed first two phases of certification and should have official certification by the end of 2011.  Designed and implemented curriculum and provide leadership to faculty to successful deliver the degrees.

## SANS: 1999-Present
**Director of Research-Computer Network Attack-Enterprise Security Architecture**
**Director of the Cyber Defense Initiative**
Lead instructor and course developer for several security courses. One of the highest rated instructors and one of the few instructors that teaches a variety of courses.  Executed and contributed to the development of several of the GIAC certifications including GIAC Certified Security Essentials (GSEC), GIAC Certified Advanced Incident Handling Analysts (GCIH) and GIAC Certified Firewall Analysts (GCFW).  Responsible for staying up on technology and developing new course material that teaches students the state of the art in networking and security.   Created and led several key efforts including the Levelone Notebook, top 10/20 vulnerability list and the Cyber defense initiative.  Developed business plans for and created new technological initiatives.  Constantly researched, tested and evaluated new security products and research efforts.

## GraceIC: 2000-2001
**Chief Security Officer (CSO)**
Designed and executed in establishing GraceIC as a leader in the network security arena. Developed the product line and executed on the expertise to build the services. Provided management and gave direction to successfully delivery on technical skills of security employees. Provided leadership and implemented the proper internal security infrastructure within Grace such as secure email, proper protection of data and security policies.  Presented at several national and international conferences and wrote several articles.  Performed and documented research into the area of future applications and solutions to the network security problem that exists in the current market.  Trained sales people, program managers and engineers on how to sell, manage and deliver security services.  Maintained a pulse on technology in the market place to produce trending and markets plans.

## American Institutes for Research: 1999-2000
**Chief Information Officer (CIO)**
Brought in to fix and revamp the entire IT infrastructure based on the organization having several security breaches, virus outbreaks and unreliable performance on the network.  Within 3 months stabilized the entire IT infrastructure and within 9 months rebuilt the entire infrastructure. Network designed to achieve a balance between functionality and security while minimizing the monetary impact to the organization.  After 1 year, there were no severe security breaches and all attempted breaches were contained prior to causing any significant monetary loss.  Virus problems were contained and controlled and network uptime was 99.999%.  Security and performance was greatly increased while overall IT costs were reduced by 15%.  In addition, provided technical support for DARPA sponsored research projects.

## Vista Information Technologies: 1998-1999
**VP of Enterprise Security Services**
Developed and executed the Enterprise Security Services Group and responsible for all internal and external security issues.  Tracked and managed separate P&L (profit and loss) center for security.  Grew the team from one person to over 12 people and executed on several million in annual revenue in less than a year.  Setup the security and other monitoring services for the NOC/SOC.  Created all of the security services offerings and generated all necessary marketing and sales material.  Followed and assured compliance to business plan and financial tracking of security group.  Performed security assessments and consult on all areas of security.  Design, implement and monitor security solutions including firewall design, intrusion detection, vulnerability assessment and penetration testing.  Performed evaluation and analysis of security tools and provided technical recommendations and product improvements for VC funded startups.  Tracked on a large number of security and hacker tools.  Key presenter at Cisco sponsored security seminars around the country and performed partnership activities with Fortune 500 organizations.

## Teligent: 1996-1998
**Director of Security**
Created and in charge of IT Corporate Security Department.  Central point of contact for all security concerns.  Evaluate strategic plans and operational activities by performing risk assessment and determine how it might impact corporate security.   Architected and designed security solutions to meet operational needs.  Integrated security and help create NOC to provide for proper monitoring of network.  Developed the company's security policy and all required security guidelines across the company.  Setup an intrusion detection system for critical components of the network.  Designed setup and maintained a perimeter network with PIX and Gauntlet firewalls.  Setup security lab to properly test and enhance the security features of the network.  Performed and executed on several computer investigations.  Assisted and advised the legal department on researching laws, regulations, and policies relating to computer and

information security.   Evaluated several secure email solutions and installed PGP Company wide.  Established and setup web traffic monitoring and password tracking systems.

## Central Intelligence Agency: 1991 - 1996
**Received 6 Exceptional Performance Awards.**
**Program Manager / Technical Director for the Internet Program Team with Office of Technical Services**
A Senior Officer of the agency that implemented the Internet Program Team that specializes in rapid development and in exploiting the latest Internet technologies that meet customer's requirements. The team designs, develops, tests, and deploys products in 3 to 6 month intervals. Designed and developed several secure communication systems.  Responsible for providing technical direction, technical design, security assessment, and programming modules.  Setup and maintained several servers (NT and Unix) and routers (Cisco 2500 and 3600 series).  Secured internal servers, continually perform intrusion detection, and reviewed audit logs.  Performed independent security reviews and penetration testing of (World Wide Web) servers for other offices.  Identified several weaknesses and ways to fix those problems and secure the system. Currently, the team has had several successful deployments.  Received letter of appreciation from the DCI (Director of Central Intelligence) and several Exceptional Performance Awards for this project.

**Computer Engineer with Office of Security**
Member of the information security assessment team. Evaluated and performed security assessment of network operating systems.  Identified potential vulnerabilities and ways to secure the holes.  Designed a large scale auditing system with automated review capability. Worked on several virus investigations.

