1  PAUL ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  JAMES HANNAH (State Bar No. 237978)
   jhannah@kramerlevin.com
4  KRAMER LEVIN NAFTALIS & FRANKEL LLP
5  990 Marsh Road
   Menlo Park, CA  94025
6  Telephone:  (650) 752-1700
7  Facsimile:   (650) 752-1800

8  *Attorneys for Plaintiff*
   FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 13-cv-03999-BLF |
| Plaintiff, | **JOINT NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| BLUE COAT SYSTEMS, INC., a Delaware Corporation, | |
| Defendant. | |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order (Dkt. No. 51), Plaintiff Finjan, Inc. ("Finjan") and Defendant Blue Coat Systems, Inc. ("Blue Coat") bring this Joint Administrative Motion to File Under Seal. Specifically, there are compelling reasons to file the following documents under seal:

| Identification of the documents to be sealed | Entity that designated the information to be confidential |
|---|---|
| Exhibit 2 to Appendix A of the Proposed Joint Pretrial Statement and Order – redacted portions at paragraphs 671-672, 682-685 | Blue Coat |
| Exhibit 2 to Appendix A of the Proposed Joint Pretrial Statement and Order - redacted portions at 689, 690, 693, and 703 | Finjan |
| Exhibit 3 to Appendix A of the Proposed Joint Pretrial Statement and Order - redacted portions at 16:16, 16:19, 17:3, 17:7-8, 18:1-6, 20:1-8, 27:8-11, 38:13-21, 40:1-5, 40:13-16, 41:1-21, 42:12-18, 43:17-21, 44:1-2, 45:8-18, 45:23-26, 46:4-8, 46:15-20, 47:1-2, 55:10-12, 61:14-19, 62:4-9, 62:13-18, 64:15-16, 76:3-7, 80:7-18, 81:3-5, and Exhibit 3a-Method 1, Exhibit 4a-Method 1, Exhibit 5a-Method 1, Exhibit 6a-Method 1, Exhibit 7a-Method 1, Exhibit 8-Method 1, Exhibit 3b-Method 1, Exhibit 4b-Method 1, Exhibit 5b-Method 1, Exhibit 6b-Method 1, Exhibit 7b-Method 1, Exhibit 3c-Method 1, Exhibit 3d-Method 1, Exhibit 3e-Method 1, Exhibit 3f-Method 1, Exhibit 3g-Method 1, Exhibit 3h-Method 1, Exhibit 3i-Method 1, Exhibit 3a-Method 2, Exhibit 4a-Method 2, Exhibit 5a-Method 2, Exhibit 6a-Method 2, Exhibit 7a-Method 2, Exhibit 8-Method 2, Exhibit 3b-Method 2, Exhibit 4b-Method 2, Exhibit 5b-Method 2, Exhibit 6b-Method 2, Exhibit 7b-Method 2, Exhibit 3c-Method 2, Exhibit 3d-Method 2, Exhibit 3e-Method 2, Exhibit 3f-Method 2, Exhibit 3g-Method 2, Exhibit 3h-Method 2, Exhibit 3i-Method 2, and Exhibit 9-Method 3 | Blue Coat |

| Exhibit 3 to Appendix A of the Proposed Joint Pretrial Statement and Order - redacted portions at 2:24, 3:1-3, 3:6-7, 6:5-6, 6:11-18, 7:2-13, 7:16-18, 10:4-8, 11:2-4, 11:7-8, 28:11-12, 28:19-24, 29:1-18, 29:23-24, 30:1-19, 30:22, 30:25-27, 31:1-20, 31:24-25, 32:1-18, 32:20-21, 32:25-28, 33:1-28, 34:1-24, 35:1-23, 36:1-21, 37:1-22, 37:24-26, 38:1-9, 38:24-26, 50:10-11, 51:1-4, 51:6-7, 54:4-21, 54:27, 57:1-14, 57:16, 58:11-14, 59:1, 59:3-11, 59:23, 60:8-22, 61:1-2, 65:10-13, 78:19-22, 79:3-8, 79:12-13, and 79:17-18 | Finjan |
|---|---|
| Exhibit 1 to Appendix B of the Proposed Joint Pretrial Statement and Order – redacted portions on pages 31-37, 42-45, 51-52, 55, 57, 61-62, Exhibits 3-6 and Appendices A-D and Appendices G-F | Blue Coat |
| Exhibit 1 to Appendix B of the Proposed Joint Pretrial Statement and Order – redacted portions at Table of Contents, pages 7-9, 12-30, 38-41, 46-48, 50, 53-54, 56, 58-60, 63 | Finjan |
| Exhibit 2 to Appendix B of the Proposed Joint Pretrial Statement and Order - redacted portions on pages 361, 363, 364. | Finjan |

All of these documents contain the confidential information that Finjan or Blue Coat has designated as "Highly Confidential – Outside Counsels' Eyes Only" or "Highly Confidential – Outside Counsels' Eyes Only – Source Code" and which is the confidential technical and business information of Blue Coat.

**II.  ARGUMENT**

Pursuant to Civil Local Rule 79-5(e), Finjan and Blue Coat are filing this Administrative Motion because the documents contain information that Finjan or Blue Coat has designated as "Highly Confidential – Outside Counsels' Eyes Only" or "Highly Confidential – Outside Counsels' Eyes Only – Source Code." To comply with the Stipulated Protective Order in this case, Finjan and Blue Coat are required to make this motion. Finjan and Blue Coat seek to seal confidential information that Finjan and and/or Blue Coat designated as its highly confidential information. Mindful of the Court's January 16, 2014, Stipulated Protective Order, Finjan and Blue Coat have filed publicly the relevant excerpts of information related to the parties. Finjan and Blue Coat have

narrowly tailored their request with this Administrative Motion, seeking to file under seal only those documents Finjan and/or Blue Coat have designated as containing confidential information pursuant to the Stipulated Protective Order governing the treatment of confidential information exchanged during discovery.

As set forth in the accompanying Declarations of James Hannah and Olivia Kim in Support of the Joint Administrative Motion to File Documents Under Seal, the documents at issue contain confidential technical and business information regarding Finjan's and/or Blue Coat's products and business as well as confidential financial information regarding Finjan and/or Blue Coat. Consequently, this Administrative Motion should be granted because it is narrowly tailored to cover only the documents for which good cause and compelling reasons for filing under seal exists. Therefore, as a protective measure and pursuant to Civil Local Rule 79-5(e), Finjan and Blue Coat are filing this Administrative Motion because they are required to do so under the Stipulated Protective Order in this litigation and given the nature of the information. Attached hereto are redacted and unredacted versions of the documents set forth above.

## III. CONCLUSION

Finjan and Blue Coat have shown good cause and compelling reasons for this request to file the above-referenced documents under seal. This request is narrowly tailored to seal only information that is regarded as confidential. For these reasons, Finjan and Blue Coat respectfully request that the Court grant their Administrative Motion to File Documents Under Seal.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

DATED: June 18, 2015  By: */s/ James Hannah*
PAUL J. ANDRE
LISA KOBIALKA
JAMES HANNAH
HANNAH LEE

Counsel for Plaintiff
FINJAN, INC.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

DATED: June 18, 2015  By: */s/ Olivia Kim*
EDWARD G. POPLAWSKI
OLIVIA M. KIM
BRIAN LAM
FERRELL ALMAN
CHRISTOPHER D. MAYS

Counsel for Defendant
BLUE COAT SYSTEMS, INC.

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ James Hannah*
James Hannah