PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
BENU WELLS (*pro hac vice*)
bwells@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

EDWARD G. POPLAWSKI (State Bar No. 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (State Bar No. 228382)
okim@wsgr.com
BRIAN LAM (State Bar No. 272624)
blam@wsgr.com
S. FERRELL ALMAN JR. (State Bar No. 287746)
falman@wsgr.com
VERA M. ELSON (State Bar No. 156327)
velson@wsgr.com
CHRISTOPHER D. MAYS (State Bar No. 266510)
cmays@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

*Attorneys for Defendant*
BLUE COAT SYSTEMS, INC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.: 13-cv-03999-BLF<br><br>**JURY MATERIALS** |

Pursuant to the Court's Standing Order Re Final Pretrial Conference-Jury Trial, Plaintiff Finjan, Inc. ("Plaintiff" or "Finjan") and Defendant Blue Coat Systems, Inc. ("Defendant" or "Blue Coat") submit the below listed jury materials.  Each of these materials is subject to the parties' pending motions *in limine*.  The parties reserve their right to raise additional objections or make changes to the jury materials based on the Court's rulings.  The parties do not require an additional jury questionnaire.

| | |
|---|---|
| Exhibit A | Jury Instructions with designation for Stipulated or Disputed instructions |
| Exhibit B-1 | Joint Proposed Preliminary Statement to the Jury and agreed upon *Voir Dire* Questions |
| Exhibit B-2 | Finjan's Proposed *Voir Dire* Questions |
| Exhibit B-3 | Blue Coat's Proposed *Voir Dire* Questions |
| Exhibit C-1 | Finjan's Proposed Verdict Form |
| Exhibit C-2 | Blue Coat's Proposed Verdict Form |

DATED:  June 25, 2015

Respectfully submitted,

By: */s/ James Hannah*
Paul J. Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Benu Wells (*pro hac vice*)
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
bwells@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

1

JURY MATERIALS                                                                                                         Case No. 13-cv-03999-BLF

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

DATED: June 25, 2015          By: */s/ Olivia M. Kim*
                                   EDWARD G. POPLAWSKI
                                   OLIVIA M. KIM
                                   BRIAN LAM
                                   S. FERRELL ALMAN, JR.
                                   VERA M. ELSON
                                   CHRISTOPHER D. MAYS

                                   Counsel for Defendant
                                   BLUE COAT SYSTEMS, INC.