PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BLUE COAT SYSTEMS, INC., a Delaware Corporation, <br><br> Defendant. | Case No.: 13-CV-03999-BLF <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE                                                CASE NO. 13-CV-03999-BLF

## PROOF OF SERVICE

I, Steven D. Dennison, am employed in the Menlo Park, California office of Kramer Levin Naftalis & Frankel LLP. I am over the age of 18 and not a party to the within action. My business address is 990 Marsh Road, Menlo Park, California 94025. I am readily familiar with the firm's practice of collecting and processing of mail for mailing with the U.S. Postal Service and overnight mail delivery services.

On July 7, 2015, I caused the following documents to be served:

**PLAINTIFF FINJAN, INC.'S SUBMISSION REGARDING DEPOSITION TESTIMONY OF BLUE COAT'S EXPERTS RELATED TO LINES OF SOURCE CODE [CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

**EXHIBIT 1 [CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

**EXHIBIT 2 [CONFIDENTIAL VERION OF DOCUMENT SOUGHT TO BE SEALED]**

by electronic mail, addressed as follows:

> Edward G. Poplawski
> Olivia M. Kim
> Brian Lam
> WILSON SONSINI GOODRICH & ROSATI
> 633 West Fifth Street, 15th Floor
> Los Angeles, CA 90071
> epoplawski@wsgr.com
> okim@wsgr.com
> blam@wsgr.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2015 in Menlo Park, California.

_____
Steven D. Dennison

1

PROOF OF SERVICE                                                    CASE NO. 13-CV-03999-BLF