# EXHIBIT 1

```
                                                  1
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION

     FINJAN, INC.,                  )  CV-13-3999-BLF
                                    )
                   PLAINTIFF,       )  SAN JOSE, CALIFORNIA
                                    )
              VS.                   )  JULY 2, 2015
                                    )
     BLUE COAT SYSTEMS, INC.,       )  PAGES 1-104
                                    )
                   DEFENDANT.       )
                                    )


                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE BETH LABSON FREEMAN
                      UNITED STATES DISTRICT JUDGE
     A P P E A R A N C E S :

     FOR THE PLAINTIFF:       KRAMER LEVIN
                         BY:  PAUL ANDRE
                              JAMES HANNAH
                              LISA KOBIALKA
                              KRISTOPHER KASTENS
                              HANNAH LEE
                              990 MARSH ROAD
                              MENLO PARK, CA 94025

     FOR THE DEFENDANT:       WILSON SONSINI
                         BY:  ED POPLAWSKI
                              OLIVIA KIM
                              633 WEST FIFTH STREET, 15TH FL
                              LOS ANGELES, CA 90071

                APPEARANCES CONTINUED ON THE NEXT PAGE
     OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185

                 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                     TRANSCRIPT PRODUCED WITH COMPUTER
```

---

**Page 2**

SAN JOSE, CALIFORNIA             JULY 2, 2015

P R O C E E D I N G S

(WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)

02:18PM  THE COURT: PLEASE BE SEATED.

SORRY, THERE'S NEVER A DAY WHERE THERE'S ONE CASE THAT NEEDS ATTENTION, SO I APOLOGIZE FOR KEEPING YOU WAITING.

OKAY. LET ME GET APPEARANCES FROM EVERYONE

MR. ANDRE: GOOD AFTERNOON, YOUR HONOR.

PAUL ANDRE FOR THE PLAINTIFF, FINJAN. AND WITH ME TODAY IS LISA KOBIALKA.

MS. KOBIALKA: GOOD AFTERNOON.

MR. ANDRE: AND JAMES HANNAH.

MR HANNAH: GOOD AFTERNOON, YOUR HONOR.

MR. ANDRE: KRIS KASTENS AND HANNA LEE.

WE ALSO HAVE REPRESENTATIVES FROM FINJAN IN THE CROWD, PHIL HARTSTEIN AND JULIE MAR-SPINOLA.

MR. POPLAWSKI: GOOD AFTERNOON, YOUR HONOR.

ED POPLAWSKI AND OLIVIA KIM FOR BLUECOAT.

AND ALSO IN THE COURTROOM HERE TODAY IS BLUECOAT'S GENERAL COUNSEL MATT MACKENZIE.

THE COURT: GOOD. AND WELCOME TO YOU.

ALL RIGHT. THIS IS OUR TIME FOR THE FINAL PRETRIAL CONFERENCE. WE ACTUALLY HAVE A LOT OF WORK TO DO TODAY. AND IT IS -- EVEN THOUGH WE HAVE THIS SLIGHT UNCERTAINTY

---

**Page 3**

IN OUR TRIAL DATE, I THINK IT'S MOST PRODUCTIVE TO PRESUME THAT YOUR TRIAL WILL START ON JULY 20TH. AND I INTEND TO ISSUE RULINGS ON THESE TEN IN LIMINE MOTIONS THAT ARE HERE TODAY, AND ON MONDAY YOU WILL BE BACK ON THE DAUBERT MOTIONS. AND THEN I'M GOING TO KIND OF WALK THROUGH ALL OF MY ISSUES THAT I LIKE TO COVER ON A PRETRIAL, AND I ALWAYS FORGET SOME THINGS AND I ISSUE OTHER ORDERS TO KEEP YOU APPRISED, BUT THAT'S REALLY WHAT I INTEND TO DO.

I THINK IT MAKES SENSE FOR US TO GET DOWN TO BUSINESS ON THE IN LIMINE'S FIRST, AND THEN WHEN I'M TIRED I WILL GO OVER THE THINGS THAT ARE LESS TAXING FOR ME.

AND THERE ARE A NUMBER OF THINGS FROM YOUR PRETRIAL STATEMENT THAT YOU PROVIDED TO ME THAT I EITHER NEED SOME CLARIFICATION ON OR TO MAKE SOME DECISIONS AND THEN JUST TO TALK ABOUT THE TRIAL ITSELF.

