UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No.  13-cv-03999-BLF<br><br>**ORDER CONFIRMING TRIAL DATE; SETTING TRIAL TIME AND FINAL JURY INSTRUCTION CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court's conflicting criminal trial has been continued.  Trial in this case will accordingly proceed as previously scheduled and will commence on **July 20, 2015**.

As previously discussed, each side will have **eighteen (18) hours** to present their case, exclusive of jury selection, opening statements, and closing arguments.

The parties are further ordered to appear for a final jury instruction conference on July 23, 2015 at 2:00 p.m. in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: July 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge