UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>   Defendant. | Case No. 15-cv-03295-RS<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to *Finjan, Inc. v. Blue Coat Systems, Inc.*, 13-cv-3999-BLF.

**IT IS SO ORDERED.**

Dated: July 28, 2015

_____
RICHARD SEEBORG
United States District Judge