# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 13-CV-03999-BLF |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| BLUE COAT SYSTEMS, INC., a Delaware Corporation, | |
| Defendant. | |

## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

1

**QUESTION 1**:  Did Finjan prove by a preponderance of the evidence that Blue Coat's product or combination of products as identified below literally infringes any of the following claims of the Asserted Patents?  **Answer "Yes" or "No" for each claim.**

| | | |
|---|---|---|
| **'844 Patent**<br>**WebPulse** | Claim 1  Yes<br><br>Claim 7  Yes<br><br>Claim 11  Yes | Claim 15  Yes<br><br>Claim 41  Yes |
| **'822 Patent**<br>**ProxySG** | Claim 9  No | Claim 10  No |
| **'633 Patent**<br>**ProxySG + CAS +**<br>**MAA** | Claim 14  NO | |
| **'731 Patent**<br>**ProxySG + WebPulse** | Claim 1  Yes | Claim 17  Yes |
| **'968 Patent**<br>**ProxySG + WebPulse** | Claim 1  Yes | |
| **'780 Patent**<br>**ProxySG + ProxyAV** | Claim 9  Yes | Claim 13  Yes |

For each claim you did not find to be literally infringed, answer Question 2.

VERDICT FORM                                                    CASE NO. 13-CV-03999-BLF

**QUESTION 2**:  Did Finjan prove by a preponderance of the evidence that Blue Coat's product or combination of products as identified below infringe under the doctrine of equivalents?  **Answer "Yes" or "No" for each claim.**

| | |
|---|---|
| **'844 Patent**<br>**WebPulse** | Claim 1 _Yes_    Claim 7 _Yes_<br><br>Claim 11 _Yes_ |
| **'822 Patent**<br>**ProxySG** | Claim 9 _No_    Claim 10 _No_ |
| **'633 Patent**<br>**ProxySG + CAS +**<br>**MAA** | Claim 14 _Yes_ |
| **'968 Patent**<br>**ProxySG + WebPulse** | Claim 1 _Yes_ |
| **'780 Patent**<br>**ProxySG + ProxyAV** | Claim 9 _Yes_    Claim 13 _Yes_ |

3

**QUESTION 3:**  What are the dates of invention for the '844 Patent and the '731 Patent?

'844 Patent: _November 8, 1996_

'731 Patent _November 6, 1997_

Regardless of the dates you find, please answer Question 4 with respect to each patent.

4

VERDICT FORM                                    CASE NO. 13-CV-03999-BLF

**QUESTION 4:**  Did Blue Coat prove by clear and convincing evidence that any of the following claims of the Asserted Patents are invalid because they are anticipated?  **Answer "Yes" or "No" for each claim.**

| '844 Patent<br><br>U.S. Patent No. 6,253,370 ("Abadi") | Claim 1 _No_ | Claim 15 _No_ |
|---|---|---|
| | Claim 7 _No_ | Claim 41 _No_ |
| | Claim 11 _No_ | |
| '822 Patent<br><br>U.S. Patent No. 5,983,348 ("Ji") | Claim 9 _No_ | Claim 10 _No_ |
| '633 Patent<br><br>U.S. Patent No. 5,983,348 ("Ji") | Claim 14 _No_ | |
| '731 Patent<br><br>IBM WebSphere Edge Server: New Features and Function in Version 2, IBM Redbooks ("Braswell") | Claim 1 _No_ | Claim 17 _No_ |
| '968 Patent<br><br>U.S. Patent No. 6,722,214 ("McClain") | Claim 1 _No_ | |
| '780 Patent<br><br>U.S. Patent No. 5,815,709 ("Waldo") | Claim 9 _No_ | Claim 13 _No_ |

VERDICT FORM                                                    CASE NO. 13-CV-03999-BLF

**Answer Question 5(a)-(f) only if you have found one or more claims of the Asserted Patents to be infringed and not invalid from Questions 1, 2 and 4.**

**QUESTION 5(a):** If you found any of the asserted claims of the '844 Patent to be infringed and not invalid, what amount of damages has Finjan proven it is entitled to that would fairly and reasonably compensate it for Blue Coat's infringement for the life of the patent?

$ _24,000,000_

**QUESTION 5(b):** If you found any of the asserted claims of the '822 Patent to be infringed and not invalid, what amount of damages has Finjan proven it is entitled to that would fairly and reasonably compensate it for Blue Coat's infringement for the life of the patent?

$ _0_

**QUESTION 5(c):** If you found the asserted claim of the '633 Patent to be infringed and not invalid, what amount of damages has Finjan proven it is entitled to that would fairly and reasonably compensate it for Blue Coat's infringement for the life of the patent?

$ _1,666,700_

**QUESTION 5(d):** If you found any of the asserted claims of the '731 Patent to be infringed and not invalid, what amount of damages has Finjan proven it is entitled to that would fairly and reasonably compensate it for Blue Coat's infringement for the life of the patent?

$ _6,000,000_

[continued to the next page]

6

**QUESTION 5(e):** If you found the asserted claim of the '968 Patent to be infringed and not invalid, what amount of damages has Finjan proven it is entitled to that would fairly and reasonably compensate it for Blue Coat's infringement for the life of the patent?

$ 7,750,000

**QUESTION 5(f):** If you found any of the asserted claims of the '780 Patent to be infringed and not invalid, what amount of damages has Finjan proven it is entitled to that would fairly and reasonably compensate it for Blue Coat's infringement for the life of the patent?

$ 111,787

7

VERDICT FORM                                    CASE NO. 13-CV-03999-BLF

1    You have now reached the end of the verdict form and should review it to ensure it accurately

2  reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict

3  form in the spaces below and notify the Security Guard that you have reached a verdict.  The Presiding

4  Juror should retain possession of the verdict form and bring it when the jury is brought back into the

5  courtroom.

6

7

8  DATED: _August 4th_, 2015                        By: _____
                                                           Presiding Juror

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERDICT FORM                                               CASE NO. 13-CV-03999-BLF