UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FINJAN, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>      Defendant. | Case No. 13-cv-03999-BLF<br><br>**ORDER REAFFIRMING AUGUST 4, 2015 ORDER REFERRING CASE TO SETTLEMENT**<br><br>[Re: ECF 439] |
|---|---|

The Court is in receipt of defendant Blue Coat Systems, Inc.'s August 5, 2015 letter regarding the timing of a court-ordered settlement conference. The Court finds that a settlement conference is appropriate at this time and therefore reaffirms its August 4, 2015 order that the parties proceed to a settlement conference with Magistrate Judge Paul Singh Grewal at his earliest convenience and in no event later than September 3, 2015.

**IT IS SO ORDERED.**

Dated: August 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge