# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FINJAN, INC.,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC.,

    Defendant.

Case No. 13-cv-03999-BLF

**JUDGMENT IN A CIVIL CASE**

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed on August 4, 2015 (ECF No. 438) and the Court's order regarding non-jury legal issues filed on November 20, 2015 (ECF No. 486), judgement is entered in favor of Plaintiff.

Dated: November 20, 2015

_____
BETH LABSON FREEMAN
United States District Judge