1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  JAMES HANNAH (State Bar No. 237978)
   jhannah@kramerlevin.com
4  HANNAH LEE (State Bar No. 253197)
   hlee@kramerlevin.com
5  KRAMER LEVIN NAFTALIS
    & FRANKEL LLP
6  990 Marsh Road
   Menlo Park, CA 94025
7  Telephone: (650) 752-1700
   Facsimile: (650) 752-1800
8
9  *Attorneys for Plaintiff*
   FINJAN, INC.

   EDWARD G. POPLAWSKI (State Bar No. 113590)
   epoplawski@wsgr.com
   OLIVIA M. KIM (State Bar No. 228382)
   okim@wsgr.com
   BRIAN LAM (State Bar No. 272624)
   blam@wsgr.com
   FERRELL ALMAN (State Bar No. 287746)
   falman@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   633 West Fifth Street, Suite 1550
   Los Angeles, CA 90071
   Telephone: (323) 210-2900
   Facsimile: (866) 974-7329

   *Attorneys for Defendant*
   BLUE COAT SYSTEMS, INC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO.: 13-cv-03999-BLF-PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR POST-JUDGMENT MOTIONS AND BRIEFING UNDER FED. R. CIV. P. 50, 52, 54, AND 59** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Blue Coat Systems, Inc. ("Blue Coat") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following request to modify the deadline for the Parties' forthcoming respective Post-Judgment Motions and Briefing and Bill of Costs Under Federal Rules of Civil Procedure 50, 52, 54, and 59:

WHEREAS, on November 20, 2015, the Court issued an Order Regarding Non-Jury Legal Issues (Dkt. 486);

WHEREAS, on November 20, 2015, the Court entered Judgment (Dkt. 487);

WHEREAS, the Parties' respective Post-Judgment Motions and Briefing under Federal Rules of Civil Procedure 50, 52, and 59 are currently scheduled to be filed by December 18, 2015, Post-Judgment Motion and Briefing under Federal Rule of Civil Procedure 54(d)(2) is currently scheduled to be filed by December 4, 2015, and Bill of Costs under Federal Rule of Civil Procedure 54(d)(1) and Civil Local Rule 54-1 is currently scheduled to be filed by December 4, 2015;

WHEREAS, in light of the upcoming holidays, the Parties respectfully request an extension to file (1) the respective Post-Judgment Motions and Briefing under Federal Rules of Civil Procedure 50, 52, 54, and 59, with the deadline for submission of Motions and Opening Briefs to be extended to Monday, January 11, 2016, the deadline for submission of Opposition Briefs to be extended to Thursday, February 4, 2016, and the deadline for submission of Reply Briefs to be extended to Thursday, February 18, 2016, and (2) the Bill of Costs under Federal Rules of Civil Procedure 54(d)(1) and Civil Local Rule 54-1, with the deadline for the submission of the Bill of Costs to be extended to Monday, January 11, 2016, and deadline for submission of objections to the Bill of Costs to be extended to Thursday, February 4, 2016;

WHEREAS, there are no previous modifications in the case related to the timing of filing these Post-Judgment Motions and Briefing Under Federal Rules of Civil Procedure 50, 52, 54, and 59; and

WHEREAS, this requested time modification would not have an effect on the remaining schedule for the case.

**IT IS SO STIPULATED.**

Respectfully submitted,

KRAMER LEVIN NAFTALIS
 & FRANKEL LLP

DATED: December 3, 2015   By: */s/ Paul J. Andre*
PAUL J. ANDRE
LISA KOBIALKA
JAMES HANNAH
HANNAH LEE

Counsel for Plaintiff
FINJAN, INC.


Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

DATED: December 3, 2015   By: */s/ Olivia M. Kim*
EDWARD G. POPLAWSKI
OLIVIA M. KIM
BRIAN LAM
FERRELL ALMAN
CHRISTOPHER D. MAYS

Counsel for Defendant
BLUE COAT SYSTEMS, INC.

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Olivia M. Kim*
Olivia M. Kim

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

There being a showing of good cause based on the Parties' stipulation, (1) the Parties' respective Post-Judgment Motions and Briefing Under Federal Rules of Civil Procedure 50, 52, 54, and 59 shall be due Monday, January 11, 2016; the Parties' respective Opposition Briefing shall be due Thursday, February 4, 2016; and the Parties' respective Reply Briefing shall be due Thursday, February 18, 2016; and (2) the Bill of Costs under Federal Rule of Civil Procedure 54(d)(1) and Civil Local Rule 54-1 shall be due Monday, January 11, 2016, and objections to the Bill of Costs shall be due Thursday, February 4, 2016.

Dated: _____  By: _____
Honorable Beth Labson Freeman