# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>      Defendant. | Case No. 13-cv-03999-BLF<br><br>**ORDER DENYING STIPULATION REGARDING DEADLINE FOR POST-JUDGMENT MOTIONS AND BRIEFING UNDER FED. R. CIV. P. 50, 52, 54, AND 59** |

Before the Court is the parties' joint stipulation regarding the deadline for post-judgment motions and briefing under Fed. R. Civ. P. 50, 52, 54, and 59. ECF 488. Under Fed. R. Civ. P. 6(b)(2), "[a] court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b)." Accordingly, the Court DENIES the parties' joint stipulation.

**IT IS SO ORDERED.**

Dated: December 3, 2015

                                                            BETH LABSON FREEMAN
                                                            United States District Judge