# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FINJAN, INC.,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC.,

    Defendant.

Case No. 13-cv-03999-BLF

**ORDER CONSTRUING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AS AN ADMINISTRATIVE MOTION**

On December 18, 2015, Defendant filed a noticed motion to strike Plaintiff's motion for attorneys' fees and set it for hearing on April 28, 2016. ECF 501. The Court construes Defendant's motion as an administrative motion pursuant to Civil L.R. 7-11. Accordingly, the Court ORDERS Plaintiff to file a response **on or before** December 29, 2015.[1]

**IT IS SO ORDERED.**

Dated: December 21, 2015

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] In light of the holidays and the Court's closure on December 25, 2015, the Court is extending the deadline to file an opposition to Defendant's motion to strike to December 29, 2015.