# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>      Defendant. | Case No.  13-cv-03999-BLF<br><br>**ORDER MOVING HEARING ON POST-TRIAL MOTIONS TO 2 P.M. ON APRIL 28, 2016** |

The Court MOVES the hearing on the parties' post-trial motions from 9 a.m. to 2 p.m. on April 28, 2016.

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge