PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE COAT SYSTEMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 13-cv-03999-BLF<br><br>**STATEMENT OF RECENT DECISION PURSUANT TO CIVIL L.R. 7-3(d)(2)** |

Pursuant to Civil L.R. 7-3(d)(2), Plaintiff Finjan, Inc. ("Finjan") respectfully submits this Statement of Recent Decision to call to this Court's attention a recent opinion of the U.S. Supreme Court, in *Halo Elecs., Inc. v. Pulse Elecs., Inc., et al.*, Case No. 14-1513 (June 13, 2016) and *Stryker Corp. v. Zimmer Inc.*, Case No. 14-1520 (June 13, 2016), attached hereto as Exhibit A. This opinion pertains to Finjan's Motion Pursuant to Fed. R. Civ. P. 59(e) to Amend the Judgment to Include Enhanced Damages. Dkt. Nos. 505, 538.

DATED: June 13, 2016

Respectfully submitted,

By: */s/ Paul Andre*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.