# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FINJAN, INC.,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC.,

    Defendant.

Case No. 13-cv-03999-BLF

**ORDER REGARDING JUDGMENT**

The Court orders the parties to provide simultaneous briefing of no more than 3 pages, double spaced, regarding the date (either November 20, 2015 or July 26, 2016) that post-judgment interest starts. Furthermore, the parties shall file stipulated amounts for pre- and post-judgment interests for both dates (November 20, 2015 and July 26, 2016). The parties shall file their briefs **on or before August 4, 2016.**

    **IT IS SO ORDERED.**

Dated: August 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge