UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>BLUE COAT SYSTEMS, INC.,<br>　　　　　Defendant. | Case No.　13-cv-03999-BLF<br><br>**CORRECTED JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** that pursuant to the jury verdict filed on August 4, 2015 (ECF No. 438) attached and the Court's order regarding non-jury legal issues filed on November 20, 2015 (ECF No. 486), judgment is entered in favor of Plaintiff, and infringement under the doctrine of equivalents is moot for U.S. Patent No. 6,154,844, U.S. Patent No. 6,965,968, and U.S. Patent No. 6,804,780.  Plaintiff is awarded prejudgment interest in the amount of $114,684.71.

Dated: August 19, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge