# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br> v. <br> BLUE COAT SYSTEMS, LLC, <br>     Defendant. | Case No. 15-cv-03295-BLF <br><br> **ORDER REGARDING RETRIAL SCHEDULES** |

On January 10, 2018, the Court declared a mistrial of the retrial regarding U.S. Patent Nos. 6,154, 844 (the "'844 patent") and 8,677, 494 (the "'494 patent) in light of the Federal Circuit's January 10, 2018 decision on the appeal in *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 13-cv-3999-BLF ("*Blue Coat I*"). The Court sets the following schedule for further proceedings:

(1) Retrial Regarding Infringement of the '844 and '494 patents

The Court will call a jury panel on February 7, 2018 to provide potential jurors with hardship and voir dire questionnaires. On February 12, 2018, voir dire will be conducted. Once the jury is selected, the parties will offer opening statements. The Court expects closing arguments to be presented on February 14, 2018. The parties shall have up to six (6) hours per side during trial.

(2) Retrial Regarding Damages

A retrial on (i) damages and willful infringement of the '844 and '494 patents in this case and (ii) damages in *Blue Coat I* shall be scheduled to commence on December 10, 2018. Final Pretrial Conference is set on November 8, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 10, 2018

_____
BETH LABSON FREEMAN
United States District Judge