UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINJAN, INC.,

        Plaintiff,

   v.

BLUE COAT SYSTEMS, LLC,

        Defendant.

Case No. 13-cv-03999-BLF

**ORDER WITHDRAWING RETRIAL SCHEDULE AT ECF 587**

On January 10, 2018, the Court issued an order scheduling a retrial on damages in this case. The Court, however, does not have jurisdiction over this matter because the Federal Circuit has not issued a mandate upon the decision of an appeal in this case. Accordingly, the January 10, 2018 scheduling order issued in this case is hereby WITHDRAWN.

**IT IS SO ORDERED.**

Dated: January 11, 2018

                                            _____
BETH LABSON FREEMAN
United States District Judge