## Education:
**Pace University - 2003**
> Doctorate degree in Network Security

**M. S., New York Institute of Technology - 1993**
**Major**:          Computer Science
**GPA**:            4.0/4.0
**Honors**:         Harry Schure Graduate Memorial Award (awarded to one graduating senior)

**B.S., New York Institute of Technology - 1992**
**Major**:          Computer Science
**Minor**:          Business
**GPA**:            3.7/4.0
**Honors**:         Graduated Magna Cum Laude, Dorothy Schure Memorial Award, Jules Singer Award, Grace Hopper Award from Computer Associates, Presidential Academic Award (4.0 semesters), Presidential Service Award, Dean's List, Member of Who's Who Among Students in American Universities, and Member of Nu Ypsilon Tau Honor Society.

## Certifications / Organizations
CISSP (Certified Information Systems Security Professional), MCSE (Microsoft Certified Systems Engineer), CCNA (Cisco Certified Network Associate) and ISS Internet Scanner and Real Secure Certification.  Created several of the GIAC certification programs and exams.

Member of ACM, IEEE,  International Who's Who in Information Technology, CSI Computer
Security Institute), ISSA (Information  Systems Security Association), and ICSA (International
Computer Security Association).   Member of the  editorial board for CVE (Common
vulnerability and exposures) and member of the HoneyNet project.  Both are invitation only
memberships.  Author and speaker for SANS Institute

**Security Clearances:**

Top Secret clearances and Sensitive Compartmented access (TS/SCI/ISSA).


**Publications and Journals**

Sample list of publications


Eric Cole and Sandy Ring, Insider Threat, *Syngress Publishing, 2005*

Eric Cole, Ron  Krutz,, and Jim Conley J.W., The Network Security Bible, *John Wiley &
Sons, New York, New York, 2005*

Eric Cole, Hiding in Plain Sight: Steganography and the Art of Covert Communication, *John
Wiley & Sons, 2003*

Eric Cole, Hackers  Beware, The Ultimate Guide to Network Security, *New Riders, August,
2001*

Eric Cole, Sandy Ring Taking a Lesson from Stealthy Rootkits, *IEEE Security and Privacy,
Vol 2 (4), pp. 38-45, Aug 2004*

Eric Cole, Sandy  Ring  Volatile Memory Computer Forensics to Detect Kernel Level
Compromise, *Lecture Notes in Computer Science, Information and Communications
Security, Springer Press, Vol 3269, ICICS Sep 2004, Malaga, Spain*

Eric Cole,  David Esler, and Sandy Ring Self-healing Mechanisms for Kernel System
Compromises, *Proceedings of ACM Workshop on Self-managed Systems (WOSS) 04, Oct
2004, Newport Beach, CA, USA*

Eric Cole, Vignesh Kumar and Sandy Ring,  Ant colony based optimization based model for
network zero-configuration, *Proceedings of SPCOM 04, Dec 2004, Bangalore India*

Eric Cole, Vignesh Kumar, Sandy Ring, Transform Domain Steganography Detection using
Fuzzy Inference Systems", *IEEE International Symposium on Multimedia Software
Engineering, 2004*

Eric Cole,  Vignesh Kumar and Sandy Ring, Least Significant Bit-Spatial Domain
Steganography Detection using Least Significant Bit Plane Smoothness, *The 6th IASTED
International Conference on SIGNAL AND IMAGE PROCESSING, 2004*

Eric Cole, Sandy Ring, Detecting Kernel Rootkits, *Sys Admin Magazine, Vol. 12 (9), pp. 28-
33, Sept 2003*

Eric Cole, Ron Krutz  The Computer Forensics CMM, *Proceedings of the SPIE Defense &
Security Symposium, 28 March-1 April, 2005*

Eric Cole and Angela Orebaugh, Intrusion Prevention and Active Response: Implementing an
Open Source Defense, *SysAdmin Magazine, 2005*

## Patents

Sample patents/patent pending

Eric Cole, Scott Treadwell, CRYPTOGRAPHIC METHOD, SYSTEM AND ENGINE FOR ENCIPHERED MESSAGE TRANSMISSION, Patent Pending, 1/20/04

Eric Cole, Sandra Ring, METHODOLOGY, SYSTEM, AND COMPUTER READABLE MEDIUM FOR DETECTING OPERATING SYSTEM EXPLOITATIONS, Patent Pending, 2/02/04

Eric Cole, Sandra Ring, METHODOLOGY, SYSTEM, COMPUTER READABLE MEDIUM, AND PRODUCT PROVIDING A SECURITY SOFTWARE SUITE FOR HANDLING OPERATING SYSTEM EXPLOITATIONS, Patent Pending, 2/26/04

Eric Cole, Sandra Ring, METHODOLOGY, SYSTEM, AND COMPUTER-READABLE MEDIUM FOR COLLECTING DATA FROM A COMPUTER, Patent Pending, 3/18/04

Eric Cole, Scott Treadwell, METHODOLOGY, SYSTEM AND COMPUTER READABLE MEDIUM FOR STREAMS-BASED PACKET FILTERING, Patent Pending, 4/22/04

Eric Cole, Sandra Ring, METHOD, SYSTEM, AND COMPUTER-READABLE MEDIUM FOR RECOVERING FROM AN OPERATING SYSTEM EXPLOIT, Patent Pending, 6/17/04

Eric Cole, James Conley, DETECTOR AND COMPUTERIZED METHOD FOR DETERMINING AN OCCURRENCE OF TUNNELING ACTIVITY, Patent Pending, 8/09/04

Eric Cole, James Conley, METHODOLOGY FOR CONFIGURING NETWORK FIREWALL, Patent Pending, 8/17/04