SO WHAT I WOULD LIKE TO DO, I'M NOT INVITING EXTENSIVE ARGUMENT ON ALL TEN MOTIONS, WE REALLY NEED TO USE OUR TIME WELL, AND I'M HOPING THAT WE CAN FOCUS ON THE -- SOME OF THE KEY IN LIMINE MOTIONS THAT I THINK REALLY MAY MAKE A DIFFERENCE IN THE CASE AND OTHERS THAT I CAN JUST INDICATE WHERE I THINK I AM ON THEM.

I WILL ISSUE A WRITTEN ORDER ON ALL OF THIS AND HOPEFULLY THAT WOULD BE VERY QUICKLY, I WOULD LIKE YOU TO LEAVE TODAY WITH A GOOD INDICATION THOUGH OF WHERE I'M GOING TO RULE.

SO WHAT I WOULD LIKE TO DO IS JUST START WITH THE MOTIONS

---

**Page 4**

FILED BY THE PLAINTIFF, AND WE WILL WALK RIGHT THROUGH THESE.

PLAINTIFF'S MOTION IN LIMINE NUMBER 1 IS TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING IRRELEVANT PROCEEDINGS AND PATENTS, HOWEVER THE MOTION IS A LITTLE MORE SPECIFIC THAN THAT. AND WHO IS GOING TO TAKE THIS ON?

MR. KASTENS: KRISTOPHER KASTENS, YOUR HONOR.

THE COURT: HELLO, THANK YOU.

MR. KASTENS: YES, AS YOU STATED, FINJAN'S MOTION IN LIMINE NUMBER 1 IS TO EXCLUDE DISCUSSION OF A COUPLE DIFFERENT TOPICS.

ONE OF THOSE WOULD BE THE CO-PENDING LITIGATIONS SHOULD BE EXCLUDED. BLUE COAT SHOULD BE EXCLUDED FROM DISCUSSING THOSE. THERE REALLY IS NO BASIS, THERE'S NO RELEVANCE FOR THE DISCUSSION OF THOSE.

THE ONLY BASIS THAT BLUECOAT HAS REALLY PROVIDED WAS SOME TANGENTIAL REFERENCE TO THOSE MOTIONS AND ITS DAMAGES EXPERT.

THE COURT: WELL, IT SEEMS TO ME, AND MR. POPLAWSKI ARGUES IN HIS PAPERS, THAT IT DOES RELATE TO DAMAGES TO SOME EXTENT AND THE JURY COULD BE PROPERLY INSTRUCTED WITH A LIMITING INSTRUCTION.

MR. KASTENS: I MEAN, I THINK THE ONLY THING THAT THEY USE IT FOR WAS THE FACT THAT THERE ARE 20 PATENTS ASSERTED.

I DON'T HAVE THE ACTUAL, GOING THROUGH THE NAMES AND THE DISCUSSIONS OF THE DIFFERENT CASES, I DON'T THINK WOULD BE

89

```
04:33PM  1   DAMAGES FIGURED TO A CERTAIN AMOUNT BASED ON THE PAST SALES OF
04:33PM  2   THE CASE.
04:33PM  3       SO MOST OFTEN NOT WE WOULD PUT IN AN ACCOUNTING TO THE
04:33PM  4   COURT AND THE COURT WILL ORDER IT AND THEN THE PARTIES CAN GET
04:33PM  5   TOGETHER AND FIGURE OUT IF THAT'S THE CASE.
04:33PM  6       I DON'T KNOW IF IT WOULD BE APPROPRIATE, DEPENDING ON
04:33PM  7   WHAT THE JURY DOES, TO BE QUITE FRANK, BUT WE DID PRESERVE IT.
04:33PM  8           THE COURT:  PERHAPS THERE'S SOMETHING UNDER PATENT
04:33PM  9   LAW PER SE BUT AN ACCOUNTING UNDER STATE LAW IS A CAUSE OF
04:33PM 10   ACTION AND IT'S WHEN DAMAGES ARE.
04:33PM 11       SO I'M NOT UNDERSTANDING THIS IF THE JURY MAKES AN AWARD
04:33PM 12   OF DAMAGES, WHAT'S LEFT FOR AN ACCOUNTING?  AND JUST HELP ME
04:33PM 13   OUT HERE.
04:33PM 14           MS. KOBIALKA:  RIGHT.
04:33PM 15       SO I THINK AN ACCOUNTING IS NOT A SEPARATE CAUSE OF
04:33PM 16   ACTION IN THE PATENT CONTEXT, IT'S SOMETHING YOU SHOULD BE
04:33PM 17   ENTITLED TO AFTER THE JURY MAKES A DETERMINATION AND IT REALLY
04:34PM 18   DEPENDS ON WHAT THEY DETERMINE.
04:34PM 19       THERE'S A COUPLE COMPONENTS TO IT.  WE DON'T HAVE, FOR
04:34PM 20   EXAMPLE, INFORMATION UP THROUGH 2015, END OF JUNE.  SO THERE
04:34PM 21   MAY BE SOME ADJUSTMENT THAT IS NEED TO BE MADE.
04:34PM 22       ALSO THERE'S THE POST-JUDGMENT, PRE-JUDGMENT INTEREST
04:34PM 23   THAT GETS APPLIED.  SO THAT ALL GETS ROLLED INTO THIS
04:34PM 24   ACCOUNTING FOR THE PAST.
04:34PM 25           THE COURT:  THAT'S FINE.
```