Eric Cole, James Conley, METHODOLOGY, SYSTEM AND COMPUTER READABLE MEDIUM FOR ANALYZING TARGET WEB-BASED APPLICATIONS, Patent Pending, 9/29/04

Eric Cole, METHODOLOGY, SYSTEM AND COMPUTER READABLE MEDIUM FOR DETECTING FILE ENCRYPTION, Patent Pending, 4/01/03

Eric Cole, METHODOLOGY, SYSTEM AND COMPUTER READABLE MEDIUM FOR RATING COMPUTER SYSTEM VULNERABILITIES, Patent Pending, 4/29/03

Eric Cole, METHODOLOGIES, SYSTEMS AND COMPUTER READABLE MEDIA FOR IDENTIFYING CANDIDATE RELAY NODES ON A NETWORK ARCHITECTURE, Patent Pending, 5/23/03

Eric Cole, METHODOLOGY, SYSTEM AND COMPUTER READABLE MEDIUM FOR DETECTING AN EXISTENCE OF HIDDEN DATA IN BITMAPPED IMAGE FILES, Patent Pending, 8/19/03

Eric Cole, METHODOLOGY, SYSTEM AND COMPUTER READABLE MEDIUM FOR DETECTING AN EXISTENCE OF HIDDEN DATA IN BMP FORMAT COLOR IMAGE FILES, Patent Pending, 11/03/03

# Cases in which Dr. Cole testified as an expert at trial or deposition during previous four years

**(retained by underlined parties)**

Nomadix, Inc. v. <u>Second Rule LLC</u>, (Case # 07-01946; filing date: March 23, 2007, Central District of California).

<u>Eli Lilly</u> and Company, by National Union Fire Insurance Company of Pittsburgh vs. Tyco Integrated Security, LLC, (Case # 9:13-cv-80371; filing date: April 16, 2013, Southern District of Florida)

# APPENDIX B

## APPENDIX B: LIST OF MATERIALS REVIEWED

**Documents Produced by Blue Coat**

| Bates Numbers |
|---|
| BC0000494 – 95 |
| BC0000562 |
| BC0000562 |
| BC0002669 – 79 |
| BC0004643 – 48 |
| BC0004649 – 56 |
| BC0004766 – 80 |
| BC0005002 – 12 |
| BC0005041 – 49 |
| BC0005155 – 252 |
| BC0005377 – 512 |
| BC0005613 – 20 |
| BC0005613 – 620 |
| BC0005739 – 48 |
| BC0005986 – 6070 |
| BC0006131 – 33 |
| BC0006131 – 33 |
| BC0006781 – 91 |
| BC0007008 – 13 |
| BC0007364 – 66 |
| BC0007411 – 16 |
| BC0007417 – 19 |
| BC0007427 – 39 |
| BC0007445 – 48 |
| BC0007761 – 69 |
| BC0007780 – 81 |
| BC0007799 – 804 |
| BC0007921 – 27 |
| BC0008965 – 82 |
| BC0012133 – 44 |
| BC0012145 – 66 |
| BC0012169 – 71 |
| BC0012172 – 77 |
| BC0012246 – 74 |
| BC0012290 – 304 |
| BC0012809 – 958 |
| BC0013248 – 341 |
| BC0013624 – 739 |
| BC0014086 – 152 |
| BC0014177 – 85 |

| Bates Numbers |
|---|
| BC0014236 – 338 |
| BC0014553 – 608 |
| BC0016747 – 49 |
| BC0020483 – 553 |
| BC0021197 – 236 |
| BC0021379 – 405 |
| BC0023327 – 29 |
| BC0023390 – 408 |
| BC0023409 – 85 |
| BC0023583 – 97 |
| BC0023598 – 604 |
| BC002680 – 81 |
| BC0026962 – 85 |
| BC0027602 – 04 |
| BC0028811 – 20 |
| BC0041012 – 48 |
| BC0041049 – 56 |
| BC0041057 – 68 |
| BC0041069 – 106 |
| BC0041107 – 23 |
| BC0041138 – 55 |
| BC0041156 |
| BC0041302 – 29 |
| BC0041644 – 61 |
| BC0042882 – 96 |
| BC0050606 – 17 |
| BC0054766 – 78 |
| BC0057036 – 57 |
| BC0057361 – 76 |
| BC0057377 – 92 |
| BC0057457 – 530 |
| BC0057531 – 609 |
| BC0057610 – 98 |
| BC0057728 – 61 |
| BC0057762 – 76 |
| BC0057777 – 79 |
| BC0057780 – 808 |
| BC0057809 – 24 |
| BC0057825 – 52 |
| BC0057853 – 64 |
| BC0057865 – 80 |
| BC0057881 – 91 |
| BC0057892 – 99 |
| BC0057900 – 25 |

| Bates Numbers |
|---|
| BC0057926 – 44 |
| BC0057945 – 77 |
| BC0057978 – 8000 |
| BC0058001 – 16 |
| BC0058017 – 30 |
| BC0058031 – 38 |
| BC0058039 – 60 |
| BC0062422 – 23 |
| BC0062431 – 34 |
| BC0062551 – 64 |
| BC0063047 – 81 |
| BC0063219 – 44 |
| BC0063343 – 59 |
| BC0063600 – 34 |
| BC0063804 – 19 |
| BC0064154 – 719 |
| BC0064730 – 32 |
| BC0064740 – 68 |
| BC0064816 – 20 |
| BC0065140 – 43 |
| BC0065144 – 52 |
| BC0065165 – 78 |
| BC0065212 – 17 |
| BC0065255 – 78 |
| BC0065415 – 58 |
| BC0065843 – 49 |
| BC0065865 – 70 |
| BC0065888 – 902 |
| BC0065990 – 6008 |
| BC0066009 – 26 |
| BC0066088 – 93 |
| BC0066102 – 11 |
| BC0066215 – 19 |
| BC0066677 – 80 |
| BC0066823 – 65 |
| BC0066889 – 903 |
| BC0067036 – 54 |
| BC0067262 – 380 |
| BC0067470 – 513 |
| BC0067527 – 34 |
| BC0067527 – 34 |
| BC0067535 – 658 |
| BC0067659 – 64 |
| BC0067677 – 712 |