90

```
04:34PM  1       AND YOU BOTH AGREE THAT ANY INTEREST IS AN ISSUE FOR THE
04:34PM  2   COURT TO DETERMINE AND NOT THE JURY.  SO THAT TAKES CARE OF
04:34PM  3   THAT.  THAT'S HELPFUL AND I UNDERSTAND THAT NOW.
04:34PM  4       MR. POPLAWSKI, YOU RAISED THE SPECTOR, FURTHER CLAIMS
04:34PM  5   CONSTRUCTION.
04:34PM  6           MR. POPLAWSKI:  YES, YOUR HONOR.
04:34PM  7       I THINK WE RAISED TWO POINTS IN OUR, IN THE PRETRIAL
04:34PM  8   ORDER, INFORMATION, DESTINATION AND DOWNLOADABLE SECURITY
04:34PM  9   PROFILE.
04:34PM 10       BUT I THINK MERCIFULLY AT THIS STAGE, YOUR HONOR, WE ARE
04:34PM 11   GOING TO TRY TO AVOID THAT.  SO I DON'T THINK WE NEED TO PUT
04:34PM 12   THAT IN FRONT OF THE COURT.
04:34PM 13           THE COURT:  THAT'S GOOD NEWS.
04:34PM 14           MR. POPLAWSKI:  WITH THE COURT'S PERMISSION, I WOULD
04:34PM 15   JUST LIKE TO FLAG ONE OTHER THING.
04:34PM 16       AND THIS IS CONSISTENT WITH THE COURT'S -- FEDERAL
04:35PM 17   CIRCUIT'S RULING IN THE O2 MICRO.  THE PERFORMING A HASHING
04:35PM 18   FUNCTION THAT THE COURT, THIS IS THE '780 PATENT THE COURT
04:35PM 19   RULED ON IN THE SUMMARY JUDGEMENT, IF WE ARE GOING TO HAVE AN
04:35PM 20   ISSUE, AND I THINK WE MIGHT AS TO WHETHER OR NOT HASHING THE
04:35PM 21   SOFTWARE COMPONENTS TOGETHER WITH THE DOWNLOADABLE RESULTS IN
04:35PM 22   MORE THAN A SINGLE ID, THERE HAS TO BE ONE UNIQUE IDENTIFIER,
04:35PM 23   AS THE COURT NOTED.
04:35PM 24       I WANT TO FLAG THAT BECAUSE THAT WOULD BE IMPROPER IN
04:35PM 25   LIGHT OF THE COURT'S CONSTRUCTION FOR FINJAN'S EXPERT TO GET UP
```