| Bates Numbers |
|---|
| BC0067797 – 876 |
| BC0067950 – 82 |
| BC0068265 – 72 |
| BC0068402 – 08 |
| BC0068468 – 80 |
| BC0068492 – 511 |
| BC0068512 – 31 |
| BC0068551 – 71 |
| BC0068599 – 662 |
| BC0068962 – 67 |
| BC0071377 – 417 |
| BC0071418 – 63 |
| BC0071464 – 560 |
| BC0071565 – 66 |
| BC0071843 – 44 |
| BC0072720 – 29 |
| BC0073676 – 81 |
| BC0073927 – 34 |
| BC0073952 – 54 |
| BC0076031 – 37 |
| BC0076465 – 72 |
| BC0076606 – 14 |
| BC0076925 – 39 |
| BC0077120 – 23 |
| BC0077241 – 308 |
| BC0077309 – 84 |
| BC0077455 – 79 |
| BC0077505 – 19 |
| BC0078518 – 785 |
| BC0080074 – 100 |
| BC0080451 – 62 |
| BC0080955 – 71 |
| BC0080972 – 80 |
| BC0080986 – 1013 |
| BC0081913 – 35 |
| BC0083725 – 56 |
| BC0083931 – 55 |
| BC0084587 – 610 |
| BC0086254 – 82 |
| BC0086356 – 97 |
| BC0087276 – 81 |
| BC0087644 – 712 |
| BC0088952 – 9076 |
| BC0089348 – 83 |

| Bates Numbers |
|---|
| BC0095086 – 107 |
| BC0095130 – 99 |
| BC0095200 – 69 |
| BC0095331 – 428 |
| BC0095429 – 600 |
| BC0096129 – 280 |
| BC0097029 – 124 |
| BC0097125 – 296 |
| BC0097428 – 61 |
| BC0097462 – 93 |
| BC0138734 – 973 |
| BC0150820 – 2395 |
| BC0158554 – 60097 |
| BC0160098 – 355 |
| BC0161171 – 222 |
| BC0161787 – 95 |
| BC0161821 – 924 |
| BC0161925 – 56 |
| BC0162048 – 117 |
| BC0182622 – 24 |
| BC0182634 – 36 |
| BC0182640 – 41 |
| BC0182644 – 46 |
| BC0182647 – 49 |
| BC0182657 – 59 |
| BC0182662 – 63 |
| BC0182666 – 67 |
| BC0182670 – 72 |
| BC0182691 – 92 |
| BC0182693 – 94 |
| BC0182757 – 58 |
| BC0182879 – 83 |
| BC0182927 – 36 |
| BC0183470 – 72 |
| BC0183557 – 59 |
| BC0183560 – 62 |
| BC0183922 – 29 |
| BC0184035 – 36 |
| BC0185190 – 219 |
| BC0185320 – 61 |
| BC0185361 – 439 |
| BC0186732 – 98 |
| BC0187275 – 325 |
| BC0187725 – 70 |

| Bates Numbers |
|---|
| BC0191267 – 71 |
| BC0191462 – 96 |
| BC0191683 – 706 |
| BC0192943 – 46 |
| BC0193188 - 222 |
| BC0193240 – 56 |
| BC0201635 – 36 |
| BC0201741 – 43 |
| BC0204498 – 524 |
| BC0205033 – 72 |
| BC0206675 – 82 |
| BC0206683 – 94 |
| BC0208093 – 338 |
| BC0209147 – 236 |
| BC0209238 |
| BC0210286 – 380 |
| BC0212700 – 01 |
| BC0213016 – 17 |
| BC0213018 – 19 |
| BC0213020 – 21 |
| BC0213054 – 59 |
| BC0213147 – 50 |
| BC0213188 |
| BC0213682 – 83 |
| BC0213701 – 03 |
| BC0213704 – 06 |
| BC0213839 – 913 |
| BC0213915 – 22 |
| BC0214783 |
| BC0214809 – 28 |
| BC0215455 |
| BC0215482 – 501 |
| BC0215609 |
| BC0215758 – 59 |
| BC0218784 – 91 |
| BC0219263 – 65 |
| BC0219393 – 97 |
| BC0219724 – 84 |
| BC0221111 |
| BC0221112 – 39 |
| BC0221803 |
| BC0221806 – 19 |
| BC0221822 – 33 |
| BC0221836 – 38 |