91

```
04:35PM  1   THERE AND SUGGEST I CAN HAVE A DOWNLOADABLE, I CAN HAVE A
04:35PM  2   HASHING FUNCTION FOR DOWNLOADABLE AND ONE FOR THE SOFTWARE
04:35PM  3   COMPONENTS AND I GET AN ID FOR EACH ONE AND THAT SATISFIES THE
04:35PM  4   LIMITATION.
04:35PM  5       I THINK IT HAS TO BE A UNIQUE DOWNLOADABLE ID THAT
04:35PM  6   CORRESPONDS TO THE HASH OF BOTH OF THEM TOGETHER.
04:35PM  7       AND I WANTED TO FLAG THAT, BECAUSE IF THAT'S WHAT'S GOING
04:35PM  8   TO BE INTRODUCED, WE ARE GOING TO OBJECT TO IT AS BEYOND THE
04:35PM  9   COURT'S CLAIM CONSTRUCTION.
04:36PM 10           THE COURT:  ALL RIGHT.  WELL, EVERYONE IS ON NOTICE
04:36PM 11   THEN.
04:36PM 12       YOU KNOW, I, ONE OF MY BIGGEST CONCERNS DURING TRIAL IS
04:36PM 13   TO RESPECT THE JURY'S TIME AND TO KEEP THE CASE MOVING.  AND I
04:36PM 14   THINK PATENT CASES MORE THAN MOST, END UP WITH MID-TRIAL
04:36PM 15   MOTIONS.
04:36PM 16       I DISCOURAGE THEM, BUT WHAT I AM MOST CONCERNED ABOUT IS
04:36PM 17   THAT YOU NOT COME IN AT 9:00 AND KEEP THE JURY WAITING FOR AN
04:36PM 18   HOUR.  ULTIMATELY, THOSE MOTIONS WILL EAT UP YOUR OWN TRIAL
04:36PM 19   TIME.
04:36PM 20       SO IF YOU FEEL THE NEED TO WRITE A MOTION, WHICH YOU ARE
04:36PM 21   WELCOME TO DO, THE LIMIT WILL BE 3 PAGES.  AND I PRESUME THAT
04:36PM 22   YOU WILL SIMPLY FILE THOSE MOTIONS, AND THEY NEED TO BE FILED
04:36PM 23   BY MIDNIGHT SO THAT I CAN HAVE THEM WHEN I COME IN IN THE
04:37PM 24   MORNING.
04:37PM 25       AND ANY MOTIONS THAT NEED TO BE ARGUED BEFORE THE COURT
```

92

```
04:37PM  1   DAY MUST BE DONE AT 8:30, AND YOU WILL BE RESPONSIBLE FOR
04:37PM  2   COMMUNICATING WITH MY COURTROOM DEPUTY ABOUT THE NEED FOR AN
04:37PM  3   8:30 HEARING.
04:37PM  4       IF YOU DECIDE ON THE FIRST DAY OF TRIAL YOU WOULD LIKE US
04:37PM  5   TO MEET AT 8:30 EVERY DAY, I HAVE NO PROBLEM.  I'M HERE EVERY
04:37PM  6   DAY BEFORE THAT AND MY STAFF IS AS WELL, SO THAT'S JUST NOT A
04:37PM  7   PROBLEM.  BUT WE JUST CAN'T END UP SPENDING ALL DAY ON MOTIONS
04:37PM  8   SO THAT'S A REAL CONCERN.  I MEAN, CLEARLY, THE ISSUES HAVE TO
04:37PM  9   BE RESOLVED, BUT I WANT TO JUST KEEP THE JURY GOING.
04:37PM 10       AND SHOULD SOMETHING ARISE THAT YOU THINK IS REALLY GOING
04:37PM 11   TO CAUSE US TO TAKE A LITTLE BIT OF A BREAK, THEN I WOULD LIKE
04:37PM 12   TO BE ABLE TO SEND THE JURY HOME THAT THEY ARE NOT JUST SITTING
04:37PM 13   AROUND, BUT I WOULD LIKE JUST TO KEEP RESPECT FOR THE JURY'S
04:37PM 14   TIME.
04:38PM 15       WHAT WE ARE DOING IS WE ARE DOING A PRE-QUALIFICATION OF
04:38PM 16   THE JURORS ON HARDSHIP ALONE BECAUSE OF THE TIME OF THE TRIAL,
04:38PM 17   NO, I'M SORRY, WE ARE NOT, WE ARE DOING IT JUST ON THE DAY THEY
04:38PM 18   COME IN.
04:38PM 19       SO KEEPING THE JURORS HERE FOR THAT THREE WEEKS SHOULDN'T
04:38PM 20   BE ANY PROBLEM, BUT I REALLY TRY TO BUILD IN A LITTLE EXTRA
04:38PM 21   TIME FOR THOSE MOTIONS, AND I THINK THAT SHOULD WORK.
04:38PM 22       THAT TAKES CARE OF MY LIST OF ISSUES.  AND IN TERMS OF
04:38PM 23   YOUR EXERCISE OF YOUR PEREMPTORY CHALLENGES, WE WILL HAVE VOIR
04:38PM 24   DIRED THE ENTIRE PANEL, AND YOU WILL WITH EACH SIDE GETTING
04:38PM 25   THREE, SOME LAWYERS LIKE TO DO THE PEREMPTORIES ORALLY, AND IN
```