| Bates Numbers |
|---|
| BC0221839 – 77 |
| BC0221910 – 15 |
| BC0222147 |
| BC0222148 – 61 |
| BC0222219 – 283 |
| BC0226165 |
| BC0226166 – 203 |
| BC0226204 – 303 |
| BC0229290 |
| BC0229291 – 325 |
| BC0229560 – 608 |
| BC0230278 |
| BC0230279 – 311 |
| BC0230389 |
| BC0230390 – 430 |
| BC0230819 |
| BC0230964 |
| BC0233957 – 58 |
| BC0237301 |
| BC0237399 – 400 |
| BC0238517 |
| BC0238518 – 40 |
| BC0239780 – 83 |
| BC0241723 – 24 |
| BC0242087 – 88 |
| BC0242252 – 53 |
| BC0242344 – 45 |
| BC0242946 |
| BC0242947 – 73 |
| BC0243471 |
| BC0243472 – 90 |
| BC0244610 – 12 |
| BC0244847 |
| BC0244966 – 77 |
| BC0246544 – 46 |
| BC0246549 – 50 |
| BC0248557 – 58 |
| BC0250360 – 61 |
| BC0251859 – 60 |
| BC0252062 – 66 |
| BC0252807 – 11 |
| BC0253248 – 49 |
| BC0253415 – 21 |
| BC0253594 |

| Bates Numbers |
|---|
| BC0253595 – 620 |
| BC0254619 |
| BC0254620 – 22 |
| BC0255342 |
| BC0255343 – 53 |
| BC0255354 |
| BC0257525 |
| BC0257526 |
| BC0266681 |
| BC0266682 – 728 |
| BC0266842 – 58 |
| BC0278524 |
| BC0278525 |
| BC0278526 |
| BC0278527 |
| BC0278528 |
| BC0281650 - 58 |
| BC0281687 – 89 |
| BC0282751 – 73 |
| BC0286171 – 75 |
| BC0312858 – 63 |
| BC0312864 – 66 |
| BC0312890 – 91 |
| BC0312911 |
| BC0312921 – 24 |
| BC0313051 – 54 |
| BC0313055 – 58 |
| BC0313075 – 76 |
| BC0313077 – 78 |
| BC0313083 – 84 |
| BC0313104 |
| BC0313106 |
| BC0313151 – 57 |
| BC0313179 |
| BC0313218 – 21 |
| BC0313259 – 65 |
| BC0313272 – 77 |
| BC0313358 – 59 |
| BC0313471 – 72 |
| BC0313488 – 91 |
| BC0313603 – 04 |
| BC0313623 |
| BC0313624 – 25 |
| BC0313626 – 27 |

| Bates Numbers |
|---|
| BC0313628 – 29 |
| BC0313632 – 33 |
| BC0313656 – 58 |
| BC0313714 |
| BC0313774 |
| BC0313803 – 05 |
| BC0313818 – 20 |
| BC0313829 |
| BC0313830 – 31 |
| BC0313865 – 66 |
| BC0314140 – 44 |
| BC0314494 – 95 |
| BC0314559 – 61 |
| BC0314577 – 78 |
| BC0315032 – 46 |
| BC0315232 – 33 |
| BC0315390 – 407 |
| BC0315434 – 54 |
| BC0315484 |
| BC0315485 |

The entirety of Blue Coat source code produced in this litigation BC_SC000001 - 2690, including but not limited to the following:























**Document Produced by Finjan**

| Bates Numbers |
|---|
| FINJAN-BC 011723 - 43 |
| FINJAN BC 011994 |
| FINJAN-BC 059856 – 60075 |

**Other Documents**

Order Construing Claims in U.S. Patent Nos. 6,154,844; 7,058,822; 7,418,731; 7,647,633, dated October 20, 2014

Stipulated Case Schedule, dated September 12, 2014

Finjan's Complaint for Patent Infringement and Exhibit A – AA, dated August 28, 2013

Appendix A-F of Finjan's Disclosure of Asserted Claims and Infringement Contentions and Document Production Accompanying Disclosure Pursuant to Patent L.R. 3-1 and 3-2, dated January 16, 2014

Appendix A-F of Finjan's 1st Amended Disclosure of Asserted Claims and Infringement Contentions and Document Production Accompanying Disclosure Pursuant to Patent L.R. 3-1 and 3-2, dated July 2, 2014

Defendant Blue Coat Systems, Inc.'s Third Supplemental Responses to Plaintiff Finjan, Inc.'s Second Set of  Interrogatories (Nos. 7-12) (Blue Coat discovery response to Interrogatory No. 11 identifying the relevant source code), dated December 5, 2014

Defendant Blue Coat System, Inc.'s Responses to Plaintiff Finjan, Inc.'s Third Set of Interrogatories (Nos. 13-20), dated October 30, 2014

"APTI" by Mandiant, from http://intelreport.mandiant.com/

"Before We Knew It: An Empirical Study of Zero-Day Attacks In the Real World." By Leyla Bilge and Tudor Dumitrsa, CCS' 12, October 16-18, 2012 Raleigh, NC, Copyright 2012, ACM

"Insider Threats in Law Enforcement," by Dr. Eric Cole, a SANS Whitepaper, sponsored by Raytheon, Copyright 2014

https://www.bluecoat.com/products/content-analysis-system
https://www.bluecoat.com/products/malware-analysis-system

| Bates Range | Description/Title |
|---|---|
| FINJAN-BC 011979 - 12306 | Vital Security for Web 7.0 Service Pack 4 User Manual |
| FINJAN-BC 059856 – 60075 | Trial transcript from *Finjan v. Secure Computing*, C.A. No. 06-369, dated March 4, 2008 |
| FINJAN-BC 166358 | Screenshot – Blue Coat Content Analysis System S400-A1 – Utilities (CaptureUtilitiesServices.png) |
| FINJAN-BC 166359 | Screenshot – Blue Coat Content Analysis System S400-A1 – Firmware (CASFirmware.png) |
| FINJAN-BC 166360 | Screenshot – Blue Coat Content Analysis System S400-A1 – Home (CASHome.png) |
| FINJAN-BC 166361 | Screenshot – Blue Coat Content Analysis System S400-A1 – License (CASLicense.png) |
| FINJAN-BC 166362 | Screenshot – Blue Coat Content Analysis System S400-A1 – AV File Types (CASServicesAVFileTypes1.png) |
| FINJAN-BC 166363 | Screenshot – Blue Coat Content Analysis System S400-A1 – AV File Types 2 (CASServicesAVFileTypes2.png) |
| FINJAN-BC 166364 | Screenshot – Blue Coat Content Analysis System S400-A1 – AV Patterns (CASServicesAVPatterns.png) |
| FINJAN-BC 166365 | Screenshot – Blue Coat Content Analysis System S400-A1 – AV Scanning Behavior 1 (CASServicesAVScanningBehavior1.png) |
| FINJAN-BC 166366 | Screenshot – Blue Coat Content Analysis System S400-A1 – AV Scanning Behavior 2 (CASServicesAVScanningBehavior2.png) |
| FINJAN-BC 166367 | Screenshot – Blue Coat Content Analysis System S400-A1 – Sandboxing (CASServicesSandboxing.png) |
| FINJAN-BC 166368 | Screenshot – Blue Coat Content Analysis System S400-A1 – WebPulse (CASServicesWebpulse.png) |
| FINJAN-BC | Screenshot – Blue Coat Content Analysis System S400-A1 – Whitelisting |

| Bates Range | Description/Title |
|---|---|
| 166369 | (CASServicesWhitelisting.png) |
| FINJAN-BC 166370 | Screenshot – Blue Coat Content Analysis System S400-A1 – Alert Locations (CASSettingsAlertLocs.png) |
| FINJAN-BC 166371 | Screenshot – Blue Coat Content Analysis System S400-A1 –Logging (CASSettingsLogging.png) |
| FINJAN-BC 166372 | Screenshot – Blue Coat Content Analysis System S400-A1 – Cache Hits (CASStatisticsCacheHits.png) |
| FINJAN-BC 166373 | Screenshot – Blue Coat Content Analysis System S400-A1 – Sandboxing (CASStatisticsSandboxing.png) |
| FINJAN-BC 166374 | Screenshot – Blue Coat Content Analysis System S400-A1 – Whitelisting (CASStatisticsWhitelisting.png) |
| FINJAN-BC 166375 | Screenshot – Blue Coat Content Analysis System S400-A1 – Cache (CASUtilitiesCache.png) |
| FINJAN-BC 166376 | Screenshot – Blue Coat Content Analysis System S400-A1 – Services (CASUtilitiesServices.png) |
| FINJAN-BC 166377 | Screenshot – Blue Coat Content Analysis System S400-A1 – System Logs (CASUtilitiesSystemLogs.png) |
| FINJAN-BC 166378 – 85 | Screenshot –CPL generated by Visual Policy Manager (config_policy_source.txt) |
| FINJAN-BC 166386 | Screenshot – Configuration Policy (config_policy_source.xml) |
| FINJAN-BC 166407-27 | Screenshot – Configuration Policy Exceptions (exceptions_current.html) |
| FINJAN-BC 166428 | Screenshot –Configuration Policy Exceptions (exceptions_current.txt) |
| FINJAN-BC 166461 | Screenshot – Blue Coat Malware Analysis – My Task Details (MAAAnalysisMyTaskDetails.png) |
| FINJAN-BC 166462 | Screenshot – Blue Coat Malware Analysis – Analysis Patterns (MAAAnalysisPatterns.png) |
| FINJAN-BC 166463 | Screenshot – Blue Coat Malware Analysis – Analysis Sample Details (MAAAnalysisSamplesDetails.png) |
| FINJAN-BC 166464 | Screenshot – Blue Coat Malware Analysis – Analysis View All Samples (MAAAnalysisViewAllSamples.png) |
| FINJAN-BC 166465 | Screenshot – Blue Coat Malware Analysis – Analysis View All Tasks (MAAAnalysisViewAllTasks.png) |
| FINJAN-BC 166466 | Screenshot – Blue Coat Malware Analysis – Dashboard (MAADashboard.png) |
| FINJAN-BC 166467 | Screenshot – Blue Coat Malware Analysis – YARA (MAASystem YARA.png) |
| FINJAN-BC | Screenshot (Notes.rtf) |

| Bates Range | Description/Title |
|---|---|
| 166468-70 | |
| FINJAN-BC 166471-82 | Screenshot (Policy – Current.mht) |
| FINJAN-BC 166483-92 | Screenshot (Policy – Current.txt) |
| FINJAN-BC 166493-97 | Screenshot (PolicyCurrent.oxps) |
| FINJAN-BC 166498-510 | Screenshot (PolicyExceptions.oxps) |
| FINJAN-BC 166511-14 | Screenshot (PolicyVisual.oxps) |
| FINJAN-BC 166515-37 | Screenshot (PolicyVisualXML.oxps) |
| FINJAN-BC 166544 | Screenshot – Blue Coat ProxySG S200-10 – SSL Proxy (ProxySGConfigureSSLProxy.png) |
| FINJAN-BC 166545 | Screenshot – Blue Coat ProxySG S200-10 – Object Caching Report (ProxySGObjectCachingReport.png) |
| FINJAN-BC 166546 | Screenshot – Blue Coat ProxySG S200-10 – Object Caching (ProxySGReportObjectCaching.png) |
| FINJAN-BC 166547 | Screenshot – Blue Coat ProxySG S200-10 – Traffic Summary (ProxySGReportTrafficSummary.png) |
| FINJAN-BC 166548 | Screenshot – Blue Coat ProxySG S200-10 – General (ProxySGSettingGeneral.png) |
| FINJAN-BC 166549 | Screenshot – Blue Coat ProxySG S200-10 – Cache Management (ProxySGSystemCacheManagement.png) |
| FINJAN-BC 166550 | Screenshot – Blue Coat ProxySG S200-10 – Licensing (ProxySGSystemLicense.png) |
| FINJAN-BC 166551 | Screenshot – Blue Coat ProxySG S200-10 – Operating System (ProxySGSystemOS.png) |
| FINJAN-BC 166552 | Screenshot – Blue Coat ProxySG S200-10 – Traffic Report (ProxySGTrafficReport.png) |
| FINJAN-BC 166553 | Screenshot – Blue Coat ProxySG S200-10 – Blue Coat WebFilter (PSGConfigContentFilteringBCWF.png) |
| FINJAN-BC 166554 | Screenshot – Blue Coat ProxySG S200-10 – Content Filtering General (PSGConfigContentFilteringGeneral.png) |
| FINJAN-BC 166555 | Screenshot – Blue Coat ProxySG S200-10 – Internet Watch Foundation (PSGConfigContentFilteringIWF.png) |
| FINJAN-BC 166556 | Screenshot – Blue Coat ProxySG S200-10 –Content Filtering for Third-Party Databases (PSGConfigContentFilteringThirdPartyDB.png) |
| FINJAN-BC | Screenshot – Blue Coat ProxySG S200-10 – Traffic Summary |

| Bates Range | Description/Title |
|---|---|
| 166557 | (ProxySGReportTrafficSummary.png) |
| FINJAN-BC 166458 | Screenshot – Blue Coat ProxySG S200-10 – FTP Proxy (PSGConfigFTPProxy.png) |
| FINJAN-BC 166459 | Screenshot – Blue Coat ProxySG S200-10 – HTTP Proxy (PSGConfigHTTPProxy.png) |
| FINJAN-BC 166560 | Screenshot – Blue Coat ProxySG S200-10 – Identification (PSGConfigIdentification.png) |
| FINJAN-BC 166561 | Screenshot – Blue Coat ProxySG S200-10 – Management Services (PSGConfigManagementServices.png) |
| FINJAN-BC 166562 | Screenshot – Blue Coat ProxySG S200-10 – Exceptions (PSGConfigPolicyExceptions.png) |
| FINJAN-BC 166563 | Screenshot – Blue Coat ProxySG S200-10 – Policy File 1 (PSGConfigPolicyPolicyFiles1.png) |
| FINJAN-BC 166564 | Screenshot – Blue Coat ProxySG S200-10 – Policy File 2 (PSGConfigPolicyPolicyFiles2.png) |
| FINJAN-BC 166565 | Screenshot – Blue Coat ProxySG S200-10 – Policy File Example (PSGConfigPolicyPolicyFilesExample.png) |
| FINJAN-BC 166566 | Screenshot – Blue Coat ProxySG S200-10 – Policy File Options (PSGConfigPolicyPolicyOptions.png) |
| FINJAN-BC 166567 | Screenshot – Blue Coat ProxySG S200-10 – Visual Policy Manager (PSGConfigPolicyVisualPolicyManger.png) |
| FINJAN-BC 166468 | Screenshot – Blue Coat ProxySG S200-10 – Proxy Client Web Filtering (PSGConfigProxyClientWebFiltering.png) |
| FINJAN-BC 166469 | Screenshot – Blue Coat ProxySG S200-10 – Proxy General (PSGConfigProxyGeneral.png) |
| FINJAN-BC 166570 | Screenshot – Blue Coat ProxySG S200-10 –Streaming Proxies (PSGConfigStreamingProxy.png) |
| FINJAN-BC 166571 | Screenshot – Blue Coat ProxySG S200-10 – Application Protection (PSGConfigTPApplicationProtection.png) |
| FINJAN-BC 166572 | Screenshot – Blue Coat ProxySG S200-10 –Malware Scanning (PSGConfigTPMalwareScanning.png) |
| FINJAN-BC 166573 | Screenshot – Blue Coat ProxySG S200-10 – WebPulse (PSGConfigTPWebPulse.png) |
| FINJAN-BC 166652 | IMG_6464.pdf |
| FINJAN-BC 166653 | IMG_6465.pdf |
| FINJAN-BC | IMG_6466.pdf |

| Bates Range | Description/Title |
|---|---|
| 166654 | |
| FINJAN-BC 166655 | IMG_6467.JPG |
| FINJAN-BC 166656 | IMG_6468.JPG |
| FINJAN-BC 166657 | IMG_6469.JPG |
| FINJAN-BC 166658 | IMG_6470.JPG |
| FINJAN-BC 166659 | IMG_6471.JPG |
| FINJAN-BC 166660 | IMG_6472.JPG |
| FINJAN-BC 166661 | IMG_6473.JPG |
| FINJAN-BC 166662 | IMG_6474.JPG |
| FINJAN-BC 166663 | IMG_6475.JPG |
| FINJAN-BC 166664 | IMG_6476.JPG |
| FINJAN-BC 166665 | IMG_6477.JPG |
| FINJAN-BC 166666 | IMG_6478.JPG |
| FINJAN-BC 166667 | IMG_6479.JPG |
| FINJAN-BC 166668 | IMG_6480.JPG |
| FINJAN-BC 166669 | IMG_6481.JPG |
| FINJAN-BC 166670 | IMG_6482.JPG |
| FINJAN-BC 167504 - 9049 | Blue Coat Systems SGOS Administration Guide Version 6.5.x |
| FINJAN-BC 169050 - 77 | The Future of Malware, by Trilling and Nachenberg, 1999 (The Future of Malware.pdf) |
| FINJAN-BC 169078 - 80 | Webpulse in a Nutshell, dated April 13, 2012 (Webpulse In A Nutshell_Blue Coat.pdf) |
| FINJAN-BC 169094-141 | Blue Coat Malware Analysis Appliance v1.1 Web User Guide – 20 February 2014 (MAA_Web_User_Guide_1.1.b.pdf) |
| FINJAN-BC 169142-43 | Release Notes: Blue Coat Malware Analysis Appliance 1.1 (Release_Notes-_Malware_Analysis_Appliance_1.1.1.pdf) |

| Bates Range | Description/Title |
|---|---|
| FINJAN-BC 169144 | Screenshot - Blue Coat webpage entitled "Introduction to the CAS S400" (Features.pdf) |
| FINJAN-BC 169145-46 | Screenshot of Blue Coat webpage on "Course Overview", from hyyps://bto.bluecoat.com/trainings/intro-to-content-filtering/ |
| FINJAN-BC 169147-50 | Screenshot of Blue Coat webpage entitled "CPL Overview" from https://bto.bluecoat.com/trainings/intro-to-cpl/ (ScreenShots.docx) |
| FINJAN-BC 169151 | Screenshot - Blue Coat webpage entitled "SGOS Overview" (4. SGOS - SGOS Overview.pdf) |
| FINJAN-BC 169152 | Screenshot - Blue Coat webpage entitled "Architecture Components" (5. Architecture Components.pdf) |
| FINJAN-BC 169153 | Screenshot - Blue Coat webpage entitled "Administrators and Worker" (6. Adminstrators and Workers.pdf) |
| FINJAN-BC 169154 | Screenshot - Blue Coat webpage entitled "SGOS – HTTP Workers" (7. SGOS - HTTP Workers.pdf) |
| FINJAN-BC 169155 | Screenshot - Blue Coat webpage entitled "SGOS – Policy Checkpoints" (8. SGOS - Policy Checkpoints) |
| FINJAN-BC 169156 | Screenshot - Blue Coat webpage entitled "SGOS – Policy Checkpoint Flow" (9. SGOS - Policy Checkpoint Flow) |
| FINJAN-BC 169157 | Screenshot - Blue Coat webpage entitled "SGOS –Storage Subsystem" (10. SGOS - Storage Subsystem.pdf) |
| FINJAN-BC 169299-303 | "How Reading an Email Can Compromise your Privacy," from http://email.about/od/staysecureandprivate/a/webbug_privacy.htm |
| FINJAN-BC 169292 | Intelligence-Drive Computer Network Defense by Lockheed Martin, from http://www.lockheedmartin.com/us/what-we-do/information-technology/cyber-security/cyber-kill-chain.html |
| FINJAN-BC 169293-98 | "Statement before the House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit" at Washington, D.C., from http://www.fbi.gov/news/testimony/cyber-security-threats-to-the-financial-sector |
| FINJAN-BC 169304-20 | "*Advanced Persistent Threat*" by Dr. Eric Cole, Syngress, 2013, ISBN:978-1-59749-949-1, Chapter 1: The Changing Threat |
| FINJAN-BC 169321-36 | APT: It is Time to Act, Presentation by Dr. Eric Cole, Copyright 2014 |

**Videos**
FINJAN-BC 167503, Video – Blue Coat VideoCast Demo Series – Blue Coat Next-Generation Malware Analysis & Sandboxing, Blue Coat Security Analytics Platform (ma-sandboxing.mp4)

25

**Deposition Transcripts and Exhibits of the following:**
John Ahlander (Blue Coat), October 16, 2014
Roger Harrison (Blue Coat), November 6, 2014
Patrik Runald (Blue Coat), November 5, 2014
Gary Tomic (Blue Coat), Rough Version, October 23, 2014
David Kroll (Third Party), November 14, 2014
Tyler Anderson (Blue Coat), October 17, 2014
James Whitchurch (Blue Coat), December 4, 2014
Shlomo Touboul (Finjan), Full Version, December 3, 2014

**Deposition Transcripts**
Chris Larsen (Blue Coat), Rough Version, November 21, 2014
Shlomo Touboul (Finjan), Rough Version, December 3, 2014
Yuval Ben Itzhak (Third Party), December 17, 2014

**Trial Transcripts**
Transcript of Trial Proceedings on March 4, 2008, , *Finjan Software Ltd. v. Secure Computing Corp., et al.*

**Other Documents**
U.S. Patent No. 6,804,780
U.S. Patent No. 6,965,968
U.S. Patent No. 7,418,731
U.S. Patent No. 6,154,844
U.S. Patent No. 7,058,822
U.S. Patent No. 7,647,633
File History for U.S. Patent No. 6,804,780
File History for U.S. Patent No. 6,965,968
File History for U.S. Patent No. 7,418,731
File History for U.S. Patent No. 6,154,844
File History for U.S. Patent No. 7,058,822
File History for U.S. Patent No. 7,647,633